| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Event Rentals, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>See Annex A attached hereto. | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 01-0779443 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>901 West Hillcrest Blvd.<br>Ingelwood, California<br>ZIP CODE 90301 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>See Annex B attached hereto. | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other - Event Services and Rentals

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

--------

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

*Represents consolidated financial information for all affiliated Debtors. See Annex C. This does not constitute a statement as to the assets or liabilities of any individual Debtor.

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Event Rentals, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Annex C attached hereto. | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Event Rentals, Inc. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ Jeffrey M. Schlerf, Esq.<br>Signature of Attorney for Debtor(s)<br>Jeffrey M. Schlerf, Esq. (No. 3047)<br>Printed Name of Attorney for Debtor(s)<br>FOX ROTHSCHILD LLP<br>Firm Name<br>919 North Market Street, Suite 1600<br>Wilmington, Delaware 19801<br>Address<br>(302) 654-7444<br>Telephone Number<br>02/13/2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Jeffrey M. Black<br>Signature of Authorized Individual<br>Jeffrey M. Black<br>Printed Name of Authorized Individual<br>Chief Executive Officer<br>Title of Authorized Individual<br>02/13/2014<br>Date | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# ANNEX A

## List of Alternate Names

The Debtor and each of the affiliated entities listed below (together, the "Debtors") have from time to time also been known as, formerly been known as, and/or conducted business under the following names:

| Name of Debtor | Alternate Names |
| --- | --- |
| Classic Party Rentals, Inc. | A-Rental World Incorporated |
| | Regal Rents Acquisition Corp. |
| | Sisters Party Rentals, Inc. |
| | VTR/Sawin |
| | AES Acquisition Corp. |
| | Northcoast |
| | La Bella |
| | Classic Tents |
| | DR LCC Red Hot Rentals |
| | Classic-A-Rental World Incorporated |
| | Ascot Party Rentals, Inc. |
| | ARS Acquisition Corp. |
| | La Eve, Inc. |
| | Regal International |
| | Regal Rents |
| | Regal Rents Acquisition Corp. |
| | Regal Rents, Inc. |
| | Tri Rentals |
| | Classic Tents Corporation |

|  |  |
| --- | --- |
|  | Grand Events, Inc. |
| Classic Midwest, Inc. | Phoenix Event Services |
|  | Chicago Party Rentals |
| Classic Northeast, Inc. | Tri State Service Party Rentals |
|  | TriServe Party Rentals |
|  | Tri State Top Notch |
|  | Puffin and Just Linens |
|  | SH Party (Mill Party) |
| Classic Panache, Inc. | Party Panache, Inc. |
|  | Panache GP Rentals, LLC |
|  | Successful Events, Inc. |
|  | Fiesta Rentals |
| Classic Party Rentals LP | Bel Company |
|  | DBEL Acquisition LP |
|  | Cannonball Party Rentals |
| Classic/Prime Inc. | Prime Event Group, Inc. |
|  | PEG East, Inc. |
|  | SSES/TVI |
| Classic Southeast, Inc. | Classic Atlanta, Inc. |
|  | Ace Party Rentals, Inc. |
|  | The Turlington Group, Inc. |
|  | Party Showcase |
|  | Potomac Service Corporation |
|  | Event Rentals 2 |

2

|  | Capital Party |
|---|---|
|  | Low Country Event Rentals, Inc. |
|  | Special Event Rentals |
|  | Worldwide Rent LLC |
|  | International Capital Development |
|  | Ace Party Rentals |
|  | Party Place, LLC |
|  | Grand Events |
|  | Atlanta Party Plus |
|  | Classic Atlanta |
|  | Capital Party Rentals, LLC |
| Event Rentals, Inc. | A to Z Rental Center of Palm Springs, Inc. |
|  | Abbey Event Services |
|  | Classic Tents |
| The Debtors | A-Star Party Rentals |
|  | Abbey LA |
|  | Festive Fare |
|  | Classic East, Inc. |
|  | Forest Acquisition Corp. |
|  | Classic Party Rentals |
|  | Cannonball Party Rentals |
|  | Ducky Bob's |
|  | Ducky Bob's Cannonball Party & Tent Rentals |
|  | Ducky Bob's Cannonball Party Rentals |

