**EXHIBIT A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Event Rentals, Inc., | Case No. 14-10282 (    ) |
| Debtor, | |
| Tax ID: 01-0779443 | |
| In re | Chapter 11 |
| Classic Midwest, Inc., | Case No. 14-10283 (    ) |
| Debtor, | |
| Tax ID: 26-1489934 | |
| In re | Chapter 11 |
| Classic Northeast, Inc., | Case No. 14-10284 (    ) |
| Debtor, | |
| Tax ID: 26-1489871 | |
| In re | Chapter 11 |
| Classic Panache, Inc., | Case No. 14-10285 (    ) |
| Debtor, | |
| Tax ID: 51-0621237 | |
| In re | Chapter 11 |
| Classic Party Rentals LP, | Case No. 14-10286 (    ) |
| Debtor, | |
| Tax ID: 20-3910583 | |

LOS ANGELES 1038729 (2K)

| | |
|---|---|
| In re<br><br>Classic Southeast, Inc.,<br><br>        Debtor,<br><br>Tax ID: 57-1240700 | Chapter 11<br><br>Case No. 14-10287 (    ) |
| In re<br><br>Classic Party Rentals, Inc.,<br><br>        Debtor,<br><br>Tax ID: 95-3253911 | Chapter 11<br><br>Case No. 14-10288 (    ) |
| In re<br><br>Classic/Prime, Inc.,<br><br>        Debtor,<br><br>Tax ID: 56-2587149 | Chapter 11<br><br>Case No. 14-10289 (    ) |
| In re<br><br>Grand Events & Party Rentals, Inc.,<br><br>        Debtor,<br><br>Tax ID: 62-1487940 | Chapter 11<br><br>Case No. 14-10290 (    ) |
| In re<br><br>DBO Acquisition Corp.,<br><br>        Debtor,<br><br>Tax ID: 20-6801923 | Chapter 11<br><br>Case No. 14-10291 (    ) |

LOSANGELES 1038729 (2K)

| | |
|---|---|
| In re | Chapter 11 |
| Special Event Holding, Inc., | Case No. 14-10292 (   ) |
| Debtor, | |
| Tax ID: 20-8005659 | |
| In re | Chapter 11 |
| DUBO Acquisition Corp., | Case No. 14-10293 (   ) |
| Debtor, | |
| Tax ID: 20-3858795 | |
| In re | Chapter 11 |
| Unique Tabletop Rentals, Inc.,[1] | Case No. 14-10294 (   ) |
| Debtor, | |
| Tax ID: 80-0104327 | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

Upon consideration of the motion (the "Motion"),[2] of Event Rentals, Inc. ("Event Rentals") and its affiliated debtors and debtors in possession (collectively, the "Debtors"), pursuant to sections 105 and 342(c)(1) of the Bankruptcy Code, Rule 1015(b) of the Bankruptcy Rules, and Rule 1015-1 of the Local Rules, seeking joint administration of the Chapter 11 Cases for procedural purposes only, as more fully set forth in the Motion; and upon consideration of the

---

[1] The Debtors have from time to time also been known as, formerly been known as, and/or conducted business under the names listed in Exhibit B, attached hereto.

[2] Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

3

*Declaration of Jeffrey M. Black in Support of First Day Motions and Applications*; and it

appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the

Motion as set forth therein is sufficient under the circumstances, and that no other or further

notice need be provided; and it further appearing that the relief requested in the Motion is in the

best interests of the Debtors, their estates and creditors; and upon all of the proceedings had

before the Court; and after due deliberation and sufficient cause appearing therefor; it is hereby

      ORDERED that the Motion is GRANTED; and it is further

      ORDERED that the above-captioned chapter 11 cases be, and hereby are,

consolidated for procedural purposes only and shall be jointly administered by the Court; and it

is further

      ORDERED that a docket entry shall be made in each of the Chapter 11 Cases

substantially as follows:

> "An order has been entered in this case directing the procedural
> consolidation and joint administration of the chapter 11 cases of
> Event Rentals, Inc., Classic Midwest, Inc., Classic Northeast, Inc.,
> Classic Panache, Inc., Classic Party Rentals, Inc., Classic Party
> Rentals LP, Classic/Prime, Inc., Classic Southeast, Inc., DBO
> Acquisition Corp., DUBO Acquisition Corp., Grand Events &
> Party Rentals, Inc., Special Event Holding, Inc., Unique Tabletop
> Rentals, Inc., and the docket in Case No. 14-10282 [D.I. 2] should
> be consulted for all matters affecting this case.";

and it is further

      ORDERED that nothing contained in this Order or the Motion shall be deemed or

construed as directing or otherwise effecting a substantive consolidation of the above-captioned

Chapter 11 Cases; and it is further

4

ORDERED that pleadings in these Chapter 11 Cases shall be required to bear a

caption substantially in the form of the caption attached hereto as <u>Exhibit 1</u>; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters

arising from or related to the implementation of this Order.

