**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Event Rentals, Inc., *et al.* | : | Case No. 14-10282 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| --------------------------------- | | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Herb Stone,** 2655 Napa Valley Corp. Dr., Napa, CA 94558, Phone: 415-559-3133, Fax: 707-257-3386

2. **Signature Systems Group, LLC,** Attn: Wen-Kang Chang, 50 East 42nd St., 14th Floor, New York, NY 10017, Phone: 212-953-1116, Fax: 212-953-9050

3. **Stan White,** 2931 Belgrave Dr., Germantown, TN 38138, Phone: 901-331-0564

4. **Jomar Table Linens, Inc.,** Attn: Joel Nevins, 4000 E. Airport Dr., #A, Ontario, CA 91761, Phone: 909-390-1444, Fax: 909-390-1171

5. **Ryder Truck Rental, Inc**., Attn: Kevin Sauntry, 6000 Windward Pkwy., Alpharetta, GA 30005, Phone: 770-569-6511, Fax: 770-569-6712

6. **Designer 8 Event Furniture Rental, Inc**., Attn: Samantha Sackler, 8575 Higuera St., Culver City, CA 90232, Phone: 310-873-3118, Fax: 310-873-0333

7. **Aztec Tent**, Attn: Chuck Miller, 2665 Columbia St., Torrance, CA 90503, Phone: 310-347-3010, Fax: 310-381-0722

ROBERTA A. DEANGELIS
United States Trustee, Region 3

 /s/ David L. Buchbinder for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: February 25, 2014

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Jeffrey M. Schlerf, Esquire, Phone: (302) 654-7444, Fax: (302) 656-8920