IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVENT RENTALS, INC., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br>(Jointly Administered) |

### NOTICE OF APPEARANCE, DEMAND FOR SERVICE OF PAPERS, AND DEMAND TO BE ADDED TO THE GENERAL SERVICE LIST/MAILING MATRIX

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Pachulski Stang Ziehl & Jones LLP enters its appearance on behalf of the Official Committee of Unsecured Creditors of the estates of the above-captioned debtors and debtors in possession. The undersigned request to be added to the mailing matrix and general service lists in this case, and request that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the following addresses:

> Bradford J. Sandler
> John D. Fiero
> PACHULSKI STANG ZIEHL & JONES LLP
> 919 N. Market Street, 17th Floor
> Wilmington, DE  19801
> Telephone:  (302) 652-4100
> Facsimile:  (302) 652-4400
> Email:  bsandler@pszjlaw.com
>          jfiero@pszjlaw.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [Docket No. 3] and is also available at http://kccllc.net/CPR.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, all orders, notices, notices of hearings, applications, motions, petitions, pleadings, plans, requests, complaints or demands, whether formal or informal, whether written or oral, and whether served, transmitted, or conveyed by regular mail, electronic mail, hand delivery, telephone, facsimile or otherwise.

Dated:  March 5, 2014                    PACHULSKI STANG ZIEHL & JONES LLP

/s/ Bradford J. Sandler
Bradford J. Sandler (DE Bar No. 4142)
John D. Fiero (CA Bar No. 136557)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:     bsandler@pszjlaw.com
           jfiero@pszjlaw.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors