

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Event Rentals, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br><br>Jointly Administered<br><br>Re: Docket Nos. 126, 127, 128, 152 and 158 |

## ORDER APPROVING STIPULATION BETWEEN EVENT RENTALS, INC. AND ITS AFFILIATED DEBTORS AND ANSCHUTZ ENTERTAINMENT GROUP, INC.

Upon consideration of the stipulation (the "Stipulation") between Event Rentals, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") and Anschutz Entertainment Group, Inc., and it appearing that this Court has jurisdiction in and power to resolve this matter, and upon due deliberation, and sufficient cause appearing therefore, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction and power with respect to all matters arising from or related to the implementation of this Order

Dated: March 14, 2014

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.