IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Event Rentals, Inc., *et al.*,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 14-10282 (PJW)<br><br>Jointly Administered<br><br>**Objection Deadline:**<br>**April 9, 2014 at 4:00 p.m.**<br>**Hearing Date:**<br>**April 16, 2014 at 2:00 p.m.** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that on March 27, 2014, the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 cases of Event Rentals, Inc., *et al.* filed the **Application for Employment of Conway MacKenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to February 26, 2014** (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that a Hearing on the Application will be held on **April 16, 2014 at 2:00 p.m. (Eastern Time)**, before the Honorable Peter Walsh at the United States Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for the Committee **on or before 4:00 p.m. (Eastern Time) on April 9, 2014.**

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871 ); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.l. 3] and is also available at http://kccllc.net/CPR.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: March 27, 2014<br>Wilmington, Delaware | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>/s/ Bradford J. Sandler<br>Bradford J. Sandler (DE Bar No. 4142)<br>John D. Fiero (CA Bar No. 136557)<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>           jfiero@pszjlaw.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |