# Schedule 2

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)    Page 1

| Agreement[1] | | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| A.S. Shows Inc. | Classic/Prime, Inc. dba Classic Tents | Lease Contract | Nov. 27, 2013 | $0.00 |
| ACE (Westchester Insurance Co.) | Special Event Holdings, Inc. dba Classic Party Rentals | Policy No. G24595158 001 (Executive Risk Policy) | June 28, 2013 - Feb. 19, 2014 (policy term) | $0.00 |
| ACE (Westchester Insurance Co.) | Special Event Holdings, Inc. dba Classic Party Rentals | Policy No. G24595158 002 (Executive Risk Policy) | Feb. 19, 2014 - Aug. 19, 2014 (policy term) | $0.00 |

---

[1] Unless otherwise specified on this Schedule 2, each executory contract, unexpired lease, and intellectual property right listed or to be listed herein shall include any and all modifications, amendments, supplements, or restatements of such executory contract, unexpired lease, or intellectual property right, in each case without regard to whether any other relevant agreement, instrument, or other document is also listed on this Schedule 2.

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)    Page 2

| Agreement[1] | | | | Cure Payment Liability |
| --- | --- | --- | --- | --- |
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Adobe Systems | All Debtors | Software licenses for the following titles (quantities):<br>• Acrobat 9 (2)<br>• Acrobat 10 (2)<br>• Acrobat 11 (1)<br>• Acrobat Professional 9 (6)<br>• Acrobat Professional 10 (4)<br>• Adobe Design Std 6 (1)<br>• Adobe Design Std 6 (mac) (1)<br>• Dreamweaver 11.5 (1)<br>• Dreamweaver 11.5 (mac) (1)<br>• Flash Pro 10 (1)<br>• Flash Pro 10 (mac) (1)<br>• Lightroom 4 (1)<br>• Photoshop 11 ()<br>• Photoshop Elements 7 (1)<br>• Studio (1) | | $0.00 |
| All Phases Event Group, LLC dba allphases | Classic Party Rentals, Inc. | Preferred Contractor Equipment/Service Agreement | May 29, 2013 | $0.00 |
| Allstate Insurance Company | Classic Party Rentals, Inc. | Tent Rental Agreement (as modified by Schedule 1, dated Dec. 3, 2012) | Dec. 3, 2012 | $0.00 |
| Altiris | All Debtors | Software licenses for the following titles (quantities):<br>• Client Management Suite (850) | | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                    Page 3

| Agreement[1] | | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Amy Miller Events | Classic Party Rentals, Inc. | Exclusive Rental Agreement | Oct. 26, 2009 | $0.00 |
| Anthem Blue Cross | Classic Party Rentals, Inc. | Premier PPO Plan | | $0.00 |
| Anthem Blue Cross | Classic Party Rentals, Inc. | EPO 1 Plan | | $0.00 |
| Anthem Blue Cross | Classic Party Rentals, Inc. | CDHP with Lumenos HSA Plan | | $0.00 |
| Anthem Blue Cross | Classic Party Rentals, Inc. | Dental Net DHMO Plan | | $0.00 |
| Anthem Blue Cross | Classic Party Rentals, Inc. | Dental PPO Plan (High/Low Option) | | $0.00 |
| Anthem Blue Cross | Classic Party Rentals, Inc. | Dental PPO Plan TX only (High/Low Option) | | $0.00 |
| Anthem Blue Cross | Classic Party Rentals, Inc. | Blue View Vision Plan | | $0.00 |
| Anthem Blue Cross | Classic Party Rentals, Inc. | Basic Life/AD&D Plan | | $0.00 |
| Anthem Blue Cross | Classic Party Rentals, Inc. | Health Flexible Spending Account (FSA) Plan | | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)     Page 4

