ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Event Rentals, Inc., *et al.*, | Case No. 14-10282 (PJW) |
| Debtors.[1] | Jointly Administered |
| | Re: Docket No. 260 and 310 |

### ORDER GRANTING APPLICATION FOR EMPLOYMENT OF CONWAY MACKENZIE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 26, 2014

Upon the Application for Employment of Conway MacKenzie, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to February 26, 2014 (the "Application"),[2] filed on March 25, 2014 and upon consideration of the Declaration of John T. Young, Jr. filed in support thereof (the "Young Declaration"); and the Court being satisfied with the representations made in the Application and the Young Declaration that CM is a disinterested person to the extent required by Bankruptcy Code section 101(14), that CM represents no interest adverse to any of the Debtors' estates and that CM's employment is necessary and in the best interests of the Debtors, their creditors, the Committee, and all parties-in-interest; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing, therefore, it is hereby

ORDERED, that the Application is granted as set forth herein; and it is further

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3] and is also available at http://kccllc.net/CPR.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

ORDERED, that, pursuant to Bankruptcy Code sections 328(a) and 1103, the Committee is authorized to employ and retain CM as financial advisor *nunc pro tunc* to February 26, 2014, pursuant to and on the terms and conditions set forth in the Engagement Letter, which is hereby approved in all respects; and it is further

ORDERED, that, CM shall file applications and be compensated in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED, that the Committee is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: April 15, 2014

THE HONORABLE PETER WALSH
UNITED STATES BANKRUPTCY JUDGE