IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Event Rentals, Inc., *et al.*,[1] | Case No. 14-10282 (PJW) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 345, 344 |

ORDER GRANTING EVENT RENTALS, INC. AND ITS AFFILIATED DEBTORS'
MOTION TO SHORTEN NOTICE WITH RESPECT TO THE HEARING ON THE
JOINT MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
AND EVENT RENTALS, INC. AND ITS AFFILIATED DEBTORS FOR ORDER
PURSUANT TO FED. R. BANKR. P. 9019 APPROVING SETTLEMENT AGREEMENT
AND MUTUAL RELEASES BY AND AMONG (I) THE DEBTORS; (II) THE
COMMITTEE AND ITS MEMBERS; AND (III) THE LIQUIDITY PARTIES

Upon consideration of the motion (the "Motion to Shorten Notice") of Event Rentals, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to shorten the notice period with respect to the *Joint Motion of the Official Committee of Unsecured Creditors and Event Rentals, Inc. and its Affiliated Debtors for Order Pursuant to Fed. R. Bankr. P. 9019 Approving Compromise and Settlement Agreement by*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

ACTIVE 25445076v1 04/18/2014

MIAMI 1011383 (2K)

*and Among (i) the Debtors; (ii) the Committee and its Members; and (iii) the Liquidity Parties* (the "Motion");[2] and it appearing that notice of the Motion to Shorten Notice is sufficient, and that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Shorten Notice is GRANTED; and it is further

ORDERED that the Court will consider the Motion on April 29, 2014 at 2:00 p.m. Prevailing Eastern Time; and it is further

ORDERED that all objections, if any, to the Motion must be in writing and filed with the Court and served on counsel to the Debtors, counsel to the Committee, counsel to the Prepetition Secured Lenders, and the Office of the United States Trustee so as to be actually received by all such parties no later than April 28, 2014 at 4:00 p.m. Prevailing Eastern Time; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: April 21, 2014
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

---

[2] Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

ACTIVE 25445076v1 04/18/2014