IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Event Rentals, Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br><br>Jointly Administered<br><br>Re: Docket Nos. 29, 175, 274 & 339 |

**NOTICE OF (I) SELECTION OF SUCCESSFUL BIDDER AND BACK-UP BIDDER AND (II) FILING OF ASSET PURCHASE AGREEMENT AND SALE ORDER**

**PLEASE TAKE NOTICE** that on February 14, 2014, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of Event Rentals, Inc. and Its Affiliated Debtors for Entry of (I) an Order (A) Authorizing and Approving Bid Procedures to be Employed in Connection with the Proposed Sale of Substantially All of the Assets of the Debtors; (B) Scheduling an Auction and Sale Hearing; (C) Authorizing and Approving Assignment Procedures to be Employed in Connection with the Identification and Assumption of Certain Contracts, Leases, and Intellectual Property Rights; and (D) Approving the Manner and Form of Notice of the Auction, Sale Hearing, and Assignment Procedures; and (II) an Order (A) Approving the Agreement for the Sale and Purchase of the Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (B) Granting Related Relief* [D.I. 29] (the "Motion")[2] with the Court seeking, among other things, the entry of (i) an order (the "Bid Procedures Order") (a) authorizing and approving bid procedures to be employed in connection with the proposed sale of substantially all of the assets (the "Purchased Assets") of the Debtors to CPR Acquisition Holdings, LLC (the "Stalking Horse Bidder") or an overbidder, (b) scheduling an auction (the "Auction") and a hearing (the "Sale Hearing") to consider approval of the Sale, (c) authorizing and approving procedures (the "Assignment Procedures") to be employed in connection with the identification, assumption, assignment, transfer, and/or sale of certain contracts, leases, and intellectual property, and (d) approving the manner and form of notice of the Auction, the Sale Hearing, and the Assignment Procedures; and (ii) an order (the "Sale Order") (a) approving that certain Asset Purchase Agreement (the "Stalking Horse Agreement") by and among the Debtors and the Stalking Horse Bidder, (b) authorizing and approving the Sale of the Purchased Assets free and clear of all liens, claims, encumbrances, and interests other than certain specified liabilities and Permitted Liens, and (c) granting related relief.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3] and is also available at http://kccllc.net/CPR.

[2] Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

**PLEASE TAKE FURTHER NOTICE** that on March 14, 2014 the Court entered the Bid Procedures Order [D.I. 175].

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing is scheduled for April 29, 2014 at 2:00 p.m. (prevailing Eastern time) before the Honorable Peter J. Walsh, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that on April 21, 2014 at 1:00 p.m. (prevailing Eastern time) and in accordance with the Bid Procedures Order, the Debtors held the Auction at the office of the Debtors' counsel, White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraph 4(d)(iii) of the Bid Procedures Order, the Debtors have selected, after the Auction and in consultation with the Prepetition Secured Lenders and the Committee, the bid of Apollo Capital Management, L.P., on behalf of investment funds managed by it or any of its affiliates ("Apollo"), as the Successful Bid and Apollo as the Successful Bidder, and the bid of the Stalking Horse Bidder as the Back-Up Bid and the Stalking Horse Bidder as the Back-Up Bidder.

**PLEASE TAKE FURTHER NOTICE** that at the Sale Hearing the Debtors intend to seek approval of an Asset Purchase Agreement, substantially in the form attached hereto as Exhibit A (the "Successful Bid Agreement"), by and among the Debtors and a purchasing entity to be designated by Apollo (the "Buyer").[3]  Attached as Exhibit B is a redline comparison of the Successful Bid Agreement to a conformed version of the Stalking Horse Agreement attached as Exhibit 1 to the Bid Procedures Order, which conformed version incorporates (i) that certain Amendment No. 1 to Asset Purchase Agreement attached as Exhibit 5 to the Bid Procedures Order and (ii) that certain Amendment No. 2 to Asset Purchase Agreement attached as Exhibit 1 to the Debtors' *Notice of (I) Amendment to Asset Purchase Agreement; and (II) Revisions to Proposed Sale Order in Connection with Proposed Sale of Substantially All of the Assets of Event Rentals, Inc. and its Affiliated Debtors Free and Clear of Liens, Claims, Encumbrances, and Interests* filed on March 31, 2014 [D.I. 274] (the "APA & Sale Order Notice").

**PLEASE TAKE FURTHER NOTICE** that at the Sale Hearing the Debtors intend to seek, among other things, entry of an order, substantially in the form attached hereto as Exhibit C (the "Revised Sale Order"), approving the Sale of the Purchased Assets to the Buyer.  Attached as Exhibit D is a redline comparison of the Revised Sale Order to a conformed version of the Sale Order attached as Exhibit B to the Motion, which conformed version incorporates those changes to the Sale Order attached as Exhibit 2 to the APA & Sale Order Notice.

---

[3] The schedules and exhibits to the Successful Bid Agreement have been excluded from the version attached hereto, but will be made available to any party that delivers an executed confidentiality agreement in accordance with the Motion and the Bid Procedures Order.

Dated: April 23, 2014
Wilmington, Delaware

                             **FOX ROTHSCHILD LLP**

                             By: /s/ *[signature]*
                             Jeffrey M. Schlerf (No. 3047)
                             John H. Strock (No. 4965)
                             L. John Bird (No. 5310)
                             919 North Market Street
                             Suite 300
                             Wilmington, Delaware 19801
                             Telephone:    (302) 654-7444

                                     —and—

                             John K. Cunningham
                             (admitted *pro hac vice*)
                             **WHITE & CASE LLP**
                             Southeast Financial Center
                             200 South Biscayne Boulevard
                             49th Floor
                             Miami, Florida 33131
                             Telephone:    (305)-371-2700

                                     —and—

                             Craig H. Averch
                             (admitted *pro hac vice*)
                             **WHITE & CASE LLP**
                             633 West Fifth Street
                             Suite 1900
                             Los Angeles, California 90071
                             Telephone:    (213) 620-7700

                             *Attorneys for the Debtors*
                             *and Debtors in Possession*