## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 23rd day of April, 2014, I caused copies of the **Notice of (I) Selection of Successful Bidder and Back-Up Bidder and (II) Filing of Asset Purchase Agreement and Sale Order** to be served upon the parties listed on the service list attached hereto *via* hand delivery.

_____
L. John Bird (No. 5310)

| | |
|---|---|
| Jeffrey M. Schlerf, Esq.<br>L. John Bird, Esq.<br>Fox Rothschild LLP<br>919 N. Market Street, Suite 1600<br>Wilmington, DE 19801<br><br>VIA HAND DELIVERY | US Attorney for Delaware<br>Charles Oberly c/o Ellen Slights<br>1007 Orange St., Ste. 700<br>PO Box 2046<br>Wilmington, DE 19899-2046<br><br>VIA HAND DELIVERY |
| Office of the US Attorney General<br>Joseph R. Biden III<br>Carvel State Office Building<br>820 N French St.<br>Wilmington, DE 19801<br><br>VIA HAND DELIVERY | Delaware Dept of Justice<br>Attn: Bankruptcy Dept<br>820 N French St., 6th Fl.<br>Wilmington, DE 19801<br><br>VIA HAND DELIVERY |
| Office of the United States Trustee Delaware<br>David Buchbinder<br>844 King St., Ste. 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035<br><br>VIA HAND DELIVERY | Michael R. Nestor, Esq.<br>Margaret Whiteman Greecher, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br><br>VIA HAND DELIVERY |
| John T. Carroll, III, Esq.<br>Cozen O'Connor<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br><br>VIA HAND DELIVERY | Carl N. Kunz, III, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br><br>VIA HAND DELIVERY |
| Bradford J. Sandler, Esq.<br>John D. Fiero, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br><br>VIA HAND DELIVERY | William A. Hazeltine, Esq.<br>Sullivan Hazeltine Allinson LLC<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801<br><br>VIA HAND DELIVERY |

Katharine L. Mayer, Esq.
Matthew Rifino, Esq.
McCarter & English, LLP
405 North King Street, 8th Floor
Wilmington, DE 19801

VIA HAND DELIVERY

Dennis A. Meloro
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

VIA HAND DELIVERY

Stephen W. Spence, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

VIA HAND DELIVERY

David W. Carickhoff, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

VIA HAND DELIVERY

Domenic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg, LLP
919 North Market Street, Suite 1000
Wilmington, DE 19801

VIA HAND DELIVERY

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

VIA HAND DELIVERY