ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Event Rentals, Inc., *et al.*,[1] | Case No. 14-10282 (PJW) |
| Debtors. | Jointly Administered<br>Related Docket Nos. 29, 175, 274, 293,<br>373, 389, 391 & 393 |

## ORDER DESIGNATING BACK-UP BIDDER AND AUTHORIZING CONSUMMATION
## OF ALTERNATIVE SALE TRANSACTION WITH BACK-UP BIDDER

WHEREAS, Event Rentals, Inc. and its affiliates (collectively, the "Debtors"), debtors

and debtors in possession in the above-captioned cases (the "Bankruptcy Cases"), filed a motion

dated February 14, 2014 (the "Sale Motion") seeking approval of the sale of substantially all of

the Debtors' assets pursuant to that certain Asset Purchase Agreement, dated as of February 14,

2014 (as amended, supplemented, or otherwise modified from time to time after the filing of the

Sale Motion, including all Exhibits, Schedules, and Appendices thereto, the "Stalking Horse

APA") by and among the Debtors and CPR Acquisition Holdings, LLC, a Delaware limited

liability company (together with its subsidiaries and any successors or assigns, or other entity

designated to effect the transactions contemplated by the Stalking Horse APA, the "Back-Up

Bidder"), free and clear of all liens, claims, interests, and encumbrances (other than as

specifically set forth in the Stalking Horse APA), in accordance with the terms and conditions

contained in the Stalking Horse APA;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3] and is also available at http://kccllc.net/CPR.

WHEREAS, the Court entered an order on March 14, 2014 [Docket No. 175] (as amended, supplemented, or otherwise modified, the "Bid Procedures Order") approving, among other things, the dates, deadlines, and bidding procedures (the "Bid Procedures") with respect to, and notice of, the proposed sale transaction with the Back-Up Bidder;

WHEREAS, an auction was set for and held on April 21, 2014, in accordance with the Bid Procedures Order (the "Auction"), and the Debtors, after consultation with the Official Committee of Unsecured Creditors (the "Committee"), determined that the bid submitted by Apollo Capital Management, L.P. (collectively with any entity or entities ultimately designated as the buyer(s) under the applicable asset purchase agreement, the "Successful Bidder") was the highest and best offer for the purchase of the Debtors' assets, and after the Auction, the Successful Bidder was designated the "Successful Bidder" under and in accordance with the Bid Procedures;

WHEREAS, the Debtors, after consultation with the Committee and after the Auction, designated the bid submitted by the Back-Up Bidder as the "Back-Up Bid" under and in accordance with the Bid Procedures;

WHEREAS, a hearing was held on April 29, 2014, to consider, among other things, approval of the sale to the Successful Bidder, or, in the event that the sale transaction with the Successful Bidder fails to close, the sale to the Back-Up Bidder;

WHEREAS, the Court has entered its *Order: (1) Approving Asset Purchase Agreement Among the Debtors and the Buyer; (2) Approving Sale of Substantially All Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f), and 363(m); (3) Approving Assumption, Assignment, Transfer, and/or Sale of Certain Executory Contracts and Unexpired Leases Free and Clear of All Liens, Claims,*

*Encumbrances, and Other Interests Pursuant to Bankruptcy Code Sections 363 and 365; (4)*
*Determining the Amounts Necessary to Cure Such Executory Contracts and Unexpired Leases;*
*and (5) Granting Related Relief* (the "Sale Order") approving the sale transaction with the
Successful Bidder;

WHEREAS, based on the record presented at the April 29, 2014 sale hearing, all of the
findings and conclusions set forth in the Sale Order, including, without limitation, with respect to
adequate assurance of future performance and the good faith of the buyer entity, apply equally to
the Successful Bidder and to the Back-Up Bidder; and

WHEREAS, the Court is entering this Order so that, consistent with the Bid Procedures
Order, the Debtors may consummate a sale transaction with the Back-Up Bidder pursuant to the
Stalking Horse APA if the transaction with the Successful Bidder fails to close for any reason.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      In the event that the sale transaction with the Successful Bidder does not close for
any reason, (a) the Sale Motion is GRANTED with respect to a sale transaction to the Back-Up
Bidder in its capacity as the Back-Up Bidder under the Bid Procedures and pursuant to the
Stalking Horse APA; (b) the Debtors shall file a "Notice of Termination of Asset Purchase
Agreement" on the docket of the Bankruptcy Cases no later than three (3) days after the
termination of the asset purchase agreement between the Debtors and the Successful Bidder; (c)
in accordance with the Bid Procedures Order, the Back-Up Bidder shall be deemed to be the
Successful Bidder, and the Debtors shall promptly submit an alternative form of sale order with
respect to a sale transaction with the Back-Up Bidder under certification of counsel and
substantially in the form of the order set forth as Exhibit 1 to Docket No. 314-2, as revised to
reflect subsequent events, including, without limitation, any applicable resolutions with parties in

interest that objected to the sale transaction (the "Back-Up Sale Order"), and any and all objections to the Back-Up Sale Order are hereby overruled; and (d) after entry of the Back-Up Sale Order, the Debtors are authorized and directed to consummate a sale transaction with the Back-Up Bidder pursuant to the Stalking Horse APA and without further notice, hearing, or order of the Court.

2.     This Court shall retain exclusive jurisdiction to resolve any controversy or claim arising out of or related to this Order.

Dated:  April 29, 2014
        Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

4