**ORIGINAL**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Event Rentals, Inc., *et al.*,[1] | Case No. 14-10282 (PJW) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 342 and 484 |

## ORDER AUTHORIZING THE ASSUMPTION OF THAT CERTAIN CONTRACT BETWEEN EVENT RENTALS, INC. AND THE UNITED STATES GOLF ASSOCIATION PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "Motion")[2] of Event Rentals, Inc. and its affiliated debtors and debtors in possession (the "Debtors") for an order authorizing the assumption of that certain Contract between Event Rentals, Inc. and the United States Golf Association pursuant to section 365 of the Bankruptcy Code; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates and creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED as set forth herein; and it is further

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

[2] Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

ORDERED that pursuant to section 365(a) of the Bankruptcy Code the Contract is hereby assumed by the Debtors; and it is further

ORDERED that the Debtors are authorized to take any action necessary to effectuate the terms of this Order without further order of the Court; and it is further

ORDERED that the Debtors shall only distribute a copy of the Contract to the Court, the Office of the United States Trustee for the District of Delaware, counsel to the Creditors' Committee, and counsel to the Prepetition Secured Lenders; and it is further

ORDERED that the Debtors shall serve the United States Golf Association with a copy of this Order within five (5) days of its entry; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated:   Wilmington, Delaware
         May 12, 2014

_____
UNITED STATES BANKRUPTCY JUDGE