ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Event Rentals, Inc., *et al.*,[4] | Case No. 14-10282 (PJW) |
| | (Jointly Administered) |
| Debtors. | |
| | Related to Docket No. 520 and 536 |

### ORDER GRANTING EVENT RENTALS AND ITS AFFILIATED DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVE TIME PERIODS DURING WHICH THE DEBTORS MAY FILE A CHAPTER 11 PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF

Upon the motion of Event Rentals, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") for entry of an order pursuant to section 1121(d) of the Bankruptcy Code seeking an extension of the Exclusive Periods during which the Debtors may file a chapter 11 plan of reorganization and solicit acceptances thereof (the "Motion");[5] and there appearing to be no objections to the Motion; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, and all parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted; and it is further

---

[4] The Debtors and the last four digits of their respective taxpayer identification numbers are: Classic Midwest, Inc. (9934); Classic Northeast, Inc. (9871); Classic Panache, Inc. (1237); Classic Party Rentals, Inc. (3911); Classic Party Rentals LP (0583); Classic/Prime, Inc. (7149); Classic Southeast, Inc. (0700); DBO Acquisition Corp. (1923); DUBO Acquisition Corp. (8795); Event Rentals, Inc. (9443); Grand Events & Party Rentals, Inc. (7940); Special Event Holding, Inc. (5659); and Unique Tabletop Rentals, Inc. (4327). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://kccllc.net/CPR.

[5] Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Filing Period is extended to and includes October 13, 2014; and it is further

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Solicitation Period is extended to and includes December 13, 2014; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
June 18, 2014

_____
UNITED STATES BANKRUPTCY JUDGE