**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**

|  |  |
|---|---|
| In re: ) | |
| ) | |
| After-Party 2, Inc. ) | Case No. 14-10282 (PJW) |
| f/k/a Event Rentals, Inc et al ) | Jointly Administered |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |

'14 JUL 22 PM 2:12

# DOMESTIC LINEN SUPPLY CO INC DBA DOMESTIC UNIFORM RNETAL MOTION FOR ENTRY OF AN ORDER (I) GRANTING ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. §365(d)(3)

Domestic Linen Supply Co. Inc dba Domestic Uniform Rental ("Domestic"), by and through the undersigned counsel, files this Motion for Entry of an Order (I) Granting Administrative Claim Pursuant to 11 U.S.C. §365(d)(3); In support of this Motion, Domestic states:

## Background

1.  On February 13, 2914 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code").

2.  Debtors continued to operate their businesses and manage their properties as debtors-in-possession pursuant to §§1107(a) & 1108 of the Bankruptcy Code.

3.  At the time of the Petition Date, Domestic was furnishing rental uniforms to Debtor at its Secaucus, New Jersey facility pursuant to a Rental Agreement dated August 2, 2011. Domestic continued to furnish those uniforms to Debtor subsequent to the Petition Date and to invoice the Debtor for those items. At no time did Debtor object to Domestic's invoices or otherwise request that Domestic recover those items and cease charging rent pursuant to the agreement.

4.  To date, Debtor is indebted to Domestic in the amount of $4,758.71, which is comprised of $539.10 for post-petition June 2014 rent, $1,347.75 for post-petition May 2014 rent,

$808.65 for post-petition April 2014 rent, and $1886.85 for post-petition rental charges from March and February of 2014. In addition $176.36 in finance charges are owing pursuant to the contract between the parties.

5. In addition, Debtor has retained possession of or lost $28,944.00 worth of Rental Merchandise that was furnished to it by Domestic pursuant to the agreement.

### Relief Requested

7. In this Motion, Domestic requests entry of an order allowing Domestic's administrative claim, and requiring Debtor to immediately remit payment to Domestic in the amount of $33,702.71

WHEREFORE, Domestic respectfully requests that this Court enter an order requiring the Debtor to remit $33,702.71 to Domestic within a reasonable time following the entry of an appropriate order;

By: Mark H Colton  (P47353)
Attorney for Domestic Linen Supply and Laundry Co
30555 Northwestern Hwy., Ste. 300
Farmington Hills, Michigan 48334
(248) 737-2000

Dated: July 17, 2014

2