**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*,[1] | Case No. 14-10282 (PJW) |
| | Jointly Administered |
| Debtors. | |

**AFFIDAVIT OF SERVICE**

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC, "KCC," the claims and noticing agent for the Debtors in the above-captioned case.

On July 16, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served via E-Mail on the service list attached hereto as **Exhibit A**, and via First Class mail on the service list attached hereto as **Exhibit B**:

- Amended Notice of Debtors' Intent To Assume, Assign, Transfer, and/or Sell Certain Contracts **[Docket No. 634]**

Furthermore, on July 16, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served via E-Mail on the service list attached hereto as **Exhibit A**, and via First Class mail on the service list attached hereto as **Exhibit C**:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (56590; After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

- First Amended Disclosure Statement with Respect to the Chapter 11 Plan For After-Party2, Inc. (f/k/a Event Rentals, Inc.) and Its Affiliated Debtors Proposed By the Debtors and the Official Committee of Unsecured Creditors **[Docket No. 635]**

Dated: July 23, 2014

_____
Darlene Calderon

State of Minnesota
County of Ramsey

Subscribed and sworn to (or affirmed) before me on July 23, 2014, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JEFFREY D MCGUIRE
Notary Public
Minnesota
My Comm. Expires
Jan 31, 2018

2

# **<u>Exhibit A</u>**

**Exhibit A**
**Core/2002 Email Service List**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Interested Party | Ableco Finance LLC | Eric Miller | emiller@cerberuscapital.com |
| Counsel to AEG, Inc. and Goldenvoice LLC | AEG, Inc. and Goldenvoice LLC | c/o Gregg S Kleiner | gkleiner@mckennalong.com |
| Counsel to Navistar Leasing Company | Archer & Greiner, P.C. | David W. Carickhoff, Esq. | dcarickhoff@archerlaw.com |
| GU Committee Member | Aztec Tents Design & Production | Attn Chuck Miller | cmiller@aztectents.com |
| Counsel to KTR Capital Partners | Barack Ferrazzano Kirschbaum & Nagelberg LLP | c/o William J Barrett | william.barrett@bfkn.com |
| Counsel for Apollo Capital Management, L.P., on behalf of certain investment funds managed by it and its affiliates | Bayard PA | Neil B Glassman Justin R Alberto | nglassman@bayardlaw.com; jalberto@bayardlaw.com |
| Cardlock Fuels System, Inc. dba SC Fuels | Cardlock Fuels System, Inc. dba SC Fuels | Robert W Bollar Esq | bollarr@scfuels.com |
| Counsel to Ryder Truck Rental, Inc. dba Ryder Transporation Services | Cozen O' Connor | John T Carroll III | jcarroll@cozen.com |
| US DOJ | Delaware Department of Justice | Bankruptcy Department | attorney.general@state.de.us |
| DE Dept of Revenue | Delaware Department of Revenue | Zillah A. Frampton, Bankruptcy Administrator | Zillah.frampton@state.de.us |
| DE Secretary of State | Delaware Secretary of the State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware Secretary of the Treasury | | statetreasurer@state.de.us |
| GU Committee Member | Designer 8 Event Furniture Rental Inc | Attn Samantha Sackler | info@designer8furniturerental.com |
| Counsel to United States Golf Association | FrankGecker LLP | Joseph D Frank | jfrank@fgllp.com |
| Counsel to Rechtien International Trucks, Inc. | Gellert Scali Busenkell & Brown, LLC | Michael Busenkell | mbusenkell@gsbblaw.com |
| Counsel to Pompano Industrial Center, Inc. | Greenberg Traurig LLP | Dennis A Meloro | melorod@gtlaw.com |
| Hartz Mountain Industries Inc | Hartz Mountain Industries Inc | David J Hughes | david.hughes@hartzmountain.com; |
| IRS | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | Bankruptcy2@ironmountain.com |
| GU Committee Member | Jomar Table Linens Inc | Attn Joel Nevins | angiev@jomaronline.com; joeln@jomaronline.com |
| Counsel to G.K.L. Investments | Kelley Semmel LLP | Paul M Kelley | pkelley@kelleysemmel.com |
| Counsel to Administrative & DIP Agent, Ableco Finance LLC | Klee, Tuchin, Bogdanoff & Stern LLP | Lee R. Bogdanoff & Whitman L. Holt | lbogdanoff@ktbslaw.com; wholt@ktbslaw.com |
| Counsel to Prepetition Secured Lenders | Klee, Tuchin, Bogdanoff & Stern LLP | Maria Sountas-Argiropoulos | msargiropoulos@ktbslaw.com |
| Counsel to American Furniture Rentals | Klehr Harrison Harvey Branzburg LLP | Domenic E Pacitti | dpacitti@klehr.com |
| Counsel to American Furniture Rentals | Klehr Harrison Harvey Branzburg LLP | Morton R Branzburg | mbranzburg@klehr.com |
| Counsel to Ecolab., Inc. | Kohner, Mann & Kailas SC | Attn Samuel C Wisotzkey | swisotzkey@kmksc.com |
| Counsel to Tarrant and Dallas Counties | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com; |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@lgbs.com |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Attn Lori A Lewis | lewisL01@mcao.maricopa.gov |
| Counsel to Hartz Mountain Industries Inc | McCarter & English LLP | Katharine L Mayer and Matthew Rifino | kmayer@mccarter.com; mrifino@mccarter.com |
| Counsel to DCT Rollins Road LLC and DCT Cargo LLC | Morris James LLP | Carl N Kunz III | ckunz@morrisjames.com; |
| New York State Department of Taxation and Finance | Office of the New York State Attorney General | Louis J Testa Esq | Louis.Testa@ag.ny.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | David Buchbinder | david.l.buchbinder@usdoj.gov |
| DE AG Office | Office of the US Attorney General | Joseph R. Biden III | attorney.general@state.de.us |

