IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br><br>Jointly Administered<br><br>Re: 651 & 692 |

## AGREED ORDER SUSTAINING AFTER-PARTY2, INC. (F/K/A EVENT RENTALS, INC.) AND ITS AFFILIATED DEBTORS' FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO SPENCER REED GROUP, LLC'S PROOF OF CLAIM

Upon consideration the Debtors' First Omnibus Objection (Substantive) to Certain Claims (the "First Omnibus Objection"), the Response of Spencer Reed to the Debtors' First Omnibus Objection to Certain Claims and of Proof of Claim Number 126; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the First Omnibus Objection is sufficient, and that no other or further notice need be provided; and it appearing that the relief requested herein is in the best interests of the Debtors, their estates, and all parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the First Omnibus Objection to Spencer Reed Group, LLC's Proof of Claim is SUSTAINED as provided herein; and it is further

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

LOSANGELES 1070368 (2K)

ORDERED that Spencer Reed Group, LLC ("Spencer") shall have an Allowed Priority Claim in the amount of $4,500.00 and an Allowed General Unsecured claim in the amount of $12,282.18; and it is further

ORDERED that any other amounts owed to Spencer by the Debtors as of the Petition Date are hereby disallowed and expunged; and it is further

ORDERED that the Debtors are authorized to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated:   Wilmington, Delaware
         Aug 22, 2014

_____
UNITED STATES BANKRUPTCY JUDGE