## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*,[1] | Case No. 14-10282 (PJW) |
| | Jointly Administered |
| | **Re: Docket Nos. 616 & 707** |
| Debtors. | |

**NOTICE OF (I) CONFIRMATION OF FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION FOR AFTER-PARTY2, INC. (F/K/A EVENT RENTALS, INC.) AND ITS AFFILIATED DEBTORS PROPOSED BY THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (II) THE OCCURRENCE OF THE EFFECTIVE DATE; AND (III) BAR DATES FOR ASSERTING ADMINISTRATIVE CLAIMS, FEE CLAIMS, AND REJECTION DAMAGES CLAIMS**

PLEASE TAKE NOTICE that on August 27, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [D.I. 707] (the "Confirmation Order") confirming the *First Amended Chapter 11 Plan of Liquidation for After-Party2, Inc. and Its Affiliated Debtors Proposed by the Debtors and the Official Committee of Unsecured Creditors* [D.I. 616] (the "Plan"). Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE that the terms of the Plan, all Plan-related documents (including, but not limited to, the Plan Documents), and the Confirmation Order are valid, binding upon the Debtors, the holders of all Claims and Equity Interests, all parties in interest, and all Persons, as well as each of their respective successors and assigns, and that the Plan is enforceable notwithstanding any otherwise applicable non-bankruptcy law.

PLEASE TAKE FURTHER NOTICE that on September 5, 2014, the Effective Date of the Plan occurred in accordance with the terms of the Plan.

PLEASE TAKE FURTHER NOTICE that the holder of an Administrative Claim, other than (i) a Fee Claim; (ii) Statutory Fees; (iii) Buyer Pay Claims incurred and payable in the ordinary course of business by the Debtors (and not past due); (iv) a Claim of the type referred to in section 503(b)(1)(D) of the Bankruptcy Code; or (v) an Administrative Claim that has been Allowed on or before the Effective Date, must file with the Bankruptcy Court and serve on the Debtors, the Committee, and the Office of the United States Trustee, notice of such

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

Administrative Claim **before October 20, 2014 at 4:00 p.m. EDT**. Such notice must include at a minimum (i) the name of the holder of the Claim; (ii) the amount of the Claim; and (iii) the basis for the Claim. **Failure to timely and properly file and serve a notice of Administrative Claim shall result in such Administrative Claim not being entitled to any distribution under the Plan.**

PLEASE TAKE FURTHER NOTICE that each Professional Person who holds or asserts a Fee Claim shall be required to file with the Bankruptcy Court, and serve on all parties required to receive notice, a Fee Application **before October 20, 2014 at 4:00 p.m. EDT. Failure of a Professional Person to timely and properly file and serve a Fee Application shall result in such Professional Person's Fee Claim not being entitled to any distribution under the Plan.**

PLEASE TAKE FURTHER NOTICE that each Person who holds or asserts a Claim arising from the rejection of an executory contract or unexpired lease, or the expiration or termination of any executory contract or unexpired lease prior to the Confirmation Date, must file with the Bankruptcy Court and serve on the Debtors proof of such Claim (a) in the case of an executory contract or unexpired lease rejected by the Debtors prior to the Confirmation Date, in accordance with the Bar Date Notice; (b) in the case of an executory contract or unexpired lease that (i) was terminated or expired by its terms prior to the Confirmation Date, or (ii) is rejected pursuant to Section 12.1(a) of the Plan, **no later than September 26, 2014 at 4:00 p.m. EDT**; and (c) in the case of an executory contract or unexpired lease that is rejected pursuant to Section 12.1(b) of the Plan, **no later than thirty (30) days after the date that the rejection was effected**. **Any such Claim for which a proof of claim is not filed and served by the deadlines as set forth in the Bar Date Notice or Section 12.2 of the Plan, as applicable, will be forever barred from assertion and shall not be enforceable against the Debtors, the Estates, or the Assets.** Unless otherwise ordered by the Bankruptcy Court, all such Claims that are timely filed as provided in Section 12.2 of the Plan shall be treated as Unsecured Claims under the Plan subject to objection by the Liquidation Trustee.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and the Plan contain provisions that may affect your rights. You may obtain a copy of the Plan and/or Confirmation Order at www.deb.uscourts.gov and www.kccllc.net/CPR, and/or upon request to the Debtors' Claims Agent, Kurtzman Carson Consultants, LLC, at (877) 759-8814. You are encouraged to review the Confirmation Order and the Plan in their entirety and consult with your own legal advisors.

Dated: September 5, 2014
      Wilmington, Delaware

**FOX ROTHSCHILD LLP**

By: */s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
919 North Market Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 654-7444

-and-

**WHITE & CASE LLP**
John K. Cunningham (admitted *pro hac vice*)
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone: (305) 371-2700
      -and-
Craig H. Averch (admitted *pro hac vice*)
633 West Fifth Street, Suite 1900
Los Angeles, California 90034
Telephone: (213) 620-7700

*Attorneys for the Debtors and Debtors in Possession*