**Exhibit A**

First Amendment to Lease

# FIRST AMENDMENT TO LEASE

This First Amendment to Lease, dated **August 28, 2012**, for reference purposes only, is by and between **W.H. DAUM INVESTMENT COMPANY**, a California Limited Liability Company (**LESSOR**), and **A-RENTAL WORLD, INCORPORATED**, a California Corporation, d/b/a **CLASSIC TENTS CORPORATION (LESSEE)** and amends the Lease dated July 9, 2007, for the **Premises** known as **540 Hawaii Avenue, Torrance, CA 90503** by the following:

**The purpose of this Amendment is to: Extend the Term of the Lease; Adjust the Base Rent; Grant an Option to Further extend the Lease and miscellaneous recitals.**

1. **TERM**: The Term of the Lease is extended from November 1, 2012 through October 31, 2017.

2. **BASE RENT ADJUSTMENTS**:

| | | |
|---|---|---|
| ***September 1, 2012-** | **October 31, 2013** | **$28,613.00/Month** |
| **November 1, 2013 –** | **October 31, 2014** | **$29,471.00/Month** |
| **November 1, 2014 –** | **October 31, 2015** | **$30,355.00/Month** |
| **November 1, 2015 –** | **October 31, 2016** | **$31,265.00/Month** |
| **November 1, 2016 –** | **October 31, 2017** | **$32,203.00/Month** |

* While the scheduled termination date of the lease is October 31, 2012 and the proposed Base Rent adjustment would typically take place on November 1, 2012, as an added benefit for LESSEE to execute this Amendment on or before August 31, 2012, LESSOR agrees to reduce the Base Rent two (2) months early. If LESSEE does not execute this Amendment on or before August 31, 2012 and return it to LESSOR via regular U.S. Mail and email, the Base Rent of $28, 613.00 will begin November 1, 2012.

3. **OPTION TO TERMINATE THE LEASE**: LESSOR grants to LESSEE a one-time right to terminate the lease as of **October 31, 2015.** To exercise this Option, LESSEE must notify LESSOR of its intention to terminate the lease no later than **May 1, 2015** by regular U.S. mail and by email. If the Option to terminate the Lease is not exercised in a timely manner, the lease will continue through October 31, 2017. Should LESSEE terminate the Lease, it agrees to leave the Premises in clean condition, free of debris, without above-standard wear and tear and to pay a Termination Fee equal to the final month's Base Rent. which is $30,355.00 CRG

4. **OPTION TO EXTEND THE LEASE:** See Exhibit A.

5. **SECURITY DEPOSIT**: Remains at $28,016.00.



# OPTION(S) TO EXTEND EXHIBIT "A"

## STANDARD LEASE ADDENDUM

Dated August 28, 2012

By and Between (Lessor) W.H. DAUM INVESTMENT COMPANY, LLC

By and Between (Lessee) A-RENTAL WORLD, INCORPORATED, d/b/a CLASSIC TENTS CORPORATION

Address of Premises: 540 HAWAII AVE. TORRANCE, CA 90503

Paragraph ______

A. OPTION(S) TO EXTEND:
Lessor hereby grants to Lessee the option to extend the term of this Lease for One (1) additional Sixty (60) month period(s) commencing when the prior term expires upon each and all of the following terms and conditions:

(i) In order to exercise an option to extend, Lessee must give written notice of such election to Lessor and Lessor must receive the same at least 6 but not more than 9 months prior to the date that the option period would commence, time being of the essence. If proper notification of the exercise of an option is not given and/or received, such option shall automatically expire. Options (if there are more than one) may only be exercised consecutively.

(ii) The provisions of paragraph 39, including those relating to Lessee's Default set forth in paragraph 39.4 of this Lease, are conditions of this Option.

(iii) Except for the provisions of this Lease granting an option or options to extend the term, all of the terms and conditions of this Lease except where specifically modified by this option shall apply.

(iv) This Option is personal to the original Lessee, and cannot be assigned or exercised by anyone other than said original Lessee and only while the original Lessee is in full possession of the Premises and without the intention of thereafter assigning or subletting.

