# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br><br>Jointly Administered<br><br>Re: Docket No. 646 & 740 |

## AGREED ORDER SUSTAINING DOMESTIC LINEN SUPPLY CO INC DBA DOMESTIC UNIFORM RENTAL'S MOTION FOR ENTRY OF AN ORDER GRANTING ADMINISTRATIVE CLAIM

Upon consideration of Domestic Linen Supply Co. Inc. DBA Domestic Uniform Rental's Motion for Entry of an Order (I) Granting Administrative Claim Pursuant to 11 U.S.C. § 365(d)(3) (the "Motion"), and of Proof of Claim Number 108 filed by Domestic Linen Supply Co. Inc.; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion is sufficient, and that no other or further notice need be provided; and it appearing that the relief requested herein is in the best interests of the Debtors, their estates, and all parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is SUSTAINED as provided herein; and it is further

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

ORDERED that Domestic Linen Supply Co. Inc. ("Domestic") shall have an Allowed Administrative Claim to be paid by CP OpCo LLC in the amount of $5,800.00 and an Allowed General Unsecured claim in the amount of $30,596.24; and it is further

ORDERED that any other amounts owed to Domestic by the Debtors are hereby disallowed and expunged; and it is further

ORDERED that the Debtors are authorized to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: Wilmington, Delaware
Sept 23, 2014

_____
UNITED STATES BANKRUPTCY JUDGE