**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*,[1,2]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br><br>Jointly Administered |

**NOTICE OF DEBTORS' INTENT TO ASSUME, ASSIGN,
TRANSFER, AND/OR SELL CERTAIN DESIGNATION RIGHTS CONTRACTS**

PLEASE TAKE NOTICE THAT, on February 13, 2014 (the "Petition Date"), After-Party2, Inc. (f/k/a Event Rentals, Inc.) and its affiliated debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors remain in possession of their property pursuant to section 1107(a) of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE THAT, on the Petition Date, the Debtors filed a motion [D.I. 29] to sell substantially all of the Debtors' assets (the "Sale Motion").[3]

PLEASE TAKE FURTHER NOTICE THAT, on April 29, 2014, the Court entered an order approving the Sale Motion [D.I. 444] (the "Sale Order"). Pursuant to the Sale Order, the Debtors were authorized to consummate, and, on May 23, 2014, did consummate, that certain Asset Purchase Agreement, dated as of April 28, 2014, (the "APA") by and among the Debtors and CP OpCo, LLC (the "Buyer"). Pursuant to the Sale Order, certain contracts and/or leases included on Schedule 2.7(e) of the APA are "Designation Rights Contracts." The Sale Order approves the procedures for the assumption and assignment of Designation Rights Contracts. A copy of the Sale Order may be obtained for free at http://www.kccllc.net/cpr/.

PLEASE TAKE FURTHER NOTICE THAT the Debtors intend to assume, assign, transfer, and/or sell to CP OpCo, LLC (the "Buyer") the Designation Rights Contracts listed on Schedule 1 annexed hereto pursuant to sections 363 and 365 of the Bankruptcy Code (the "Assumed Designation Rights Contracts").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

[2] On June 10, 2014, the Bankruptcy Court entered an order approving a modification to the caption of the Debtors' cases. Pursuant to the Asset Purchase Agreement and the Sale Order, the Debtors were required to cease using the "Event Rentals" name after the closing of the Sale.

[3] Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Sale Procedures Motion.

ACTIVE 27551473v1 09/26/2014

PLEASE TAKE FURTHER NOTICE THAT the Debtors have set forth on Schedule 1 hereto the amounts necessary to cure defaults and/or to provide compensation or adequate assurance of compensation for actual pecuniary loss resulting from a default prior to the Petition Date (the "Cure Payment Liabilities"). The amounts set forth on Schedule 1 may, in some instances, represent the amount that the Buyer has advised it is prepared to pay in order to take an assignment of, receive by transfer, and/or purchase a particular Assumed Designation Rights Contract. The Bankruptcy Code requires that the Cure Payment Liabilities (which include any amounts owing on account of the Debtors' prepetition obligations under the Assumed Designation Rights Contracts) be paid (or that adequate assurance of payment be provided) to the parties owed such amounts upon the Debtors' assumption of the Assumed Designation Rights Contracts.

**PLEASE TAKE FURTHER NOTICE THAT ANY PARTY SEEKING TO ASSERT AN OBJECTION TO THE ASSUMPTION BY THE DEBTORS AND ASSIGNMENT, TRANSFER, AND/OR SALE TO THE BUYER OF A DESIGNATION RIGHTS CONTRACT, INCLUDING TO THE VALIDITY OF ANY CURE PAYMENT LIABILITIES AS DETERMINED BY THE DEBTORS OR TO OTHERWISE ASSERT THAT ANY OTHER AMOUNTS, DEFAULTS, CONDITIONS, OR PECUNIARY LOSSES MUST BE CURED OR SATISFIED UNDER THE DESIGNATION RIGHTS CONTRACTS MUST FILE AND SERVE ITS OBJECTION (ANY SUCH OBJECTION, AN "ASSUMPTION OBJECTION") SETTING FORTH WITH SPECIFICITY ANY AND ALL CURE OBLIGATIONS OR OTHER CONDITIONS WHICH SUCH PARTY ASSERTS MUST BE CURED OR SATISFIED WITH RESPECT TO SUCH DESIGNATION RIGHTS CONTRACT WITH APPROPRIATE DOCUMENTATION IN SUPPORT THEREOF, SO THAT SUCH ASSUMPTION OBJECTION IS ACTUALLY RECEIVED BY** (a) the Debtors, After-Party2, Inc. c/o FTI Consulting, One Front Street, Suite 1600, San Francisco, CA 94111 (Attn: Andrew Hinkelman); (b) co-counsel to the Debtors, White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Attn: John K. Cunningham, Esq.) and Fox Rothschild LLP, 919 North Market Street, Suite 300, Wilmington, Delaware 19801 (Attn: Jeffrey M. Schlerf, Esq.); and counsel to the Buyer, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Lauren Shumejda, Esq.) **WITHIN FOURTEEN (14) CALENDAR DAYS OF BEING SERVED THIS NOTICE.**

