# **EXHIBIT B**

550 MEADOWLAND PARKWAY, LLC
Fed ID#26-1856215
P.O. Box 35251
Newark, NJ  07193-5251


CLASSIC NORTHEAST, INC.
POST CHAPTER 11 (FILED 2/13/14 in Delaware)
STATEMENT OF UNPAID CHARGES
STUB RENT
10/15/2014

| Date | Description | Control # | Charges | Charges |
|---|---|---|---:|---:|
| 02/01/14 | cam - operating costs (02/2014) | C-733675 | | 4,642.32 |
| | $8,124.06/28 days x 16 days (2/13-2/28/14) | | | |
| 02/01/14 | fixed rent (02/2014) | C-733676 | | 25,214.12 |
| | $44,124.71/28 days x 16 days (2/13-2/28/14) | | | |
| 02/01/14 | miscellaneous (02/2014) | C-733677 | | 756.42 |
| | $1,323.74/28 days x 16 days (2/13-2/28/14) | | | |
| 02/01/14 | real estate taxes (02/2014) | C-733678 | | 8,020.10 |
| | $14,035.17/28 days x 16 days (2/13-2/28/14) | | | |
| 02/06/14 | Elevator Phone 1/19-2/18/14 | C-735422 | | 7.13 |
| | $36.84/31days x 6 days (2/13-2/18/14) | | | |
| 02/27/14 | File Review and Preparation of Termination Letter 2/24/14 | C-738150 | | 150 |
| 02/27/14 | Preparation of Summons and Complaint 2/25/14 | C-738151 | | 200 |
| 03/27/14 | Gas 1/17-2/19/14 | C-741876 | 454.4 | |
| | $2,207.10/34 days x 7 days (2/13-2/19/14) | Less check #59597 | -389.49 | 64.91 |
| 03/27/14 | Electric Less $1,263.62 Meter Readings 1/18-2/19/14 | C-741877 | 1,458.09 | |
| | $6,873.83/33 days x 7 days (2/13-2/19/14) | Less check #59597 | -1,249.79 | 208.3 |
| 03/27/14 | Water Per Meter Reading 1/13-3/12/14 | C-741878 | 799.97 | |
| | $1,685.65/59 days x 16 days (2/13-2/28/14) | Less check #59597 | -771.4 | 28.57 |

Total Stub Rent								39,291.87