# **<u>PROPOSED FORM OF ORDER</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AFTER-PARTY2, INC. (f/k/a Event Rentals, Inc.), *et al.*, | ) Case No.: 14-10282 (PJW) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) **Related Docket No.** _____ |

## ORDER ALLOWING 550 MEADOWLAND PARKWAY, L.L.C. ADMINISTRATIVE EXPENSE CLAIM

**HAVING CONSIDERED** the *Motion of 550 Meadowland Parkway, L.L.C. for Allowance of Administrative Expense Claim* (the "Motion"), and the Court, having determined that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion and the hearing thereon has been given and that no other and further notice is necessary; (iv) upon the record herein after due deliberation thereon good cause having been shown that the Court should grant the relief as set forth herein; and (vi) the Court having considered any objections or responses to the Motion if any;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that 550 Meadowland Parkway, L.L.C. has an allowed administrative claim pursuant to 11 U.S.C. § 503(b)(1) in the amount of $39,291.87;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the administrative claim shall be paid at the time that all other administrative claims are paid by the Debtors' estates; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the right of 550 Meadowland Parkway, L.L.C. to seek payment of the claim is specifically preserved.

**IT IS SO ORDERED.**

ME1 19079112v.1

Dated: _____, 2014
       Wilmington, DE

                                        The Honorable Peter J. Walsh
                                        United States Bankruptcy Judge

9