## <u>CERTIFICATE OF SERVICE</u>

I, Katharine L. Mayer, hereby certify that on October 17, 2014, I caused a true and correct copy of the foregoing *Motion for Allowance of Administrative Expense Claim* to be served upon the below listed Counsel by U.S. Mail, postage pre-paid, or in the manner so indicated.

<u>/s/ Katharine L. Mayer</u>
Katharine L. Mayer (DE # 3758)

| | |
|---|---|
| John D. Fiero, Esq.<br>PACHULSKI, STANG, ZIEHL, & JONES LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500 | Peter J. Keane, Esq.<br>James E. O'Neill, Esq.<br>Bradford J. Sandler, Esq.<br>Michael Seidl, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801 |
| David L. Buchbinder, Esq.<br>Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Wilmington, DE 19801 | Craig H. Averch, Esq.<br>WHITE & CASE LLP<br>633 West Fifth Street, Suite 1900<br>Los Angeles,, CA 90071 |
| L. John N. Bird, Esq.<br>Jeffrey M. Schlerf, Esq.<br>John H. Strock, Esq.<br>FOX ROTHSCHILD LLP<br>919 North Market St., Suite 300<br>Wilmington, DE 19801 | John K Cunningham, Esq.<br>WHITE & CASE LLP<br>Wachovia Financial Center<br>200 South Biscayne Blvd |