IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AFTER-PARTY2, INC. (f/k/a EVENT RENTALS, INC.), *et al.*,[1] | ) Case No. 14-10282 (PJW) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

Objection Deadline: November 10, 2014 at 4:00 p.m.
Hearing Date: To be Scheduled

# FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM FEBRUARY 24, 2014 THROUGH SEPTEMBER 5, 2014

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective *nunc pro tunc* to February 24, 2014 by order signed on or about April 15, 2014 |
| Period for which Compensation and Reimbursement is Sought: | February 24, 2014 through September 5, 2014[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $365,755.75[3] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 18,068.43 |

This is a:  ☐ monthly  ☐ interim  ☒ final application.

---

[1] The Debtors are the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc. (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

[3] This amount reflects the reduction of $1,703.00 in the First Quarterly Fee Application.

DOCS_DE:195795.1 14443/002

The total time expended for fee application preparation is approximately 2.0 hours and the corresponding compensation requested is approximately $800.00.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 06/19/14 | 02/24/14 – 03/31/14 | $ 74,528.00 | $8,837.95 | $ 72,825.00[4] | $8,837.95 |
| 06/23/14 | 04/01/14 – 04/30/14 | $116,051.25 | $4,578.38 | $116,051.25 | $4,578.38 |
| 09/11/14 | 05/01/14 – 05/31/14 | $ 55,479.00 | $ 398.15 | $ 44,383.20 | $ 398.15 |
| 09/18/14 | 06/01/14 – 06/30/14 | $ 23,383.50 | $ 554.56 | Pending | Pending |
| 09/29/14 | 07/01/14 – 07/31/14 | $ 22,012.50 | $3,411.89 | Pending | Pending |
| 10/17/14 | 08/01/14 – 09/05/14 | $ 76,004.50 | $ 287.50 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Henry C. Kevane | Partner 1997; Member of CA Bar since 1986 | $875.00 | 4.40 | $ 3,850.00 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $775.00 | 6.50 | $ 5,037.50 |
| Bradford J. Sandler | Partner 2010; Member of PA and NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $775.00<br>$387.50 | 155.00<br>3.00 | $120,125.00<br>$ 1,162.50 |
| John D. Fiero | Partner 2002; Member of CA Bar since 1988 | $765.00<br>$382.50 | 202.70<br>30.50 | $155,065.50<br>$ 11,666.25 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $725.00 | 0.40 | $ 290.00 |
| Shirley S. Cho | Of Counsel 2009; Member of CA Bar since 1997; Member of NY Bar since 2002 | $725.00 | 2.80 | $ 2,030.00 |

---

[4] PSZ&J LLP has voluntarily reduced the requested fees by $1,703.00 which was approved by the Court.

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael R. Seidl | Partner 2003; Member of Washington, D.C. Bar since 1996; Member of DE Bar since 2000 | $645.00 | 20.80 | $ 13,416.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $625.00 | 15.00 | $ 9,375.00 |
| Peter J. Keane | Associate 2010; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $425.00 | 12.90 | $ 6,127.50 |
| Patricia J. Jeffries | Paralegal 1999 | $295.00 | 13.40 | $ 3,953.00 |
| Kathe F. Finlayson | Paralegal 2000 | $295.00 | 0.50 | $ 147.50 |
| Karina K. Yee | Paralegal 2000 | $295.00 | 83.00 | $ 24,485.00 |
| Margaret L. McGee | Paralegal 2007 | $295.00 | 0.30 | $ 88.50 |
| Cheryl A. Knotts | Paralegal 2000 | $290.00 | 3.80 | $ 1,102.00 |
| Kati L. Suk | Paralegal 2009 | $235.00 | 2.80 | $ 658.00 |
| Rita M. Olivere | Case Management Assistant 2000 | $215.00 | 8.30 | $ 1,784.50 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $215.00 | 24.20 | $ 5,203.00 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $215.00 | 2.80 | $ 602.00 |
| Andrea R. Paul | Case Management Assistant 2001 | $215.00 | 1.10 | $ 236.50 |
| Karen S. Neil | Case Management Assistant 2003 | $215.00 | 4.90 | $ 1,053.50 |

