IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AFTER-PARTY2, INC. (f/k/a Event Rentals, Inc.), *et al.*, | ) Case No.: 14-10282 (PJW) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) Hearing Date: November 25, 2014 @ 11:00 a.m. |
| | ) Objection Deadline: November 3, 2014 @ 4:00 p.m. |

**MOTION OF WTF INVESTMENTS, INC. FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE CLAIM**

COMES NOW WTF Investments, Inc. ("WTF"), by and through undersigned counsel, and hereby submits this Motion for Allowance of Administrative Expense Claim pursuant to 11 U.S.C. §§ 365(d), 503(b), arising from the Debtor's lease and use of real property in which WTF has an interest, and in support hereof, respectfully shows the Court as follows:

**JURISDICTION**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157, 1334.

2. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A-B).

3. The statutory predicate for the relief requested herein is 11 U.S.C. §§ 365(d)(3) and 503(b)(1).

**BACKGROUND**

4. On January 31, 2013, WTF and Event Rentals, Inc. (the "Debtor") entered into a lease agreement (the "Lease") for the lease of real property located at 5450 Old Wake Forest Road, Raleigh, North Carolina (the "Premises"). A true and accurate copy of the Lease is attached hereto as **Exhibit A**.

5. Pursuant to the terms of the Lease, the Debtor agreed to (a) remit monthly lease payments to WTF in the amount of $8,500.00 per month; (b) pay deferred maintenance costs of

$1,500.00 per month; (c) pay the real estate tax for its use of the Premises; (d) pay the cost of casualty insurance on the Premises and any other insurance which WTF may reasonably require; (e) maintain the Premises in good repair; and (f) at the expiration of the term, yield the Premises in as good a condition as when delivered to tenant.  The term of the Lease was scheduled to end on January 31, 2015.  Under the terms of the Lease, rent was scheduled to increase after the first year.

6. As of February 13, 2014 (the "Petition Date"), the Debtor was indebted to WTF in an amount no less than $12,484.27 for 2013 real estate taxes; costs for damages to the building in an estimated sum of $24,000.00, plus reasonable attorney's fees and costs as permitted under the Lease.

7. Subsequent to the Petition Date, the Debtor continued to occupy and make use of the Premises in furtherance of its business operations.

8. On or about July 10, 2014, WTF and the Debtor formally executed a First Amendment to Lease (the "Amended Lease").  A true and accurate copy of the Amended Lease is attached hereto as **Exhibit B**.  The Amended Lease provides in part that the Debtor "wishes to assume and assign the Lease to the Buyer [OpCo] pursuant to the provisions of 11 U.S.C. §§ 363, 365, the Sale Order, and the [Asset Purchase Agreement]."

9. On or about August 29, 2014, WTF received notice that the Debtor had filed a Motion for Order Rejecting Unexpired Lease of Non-Residential Real Property Located at 5450 Old Wake Forest Road, Raleigh, North Carolina (the "Rejection Motion").

10. On September 17, 2014, WTF filed a Response to the Rejection Motion (the "WTF Response") (D.I. 736).  The Rejection Motion is currently pending before the Court.

11. 11 U.S.C. § 503(b)(1) provides that "there shall be allowed, administrative expenses, other than claims allowed under section 502(f) of this title, including – (1)(A) the actual, necessary costs and expenses of preserving the estate ... ."  11 U.S.C. § 503(b)(1).

12. 11 U.S.C. § 365(d)(3) provides that "the trustee shall timely perform all the obligations of the debtor, except those specified in section 365(b)(2), arising from and after the order for relief under any unexpired lease of nonresidential real property, until such lease is assumed or rejected, notwithstanding section 503(b)(1) of this title."

13. The Debtor occupied and made use of the Premises subsequent to the Petition Date. In fact, the Debtor entered into the Amended Lease subsequent to the Petition Date.

14. Obligations under the Lease and Amended Lease which accrued after the Petition Date and remain unpaid include stub rent for the month of February 2014 in the amount of approximately $5,714.28; 2014 real estate taxes in the amount of approximately $12,353.14; known repair costs in the amount of $722.00; and liability for damages incurred after the Petition Date in an amount which has yet to be determined.

15. The Premises incurred substantial damages while in the Debtor's possession. The Debtor has made deferred maintenance payments to cover some, but not all, of the necessary repairs.

16. WTF reserves the right to supplement this request and to assert a claim for any and all damages that arise in the event the Lease is rejected and/or there is a breach of the Lease or Amended Lease. Nothing herein shall operate as a waiver of WTF's right to assert any additional or supplemental claims or other rights permitted under the United States Bankruptcy Code.

WHEREFORE, WTF respectfully requests that the Court enter an Order allowing its claim in the amount of $18,789.42, plus damages to the property in an amount to be determined, as an administrative expense under 11 U.S.C. §§ 365(d)(3) and 503(b)(1), that WTF be permitted to supplement this Motion to provide for the estimated cost of repairs for damages incurred subsequent to the Petition Date, that WTF is not precluded from asserting additional and supplemental claims in this case, including but not limited to a claim for damages arising from any rejection of the Lease, and for

such other relief as the Court deems just and proper.

Dated: October 20, 2014  **McCARTER & ENGLISH, LLP**
      Wilmington, Delaware

/s/ *Katharine L. Mayer*
Katharine L. Mayer (DE# 3758)
Renaissance Centre
405 N. King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399

*-and-*

**HOWARD, STALLINGS, FROM & HUTSON, P.A.**
Nicholas C. Brown
N.C. State Bar No. 38054
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-770

*Attorneys for WTF Investments, Inc.*