# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AFTER-PARTY2, INC. (f/k/a Event Rentals, Inc.), *et al.*, | ) Case No.: 14-10282 (PJW) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) **Hearing Date: November 25, 2014 @ 11:00 a.m.** |
| | ) **Objection Deadline: November 3, 2014 @ 4:00 p.m.** |

## NOTICE OF MOTION OF WTF INVESTMENTS, INC. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that WTF Investments, Inc. (the "Movants") filed the *Motion for Allowance of Administrative Expense Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned counsel on or before **November 3, 2014 at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that if an objection is filed, a hearing on the Motion may be held before the Honorable Peter J. Walsh in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801, on **November 25, 2014 at 11:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

ME1 19098988v.1

| | |
|---|---|
| Dated:  October 20, 2014<br>       Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>/s/ *Katharine L. Mayer*<br>Katharine L. Mayer (DE# 3758)<br>Renaissance Centre<br>405 N. King Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:  (302) 984-6300<br>Facsimile:  (302) 984-6399<br><br>*-and-*<br><br>**HOWARD, STALLINGS, FROM & HUTSON, P.A.**<br>Nicholas C. Brown<br>N.C. State Bar No. 38054<br>P.O. Box 12347<br>Raleigh, NC 27605<br>Telephone: (919) 821-7700<br>Facsimile:  (919) 821-770<br><br>*Attorneys for WTF Investments, Inc.* |

ME1 19098988v.1