## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, hereby certify that on October 20, 2014, I caused a true and correct copy of the foregoing *Motion for Allowance of Administrative Expense Claim* to be served upon the below listed Counsel by U.S. Mail, postage pre-paid, or in the manner so indicated.

*/s/ Katharine L. Mayer*
Katharine L. Mayer (DE # 3758)

John D. Fiero, Esq.
PACHULSKI, STANG, ZIEHL, & JONES
LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

Peter J. Keane, Esq.
James E. O'Neill, Esq.
Bradford J. Sandler, Esq.
Michael Seidl, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David L. Buchbinder, Esq.
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Wilmington, DE 19801

Craig H. Averch, Esq.
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles,, CA 90071

John K Cunningham, Esq.
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Blvd

L. John N. Bird, Esq.
Jeffrey M. Schlerf, Esq.
John H. Strock, Esq.
FOX ROTHSCHILD LLP
919 North Market St., Suite 300
Wilmington, DE 19801