IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br><br>Jointly Administered<br><br>Re D.I.: 747 |

**ORDER GRANTING FINAL FEE APPLICATION OF WHITE & CASE LLP
AS ATTORNEYS FOR THE DEBTORS FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FEBRUARY 13, ~~2013~~ 2014 THROUGH SEPTEMBER 5, ~~2013~~ 2014**

Upon consideration of the *Final Fee Application of White & Case LLP as Attorneys for the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period February 13, 2014 through September 5, 2014* (the "Final Fee Application");[2] and this Court having determined that proper and adequate notice of the Final Fee Application has been given and that no other or further notice is required; and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Final Fee Application is granted; and it is further

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

[2] All capitalized terms not defined herein shall have the meaning provided in the Final Fee Application.

LOSANGELES 1071065

ORDERED that W&C is allowed $3,478,374.23 in total fees and expenses, including $3,429,176.50 for compensation and $49,197.73[3] for reimbursement of expenses for the period commencing February 13, 2014 through September 5, 2014 on a final basis (the "Compensation Period"); and it is further

ORDERED that the Debtors are authorized and directed to disburse the foregoing amounts, including the difference between (a) the total fees and expenses of W&C set forth in the Final Fee Application and approved by this Court, and (b) payments previously received by W&C for its fees and expenses incurred during the Compensation Period; and it is further

ORDERED that this Order shall be effective immediately upon entry; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to the interpretation or enforcement of this Order.

Dated: Wilmington, Delaware
       Oct 23, 2014

_____
UNITED STATES BANKRUPTCY JUDGE

---

[3] This total expense request reflects a reduction in the amount of $5,534.46 as provided in paragraph 48 in the Final Fee Application to comply with the U.S. Trustee Guidelines.

3

LOSANGELES 1071065