# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br><br>Jointly Administered<br><br>Re D.I.: 794 |

## ORDER (I) GRANTING FINAL DECREE AND CLOSING THE ADMINISTERED CASES; AND (II) TERMINATING CERTAIN CLAIM AGENT AND ADMINISTRATIVE AGENT SERVICES

Upon the motion (the "Motion")[2] of the Debtors for entry of an order pursuant to section 350 of the Bankruptcy Code, Rule 3022 of the Federal Rules of Bankruptcy Procedure, Rules 2002-1(f)(ix) and 3022-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware seeking (i) entry of a final decree closing the Administered Cases, effective as of the date of the entry of this Order; (ii) entry of an order closing the Administered Cases and terminating the Official Claims Agent Services and the Administrative Agent Services of KCC; and (iii) waiver of certain requirements in Local Rules 2002-1(f)(ix) and 3022-1, all as more fully set forth in the Motion; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to such terms in the Motion.

ACTIVE 27956495v2 10/30/2014

therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors and the other parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the following Administered Cases:

|     | **Debtor** | **Case No.** |
| --- | --- | --- |
| 1.  | After-Party, Inc. (f/k/a Special Event Holding, Inc.) | 14-10292 |
| 2.  | After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) | 14-10293 |
| 3.  | After-Party4, Inc. (f/k/a DBO Acquisition Corporation) | 14-10291 |
| 4.  | LRAP5, LP (f/k/a Classic Party Rentals LP) | 14-10286 |
| 5.  | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |
| 6.  | After-Party7, Inc. (f/k/a Classic Midwest, Inc.) | 14-10283 |
| 7.  | After-Party8, Inc. (f/k/a Classic Northeast, Inc.) | 14-10284 |
| 8.  | After-Party9, Inc. (f/k/a Classic Panache, Inc.) | 14-10285 |
| 9.  | After-Party10, Inc. (f/k/a Classic/Prime, Inc.) | 14-10289 |
| 10. | After-Party11, Inc. (f/k/a Classic Southeast, Inc.) | 14-10287 |
| 11. | After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) | 14-10294 |
| 12. | After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) | 14-10290 |

are hereby CLOSED, effective as of the date hereof, and a final decree is granted effective as of the date hereof, without prejudice to the rights of the Debtors or any other party in interest to seek to reopen such case for good cause shown, provided, however, that this Court shall retain jurisdiction as provided in the Plan and the Confirmation Order; and it is further

ORDERED that the Official Claims Agent Services and the Administrative Agent Services of KCC are terminated in accordance with the Motion; and it is further

ORDERED that the following requirements of Local Rule 2002-1(f)(ix) be waived until the final Chapter 11 Case is closed:

- within thirty (30) days of entry of the Final Decree, KCC will (a) forward to the Clerk an electronic version of all imaged claims; (b) upload the creditor mailing list into CM/ECF; and (c) docket a Final Claims Register. KCC shall further box and transport all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims;

Other than completing the tasks required by Local Rule 2002-2(f)(ix) once the final Chapter 11 Case is closed, KCC shall have no further obligations to the Court, the Debtors, or any party in interest with respect to the Official Claims Agent Services and the Administrative Agent Services in these Chapter 11 Cases; and it is further

ORDERED that the final reporting requirements of Local Rule 3022-1(c) are waived until the final Chapter 11 Case is closed; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Nov. 1_, 2014
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

4