# EXHIBIT A
## (Satisfied Claims)

| Claim No. | Name and Address | Amount |
|---|---|---|
| 75 | Broward County Records, Taxes & Treasury Div.<br>Attn Bankruptcy Section<br>115 S. Andrews Avenue, # A-100<br>Ft. Lauderdale, FL 33301 | Claims 75 & 81 are allowed secured claims in aggregate amount of $61,500.00 [Dkt 600] |
| 81 | Broward County Records, Taxes & Treasury Div.<br>Attn Bankruptcy Section<br>115 S. Andrews Avenue, # A-100<br>Ft. Lauderdale, FL 33301 | |
| 279 | Illinois Department of Employment Security<br>33 South State Street, 10th Floor<br>Chicago, IL 60603 | $51,076.94 |
| 754 | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | $2,555.15 |
| 803 | Sprint Corporation<br>Sprint Correspondence<br>Attn: Bankruptcy Dept.<br>PO Box 7949<br>Overland Park, KS 66207-0949 | $106,433.84 |
| 753 | State of Florida – Department of Revenue<br>Attn: Frederick F. Rudzik, Esq.<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Florida Department of Revenue shall be granted an allowed priority tax claim in the amount of $50,074.18 [Dkt 621] |
| 765 | State of Florida – Department of Revenue<br>Attn: Frederick F. Rudzik, Esq.<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | |
| 766 | State of Florida – Department of Revenue<br>Attn: Frederick F. Rudzik, Esq.<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | |
| Scheduled | Florida Department of Revenue<br>5050 W. Tennessee Street<br>Tallahassee, FL 32399-0100 | |
| 371 | State of Utah<br>Utah State Tax Commission<br>210 N. 1950 W.<br>Salt Lake City, UT 84134 | $776.04 |
| 760 | Texas Comptroller of Public Accounts on behalf of the State of Texas, Texas Municipalities, Texas Counties, Special Purpose Districts and/or Texas Metropolitan or Regional Transportation Authorities | Claims 760, 761 & 762 are allowed as priority tax claims in aggregate |

| Claim No. | Name and Address | Amount |
|---|---|---|
|  | c/o Office of the Attorney General<br>Bankruptcy – Collections Division<br>PO Box 12548<br>Austin, TX  78711-2548 | amount of $410,000.00<br>[Dkt 652] |
| ~~761~~ | ~~Texas Comptroller of Public Accounts on behalf of the State of Texas,~~<br>Texas Municipalities, Texas Counties, Special Purpose Districts and/or<br>Texas Metropolitan or Regional Transportation Authorities<br>c/o Office of the Attorney General<br>Bankruptcy – Collections Division<br>PO Box 12548<br>Austin, TX  78711-2548 |  |
| 762 | Texas Comptroller of Public Accounts on behalf of the State of Texas,<br>Texas Municipalities, Texas Counties, Special Purpose Districts and/or<br>Texas Metropolitan or Regional Transportation Authorities<br>c/o Office of the Attorney General<br>Bankruptcy – Collections Division<br>PO Box 12548<br>Austin, TX  78711-2548 |  |

DOCS_DE:196540.3 14443/003