3

|  | Ducky Bob's Party & Tent Rentals |
|--|----------------------------------|
|  | Ducky Bob's Party Rentals |
|  | Ducky Bob's Regent Rentals |
|  | Ducky Bob's, Inc. |
|  | Event Rentals 2, LLC |
|  | La Bella Party Rental Company |
|  | Parties a la Carte |
|  | Pamela M. Patsavas, Ltd |
|  | Tri-Rentals, Inc. |
|  | A-Aztec Rents and Sells, Inc. |
|  | 523 Capital, LLC |

## **ANNEX B**

## **Location of Principal Assets**

The locations of the principal assets of Event Rentals, Inc. and its affiliated Debtors are:

| | | |
|---|---|---|
| 901 West Hillcrest Blvd.<br>Inglewood, CA  90301 | 540 Hawaii Ave.<br>Torrance, CA  90501 | 2310 East Imperial Highway<br>El Segundo, CA.  90245 |
| 1120 Mark Ave.<br>Carpenteria, CA 93013 | 115 Main St.<br>St. Helena, CA 94574 | 1212 North 39th St.<br>Suite 408<br>Tampa, FL 33605 |
| 1375 Heil Quaker Blvd.<br>La Verge, TN 37086 | 1508 Elm Hill Pike<br>Nashville, TN 37210 | 1635 Rollins Rd. #A<br>Burlingame, CA 94010 |
| 1745 Broadway St.<br>Charlottsville, VA 22902 | 1828 State St.<br>Santa Barbara, CA 93101 | 1954 N. 30th Rd.<br>Hollywood, FL 33021 |
| 2009 NW 25th Ave.<br>Pompano Beach, FL | 201 Hayground Rd.<br>Suite 11<br>Water Mill, NY 11932 | 2860 California St.<br>Torrance, CA 90503 |
| 2931 California St.<br>Torrance, CA 90503 | 3101 S Harbor Blvd.<br>Santa Ana, CA 92704 | 3103 E Broadway<br>Phoenix, AZ  85040 |
| 3141 Nifda Blvd.<br>Smyrna, GA 30080 | 3200 Belmeade<br>Carrollton, TX 75006 | 3347 Pearson Rd.<br>Memphis, TN 38118 |
| 336 West 37th St.<br>NY, NY 10018 | 8615 Alameda Park Dr., NE<br>Alburquerque, NM 87113 | 400 Perimter Center Terr<br>Suite 900<br>Atlanta, GA 30346 |
| 4300 Craftsman Dr.<br>Raleigh, NC 27609 | 44232 Mercure Circle<br>Dulles, VA 20166 | 4505 S. Country Club Dr.<br>Tucson, AZ 85714 |
| 4623 McHenry Ave.<br>Modesto, CA 95356 | 4770 Bryant Irvin Court<br>Suite 200<br>Fort Worth, TX 76107 | 53  Industrial Way<br>Buellton, CA 93427 |
| 55 Industrial Way<br>Buellton, CA 93427 | 5450 Old Wake Forest Rd.<br>Raleigh, NC 27906 | 550 Meadowland Parkway<br>Secaucus, NJ 07094 |
| 600 Phillip Davis Dr.<br>Charlotte, NC 28217 | 6901 Santa Fe Dr.<br>Hodgekins, IL 60525 | 7069 Consolidated Way<br>San Diego, CA 92121 |

| | | |
|:---:|:---:|:---:|
| 72-009 Metroplex Dr.<br>Thousand Palms, CA 92276 | 730 W Cheyanne Ave.<br>Suite 70<br>Las Vegas, NV 89030 | 745 Skyway Court<br>Napa, CA  94558 |
| 8454 Stellar Dr.<br>Culver City, CA 90232 | 8476 Stellar Dr.<br>Culver City, CA 90232 | 8615 Alameda Park Dr.<br>Albuquerque, NM 87113 |
| 900 National Dr.<br>Sacramento, CA 95834 | 9480 W. 55th St.<br>McCook, IL 60525 | 760 Montauk Highway<br>Suite 2B<br>Water Mill, NY 11976 |
| 760 Montauk Highway<br>Suite 2C<br>Water Mill, NY 11976 | | |