Dated:    Wilmington, Delaware
          February __, 2014


                              _____
                              UNITED STATES BANKRUPTCY JUDGE

5

**EXHIBIT 1**

Caption

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Event Rentals, Inc., *et al.*,[1] | Case No. 14-10282 (     ) |
| Debtors. | Jointly Administered |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327).  The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 2] and is also available at http://kccllc.net/CPR.

**EXHIBIT B**

List of Alternate Names

## List of Alternate Names

The Debtor and each of the affiliated entities listed below (together, the "Debtors") have from time to time also been known as, formerly been known as, and/or conducted business under the following names:

| Name of Debtor | Alternate Names |
|---|---|
| Classic Party Rentals, Inc. | A-Rental World Incorporated |
| | Regal Rents Acquisition Corp. |
| | Sisters Party Rentals, Inc. |
| | VTR/Sawin |
| | AES Acquisition Corp. |
| | Northcoast |
| | La Bella |
| | Classic Tents |
| | DR LCC Red Hot Rentals |
| | Classic-A-Rental World Incorporated |
| | Ascot Party Rentals, Inc. |
| | ARS Acquisition Corp. |
| | La Eve, Inc. |
| | Regal International |
| | Regal Rents |
| | Regal Rents Acquisition Corp. |
| | Regal Rents, Inc. |
| | Tri Rentals |
| | Classic Tents Corporation |

| | |
|---|---|
| | Grand Events, Inc. |
| Classic Midwest, Inc. | Phoenix Event Services |
| | Chicago Party Rentals |
| Classic Northeast, Inc. | Tri State Service Party Rentals |
| | TriServe Party Rentals |
| | Tri State Top Notch |
| | Puffin and Just Linens |
| | SH Party (Mill Party) |
| Classic Panache, Inc. | Party Panache, Inc. |
| | Panache GP Rentals, LLC |
| | Successful Events, Inc. |
| | Fiesta Rentals |
| Classic Party Rentals LP | Bel Company |
| | DBEL Acquisition LP |
| | Cannonball Party Rentals |
| Classic/Prime Inc. | Prime Event Group, Inc. |
| | PEG East, Inc. |
| | SSES/TVI |
| Classic Southeast, Inc. | Classic Atlanta, Inc. |
| | Ace Party Rentals, Inc. |
| | The Turlington Group, Inc. |
| | Party Showcase |

| | |
|---|---|
| | Potomac Service Corporation |
| | Event Rentals 2 |
| | Capital Party |
| | Low Country Event Rentals, Inc. |
| | Special Event Rentals |
| | Worldwide Rent LLC |
| | International Capital Development |
| | Ace Party Rentals |
| | Party Place, LLC |
| | Grand Events |
| | Atlanta Party Plus |
| | Classic Atlanta |
| | Capital Party Rentals, LLC |
| Event Rentals, Inc. | A to Z Rental Center of Palm Springs, Inc. |
| | Abbey Event Services |
| | Classic Tents |
| The Debtors | A-Star Party Rentals |
| | Abbey LA |
| | Festive Fare |
| | Classic East, Inc. |
| | Forest Acquisition Corp. |
| | Classic Party Rentals |
| | Cannonball Party Rentals |

|  | Ducky Bob's |
|  | Ducky Bob's Cannonball Party & Tent Rentals |
|  | Ducky Bob's Cannonball Party Rentals |
|  | Ducky Bob's Party & Tent Rentals |
|  | Ducky Bob's Party Rentals |
|  | Ducky Bob's Regent Rentals |
|  | Ducky Bob's, Inc. |
|  | Event Rentals 2, LLC |
|  | La Bella Party Rental Company |
|  | Parties a la Carte |
|  | Pamela M. Patsavas, Ltd |
|  | Tri-Rentals, Inc. |
|  | A-Aztec Rents and Sells, Inc. |
|  | 523 Capital, LLC |