| Agreement[1] | | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Anthem Blue Cross | Classic Party Rentals, Inc. | Dependent Care Flexible Spending Account (FSA) Plan | | $0.00 |
| Anthem Blue Cross | Classic Party Rentals, Inc. | Limited Purpose Flexible Spending Account (FSA) Plan | | $0.00 |
| Aramark SCM, Inc. | Event Rentals, Inc. | National Supply Agreement (as amended by Amendment Number 1, dated Jan. 1, 2010; as further amended by Amendment Number 2) | Dec. 8, 2009 | $0.00 |
| Arboretum Mall Owner, LLC | Classic Party Rentals, Inc. | Arboretum Agreement for Professionals | Aug. 29, 2012 | $0.00 |
| Arizona's Finest Wedding Sites and Services | Classic Party Rentals, Inc. | Advertising Contract | Oct. 17, 2013 | $748.00 |
| Barracuda Networks | All Debtors | Software licenses for the following titles (quantities):<br>• Message Archiver 650 (1)<br>• Web Filter 610 (1)<br>• Web Filter 810 (1)<br>• Backup Server 190 (1)<br>• Backup Server 390 (1)<br>• Backup Server 690 (1)<br>• Backup Server 990 (1) | | $0.00 |
| Barrett-Jackson Auction Co., LLC | Classic Midwest, Inc. dba Classic Party Rentals, Inc. | Service Agreement (as modified by Supplemental Agreement, dated Nov. 15, 2013) | Dec. 9, 2013 | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                                                                Page 5

| | Agreement[1] | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Beta Team, Inc. | Classic Party Rentals, Inc. | Agreement to Retain Services | July 7, 2010 | $0.00 |
| BIS Computer Solutions, Inc. | Event Rentals, Inc. | Agreement for Rentals Software Implementation | May 25, 2010 | $5,182.50 |
| Boys & Girls Club of San Francisco | Classic Party Rentals, Inc. | Rental and Service Agreement | Apr. 22, 2011 | $0.00 |
| California Speedway Corporation dba Auto Club Speedway | Classic/Prime, Inc. dba Classic Tents | Agreement | Dec. 18, 2013 | $0.00 |
| California Strawberry Festival | Classic/Prime, Inc. dba Classic Tents | Agreement to Provide Services | Dec. 15, 2011 | $0.00 |
| CareerBuilder, LLC | Classic Party Rentals | Service Activation | May 1, 2013 | $0.00 |
| Carnegie Mellon University | Special Event Holding, Inc. | Master Services Agreement | July 1, 2013 | $0.00 |
| Chevron Energy Solution Company | Classic Party Rentals, Inc. | Equipment Rental and Services Agreement (as amended by Amendment No.1 to Equipment Rental and Services Agreement, dated Apr. 17, 2013) | Apr. 16, 2012 | $0.00 |
| | | | | |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                    Page 6

| Agreement[1] | | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Chicago Park District | Classic Midwest, Inc. dba Classic Party Rentals, Inc. | Term Agreement (as modified by Second Time Extension dated Apr. 1, 2013) | Mar. 17, 2010 | $0.00 |
| Cirro Energy | Classic Party Rentals LP dba Bel Company | Commercial Contract for Supply of Electricity | Oct. 1, 2012 | $4,406.00 |
| Citrix | All Debtors | Software licenses for the following titles (quantities):<br>• Citrix Presentation Server Advanced (105)<br>• Citrix presentation Server Enterprise (20)<br>• Citrix Start-up License (5000) | | $0.00 |
| Coastal Luxury Management | Classic Party Rentals, Inc. | Rental and Service Agreement | Aug. 4, 2011 | $0.00 |
| Colony Insurance Co. | Special Event Holding, Inc. dba Classic Party Rentals | Policy No. PF261647<br>(Equipment Floater/Inland Marine/Windstorm or Hail) | Aug. 7, 2013 - Aug. 7, 2014 (policy term) | $0.00 |
| Competitor Group | Classic Party Rentals, Inc. | Vendor Agreement | Jan. 1, 2014 | $0.00 |
| Corporation of Fine Arts Museums | Classic Party Rentals, Inc. | Rental and Service Agreement | May 18, 2011 | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)    Page 7