**Exhibit A**
**Core/2002 Email Service List**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Bradford J Sandler John D Fiero | bsandler@pszjlaw.com; jfiero@pszjlaw.com |
| Top 20 / Interested Party | Passport Capital | John Moran | jmoran@passportcapital.com; |
| Counsel for Apollo Capital Management, L.P., on behalf of certain investment funds managed by it and its affiliates | Paul Weiss Rifkind & Garisson LLP | Jeffrey D Saferstein Lauren Shumejda | jsaferstein@paulweiss.com; lshumejda@paulweiss.com |
| Counsel to Pima County Treasurer | Pima County Attorney | Grant Winston | pcaocvbk@pcao.pima.gov |
| SEC Regional Office | Securities and Exchange Commission | George S. Canellos, Regional Director | bankruptcynoticeschr@sec.gov |
| SEC Headquarters | Securities and Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities and Exchange Commission | Sharon Binger, Regional Director | philadelphia@sec.gov |
| Counsel to BullsEye Telecom, Inc. & the Watermill Shoppes LLC | Sullivan Hazeltine Allinson LLC | William A Hazeltine | whazeltine@sha-llc.com |
| Tennessee Department of Revenue | Tennessee Department of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | AGBankDelaware@ag.tn.gov |
| The County of Loudoun, Virginia | The County of Loudoun, Virginia | Belkys Escobar | belkys.escobar@loudoun.gov |
| Counsel to Mansfield Oil Company of Gainesville, Inc. | Thompson O'Brien Kemp & Nasuti PC | Ted W Hight III | thight@tokn.com; |
| US Attorneys Office | US Attorney's Office | Charles Oberly C/O Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel to BullsEye Telecom, Inc. | Warner Norcross & Judd LLP | Anissa C Hudy | ahudy@wnj.com |
| Counsel to Toyota Motor Credit Corporation | Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| York Risk Services Group Inc | York Risk Services Group Inc | Edna Estime | Edna.Estime@yorkrsg.com |
| Counsel to Administrative & DIP Agent, Ableco Finance LLC | Young Conaway Stargatt & Taylor LLP | Michael R Nestor & Margaret Whiteman Greecher | mnestor@ycst.com; mgreecher@ycst.com; |