(v) The monthly rent for each month of the option period shall be calculated as follows, using the method(s) indicated below:
(Check Method(s) to be Used and Fill in Appropriately)

☐ ~~I. Cost of Living Adjustment(s) (COLA)~~
~~a. On (Fill in COLA Dates):~~ ______

~~the Base Rent shall be adjusted by the change, if any, from the Base Month specified below, in the Consumer Price Index of the Bureau of Labor Statistics of the U.S. Department of Labor for (select one): ☐ CPI W (Urban Wage Earners and Clerical Workers) or ☐ CPI U (All Urban Consumers), for (Fill in Urban Area):~~ ______

~~All Items (1982-1984 = 100), herein referred to as "CPI".~~

~~b. The monthly rent payable in accordance with paragraph A.I.a. of this Addendum shall be calculated as follows: the Base Rent set forth in paragraph 1.6 of the attached Lease, shall be multiplied by a fraction the numerator of which shall be the CPI of the calendar month 2 months prior to the month(s) specified in paragraph A.I.a. above during which the adjustment is to take effect, and the denominator of which shall be the CPI of the calendar month which is 2 months prior to (select one): ☐ the first month of the term of this Lease as set forth in paragraph 1.3 ("Base Month") or ☐ (Fill in Other "Base Month"):~~ ______

~~The sum so calculated shall constitute the new monthly rent hereunder, but in no event, shall any such new monthly rent be less than the rent payable for the month immediately preceding the rent adjustment.~~

~~c. In the event the compilation and/or publication of the CPI shall be transferred to any other governmental department or bureau or agency or shall be discontinued, then the index most nearly the same as the CPI shall be used to make such calculation. In the event that the Parties cannot agree on such alternative index, then the matter shall be submitted for decision to the American Arbitration Association in accordance with the then rules of said Association and the decision of the arbitrators shall be binding upon the parties. The cost of said Arbitration shall be paid equally by the Parties.~~

☐ ~~II. Market Rental Value Adjustment(s) (MRV)~~
~~a. On (Fill in MRV Adjustment Date(s))~~ ______

~~the Base Rent shall be adjusted to the "Market Rental Value" of the property as follows:~~
~~1) Four months prior to each Market Rental Value Adjustment Date described above, the Parties shall attempt to agree upon what the new MRV will be on the adjustment date. If agreement cannot be reached, within thirty days, then:~~

~~(a) Lessor and Lessee shall immediately appoint a mutually acceptable appraiser or broker to establish the new MRV within the next 30 days. Any associated costs will be split equally between the Parties, or~~

~~(b) Both Lessor and Lessee shall each immediately make a reasonable determination of the MRV and submit such determination, in~~

J.D.
INITIALS

CRB
INITIALS

©2000 - AIR COMMERCIAL REAL ESTATE ASSOCIATION

~~writing, to arbitration in accordance with the following provisions:~~

~~(i) Within 15 days thereafter, Lessor and Lessee shall each select an ☐ appraiser or ☐ broker ("Consultant" - check one) of their choice to act as an arbitrator. The two arbitrators so appointed shall immediately select a third mutually acceptable Consultant to act as a third arbitrator.~~

~~(ii) The 3 arbitrators shall within 30 days of the appointment of the third arbitrator reach a decision as to what the actual MRV for the Premises is, and whether Lessor's or Lessee's submitted MRV is the closest thereto. The decision of a majority of the arbitrators shall be binding on the Parties. The submitted MRV which is determined to be the closest to the actual MRV shall thereafter be used by the Parties.~~

~~(iii) If either of the Parties fails to appoint an arbitrator within the specified 15 days, the arbitrator timely appointed by one of them shall reach a decision on his or her own, and said decision shall be binding on the Parties.~~

~~(iv) The entire cost of such arbitration shall be paid by the party whose submitted MRV is not selected, ie. the one that is NOT the closest to the actual MRV.~~

~~2) Notwithstanding the foregoing, the new MRV shall not be less than the rent payable for the month immediately preceding the rent adjustment.~~

~~b. Upon the establishment of each New Market Rental Value:~~

~~1) the new MRV will become the new "Base Rent" for the purpose of calculating any further Adjustments, and~~
~~2) the first month of each Market Rental Value term shall become the new "Base Month" for the purpose of calculating any further Adjustments.~~

☑ III. Fixed Rental Adjustment(s) (FRA)
The Base Rent shall be increased to the following amounts on the dates set forth below:

| On (Fill in FRA Adjustment Date(s)): | The New Base Rent shall be: |
| --- | --- |
| November 1st of each year of the Option term, the Base Rent shall be increased three percent (3%) over the preceding Base Rent | |

**B. NOTICE:**
Unless specified otherwise herein, notice of any rental adjustments, other than Fixed Rental Adjustments, shall be made as specified in paragraph 23 of the Lease.

**C. BROKER'S FEE:**
The Brokers shall be paid a Brokerage Fee for each adjustment specified above in accordance with paragraph 15 of the Lease.