**PLEASE TAKE FURTHER NOTICE THAT, UNLESS AN ASSUMPTION OBJECTION IS FILED AND SERVED BY A PARTY TO AN ASSUMED DESIGNATION RIGHTS CONTRACT BY THE OBJECTION DEADLINE, ALL PARTIES WHO HAVE RECEIVED ACTUAL OR CONSTRUCTIVE NOTICE HEREOF SHALL BE DEEMED TO HAVE WAIVED AND RELEASED ANY RIGHT TO ASSERT AN ASSUMPTION OBJECTION AND TO HAVE OTHERWISE CONSENTED TO THE ASSUMPTION, ASSIGNMENT, TRANSFER, AND/OR SALE, AND SHALL BE FOREVER BARRED AND ESTOPPED FROM ASSERTING OR CLAIMING AGAINST THE DEBTORS, THE BUYER, OR ANY OTHER ASSIGNEE OF THE RELEVANT ASSUMED DESIGNATION RIGHTS CONTRACT THAT ANY ADDITIONAL AMOUNTS ARE DUE OR DEFAULTS EXIST, OR CONDITIONS TO ASSUMPTION OR ASSIGNMENT MUST BE SATISFIED, UNDER SUCH ASSUMED DESIGNATION RIGHTS CONTRACT.**

PLEASE TAKE FURTHER NOTICE THAT Assumption Objections must set forth the cure amount or other obligation the objecting party asserts is due, the specific types and

dates of the alleged defaults, pecuniary losses, and conditions to assignment and the support therefor, if any.

PLEASE TAKE FURTHER NOTICE THAT if, as to any Assumed Designation Rights Contract, no Assumption Objection is received by the Objection Deadline, such Assumed Designation Rights Contracts shall be deemed assumed by the Debtors and assigned, transferred, and/or sold to the Buyer without further order of the Bankruptcy Court, effective as of September 12, 2014.  If an Assumption Objection is received by the Objection Deadline and the Debtors and the Buyer are unable to resolve such objection consensually, the proposed assumption and assignment which is the subject of such Assumption Objection shall be subject to further order of the Bankruptcy Court and the Debtors shall promptly schedule a hearing to consider such Assumption Objection.

PLEASE TAKE FURTHER NOTICE THAT hearings with respect to Assumption Objections shall be held on such date as the Bankruptcy Court may designate.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU AGREE WITH THE CURE PAYMENT LIABILITIES SET FORTH ON <u>SCHEDULE 1</u> AND DO NOT OTHERWISE OBJECT TO THE DEBTORS' ASSUMPTION, ASSIGNMENT, TRANSFER, AND/OR SALE OF YOUR DESIGNATION RIGHTS CONTRACT, YOU NEED NOT TAKE ANY FURTHER ACTION.**

PLEASE TAKE FURTHER NOTICE THAT a complete copy of the Sale Motion may be obtained by (a) sending a written request to counsel to the Debtors, White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, Facsimile: (305) 358-5744 (Attn: John K. Cunningham, Esq.) or Fox Rothschild LLP, 919 North Market Street, Suite 300, Wilmington, Delaware 19801 (Attn: Jeffrey M. Schlerf, Esq.), or (b) accessing the website of the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/CPR.  The Debtors encourage parties to review such documents in their entirety and consult an attorney if they have questions or want advice.