**Grand Total:** $367,458.75
**Total Hours:** 599.10
**Blended Rate:** $ 613.35

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis/Recovery | 0.70 | $ 535.50 |
| Asset Disposition | 43.60 | $33,525.00 |
| Bankruptcy Litigation | 94.70 | $65,686.50 |
| Case Administration | 92.60 | $25,064.00 |
| Claims Admin./Objections | 22.30 | $16,926.50 |
| Compensation of Professional | 26.50 | $14,960.50 |
| Compensation of Prof./Others | 30.10 | $14,739.50 |
| Employee Benefit/Pension | 24.30 | $15,958.50 |
| Executory Contracts | 3.30 | $ 2,492.50 |
| Financial Filings | 13.30 | $ 6,491.50 |
| Financing | 38.40 | $28,387.00 |
| General Creditors Committee | 51.90 | $39,330.50 |
| Operations | 4.00 | $ 3,099.00 |
| Plan & Disclosure Statement | 88.70 | $68,104.50 |
| Plan Implementation | 1.10 | $ 841.50 |
| Retention of Professional | 13.50 | $ 7,597.50 |
| Retention of Prof./Others | 15.60 | $10,118.00 |
| Stay Litigation | 1.00 | $ 772.00 |
| Travel | 33.50 | $12,828.75 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[5] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | United Airlines | $7,395.00 |
| Airport Parking | SFO | $ 72.00 |
| Auto Travel Expense | Eagle Transportation; Uber; Taxi Fare; DND Transportation | $1,101.97 |
| Working Meals | Vino Volo; Olympic Sub & Steak | $ 209.43 |
| Conference Call | AT&T Conference Call; CourtCall | $ 33.67 |
| Delivery/Courier Service | Digital Legal | $ 623.22 |
| Express Mail | Federal Express | $1,139.36 |
| Filing Fee | USDC | $ 25.00 |
| Fax Transmittal | Outgoing only | $ 49.95 |
| Hotel Expense | Hotel DuPont; Doubletree Hotel; Casa Hotel | $1,124.58 |
| Outside Services | DLS Discovery | $ 88.66 |
| Court Research | Pacer | $ 684.80 |
| Postage | US Mail | $ 604.50 |
| Reproduction Expense | | $1,857.30 |
| Reproduction/ Scan Copy | | $1,459.00 |
| Research | Parasec | $1,219.00 |
| Travel Expense | Travel Agency Fee; Amtrak; Airflight Internet Service | $ 380.99 |

---

[5] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AFTER-PARTY2, INC. (f/k/a EVENT ) | Case No. 14-10282 (PJW) |
| RENTALS, INC.), *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |

**Objection Deadline: November 10, 2014 at 4:00 p.m.**
**Hearing Date: To be Scheduled**

# FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM FEBRUARY 24, 2014 THROUGH SEPTEMBER 5, 2014

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members," signed on or about March 13, 2014 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel to the Official Committee of Unsecured Creditors, hereby submits its Final Application for Compensation and for Reimbursement of Expenses for the Period from February 24, 2014 through September 5, 2014 (the "Application").