2

# ANNEX C

## Bankruptcy Cases Concurrently Filed by Any Partner or Affiliate of the Debtor

The Debtor and each of the affiliated entities listed in the table below (together, the "Debtors") filed in this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code:

| Debtor | Tax ID Number |
| --- | --- |
| Event Rentals, Inc. | 01-0779443 |
| Special Event Holding, Inc. | 20-8005659 |
| Classic Panache, Inc. | 51-0621237 |
| DUBO Acquisition Corp. | 20-3858795 |
| DBO Acquisition Corp. | 20-6801923 |
| Classic Party Rentals LP | 20-3910583 |
| Classic Party Rentals, Inc. | 95-3253911 |
| Classic Midwest, Inc. | 26-1489934 |
| Classic Northeast, Inc. | 26-1489871 |
| Classic/Prime, Inc. | 56-2587149 |
| Classic Southeast, Inc. | 57-1240700 |
| Unique Tabletop Rentals, Inc. | 80-0104327 |
| Grand Events & Party Rentals, Inc. | 62-1487940 |

## MINUTES OF A MEETING OF THE BOARD OF DIRECTORS
## EVENT RENTALS, INC. F/K/A PARTY ACQUISITION CORP.

The Board of Directors (the "Board of Directors") of Event Rentals, Inc. f/k/a Party Acquisition Corp. (the "Corporation") held a meeting on February 12, 2014. In attendance at the meeting (either in person or via telephone) were Timothy W. Billings and Jeffrey M. Black, constituting all the members of the Board of Directors and a quorum.

Timothy W. Billings acted as Chairman and presided over the meeting, and was appointed to serve as the Secretary of the Meeting.

The Chairman called the meeting to order and announced that the purpose of the meeting was, among others, to discuss the Corporation's current circumstances regarding financial liquidity and authorize the Corporation's filing of a petition (the "Petition") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

After discussion and review of the current circumstances regarding the Corporation's financial liquidity with the Corporation's executive officers and financial and legal advisors and after evaluating and considering the information provided by and the recommendations of the Corporation's executive officers and financial and legal advisors, the following resolutions, among others, were duly made and seconded and unanimously adopted by the Board of Directors.

> RESOLVED, that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, creditors of the Corporation, shareholders or stockholders, as the case may be, of the Corporation and other interested parties, for the Corporation to file the Petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is
>
> FURTHER RESOLVED, that the Petition is adopted in all respects, and that the officers of the Corporation (the "Authorized Persons") be, and they hereby are, authorized and directed, on behalf of the Corporation, to execute the Petition or authorize the execution of a filing of the Petition by the Corporation and to cause the same to be filed (the "Chapter 11 Cases") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as the Authorized Persons consider appropriate; and it is
>
> FURTHER RESOLVED, that the Authorized Persons be, and they hereby are authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in connection with the Chapter 11 Cases, and to retain and employ all assistance by legal counsel or otherwise, which they may deem necessary or proper with a view to the successful prosecution of the Chapter 11 Cases; and it is
>
> FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Corporation the law firm of White & Case LLP, upon such terms and conditions as the Authorized Persons shall approve, to

render legal services to and represent the Corporation in connection with the Chapter 11 Cases; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Corporation the law firm of Fox Rothschild LLP, upon such terms and conditions as the Authorized Persons shall approve, to render legal services to, and to represent, the Corporation in connection with the Chapter 11 Cases; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Corporation the firm of Jefferies LLC on such terms and conditions as the Authorized Persons shall approve, to render professional services to the Corporation in connection with the Chapter 11 Cases; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Corporation the firm of FTI Consulting, Inc., upon such terms and conditions as the Authorized Persons shall approve, to render services to the Corporation in connection with the Chapter 11 Cases; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Corporation the firm of Kurtzman Carson Consultants LLC, upon such terms and conditions as the Authorized Persons shall approve, to render services to the Corporation in connection with the Chapter 11 Cases; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Corporation other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Chapter 11 Cases, upon such terms and conditions as the officers shall approve, to assist the Corporation in connection with the Chapter 11 Cases on such terms as are deemed necessary, proper and desirable; and it is