| Agreement[1] | | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| CRI Industrial, L.P. | Classic Party Rentals, Inc. dba Tri-Rentals, Inc. | Lease (as amended by that certain Letter Agreement, dated June 4, 1999; as further amended by Second Amendment to Lease, dated October 12, 1999, between CRI Industrial, L.P. and Classic Party Rentals, Inc. dba Tri-Rentals, Inc.; as further amended by Third Amendment to Lease, dated October 12, 1999; as further amended by Fourth Amendment to Lease, dated October 12, 2009, between LIT PC, L.P. and Classic Party Rentals, Inc. dba Tri-Rentals, Inc.) | Feb. 5, 1999 | $0.00 |
| D Magazine Partners | Classic Party Rentals LP dba Ducky Bob's Event Specialists | Advertising Contract | May 22, 2013 | $0.00 |
| Disney Worldwide Services, Inc. | Classic Party Rentals, Inc. | Services Agreement (as amended by First Amendment, dated Jan. 9, 2014) | Dec. 31, 2013 | $0.00 |
| El Capitan Canyon | Classic Party Rentals, Inc. | El Capitan Canyon Rental Agreement | Nov. 15, 2013 | $0.00 |
| Enchanted Brides Magazine | Classic Party Rentals, Inc. | Advertising Contract | Dec. 3, 2013 | $0.00 |
| Federal Insurance Company | Special Event Holding, Inc. | Policy No. 8207-7229 (Crime) | Feb. 19, 2013 - Feb. 19, 2014 (policy term) | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                    Page 8

| Agreement[1] | | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| First Mercury Insurance Co. | Special Event Holdings Inc (DBA) Classic Party Rentals | Policy No. ILCGL000003725401 (General Commercial Liability) | Dec. 19, 2013 - Dec. 19, 2014 (policy term) | $0.00 |
| Florida Atlantic University Board of Trustees | Classic Panache, Inc. | Agreement (as modified by Florida Atlantic University Addendum) | Oct. 17, 2013 | $0.00 |
| Florida International University Board of Trustees | Classic Panache, Inc. | Independent Contractor Agreement (as modified by First Addendum to the Classic Panache, Inc. Agreement Nov. dated 13, 2013) | July 1, 2012 | $0.00 |
| Foodbuy, LLC | Classic Party Rentals | General Rental Agreement | Aug. 15, 2010 | $0.00 |
| FOX Sports USC Sports Properties | Classic/Prime, Inc. dba Classic Tents | Lease Agreement | July 9, 2013 | $0.00 |
| Gem & Jewelry Exchange, L.L.C. | Classic/Prime, Inc. dba Prime Event Group, Inc. | Lease Agreement (as modified by Contract Extension, dated June 6, 2011) | Sept. 27, 2010 | $0.00 |
| Gem & Lapidary Wholesalers | Classic/Prime, Inc. dba Prime Event Group, Inc. | PEG Lease Agreement Gem Mail: Version 2 | Sept. 11, 2004 | $0.00 |
| Gem & Lapidary Wholesalers | Classic/Prime, Inc. dba Prime Event Group, Inc. | Lease Agreement: Holiday Inn: Version 2 | Sept. 9, 2004 | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                                    Page 9

| Agreement[1] | | | | Cure Payment Liability |
| --- | --- | --- | --- | --- |
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Gem & Lapidary Wholesalers | Classic/Prime, Inc. dba Prime Event Group, Inc. | Lease Agreement: Rodeway Inn | Sept. 11, 2004 | $0.00 |
| Gem & Lapidary Wholesalers | Classic/Prime, Inc. dba Prime Event Group, Inc. | Lease Agreement Franklin 2003 | Mar. 17, 2005 | $0.00 |
| Genevieve Brisebois | Classic Party Rentals, Inc. | Vendor Agreement | Jan. 6, 2012 | $0.00 |
| Goldenvoice, LLC | Special Event Holding, Inc. | Agreement for Services | Feb. 20, 2012 | $0.00 |
| GPS Insight, LLC | DUBO Acquisition Corporation | GPS Insight Subscription Agreement | May 14, 2013 | $0.00 |
| Grand Prix Association of Long Beach, LLC | Classic/Prime, Inc. dba Classic Tents Corporation | Agreement | Sept. 6, 2012 | $0.00 |
| Great American Ins. Co. | Special Event Holding, Inc. dba Classic Party Rentals | Policy No. TUU033565500 (Umbrella) | Dec. 19, 2013 - Dec. 19, 2014 (policy term) | $0.00 |
| Highland Midway I Industrial, L.P. | Classic Party Rentals LP dba Bel Company | Industrial Lease Agreement (as amended by First Amendment to Lease Agreement, dated February 22, 2006, between Classic Party Rentals LP fka DBEL Acquisition LP and CP Commercial Properties - XIX, Inc.) | July 18, 1996 | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                                                  Page 10