# **<u>Exhibit B</u>**

**Exhibit B**
**Core/2002 First Class Service List**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Interested Party | Ableco Finance LLC | Eric Miller | 875 Third Ave | | | New York | NY | 10022 |
| Counsel to AEG, Inc. and Goldenvoice LLC | AEG, Inc. and Goldenvoice LLC | c/o Gregg S Kleiner | McKenna Long & Aldridge LLP | One Market Plz | Spear Tower, 24th Fl | San Francisco | CA | 94105 |
| GU Committee Member | Aztec Tents Design & Production | Attn Chuck Miller | 2665 Columbia Street | | | Torrance | CA | 90503 |
| Counsel to KTR Capital Partners | Barack Ferrazzano Kirschbaum & Nagelberg LLP | c/o William J Barrett | 200 West Madison St Suite 3900 | | | Chicago | IL | 60606 |
| Cardlock Fuels System, Inc. dba SC Fuels | Cardlock Fuels System, Inc. dba SC Fuels | Robert W Bollar Esq | Attn Legal Department | 1800 W Katella Ave Ste 400 | PO Box 4159 | Orange | CA | 92863-4159 |
| DE Dept of Revenue | Delaware Department of Revenue | Zillah A. Frampton, Bankruptcy Administrator | 820 N French St CSOB 8th Floor | | | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of the State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware Secretary of the Treasury | | 820 Silver Lake Blvd Suite 100 | | | Dover | DE | 19904 |
| GU Committee Member | Designer 8 Event Furniture Rental Inc | Attn Samantha Sackler | 8575 Higuera St | | | Culver City | CA | 90232 |
| Counsel to United States Golf Association | FrankGecker LLP | Joseph D Frank | 325 North LaSalle Street, Suite 625 | | | Chicago | IL | 60654 |
| GE Capital Information Technology Solutions Inc f/d/b/a IKON Financial Services "GECITS" | GE Information Technology Solutions Inc f/d/b/a IKON Financial Services | Bankruptcy Administration | 1738 Bass Rd | PO Box 13708 | | Macon | GA | 31208-3708 |
| Counsel to Pompano Industrial Center, Inc. | Greenberg Traurig PA | Paul J Keenan Jr | 333 SE 2nd Ave | | | Miami | FL | 33131 |
| Hartz Mountain Industries Inc | Hartz Mountain Industries Inc | David J Hughes | 400 Plaza Dr | PO Box 1515 | | Secaucus | NJ | 07096-1515 |
| IRS | Internal Revenue Service | Centralized Insolvency Operations | 2970 Market Street | | | Philadelphia | PA | 19104 |
| IRS | Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins PLZ Room 1150 | | | Baltimore | MD | 21201 |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | One Federal St | | | Boston | MA | 02110 |
| GU Committee Member | Jomar Table Linens Inc | Attn Joel Nevins | 4000 E Airport Dr Ste A | | | Ontario | CA | 91761 |
| Counsel to G.K.L. Investments | Kelley Semmel LLP | Paul M Kelley | 5757 Wilshire Blvd., Penthouse 5 | | | Los Angeles | CA | 90036 |
| Counsel to Administrative & DIP Agent, Ableco Finance LLC | Klee, Tuchin, Bogdanoff & Stern LLP | Lee R. Bogdanoff & Whitman L. Holt | 1999 Avenue of the Stars 39th Fl | | | Los Angeles | CA | 90067-6049 |
| Counsel to Prepetition Secured Lenders | Klee, Tuchin, Bogdanoff & Stern LLP | Maria Sountas-Argiropoulos | 1999 Avenue of the Stars 39th Fl | | | Los Angeles | CA | 90067 |
| Counsel to American Furniture Rentals | Klehr Harrison Harvey Branzburg LLP | Morton R Branzburg | 1835 Market St Suite 1400 | | | Philadelphia | PA | 19103 |
| Counsel to Ecolab., Inc. | Kohner, Mann & Kailas SC | Attn Samuel C Wisotzkey | Washington Building | Barnabas Business Center | 4650 N Port Washington Rd | Milwaukee | WI | 53212-1059 |
| Counsel to Tarrant and Dallas Counties | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2777 N. Stemmons Freeway Suite 1000 | | | Dallas | TX | 75207 |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | | Houston | TX | 77253-3064 |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Attn Lori A Lewis | 222 N Central Ave Ste 1100 | Civil Services Division | | Phoenix | AZ | 85004-2206 |
| GU Committee Member | Mr and Mrs Herb Stone | | 2655 Napa Valley Corporate Dr | | | Napa Valley | CA | 94558 |
| New York State Department of Taxation and Finance | Office of the New York State Attorney General | Louis J Testa Esq | Litigation Bureau, Bankruptcy Unit | The Capitol | | Albany | NY | 12224-0341 |

In re: After-Party2, Inc. (f/k/a Event Rentals, Inc.), et al.
Case No. 14-10282 (PJW)