**NOTICE: These forms are often modified to meet changing requirements of law and industry needs. Always write or call to make sure you are utilizing the most current form: AIR Commercial Real Estate Association, 800 W 6th Street, Suite 800, Los Angeles, CA 90017. Telephone No. (213) 687-8777. Fax No.: (213) 687-8616.**

J.D.
INITIALS

CRB
INITIALS

©2000 - AIR COMMERCIAL REAL ESTATE ASSOCIATION

VIRTUAL CELL
JIM S.
JORGE
ROBERT
FERNANDO
BOB
OFFICE SUPPLIES
KITCHEN
MIKE
TIFFANY
OSCAR
ANGELA
NICOLE
JANET
YANETH
KIM
JOHN
BRIAN
STACY
KYLE
CHRIS
JIML
JIM G.
MARK
PARKING LOT
OFFICE FLOORPLAN
CLASSIC TENTS
EXHIBIT "B-1"

J.D.

EXHIBIT "B-2"

CONCRETE
SHIPPING
RECEIVING
AND LOADING
WASHING
SECONDARY SHIPPING AND RECEIVING
PRIMARY SHIPPING AND RECEIVING
OFFICE
POWER
LEGEND
WATER METER
HAWAII AVE.
CALIFORNIA STREET


CLASSIC TENTS
CLASSIC TENTS WAREHOUSE LAYOUT
OVERALL LAYOUT
ML
00/28/12
LAYOUT
AZ
0



U.D.

EXHIBIT "C"

**FIRST AMENDMENT TO LEASE**

This First Amendment to Lease, dated **August 28, 2012,** for reference purposes only, is by and between **W.H. DAUM INVESTMENT COMPANY,** a California Limited Liability Company **(LESSOR),** and **A-RENTAL WORLD, INCORPORATED,** a California Corporation, d/b/a **CLASSIC TENTS CORPORATION (LESSEE)** and amends the Lease dated July 9, 2007, for the **Premises** known as **540 Hawaii Avenue, Torrance, CA 90503** by the following:

**The purpose of this Amendment is to: Extend the Term of the Lease; Adjust the Base Rent; Grant an Option to Further extend the Lease and miscellaneous recitals.**

1. **TERM**: The Term of the Lease is extended from November 1, 2012 through October 31, 2017.

2. **BASE RENT ADJUSTMENTS**:

| | |
|---|---|
| ***September 1, 2012- October 31, 2013** | **$28,613.00/Month** |
| **November 1, 2013 – October 31, 2014** | **$29,471.00/Month** |
| **November 1, 2014 – October 31, 2015** | **$30,355.00/Month** |
| **November 1, 2015 – October 31, 2016** | **$31,265.00/Month** |
| **November 1, 2016 – October 31, 2017** | **$32,203.00/Month** |

* While the scheduled termination date of the lease is October 31, 2012 and the proposed Base Rent adjustment would typically take place on November 1, 2012, as an added benefit for LESSEE to execute this Amendment on or before August 31, 2012, LESSOR agrees to reduce the Base Rent two (2) months early. If LESSEE does not execute this Amendment on or before August 31, 2012 and return it to LESSOR via regular U.S. Mail and email, the Base Rent of $28, 613.00 will begin November 1, 2012.

3. **OPTION TO TERMINATE THE LEASE**: LESSOR grants to LESSEE a one-time right to terminate the lease as of **October 31, 2015.** To exercise this Option, LESSEE must notify LESSOR of its intention to terminate the lease no later than **May 1, 2015** by regular U.S. mail and by email. If the Option to terminate the Lease is not exercised in a timely manner, the lease will continue through October 31, 2017. Should LESSEE terminate the Lease, it agrees to leave the Premises in clean condition, free of debris, without above-standard wear and tear and to pay a Termination Fee equal to the final month's Base Rent. which is $30,355.00 CRG

4. **OPTION TO EXTEND THE LEASE:** See Exhibit A.

5. **SECURITY DEPOSIT**: Remains at $28,016.00.