Dated: September 26, 2014

| | |
|---|---|
| John K. Cunningham<br>WHITE & CASE LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard, 49th Floor<br>Miami, Florida 33131<br>Telephone:  (305) 371-2700<br><br>—and—<br><br>Craig H. Averch<br>WHITE & CASE LLP<br>633 West Fifth Street, Suite 1900<br>Los Angeles, California 90071<br>Telephone:  (213) 620-7700 | Jeffrey M. Schlerf (No. 3047)<br>John H. Strock (No. 4965)<br>L. John Bird (No. 5310)<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center, Suite 300<br>919 North Market Street<br>Wilmington, DE 19801<br>Telephone:  (302) 654-7444 |

## Schedule 1

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| 550 Meadowlands Parkway LLC; US Bank, N.A. | After-Party2, Inc. (Event Rentals, Inc.) | Irrevocable Standby Letter of Credit, number SLCPPDX05858 | December 17, 2012 | $0.00 |
| ADP, Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | National Account Services Master Services Agreement, as amended by Addendum to National Account Services Master Services Agreement, dated May 19, 2008; as further amended by First Amendment, dated February 28, 2013 | May 19, 2008 | $4,813.00 |
| Alarm Detection Systems, Inc. | After-Party7, Inc. (f/k/a Classic Midwest, Inc.) | Security System and Services Agreement, as modified by Security System and Services Agreement Addendum, dated November 6, 2013 | November 1, 2002 | $0.00 |
| Alarms Unlimited | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Monitoring/Repair Agreements | March 22, 2006 | $0.00 |
| Alarms Unlimited | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Monitoring/Repair Agreements | July 27, 2005 | $0.00 |
| AmeriGas Propane and/or AmeriGas Eagle Propane, L.P. dba AmeriGas | After-Party11, Inc. (f/k/a Classic Southeast, Inc.) | Propane Supply Agreement & Equipment lease | May 31, 2011 | $0.00 |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| Anschutz Entertainment Group, Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Master Purchase and Rental Agreement, as amended by First Amendment to the Master Purchase and Rental Agreement, dated June 1, 2012 | September 1, 2009 | $0.00 |
| Anthem BlueCross | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Classic Party Rentals, Inc. Health Insurance Group Policy | | $0.00 |
| Anthem BlueCross | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Classic Party Rentals, Inc. Group Policy | | $0.00 |
| Arizona Weddings | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Advertising Agreement | December 12, 2013 | $0.00 |
| Atkinson Enterprises, Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Service Agreement | January 6, 2012 | $0.00 |
| Bay Alarm | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Commercial Fire Alarm System Purchase and/or Service Agreement | November 19, 2013 | $0.00 |
| Bay Alarm Company | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Commercial Alarm Installation and Services Agreement (3101 South Harbor Boulevard), as modified by Alarm Agreement Addendum Correction or Change From Previous Agreement, dated August 16, 2011 | August 8, 2011 | $0.00 |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| Bay Alarm Company | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Commercial Alarm Installation and Services Agreement (3105 South Harbor Boulevard) | August 23, 2011 | $0.00 |
| Bay Alarm Company | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Commercial Alarm Installation and Services Agreement (3105 South Harbor Boulevard (2)) | August 23, 2011 | $0.00 |
| BullsEye Telecom | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Corporate Advantage Month-to Month Letter of Authorization | January 27, 2010 | $0.00 |
| Cardinal Sports, LLC | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Marketing & Sponsorship Contract | July 18, 2013 | $1,000.00 |
| CleanNet USA | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Cleaning Contract Agreement | April 16, 2014 | $0.00 |
| Commercial Energy of Montana, Inc. dba Commercial Energy of California | After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) | Natural Gas Purchase Agreement, as amended by Amendment, dated October 1, 2013 | October 1, 2013 | $0.00 |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| Commercial Energy of Montana, Inc. dba Commercial Energy of California | After-Party, Inc. (Special Event Holding, Inc.) | Natural Gas Purchase Agreement | July 1, 2013 | $0.00 |
| Compass Group USA, Inc. | LRAP5, LP (f/k/a Classic Party Rentals LP) | Vending Agreement | December 20, 2013 | $0.00 |
| Compass Group USA, Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Vending Agreement | August 2, 2013 | $0.00 |
| County of Napa | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | License Agreement #AUD6762 | May 29, 2013 | $0.00 |
| Dallas County Community College District | LRAP5, LP (f/k/a Classic Party Rentals LP) | Request for Sealed Bid for Event Rental Services | August 1, 2011 | $0.00 |
| De Lage Landen Financial Services, Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Lease Agreement | October 18, 2013 | $3,231.85 |
| Dell Financial Services LLC | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Master Lease Agreement; as modified by Pitney Bowes Global Financial Lease Agreement, dated September 9, 2013 | April 12, 2012 | $4,678.20 |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| Ecolab, Inc. | Multiple Debtors | Dishmachine Lease Agreement, dated February 19, 2013, between Ecolab Inc. and Classic Party Rentals, Inc.; Water Softener Lease and Maintenance Agreement, dated January 12, 2010, between Ecolab Inc. and Classic Party Rentals, Inc.; Dishmachine Lease Agreement, dated August 2, 2010, between Ecolab Inc. and Classic Party Rentals, Inc.; Dishmachine Lease Agreement, dated March 30, 2012, between Ecolab Inc. and Classic Party Rentals, Inc.; 360 of Protection Ecotemp Rental Agreement, dated March 10, 2009, between Ecolab Inc. and Classic Party Rentals, Inc.; 360 of Protection Ecotemp Rental Agreement (Account Number 50003102), dated July 28, 2010, between Ecolab Inc. and Classic Party Rentals, Inc.; 360 of Protection Ecotemp Rental Agreement, dated December 9, 2005, between Ecolab Inc. and Classic Party Rentals, Inc.; 360 of Protection Ecotemp Rental Agreement, dated August 22, 2008, between Ecolab Inc. and Classic Southeast, Inc. dba Festive Fare; 360 of Protection Ecotemp Rental Agreement (Account Number 19653864), dated July 28, 2010, between Ecolab Inc. and Classic Party Rentals, Inc.; Dishmachine Lease Agreement, dated March 17, 2011, between Ecolab Inc. and Classic Party Rentals, Inc.; Dishmachine Lease Agreement, dated October 14, 2013, between Ecolab Inc. and Classic Party Rentals, Inc.; Dishmachine Lease Agreement, dated June 7, 2012, between Ecolab Inc. and Classic Party Rentals, Inc.; Ecotemp Lease Agreement (Serial | Ecolab, Inc. | $37,146.53[4] |