---

[1] The Debtors are the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc. (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

By this Application PSZ&J seeks a final allowance of compensation in the amount of $365,755.75 and actual and necessary expenses in the amount of $18,068.43 for a total allowance of $383,824.18, and payment of the unpaid amount of such fees and expenses, for the period February 24, 2014 through September 5, 2014 (the "Fee Period"). In support of this Application, PSZ&J respectfully represents as follows:

### Background

1.    On February 13, 2014 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors were in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 24, 2014, an official committee of unsecured creditors (the "Committee") was appointed in these cases. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.    On or about March 13, 2014, the Court signed the Administrative Order, authorizing certain professionals and members of the Committee ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty (20) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the

requested expenses. Beginning with the period ending April 30, 2014, and at three-month intervals or such other time convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4.      The Administrative Order also set forth that attorneys retained pursuant to sections 327 or 1103 of the Bankruptcy Code comply with certain requirements of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases (the "Revised UST Guidelines"). The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised UST Guidelines. Charts and tables based on such forms are attached hereto as **Exhibit A** and filled out with data to the extent relevant to these cases: Exhibit "A", Customary and Comparable Compensation Disclosures with Fee Applications; Exhibit "B", Summary of Timekeepers Included in this Fee Application, Exhibit "C-1", Budget; Exhibit "C-2", Staffing Plan; Exhibit "D-1", Summary of Compensation Requested by Project Category; Exhibit "D-2", Summary of Expense Reimbursement Requested by Category; and Exhibit "E", Summary Cover Sheet of Fee Application.

5.      The retention of PSZ&J, as counsel to the Committee, was approved effective as of February 24, 2014 by this Court's "Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to February 24, 2014", signed on or about April 15, 2014

(the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Monthly Fee Applications Covered Herein

6.  Prior to the filing of this Final Fee Application, monthly fee applications for the time period February 24, 2014 through September 5, 2014 had been filed with the Court. Attached hereto as **Exhibits B** through **E** are copies of the monthly fee applications filed by PSZ&J in the Debtors' cases which have not yet been approved by the Court.

7.  The Monthly Fee Applications for the periods February 24, 2014 through September 5, 2014 of PSZ&J have been filed and served pursuant to the Administrative Order.

#### Requested Relief

8.  By this Final Fee Application, PSZ&J requests that the Court approve the final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by PSZ&J from February 24, 2014 through September 5, 2014. As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Fee Period that already have been filed with the Court. To the extent that PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J reserves the right, and respectfully requests that the Court authorize PSZ&J, to file a supplemental fee application(s) by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court

for final approval of such fees and expenses as may be reflected in any supplemental fee application.

9. At all relevant times, PSZ&J has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Committee or the Debtors.

10. All services for which compensation is requested by PSZ&J were performed for or on behalf of the Committee and not on behalf of the Debtors, any other committee, creditor or other person.

11. PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases. PSZ&J has received no retainer in this matter.

12. The professional services and related expenses for which PSZ&J requests final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PSZ&J's professional responsibilities as attorneys for the Committee in these chapter 11 cases. PSZ&J's services have been necessary and beneficial to the Committee, the Debtors and their estates, creditors and other parties in interest.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Final Fee Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period of February 24, 2014 through September 5, 2014, a final allowance be made to PSZ&J in the sum of $365,755.75 as compensation for reasonable and necessary professional services rendered to the Committee and in the sum of $18,068.43 for reimbursement of actual and necessary costs and expenses incurred, for a total of $383,824.18; that Debtors be authorized and directed to pay to PSZ&J the outstanding amount of such sums; that to the extent PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J may file a supplemental fee application(s) by following the interim compensation procedures set forth in the Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses

as may be reflected in any supplemental fee application; and for such other and further relief as this Court deems proper.

Dated: October 20, 2014  PACHULSKI STANG ZIEHL & JONES LLP

/s/ Bradford J. Sandler
Bradford J. Sandler (DE Bar No. 4142)
John D. Fiero (CA Bar No. 136557)
Michael R. Seidl (DE Bar No. 3889)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:  bsandler@pszjlaw.com
          jfiero@pszjlaw.com
          mseidl@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

## **DECLARATION**

STATE OF DELAWARE     :
                                                   :
COUNTY OF NEW CASTLE  :

Bradford J. Sandler, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Committee.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about March 13, 2014 and submit that the Application substantially complies with such Rule and Order.

                                      /s/ Bradford J. Sandler
                                      Bradford J. Sandler