FURTHER RESOLVED, that in connection with the commencement of the Chapter 11 Cases by the Corporation, the Authorized Persons be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Corporation to negotiate, execute, deliver, and cause the Corporation to perform under a debtor in possession loan facility or other form of credit support or enhancement (including, without limitation, in connection therewith, such notes, security agreements and other agreements or instruments as such Authorized Persons consider appropriate) on the terms and conditions as such Authorized Person executing the same may consider necessary, proper or desirable (including, without limitation, the granting of liens, security interests and superpriority administrative claims and the guaranteeing of affiliate obligations), such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreement

3

or instruments on behalf of the Corporation and/or file such pleadings as may be necessary with the Bankruptcy Court or otherwise in respect thereof; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Corporation to negotiate, execute, deliver, and cause the Corporation to perform under an Asset Purchase Agreement (an "APA"), with some or all of the Corporation's prepetition secured lenders and/or their designees, on the terms and conditions as such Authorized Person executing the same may consider necessary, proper, or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such APA on behalf of the Corporation and/or file such pleadings as may be necessary with the Bankruptcy Court or otherwise in respect thereof; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Person to file the Petition under Chapter 11 of the Bankruptcy Code or in any other connection with the Chapter 11 Cases, or any manner related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized and directed, in the name and on behalf of the Corporation to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is

FURTHER RESOLVED, that each of the directors hereby waives any and all irregularities of notice, with respect to the time and place of meeting, and consents to the transaction of all business represented by these meeting minutes.

IN WITNESS WHEREOF, the undersigned has executed these Minutes of a Meeting of the Board of Directors as of the 12th day of February, 2014.

_____
Timothy W. Billings, Chairman and Secretary
of the Meeting

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Event Rentals, Inc., *et al.*[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 14-_____ (   )<br><br>Joint Administration Requested |

**CONSOLIDATED LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED CLAIMS**

      Following is the list of the debtors' creditors holding the 20 largest unsecured claims, on a consolidated basis.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.[2]  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| | (1)<br>Name of Creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 1 | DON PARKER/BDA TERRA FIRM | PO BOX 190<br>LAKE GENEVA, WI 53147<br>P: 262-248-7878 | Seller Note | n/a | $2,500,000.00 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327).

[2] Because the Debtors are presently unable to ascertain the value of the collateral securing the Debtors' obligations to their secured lenders, no deficiency claim of any secured lender is listed herein.

| (1)<br>Name of Creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| 2  MR AND MRS HERB STONE | 2655 NAPA VALLEY CORPORATE DRIVE<br>NAPA VALLEY, CA 94558<br>P: 415-559-3133 | Seller Note | n/a | $1,575,000.00 |
| 3  AMERICAN TURF & CARPET | 50 E. 42ND STREET<br>14TH FLOOR<br>NEW YORK, NY 10017<br>P: 800-569-2751<br>F: 212-953-1117 | Trade Debt | n/a | $1,113,961.86 |
| 4  ZURICH NORTH AMERICA | 8734 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br>P: 312-496-2400<br>F: 877-962-2567 | Insurance | n/a | $959,624.15 |
| 5  STAN AND BETH WHITE | 2931 BELGRAVE DRIVE<br>GERMANTOWN, TN 38138<br>P: 901-331-0564 | Seller Note | n/a | $750,000.00 |
| 6  COMMISSIONER OF TAXATION AND FINANCE | GENERAL POST OFFICE<br>PO BOX 4127<br>BINGHAMTON, NY 13902-4127<br>P: 518-485-6027<br>F: 518-435-2942 | Tax | n/a | $618,885.80 |
| 7  LOCKTON INSURANCE BROKERS INC | 725 S. FIGUEROA STREET<br>35TH FLOOR<br>LOS ANGELES, CA 90017<br>P: 213-689-0065<br>F: 213-689-0550 | Insurance | n/a | $443,290.00 |
| 8  BRAD TURLINGTON/THE TURLINGTON GROUP | 2109 WHITE OAK ROAD<br>RALEIGH, NC 27608<br>P: 919-369-6347 | Seller Note | n/a | $300,000.00 |
| 9  JOMAR | 4000 E. AIRPORT DR.<br>SUITE. A<br>ONTARIO, CA 91761<br>P: 866-390-1444<br>F: 909-390-1171 | Trade Debt | n/a | $280,971.27 |
| 10  RYDER TRANSPORTATION SERVICES | RYDER SHARED CUSTOMER SERVICE CENTER<br>6000 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005<br>P: 800-947-9337 | Trade Debt | n/a | $246,005.93 |