| Agreement[1] | | | | Cure Payment Liability |
| --- | --- | --- | --- | --- |
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| IMG College, LLC | Classic Party Rentals, Inc. | Marketing Agreement | Apr. 12, 2013 | $1,950.00 |
| ING Life Insurance and Annuity Company | Trustees Of Classic Party Rentals 401(K) Plan | Classic Party Rentals 401(k) Plan (ZH9734) | May 9, 2013 (effective date) | $0.00 |
| International Agri-Center, Inc. dba World Ag Expo | Classic/Prime, Inc. dba Classic Tents | Agreement | Oct. 10, 2013 | $0.00 |
| International Brotherhood of Teamsters, Local Union No. 710 | Classic Midwest, Inc. | Collective Bargaining Agreement | May 30, 2011 - Feb. 1, 2015 (term of agreement) | $0.00 |
| J.C. Penney Corporation, Inc. | Classic Party Rentals LP dba Ducky Bob's | Non-Disclosure Agreement | July 19, 2012 | $0.00 |
| Jacob Marketing Inc. dba Memphis Pink Bridal Show | Classic Party Rentals, Inc. | Advertising Contract | Oct. 28, 2013 | $0.00 |
| Key Benefit Administrators, Inc. | Classic Party Rentals, Inc. | MEC Plan | | $0.00 |
| Kraft Nabisco Championship | Classic/Prime, Inc. dba Classic Tents | Lease Contract RJG1261-13 Kraft Nabisco '13 & '14 | Mar. 21, 2013 | $0.00 |

| | Agreement[1] | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Lincoln National Life Insurance Company | Event Rentals, Inc. | Policy No. 000010145233 (Group Long-Term Disability Insurance Policy) | Aug. 1, 2011 (effective date) | $0.00 |
| Living Social | Classic Party Rentals, Inc. | Enhanced Partnership Agreement | Jan. 18, 2013 | $0.00 |
| Lloyd's Underwriters | Special Events Holding, Inc. dba Classic Party Rentals | Policy No. B0180PC1323360 (Equipment Floater/Inland Marine) | Aug. 7, 2013 - Aug. 7, 2014 (policy term) | $0.00 |
| Lodge at Sonoma | Classic Party Rentals, Inc. | Agreement for Rentals & Services | Oct. 25, 2013 | $0.00 |
| LogMeIn, Inc. | Classic Party Rentals, Inc. | Contract | Mar. 5, 2013 | $0.00 |
| Make a Wish Foundation | Event Rentals, Inc. | Rental and Service Agreement | Nov. 3, 2011 | $0.00 |
| Marine Corps Community Services (MCCS) Division | Classic Party Rentals, Inc. | Solicitation, Offer and Award | | $0.00 |
| Miami-Dade County Fair & Exposition, Inc. | Classic/Prime, Inc. dba Classic Tents | Lease Agreement | Sept. 19, 2011 | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                                   Page 12

| Agreement[1] | | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Microsoft | All Debtors | Software licenses for the following titles (quantities): <br> • Office Standard 2013 (30) <br> • Office Standard 2007 (61) <br> • Office Standard 2003 (239) <br> • Project 2013 (3) <br> • Project 2007 (4) <br> • Publisher 2007 (3) <br> • Publisher 2003 (6) <br> • Streets and Trips 2007 (5) <br> • Streets and Trips 2006 (30) <br> • Visio Professional 2003 (1) <br> • Visio Standard 2013 (7) <br> • Visio Standard 2003 (1) <br> • Visual FoxPro Professional 9 (4) <br> • Exchange Server – Enterprise 2013 (1) <br> • Exchange Server – Enterprise 2007 (1) <br> • Exchange Server – Enterprise 2003 (1) <br> • Exchange Server – Standard 2013 (4) <br> • Exchange Server Standard 2003 CAL – Device CAL (325) <br> • Exchange Server Standard 2003 (75) <br> • CAL – User CAL Forefront Unified Access Gateway 2010 – Device CAL (3) | | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                    Page 13