Page 1 of 2

**Exhibit B**
**Core/2002 First Class Service List**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 20 / Interested Party | Passport Capital | John Moran | One Market St | Steuart Tower Ste 2200 | | San Francisco | CA | 94105 |
| Counsel for Apollo Capital Management, L.P., on behalf of certain investment funds managed by it and its affiliates | Paul Weiss Rifkind & Garisson LLP | Jeffrey D Saferstein Lauren Shumejda | 1285 Avenue of the Americas | | | New York | NY | 10019 |
| Counsel to Pima County Treasurer | Pima County Attorney | Grant Winston | Civil Division | 32 N Stone Ave Ste 2100 | | Tucson | AZ | 85701 |
| Ricoh USA | Ricoh USA | Recovery & Bankruptcy Group | 3920 Arkwright Rd, Ste 400 | | | Macon | GA | 31210 |
| GU Committee Member | Ryder Truck Rental Inc | Attn Kevin Sauntry | 6000 Windward Parkway | | | Alpharetta | GA | 30005 |
| SEC Regional Office | Securities and Exchange Commission | George S. Canellos, Regional Director | 3 World Financial Ctr Suite 400 | | | New York | NY | 10281-1022 |
| SEC Headquarters | Securities and Exchange Commission | Secretary of the Treasury | 100 F Street NE | | | Washington | DC | 20549 |
| SEC Regional Office | Securities and Exchange Commission | Sharon Binger, Regional Director | One Penn Center | 1617 JFK Blvd Ste 520 | | Philadelphia | PA | 19103 |
| GU Committee Member | Signature Systems Group LLC | Attn Wen Kang Chang | 50 East 42nd St 14th Fl | | | New York | NY | 10017 |
| GU Committee Member | Stan and Beth White | | 2931 Belgrave Drive | | | Germantown | TN | 38138 |
| Tennessee Department of Revenue | Tennessee Department of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| Comptroller of Public Accounts, State of Texas | Texas Comptroller of Public Accounts | John Mark Stern Asst AG | PO Box 12548 | Bankruptcy & Collections Division | | Austin | TX | 78711-2548 |
| The County of Loudoun, Virginia | The County of Loudoun, Virginia | Belkys Escobar | One Harrison St SE 5th Fl | | | Leesburg | VA | 20175-3102 |
| Counsel to Mansfield Oil Company of Gainesville, Inc. | Thompson O'Brien Kemp & Nasuti PC | Ted W Hight III | 40 Technology Parkway South, Suite 300 | | | Norcross | GA | 30092 |
| Counsel to BullsEye Telecom, Inc. | Warner Norcross & Judd LLP | Anissa C Hudy | 4500 River Ridge Dr Ste 300 | | | Clinton Township | MI | 48038 |
| Counsel to Toyota Motor Credit Corporation | Weltman Weinberg & Reis Co LPA | Scott D Fink | Lakeside Place, Suite 2002 | 323 W Lakeside Ave | | Cleveland | OH | 44113-1099 |
| York Risk Services Group Inc | York Risk Services Group Inc | Edna Estime | 99 Cherry Hill Rd Ste 102 | | | Parsippany | NJ | 07054 |

# **Exhibit C**

**Exhibit C**
**Core/2002 First Class Service List**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| GE Capital Information Technology Solutions Inc f/d/b/a IKON Financial Services "GECITS" | GE Information Technology Solutions Inc f/d/b/a IKON Financial Services | Bankruptcy Administration | 1738 Bass Rd | PO Box 13708 | Macon | GA | 31208-3708 |
| Counsel to Pompano Industrial Center, Inc. | Greenberg Traurig PA | Paul J Keenan Jr | 333 SE 2nd Ave | | Miami | FL | 33131 |
| IRS | Internal Revenue Service | Centralized Insolvency Operations | 2970 Market Street | | Philadelphia | PA | 19104 |
| IRS | Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| GU Committee Member | Mr and Mrs Herb Stone | | 2655 Napa Valley Corporate Dr | | Napa Valley | CA | 94558 |
| Ricoh USA | Ricoh USA | Recovery & Bankruptcy Group | 3920 Arkwright Rd, Ste 400 | | Macon | GA | 31210 |
| GU Committee Member | Ryder Truck Rental Inc | Attn Kevin Sauntry | 6000 Windward Parkway | | Alpharetta | GA | 30005 |
| GU Committee Member | Signature Systems Group LLC | Attn Wen Kang Chang | 50 East 42nd St 14th Fl | | New York | NY | 10017 |
| GU Committee Member | Stan and Beth White | | 2931 Belgrave Drive | | Germantown | TN | 38138 |
| Tennessee Department of Revenue | Tennessee Department of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Comptroller of Public Accounts, State of Texas | Texas Comptroller of Public Accounts | John Mark Stern Asst AG | PO Box 12548 | Bankruptcy & Collections Division | Austin | TX | 78711-2548 |

In re: After-Party2, Inc. (f/k/a Event Rentals, Inc.), et al.
Case No. 14-10282 (PJW)