6. <u>LESSOR-PAID TENANT IMPROVEMENTS</u>: LESSOR, at its sole expense, agrees to make the following improvements to the Premises:
A. Paint the exterior of the building in DUNN/EDWARDS (or equivalent) standard colors;
B. Service, repair or replace all roll-up and personnel doors so that all doors needed for LESSEE's use work properly;
C. Replace California St. warehouse chain link fence – inside roll-up door;
D. Repair or replace warehouse lighting to energy-efficient fixtures and tubes {LESSEE must provide easy and safe access for electricians;
E. Remodel warehouse-employee break room, including paint, floor covering, repair or replace HVAC, countertops, light, cabinetry; Provide adequate number of circuits, outlets for LESSEE's microwaves and refrigerators
F. Service, repair or replace HVAC units serving front office area so that all work properly;
G. Paint and install vinyl floor covering in all warehouse restrooms; Install new toilet dividers, toilets, basins, dispensers and ventilators in warehouse restrooms;
H. Divide two offices according to plan; [See Exhibits B-1 and B-2]
I. Replace damaged asphalt paving with concrete paving on the Hawaii Ave. loading door side/California St. side loading door area/ California St. driveway from area near fence south through rear staging, loading and drying area per attached rough sketch; [See Exhibit C]

LESSOR will use its best efforts to order and to complete all of the above improvements on or before December 31, 2012.
LESSEE will cooperate with LESSOR and its contractors as to access for the construction and completion of these improvements.

All other non-conflicting terms and conditions of the Lease remain in full force and effect.

**Time is of the Essence:** If this Amendment (three (3) duplicate originals) is not executed by LESSEE and returned to LESSOR on or before **August 31, 2012 at 5:00 P.M.**, it may be withdrawn and of no force or effect.

| **LESSOR** | **LESSEE** |
|---|---|
| **W. H. DAUM INVESTMENT COMPANY, LLC**, a California Limited Liability Company | **A-RENTAL WORLD INCORPORATED,** a California Corporation d/b/a **CLASSIC TENTS** |
| **CORPORATION** | |
| By: [signature] Date 9/5/12 | By: [signature] 8/31/12 Date |
| Jessie Daum, Member | Carrie R. Blankenheim, Chief Financial Officer |



# OPTION(S) TO EXTEND EXHIBIT "A"

## STANDARD LEASE ADDENDUM

Dated August 28, 2012

By and Between (Lessor) W.H. DAUM INVESTMENT COMPANY, LLC

By and Between (Lessee) A-RENTAL WORLD, INCORPORATED, d/b/a CLASSIC TENTS CORPORATION

Address of Premises: 540 HAWAII AVE. TORRANCE, CA 90503

Paragraph ______

A. OPTION(S) TO EXTEND:
Lessor hereby grants to Lessee the option to extend the term of this Lease for One (1) additional Sixty(60) month period(s) commencing when the prior term expires upon each and all of the following terms and conditions:

(i) In order to exercise an option to extend, Lessee must give written notice of such election to Lessor and Lessor must receive the same at least 6 but not more than 9 months prior to the date that the option period would commence, time being of the essence. If proper notification of the exercise of an option is not given and/or received, such option shall automatically expire. Options (if there are more than one) may only be exercised consecutively.

(ii) The provisions of paragraph 39, including those relating to Lessee's Default set forth in paragraph 39.4 of this Lease, are conditions of this Option.

(iii) Except for the provisions of this Lease granting an option or options to extend the term, all of the terms and conditions of this Lease except where specifically modified by this option shall apply.

(iv) This Option is personal to the original Lessee, and cannot be assigned or exercised by anyone other than said original Lessee and only while the original Lessee is in full possession of the Premises and without the intention of thereafter assigning or subletting.

(v) The monthly rent for each month of the option period shall be calculated as follows, using the method(s) indicated below: (Check Method(s) to be Used and Fill In Appropriately)

☐ ~~I. Cost of Living Adjustment(s) (COLA)~~
~~a. On (Fill in COLA Dates):~~ ______

~~the Base Rent shall be adjusted by the change, if any, from the Base Month specified below, in the Consumer Price Index of the Bureau of Labor Statistics of the U.S. Department of Labor for (select one): ☐ CPI W (Urban Wage Earners and Clerical Workers) or ☐ CPI U (All Urban Consumers), for (Fill in Urban Area):~~ ______

~~All Items (1982-1984 = 100), herein referred to as "CPI".~~

~~b. The monthly rent payable in accordance with paragraph A.I.a. of this Addendum shall be calculated as follows: the Base Rent set forth in paragraph 1.6 of the attached Lease, shall be multiplied by a fraction the numerator of which shall be the CPI of the calendar month 2 months prior to the month(s) specified in paragraph A.I.a. above during which the adjustment is to take effect, and the denominator of which shall be the CPI of the calendar month which is 2 months prior to (select one): ☐ the first month of the term of this Lease as set forth in paragraph 1.3 ("Base Month") or ☐ (Fill in Other "Base Month"):~~ ______

~~The sum so calculated shall constitute the new monthly rent hereunder, but in no event, shall any such new monthly rent be less than the rent payable for the month immediately preceding the rent adjustment.~~