---

[4] Pursuant to the agreement of the parties, this amount represents the consolidated cure amount for all of the executory contracts and unexpired leases list under this entry.

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| | | No. J4866), dated December 21, 1998, between Ecolab Inc. and Classic Party Rentals, Inc. dba Regal Rents, Inc.; Ecotemp Lease Agreement (Serial No. J4882), dated December 21, 1998, between Ecolab Inc. and Classic Party Rentals, Inc. dba Regal Rents, Inc.; Ecotemp Lease Agreement, dated November 1, 2002, between Ecolab Inc. and Classic Party Rentals, Inc. dba Regal Rents, Inc.; Dishmachine Lease Agreement, dated June 14, 2011, between Ecolab Inc. and Classic Party Rentals, Inc.; Dishmachine Lease Agreement, dated November 1, 2012, between Ecolab Inc. and Classic Party Rentals, LP dba Ducky Bob's Party Rentals; Dishmachine Lease Agreement, dated January 4, 2013, between Ecolab Inc. and Classic Party Rentals, LP dba Ducky Bob's Party Rentals; Dishmachine Lease Agreement, dated February 14, 2011, between Ecolab Inc. and Classic Party Rentals, Inc.; Lease Agreement, dated June 18, 2010, between Ecolab Inc. and Classic Southeast, Inc. dba Festive Fare; Ecotemp Lease Agreement, dated March 17, 2006, between Ecolab Inc. and Classic Party Rentals, Inc. dba Tri-Rentals; Ecotemp Lease Agreement, dated August 10, 2007, between Ecolab Inc. and Classic Party Rentals, Inc.; Ecotemp Lease Agreement, dated February 26, 2008, between Ecolab Inc. and Classic Party Rentals, Inc.; Water Softener Lease and Maintenance Agreement, dated January 18, 2010, between Ecolab Inc. and Classic Party Rentals, Inc.; Dishmachine Lease Agreement, dated January 17, 2011, between Ecolab Inc. and Classic Party Rentals, Inc.; Dishmachine Lease Agreement, dated April 10, | | |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| | | 2012, between Ecolab Inc. and Classic Party Rentals, Inc.; Dishmachine Lease Agreement, dated April 13, 2011, between Ecolab Inc. and Classic Party Rentals, Inc.; Dishmachine Lease Agreement, dated April 14, 2011, between Ecolab Inc. and Classic Party Rentals, Inc.; Ecotemp Lease Agreement, dated January 2, 2004, between Ecolab Inc. and Classic Party Rentals, Inc.; Dishmachine Lease Agreement (Serial No. J-4252R-C), dated February 2, 2011, between Ecolab, Inc. and Classic Panache, Inc.; Dishmachine Lease Agreement (Serial No. 01J8435M), dated February 2, 2011, between Ecolab, Inc. and Classic Panache, Inc.; Dishmachine Lease Agreement (Serial No. 01J6424M), dated February 2, 2011, between Ecolab, Inc. and Classic Panache, Inc.; Ecotemp Lease Agreement, dated September 8, 2007, between Ecolab Inc. and Classic Party Rentals, Inc.; Lease Agreement, dated September 24, 2010, between Classic Party Rentals, Inc. and Ecolab Inc. | | |
| Elsten Security Services | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Service Agreement | August 29, 2012 | $0.00 |
| Enterprise Holdings, Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Master Truck Rental Agreement, dated March 1, 2012, between Classic Party Rentals, Inc. and Enterprise Holdings, Inc.; as modified by Schedule A (unit number UFUF 1698), dated November 1, 2011, between Enterprise Rent-a-Car Company of Los Angeles, LLC and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number UF1701), dated November 1, 2011, between Enterprise Rent-a- | March 1, 2012 | $0.00 |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| | | Car Company of Los Angeles, LLC and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number UF1602), dated November 1, 2011, between Enterprise Rent-a-Car Company of Los Angeles, LLC and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number UF1603), dated November 1, 2011, between Enterprise Rent-a-Car Company of Los Angeles, LLC and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number UF1604), dated November 1, 2011, between Enterprise Rent-a-Car Company of Los Angeles, LLC and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number 7G0LLS), dated August 1, 2012, between