|  | (1)<br>Name of Creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 11 | DESIGNER 8 EVENT FURNITURE RENTAL | 8575 HIGUERA STREET<br>CULVER CITY, CA 90232<br>P: 310-873-3118 | Trade Debt | n/a | $244,288.56 |
| 12 | CHAMELEON CHAIR LLC | 2860 CALIFORNIA STREET<br>TORRANCE, CA 90503<br>P: 310-787-9200<br>F: 310-787-9299 | Trade Debt | n/a | $216,716.94 |
| 13 | VENABLE LLP | POST OFFICE BOX 62727<br>BALTIMORE, MD 21264-2727<br>P: 410-244-7400<br>F: 410-244-7742 | Legal | n/a | $192,147.68 |
| 14 | TOPTEC PRODUCTS LLC | 7601 HIGHWAY 221<br>MOORE, SC 29369<br>P: 864-575-9936<br>F: 864-575-3913 | Trade Debt | n/a | $178,304.01 |
| 15 | SOYAN WONG/DAVID BRANN | 3135 BRILLDEN ROAD CT<br>SAN DIEGO, CA 92117<br>P: 602-524-3006 | Seller Note | n/a | $175,000.00 |
| 16 | AMERICAN FURNITURE RENTAL | PO BOX 821014<br>PHILADELPHIA, PA 19182<br>P: 856-488-5101<br>F: 215-245-4997 | Trade Debt | n/a | $167,305.21 |
| 17 | MTY ENTERPRISES, LLC | 16 E. ANGELA DRIVE<br>PHOENIX, AZ 85022<br>P: 888-255-0817<br>F: 717-828-7847 | Trade Debt | n/a | $164,142.98 |
| 18 | DESCARTES SYSTEMS (USA) LLC | BANK OF AMERICA<br>P.O. BOX 404037<br>ATLANTA, GA 30384-4037<br>P: 519-746-8110 X2261<br>F: 678-247-0486 | Trade Debt | n/a | $159,613.98 |
| 19 | AZTEC TENTS DESIGN & PRODUCTION | 2665 COLUMBIA STREET<br>TORRANCE, CA 90503<br>P: 800-228-3687<br>F: 310-381-0722 | Trade Debt | n/a | $156,062.24 |
| 20 | DAVID PAINTER | 35365 CARNOUSTIE CIRCLE<br>ROUND HILL, VA 20141<br>P: 540-338-7473 | Seller Note | n/a | $150,000.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Event Rentals, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-_____ (    )<br><br>Joint Administration Requested |

## DECLARATION CONCERNING CREDITOR LIST

I, the undersigned authorized officer for each to the Debtors in these chapter 11 cases, declare under the penalty of perjury under the laws of the United States of America that I have reviewed the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims and that the list is true and correct to the best of my information and belief, with reliance on appropriate corporate officers and the Debtors' books and records.

Dated: February 13, 2014 .

Signature: _____
Name:      Jeffrey M. Black
Title:     Chief Executive Officer

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Event Rentals, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-_____ (    )<br><br>Joint Administration Requested |

### CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure (the "Rules"), made applicable by Rule 1007(a)(1), Event Rentals, Inc. f/k/a Party Acquisition Corp. (the "Debtor") hereby states:

### STATEMENT

The following entity or entities directly or indirectly own 10% or more of a class of equity in the Debtor:

- Quad-C Partners VII, L.P.
- S.A.C. Offshore Capital Funding, Ltd.
- JPM Mezzanine Capital, LLC
- Special Event Holding, Inc.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327).

LOSANGELES 1039024 (2K)

## CERTIFICATION

I, the undersigned authorized officer of the Debtor, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my information and belief, with reliance on appropriate corporate officers.

Dated: February 13, 2014
Inglewood, CA

_____
Jeffrey M. Black, Chief Executive Officer

2

LOSANGELES 1039024 (2K)