| Agreement[1] | | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Microsoft (cont'd) | All Debtors | Software licenses for the following titles (quantities):<br>• SQL Server Standard 2008 – 1 Processor (2)<br>• Windows Server 203 – Device CAL (22)<br>• Windows Server 2008 – Enterprise (2)<br>• Windows Server 2003 – Standard (1)<br>• Windows Server 2003 – User CAL (75)<br>• Windows Server Datacenter 2008 (2)<br>• Windows Server Datacenter 2012 – 2 Proc (3)<br>• Windows XP (57) | | $0.00 |
| Napa Valley Film Festival | Classic Party Rentals, Inc. | Agreement for Rentals & Services | Sept. 13, 2013 | $0.00 |
| Nemetschek Vectorworks | All Debtors | Software licenses for the following titles (quantities):<br>• Spotlight 2008 (1)<br>• Spotlight 2012 (12)<br>• Spotlight 2012/RenderWorks (2)<br>• Spotlight 2013 (1)<br>• Spotlight 2013/RenderWorks (1)<br>• Vectorworks 2008 (24)<br>• Vectorworks 2008/Renderworks (3)<br>• Vectorworks 2012 (47)<br>• Vectorworks 12/RenderWorks (8)<br>• Vectorworks 2013 (4)<br>• Vectorworks 2013/RenderWorks (1) | | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                    Page 14

| Agreement[1] | | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Noel Lesley Event Services, Inc. | Classic/Prime, Inc. dba Classic Tents | Vendor Agreement | Sept. 26, 2013 | $0.00 |
| Oatlands National Historic Trust Site | Classic Southeast, Inc. dba Capital Party Rentals, Inc. | Agreement | Jan. 26, 2012 | $0.00 |
| Oatlands National Historic Trust Site | Classic Southeast, Inc. dba Capital Party Rentals, Inc. | Agreement | Jan. 15, 2014 | $0.00 |
| OB Sports | Classic Party Rentals, Inc. | Preferred Vendor Agreement | June 1, 2013 | $0.00 |
| Old Republic General Insurance Company | Special Event Holding, Inc. | Policy No. A-1CW-950913-04 (Workers' Compensation) | June 7, 2013 - June 7, 2014 (policy term) | $0.00 |
| Old Republic General Insurance Company | Special Event Holding, Inc. dba Classic Party Rentals | Policy No. (A-1CA-950913-01) (Commercial Automobile) | Dec. 19, 2013 - Dec. 19, 2014 (policy term) | $0.00 |
| Palm Springs POWER Baseball | Classic Party Rentals, Inc. | Full Trade Agreement | Nov. 25, 2013 | $0.00 |

| | Agreement[1] | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Pauls Rollins Road, LLC | Classic Party Rentals, Inc. | Lease (as modified by Addendum to Lease, dated Oct. 28, 2010; as further modified by Guaranty of Lease, dated Oct. 28, 2010, among Pauls Rollins Road, LLC, Classic Party Rentals, Inc. and Special Event Holding, Inc.; as further amended by First Amendment to Lease, dated Dec. 22, 2003; as further amended by Second Amendment to Lease, dated Mar. 16, 2003; as further amended by Third Amendment to Lease, dated Aug. 17, 2004; as further amended by Fourth Amendment to Lease, dated Oct. 28, 2010, between Pauls Rollins Road, LLC and Classic Party Rentals, Inc.) | Oct. 28, 2010 | $0.00 |
| Pebblecreek Properties Limited Partnership | Classic Party Rentals, Inc. | Independent Contractor Agreement | Sept. 8, 2010 | $0.00 |
| PGA Tournament Corporation | Classic/Prime, Inc. dba Classic Tents | Tournament Services Agreement | 2010 | $0.00 |
| PGA Tournament Corporation, Inc. | Classic Party Rentals, Inc. dba Classic Tents | Flooring Services Agreement | 2013 | $0.00 |
| Phoenix Speedway Corp. dba Phoenix International Raceway | Classic Party Rentals, Inc. | Services Agreement | May 22, 2012 | $0.00 |
| PRA Destination Management, Inc. | Classic Party Rentals, Inc. | Enhanced Partnership Agreement | May 8, 2008 | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                      Page 16