~~c. In the event the compilation and/or publication of the CPI shall be transferred to any other governmental department or bureau or agency or shall be discontinued, then the index most nearly the same as the CPI shall be used to make such calculation. In the event that the Parties cannot agree on such alternative index, then the matter shall be submitted for decision to the American Arbitration Association in accordance with the then rules of said Association and the decision of the arbitrators shall be binding upon the parties. The cost of said Arbitration shall be paid equally by the Parties.~~

☐ ~~II. Market Rental Value Adjustment(s) (MRV)~~
~~a. On (Fill in MRV Adjustment Date(s))~~ ______

~~the Base Rent shall be adjusted to the "Market Rental Value" of the property as follows:~~
~~1) Four months prior to each Market Rental Value Adjustment Date described above, the Parties shall attempt to agree upon what the new MRV will be on the adjustment date. If agreement cannot be reached, within thirty days, then:~~

~~(a) Lessor and Lessee shall immediately appoint a mutually acceptable appraiser or broker to establish the new MRV within the next 30 days. Any associated costs will be split equally between the Parties, or~~

~~(b) Both Lessor and Lessee shall each immediately make a reasonable determination of the MRV and submit such determination, in~~

J.D. INITIALS

CRB INITIALS

©2000 - AIR COMMERCIAL REAL ESTATE ASSOCIATION

~~writing, to arbitration in accordance with the following provisions:~~

~~(i) Within 15 days thereafter, Lessor and Lessee shall each select an ☐ appraiser or ☐ broker ("Consultant" - check one) of their choice to act as an arbitrator. The two arbitrators so appointed shall immediately select a third mutually acceptable Consultant to act as a third arbitrator.~~

~~(ii) The 3 arbitrators shall within 30 days of the appointment of the third arbitrator reach a decision as to what the actual MRV for the Premises is, and whether Lessor's or Lessee's submitted MRV is the closest thereto. The decision of a majority of the arbitrators shall be binding on the Parties. The submitted MRV which is determined to be the closest to the actual MRV shall thereafter be used by the Parties.~~

~~(iii) If either of the Parties fails to appoint an arbitrator within the specified 15 days, the arbitrator timely appointed by one of them shall reach a decision on his or her own, and said decision shall be binding on the Parties.~~

~~(iv) The entire cost of such arbitration shall be paid by the party whose submitted MRV is not selected, ie. the one that is NOT the closest to the actual MRV.~~

~~2) Notwithstanding the foregoing, the new MRV shall not be less than the rent payable for the month immediately preceding the rent adjustment.~~

~~b. Upon the establishment of each New Market Rental Value:~~

~~1) the new MRV will become the new "Base Rent" for the purpose of calculating any further Adjustments, and~~
~~2) the first month of each Market Rental Value term shall become the new "Base Month" for the purpose of calculating any further Adjustments.~~

☑ III. Fixed Rental Adjustment(s) (FRA)

The Base Rent shall be increased to the following amounts on the dates set forth below:

| On (Fill in FRA Adjustment Date(s)): | The New Base Rent shall be: |
|---|---|
| November 1st of each year of the Option term, the Base Rent shall be increased three percent (3%) over the preceding Base Rent | |

**B. NOTICE:**

Unless specified otherwise herein, notice of any rental adjustments, other than Fixed Rental Adjustments, shall be made as specified in paragraph 23 of the Lease.

**C. BROKER'S FEE:**

The Brokers shall be paid a Brokerage Fee for each adjustment specified above in accordance with paragraph 15 of the Lease.

**NOTICE: These forms are often modified to meet changing requirements of law and industry needs. Always write or call to make sure you are utilizing the most current form: AIR Commercial Real Estate Association, 800 W 6th Street, Suite 800, Los Angeles, CA 90017. Telephone No. (213) 687-8777. Fax No.: (213) 687-8616.**

J.D.
INITIALS

CRB
INITIALS

©2000 - AIR COMMERCIAL REAL ESTATE ASSOCIATION

VIRTUAL CELL
JIM S.
JORGE
ROBERT
FERNANDO
BOB
KITCHEN
MIKE
TIFFANY
OSCAR
OFFICE SUPPLIES
ANGELA
NICOLE
JANET
YANETH
KIM
JOHN
BRIAN
STACY
KYLE
CHRIS
JIML
JIM G.
MARK
PARKING LOT
OFFICE FLOORPLAN
OVERALL FLOORPLAN
LAYOUT
CLASSIC TENTS
EXHIBIT "B-1"

EXHIBIT "B-2"

J.D.







CALIFORNIA STREET

U.D.

EXHIBIT "C"