Enterprise Rent-a-Car Company of Los Angeles, LLC and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number 7G0LKD), dated August 1, 2012, between Enterprise Rent-a-Car Company of Los Angeles, LLC and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number 7G0LKF), dated August 1, 2012, between Enterprise Rent-a-Car Company of Los Angeles, LLC and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number 7GYVQ9), dated August 1, 2012, between Enterprise Rent-a-Car Company of Los Angeles, LLC and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number 7G0LLX), dated August 1, 2012, between Enterprise Rent-a-Car Company of Los Angeles, LLC and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number 7G0LLV), dated July 1, 2012, between Enterprise Rent-a-Car Company of Los Angeles, LLC | | |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| | | and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number 7GHM1Y), dated July 1, 2012, between Enterprise Rent-a-Car Company of Los Angeles, LLC and Classic Party Rentals, Inc.; as further modified by Schedule A (unit number XZ3529), dated November 1, 2011. | | |
| Enterprise Rent-A-Car Company of Tennessee, LLC | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Master Truck Rental Agreement, dated October 10, 2013, between Classic Party Rentals, Inc. and Enterprise Rent-A-Car Company of Tennessee, LLC; as modified by Schedule A (unit number 7HM211), dated October 19, 2013, between Classic Party Rentals, Inc. and Enterprise Rent-A-Car Company of Tennessee, LLC; as further modified by Schedule A (unit number 7HL673), dated October 9, 2013, between Classic Party Rentals, Inc. and Enterprise Rent-A-Car Company of Tennessee, LLC; as further modified by Schedule A (unit number 7HL666), dated October 9, 2013, between Classic Party Rentals, Inc. and Enterprise Rent-A-Car Company of Tennessee, LLC. | October 10, 2013 | $0.00 |
| Ferrellgas | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Cost-Plus Agreement | December 12, 2012 | $0.00 |
| Film Independent, Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Film Independent Sponsor Agreement | November 16, 2011 | $0.00 |
| FITA Partners, LLC dba Kindles | After-Party2, Inc. (f/k/a Event Rentals, Inc.) | Equipment Rental Agreement | April 2009 | $0.00 |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| Guardian Protection Services, Inc. | After-Party11, Inc. (f/k/a Classic Southeast, Inc.) | Commercial Agreement | March 16, 2012 | $0.00 |
| Hawthorn Publications | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Customer Receipt | January 7, 2014 | $0.00 |
| Idealease of Miami | After-Party9, Inc. (f/k/a Classic Panache, Inc.) | Vehicle Lease and Service Agreement, as modified by Schedule A to Vehicle Lese and Service Agreement | February 22, 2012 | $0.00 |
| IMG College, LLC | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Marketing Agreement | March 1, 2012 | $0.00 |
| IMG College, LLC | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Marketing Agreement | April 12, 2013 | $0.00 |
| IMG College, LLC | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Marketing Agreement | July 1, 2013 | $0.00 |
| Karen's Party Supply LLC | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Master Sub Contractor Agreement | April 26, 2013 | $0.00 |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| MTY Enterprises LLC. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Master Sub Contractor Agreement | August 1, 2010 | $0.00 |
| Napa Valley Petroleum, Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | LP Gas Service and Equipment Rental Agreement | October 1, 2008 | $0.00 |
| Net2EZ | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Service Order | April 17, 2013 | $0.00 |
| NTC Foundation Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 2014 Approved Company Agreement, as modified by NTC Promenade Vendor Policies, dated January 16, 2014 | January 17, 2014 | $0.00 |
| Pacific States Petroleum, Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Propane Price Quote | July 26, 2013 | $0.00 |