| | Agreement[1] | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Premium Assignment Corporation | Special Event Holding, Inc. dba Classic Party Rentals, Inc. | Finance Agreement | Dec. 19, 2013 | $0.00 |
| Pure Joy Catering | Classic Party Rentals, Inc. | Pure Joy Catering Rental Agreement | Sept. 27, 2013 | $0.00 |
| Quest Events LLC, dba Quest Drape | Classic Party Rentals LP dba Ducky Bob's Event Specialists | Rental/Sales Agreement | Sept. 27, 2013 | $0.00 |
| Randstad Professionals US, LP, dba Tatum | Classic Party Rentals, Inc. | Interim Services Agreement | Nov. 22, 2013 | $0.00 |
| Ravenswood Event Group, Ltd. dba REC | Classic Party Rentals, Inc. | Agreement for Rentals & Services | Dec. 1, 2012 | $0.00 |
| Red Frog Events LLC | Classic Party Rentals, Inc. | Vendor Agreement | Oct. 30, 2013 | $0.00 |
| Regents of University of California, Irvine | Classic Party Rentals, Inc. | Local Agreement | June 27, 2013 | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                                                                 Page 17

| Agreement[1] | | | | Cure Payment Liability |
| --- | --- | --- | --- | --- |
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Reliastar Life Insurance Company | Classic Party Rentals, Inc. | Policy No. 68005-2EXRSK (Stop Loss) | May 1, 2013 - Apr. 30, 2014 (policy term) | $0.00 |
| Result Group, Inc. | Classic Party Rentals | Enterprise Software License Agreement | | $46,081.51 |
| Riedel Crystal of America, Inc. | Classic Party Rentals LP dba Ducky Bob's Party & Tent Rental | Riedel Caterer/Party Rental Agreement | Nov. 1, 2005 | $0.00 |
| Rio Grande Properties LLC | Classic Party Rentals, Inc. dba Regal Rents Acquisition Corporation | Lease Agreement (as amended by First Lease Amendment, dated February 25, 2008; as further amended by Declaration of Commencement Date, dated April 21, 2008; as further modified by Second Lease Amendment, dated April 8, 2013) | May 9, 2007 | $0.00 |
| Ritcon, LLC; Wilson Hull & Neal Real Estate[2] | Classic Southeast, Inc. dba Classic Atlanta, Inc. | Commercial Lease Agreement | Mar. 12, 2013 | $0.00 |
| Rockhill Insurance Company | Special Event Holdings, Inc dba Classic Party Rentals | Policy No. RXSLRU00096602 (Excess Automobile) | Dec. 19, 2013 - Dec. 19, 2014 (policy term) | $0.00 |

[2] This same agreement is also listed under Non-Debtor Party "Wilson Hull & Neal Real Estate; Ritcon, LLC."

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                                Page 18

| Agreement[1] | | | | Cure Payment Liability |
| --- | --- | --- | --- | --- |
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Sacred Heart Schools, Atherton | Classic Party Rentals, Inc. | Rental and Service Agreement | Dec. 6, 2011 | $0.00 |
| Sage Accpac | All Debtors | Software licenses for the following titles (quantities):<br>• Accpac Option for Accpac ERP Financial Link First User 5.3A (1)<br>• Options 500 for Unidevoc AR Inquiry 5.5A (1)<br>• Sage Accpac 500 ERP Accounts Payable 5.5A (1)<br>• Sage Accpac 500 ERP Accounts Receivable 5.5A (1)<br>• Sage Accpac 500 ERP General Ledger 5.5A (1)<br>• Sage Accpac 500 ERP System Manager 5.5A (1)<br>• Sage Accpac 500 ERP Tran Anl & Opt Fld Creator 5.5A (1)<br>• Sage Accpac 500 ERP MS SQL 10 User Pak 5.5A (1)<br>• Sage Accpac 500 ERP MS-SQL 20 User Pak ERP 5.5A (1) | | $0.00 |
| Sandpiper Golf Course | Classic Party Rentals, Inc. | Sandpiper Golf Course Rental Agreement | Jan. 6, 2014 | $0.00 |
| Santa Barbara International Film Festival (SBIFF) | Classic Party Rentals, Inc. | Letter of Agreement | Dec. 1, 2013 | $0.00 |
| Serious Magic, Inc. | All Debtors | Software licenses for the following titles (quantities):<br>• Ovation Single Box CD ROM (1) | | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                    Page 19