| Penske Truck Leasing Co., L.P. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Vehicle Lease Agreement, as modified by Schedule A, dated October 14, 2002, between Classic Party Rentals, Inc. and Penske Truck Leasing Co. L.P.; as further modified by Schedule A, dated April 11, 2005, between Classic Party Rentals, Inc. and Penske Truck Leasing Co. L.P.; as further modified by Schedule A, dated November 15, 2006, between Classic Party Rentals, Inc. and Penske Truck Leasing Co. L.P.; as further modified by Schedule A, dated March 12, 2007, between Classic Party Rentals, Inc. and Penske Truck Leasing Co. L.P. | August 24, 2004 | $0.00 |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| Penske Truck Leasing Co., L.P. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Lease Agreement, as modified by Schedule A, dated September 28, 2004, between Classic Party Rentals, Inc. fka A-Rental World, Inc. and Penske Truck Leasing Co, L.P.; as modified by Schedule A, dated May 22, 2008, between Classic Party Rentals, Inc. fka A-Rental World, Inc. and Penske Truck Leasing Co, L.P. | January 27, 2013 | $0.00 |
| Penske Truck Leasing Co., L.P. | LRAP5, LP (f/k/a Classic Party Rentals LP) | Vehicle Lease Services Agreement, as modified by Schedule A, dated July 11, 2007 | April 18, 2006 | $0.00 |
| Perfect Wedding Guide | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Advertising Agreement | July 23, 2013 | $0.00 |
| Protection One | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Commercial Schedule of Protection Proposal and Sales Agreement | November 21, 2008 | $0.00 |
| RLI Insurance Company | After-Party2, Inc. (f/k/a Event Rentals, Inc.) | Irrevocable Letter of Credit, number SLCPPDX06159 | December 13, 2013 | $0.00 |
| RrivreWorks, Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | National Account Agreement | October 1, 2013 | $0.00 |
| Safway Services, LLC | After-Party10, Inc. (f/k/a Classic/Prime, Inc.) | National Account Agreement for Scaffold and Scaffold Services | January 28, 2014 | $0.00 |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| Santa Fe Wine & Chile Fiesta | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Agreement for Rentals & Services | January 2, 2012 | $0.00 |
| Security Fire Protection Co., Inc. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Service Agreement | January 1, 2012 | $0.00 |
| Southern Bride & Groom, LLC | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Agreement for Advertising Services | | $683.00 |
| Stericycle Communication Solutions, Inc. | After-Party11, Inc. (f/k/a Classic Southeast, Inc.) | Communication Services Agreement | May 6, 2014 | $1,129.00 |
| The Newport Group | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Administrative Services Agreement | July 1, 2008 | $2,608.02 |
| Tyco Integrated Security LLC | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Agreement, as modified by Rider for Additional Equipment and/or Services dated March 21, 2013, between Tyco Integrated Security LLC and Classic Party Rentals, Inc.; as further modified by Additional Terms and Conditions, dated March 21, 2013. | March 21, 2013 | $0.00 |
| United Telecom | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Maintenance Agreement | February 2014 | $853.32 |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount |
|---|---|---|---|---|
| University of Southern California | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Sponsorship Agreement | August 1, 2011 | $0.00 |
| Wells Fargo Bank, N.A. | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Classic Party Rentals Amended and Restated Deferred Compensation Plan | | $0.00 |
| Wells Fargo Bank, N.A. | After-Party2, Inc. (Event Rentals, Inc.) | Trust Under Classic Party Rentals Deferred Compensation Plan | October 1, 2007 | $0.00 |
| Willing Minds, LLC | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | Consulting Services Master Agreement, modified by Consulting Services Master Agreement Addendum, dated May 21, 2013 | May 3, 2004 | $0.00 |