| Agreement[1] | | | | Cure Payment Liability |
| --- | --- | --- | --- | --- |
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Sodexo Operations, LLC | Event Rentals, Inc. | National Supply Agreement (as amended by Amendment Number 1; as further amended by Amendment Number 2, dated June 1, 2012) | June 1, 2007 | $0.00 |
| Sonoma Raceway | Classic Party Rentals, Inc. | Contract Agreement for Exclusive Event Rental Partnership | Mar. 21, 2014 | $0.00 |
| Sophos | All Debtors | Software licenses for the following titles (quantities):<br><br>• Endpoint Protection Advanced (1000) | | $0.00 |
| Stanford University | Classic Party Rentals, Inc. | Purchase Order | May 28, 2013 | $0.00 |
| Symantec/Veritas | All Debtors | Software licenses for the following titles (quantities):<br><br>• Backup Exec 9 (1)<br>• Backup Exec 9.1 (5)<br>• Backup Exec 10 (3)<br>• Backup Exec 12 (3)<br>• Backup Exec 10D (18)<br>• Backup Exec 11D (1)<br>• Backup Exec 14D (1) | | $0.00 |
| Techsmith | All Debtors | Software licenses for the following titles (quantities):<br><br>• Camtasla Studio 01 User V3.x CD ROM (1) | | $0.00 |
| Transcendence Theatre Company | Classic Party Rentals, Inc. | Deal Memo | Jan. 14, 2014 | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                                    Page 20

| | Agreement[1] | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Trilogy at Vistancia | Classic Party Rentals, Inc. | Exclusive Vendor Agreement | Apr. 1, 2012 | $0.00 |
| Trustees Under the Testamentary Trust of Helen Director, Deceased | Classic Party Rentals, Inc. | Lease Agreement | April 1, 2010 | $0.00 |
| United Food and Commercial Workers Local 135 | Classic Party Rentals, Inc. | Collective Bargaining Agreement | July 1, 2010 - June 30, 2014 (term of agreement) | $0.00 |
| United States Golf Association | Event Rentals, Inc. dba Classic Party Rentals, Inc. | Tent and Flooring Services Agreement | Feb. 2009 | $0.00 |
| University of Maryland | Classic Southeast, Inc. dba Capital Party Rentals, Inc. | Purchase Order | June 22, 2012 | $0.00 |
| University of Southern California | Classic Party Rentals, Inc. | USC Purchasing Agreement | May 2009 | $0.00 |
| University of Southern California | Classic Party Rentals, Inc. | Contract Supplier Agreement (as modified by the Memorandum of Understanding, dated Aug. 18, 2011; as further modified by Amendment to Contract Supplier Agreement, dated Sept. 1, 2011) | July 1, 2009 | $0.00 |

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                    Page 21

| Agreement[1] | | | | Cure Payment Liability |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | **(Cure Amount)** |
| Village of Rosemont, IL | Classic Party Rentals, Inc. | Agreement for Rentals & Services | Oct. 30, 2012 | $0.00 |
| Warner Bros. Studio Facilities | Classic Party Rentals, Inc. | Master Agreement for Special Event Rental Services (as modified by Addendum #1, dated Aug. 30, 2011) | Mar. 11, 2008 | $0.00 |
| Waste Management | Classic Party Rentals LP dba Ducky Bob's | Commercial Service Agreement for Non-Hazardous Waste | Jan. 5, 2012 | $0.00 |
| Waste Management | Classic Party Rentals LP dba Ducky Bob's | Roll Off Service Agreement for Non-Hazardous Waste | Dec. 29, 2011 | $0.00 |
| West IP Communications, Inc. | Classic Party Rentals, Inc. | Master Service Agreement | Sept. 18, 2013 | $12,053.00 |
| White Lilac | Classic Party Rentals, Inc. | Letter | Dec. 18, 2013 | $0.00 |
| Wilson Hull & Neal Real Estate; Ritcon, LLC[3] | Classic Southeast, Inc. dba Classic Atlanta, Inc. | Commercial Lease Agreement | Mar. 12, 2013 | $0.00 |

[3] This same agreement is also listed under Non-Debtor Party "Ritcon, LLC; Wilson Hull & Neal Real Estate."

**Schedule 2** (Agreements to be Assumed and Assigned; Cure Payment Liabilities)                    Page 22

| Agreement[1] | | | | Cure Payment Liability |
| Non-Debtor Party | Debtor Party | Title | Date | (Cure Amount) |
|---|---|---|---|---|
| Zurich American | | Policy No. MLP967146306 (Commercial Property) | Aug. 7, 2013 - Aug. 7, 2014 (policy term) | $0.00 |