# EXHIBIT A

**Cured Claims**

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount | Schedule/Proof of Claim No. |
|---|---|---|---|---|---|
| Alan Party Rentals<br>450 Huyler Street #101<br>South Hackensack, NJ 07606 | All Debtors | Non-Disclosure Agreement | Mar. 27, 2014 | $0.00 | 22613825 |
| Allied PRA<br>290 King Street, Suite 11<br>San Francisco, CA 94107 | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Mar. 14, 2014 | $0.00 | 22611585 |
| American Furniture Rentals, Inc.<br>Morton R. Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg, LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 5, 2014 | $0.00 | 498 |
| Arena Americas (MML)<br>7000 S. 10th Street<br>Oak Creek, WI 53154 | All Debtors | Non-Disclosure Agreement | Dec. 17, 2013 | $0.00 | 22614152 |
| Balance Staffing Solutions<br>2142 Bering Drive<br>San Jose, CA 95131 | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 27, 2014 | $0.00 | 22615261 |
| BBJ Rentals<br>Attn: M. Kappa<br>7855 Gross Point Road, Unit G6<br>Skokie, IL 60077<br>Howard J. Marks, Esq.<br>Berger Newmark & Fenchel P.C.<br>1753 North Tripp Avenue<br>Chicago, IL 60639 | All Debtors | Non-Disclosure Agreement | Mar. 19, 2014 | $0.00 | 519/520 (Dup Claims) |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount | Schedule/Proof of Claim No. |
|---|---|---|---|---|---|
| Belinsky Family Partnership Inc., Belinsky Management Co., Arnold Belinsky, Esther Belinsky, and Trustees of the Belinsky Management Combination Retirement Trust 7069 Consolidated Way, Suite 200 San Diego, CA 92121-2604 | Event Rentals, Inc. | Standard Form Net Industrial Lease, as amended by Assumption and Assignment Agreement to Standard Lease, dated May 29, 2014 | June 7, 2005 | $0.00 | 22615643 |
| Buellton Industrial Partners, LLC PO Box 1667 Buellton, CA 93427 | Classic Party Rentals, Inc. | Standard Industrial/Commercial Single-Tenant Lease | Jan. 15, 2007 | $12,378.00 | 22615071 |
| Chameleon Chair, LLC 2860 California Street. Torrance, CA 90503 | All Debtors | Agreement and Consent to Assumption, Assignment, Transfer, and/or Sale | May 30, 2014 | $0.00 | 22614717 |
| Champion Logistics Group 200 Champion Way Northlake, IL 60164 | Classic Party Rentals, Inc. | Essential Provider Agreement | $0.00 | $0.00 | 22614177 |
| Clark IV Family Trust 1567 E. Valley Road Montecito, CA 93108 | Classic Party Rentals, Inc. | Lease, as amended by Second Amendment to Lease, dated April 16, 2014. | Oct. 16, 2007 | $0.00 | 22615041 |
| CRI Properties, LLC 4506 Daly Drive, Suite 100 Chantilly, VA 20151 | Classic Southeast, Inc. | Deed of Lease | Dec. 27, 2011 | $48,380.89 | 22613927 |
| DCT Rollins Road LLC Christine M. Garrison, Esq. DCT Industrial 518 17th Street, 8th Flr. Denver, CO 80202 | Classic Party Rentals, Inc. | Lease, as amended by Second Amendment to Lease, dated July 1, 2014 | Oct. 10, 2010 | $70,059.19 | 22614292 |

2

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount | Schedule/Proof of Claim No. |
|---|---|---|---|---|---|
| Designer 8 Event Rental Furniture Inc. Law Office of Ron R. Goldie 11968 Brentridge Dive Los Angeles, CA 90049 | Classic Party Rentals, Inc. | Confidential Essential Provider Agreement | Feb. 23, 2014 | $0.00 | 285/286 ) 122/124 |
| Echo Global Logistics Euler Hermes North America Insurance Company Agent 800 Red Brook Blvd. Owings Mills, MD 21117 | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 17, 2014 | $0.00 | 167 |
| Ecolab Inc. Kohner Mann & Kailas, S.C. 4650 N. Port Washington Road Milwaukee, WI 53212 | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 27, 2014 | $0.00 | 283/284 ) 574/575 |
| Event.Carpet Pros, Inc. John Tutty, President 14301 Alondra Blvd. La Mirada, CA 90638 | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 21, 2014 | $0.00 | 591 |
| FedEx Ground Package System, Inc; FedEx Tech Connect FedEx TechConnect, Inc., As Assignee of Federal Express Corporation/FedEx Ground Package Systems, Inc./ FedEx Freight, Inc./FedEx Office and Print Services, Inc. Attn: Revenue Recovery/Bankruptcy 3965 Airways Blvd. Module G, 3rd Floor, Memphis, TN 38116 | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 21, 2014 | $0.00 | 721 |

3

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount | Schedule/Proof of Claim No. |
|---|---|---|---|---|---|
| Dashco Inc. fbo Freight Master, LLC<br>11350 Random Hills Road, Suite 720<br>Fairfax, VA 22030 | Classic Southeast, Inc. | Lease Agreement | Nov. 19, 2007 | $9,175.26 | 22613946 |
| G6 Hospitality LLC<br>4001 International Parkway<br>Carrollton, TX 75007 | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 13, 2014 | $0.00 | 76 |
| GBS Linens<br>Adam M. Greely, Esq.<br>Vogt Resnich Sherak LLP<br>4400 MacArthur Blvd., 9th Flr.<br>Newport Beach, CA 92658 | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 21, 2014 | $0.00 | 217 ) 569 |
| Hilton San Diego Mission Bay<br>1775 E. Mission Bay Drive<br>San Diego, CA 92121 | Classic/Prime, Inc. | RSL2080-14 3rd Year Extension Hilton Mission Bay Contract | | $0.00 | 22612382 |
| IMG College, LLC, Regents of the University of California<br>540 North Trade Street<br>Winston-Salem, NC 27101 | Classic Party Rentals, Inc. | Marketing Agreement | Aug. 15, 2013 | $0.00 | 22613959 |
| Interior Plant Design<br>1950 Monterey Road<br>San Jose, CA 95112 | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 19, 2014 | $0.00 | 22615255 |
| Jomar Table Linens, Inc.<br>Mitchell Bluethman, Secretary<br>4000 E. Airport Drive, Suite A<br>Ontario, CA 91761 | Classic Party Rentals, Inc. | Essential Provider Agreement | | $0.00 | 253/258 Dups of 785/786 787<br>All Claims – 503(b)(9) |

4

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount | Schedule/Proof of Claim No. |
|---|---|---|---|---|---|
| Kronos Incorporated<br>Gary Williams<br>Credit Analyst<br>297 Billerica Road<br>Chelmsford, MA 01824 | Classic Party Rentals, Inc. | Statement of Work for Kronos Cloud Services and invoices demonstrating software and equipment support services | | $0.00 | 110 |
| Kronos Incorporated<br>Gary Williams<br>Credit Analyst<br>297 Billerica Road<br>Chelmsford, MA 01824 | Classic Party Rentals, Inc. | Statement of Work (Workforce Solution) | Sept. 28, 2012 | $0.00 | 110 |
| Kronos Incorporated<br>Gary Williams<br>Credit Analyst<br>297 Billerica Road<br>Chelmsford, MA 01824 | Classic Party Rentals, Inc. | Kronos Subscription Program Agreement | Sept. 28, 2012 | $5,000.00 | 110 |
| Kronos Incorporated<br>Gary Williams<br>Credit Analyst<br>297 Billerica Road<br>Chelmsford, MA 01824 | Classic Party Rentals, Inc. | Order Form | Sept. 29, 2012 | $0.00 | 110 |
| Kronos Incorporated<br>Gary Williams<br>Credit Analyst<br>297 Billerica Road<br>Chelmsford, MA 01824 | Classic Party Rentals, Inc. | Letter re: Assumption and confirmation of the extension under the Kronos Subscription Agreement effective September 28, 2012 and the Replacement Statement of Work for Kronos Cloud Services prepared for Classic Party Rentals Rev. B03-9202012 | May 12, 2014 | $0.00 | 110 |

DOCS_DE:196449.1 14443/002

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount | Schedule/Proof of Claim No. |
|---|---|---|---|---|---|
| Liba Fabrics Corp.<br>David Visoky, President<br>132 W. 36th Street<br>New York, NY 10018 | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 19, 2014 | $0.00 | 99 |
| Mahaffey<br>Mahaffey Tent Company<br>Cherie Turman, Controller<br>4161 Delp Street<br>Memphis, TN 38118 | All Debtors | Non-Disclosure Agreement | Apr. 10, 2014 | $0.00 | 406 |
| Mainline Exhibitors<br>PO Box 3026<br>Dalton, GA 30721 | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 21, 2014 | $0.00 | 22614041 |
| Palm Springs Air Museum<br>Fred Bell, Managing Director<br>745 North Gene Autry Trail<br>Palm Springs, CA 92262 | Classic Party Rentals, Inc. | Exclusive Vendor Agreement | Oct. 31, 2013 | $11,729.81 | 469 |
| Patio Heaters R US<br>Patrick W. Caraothers, Esq.<br>Leech Tishman Fuscaldo & Lampl, LLC<br>525 William Penn Place, 28th Flr.<br>Pittsburgh, PA 15929 | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 4, 2014 | $0.00 | 644 |
| PS Furniture, Inc.<br>Douglas Kirk, VP Legal Affairs<br>73 White Bridge Road, Suite 103-236<br>Nashville, TN 37205 | Classic Party Rentals, Inc. | Essential Provider Agreement | | $0.00 | 643 |

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount | Schedule/Proof of Claim No. |
|---|---|---|---|---|---|
| PVC Tech Corp. Gloria Whitney, Credit Manager 1931 East Vista Bella Way Dominguez Hills, CA 90220 | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 3, 2014 | $0.00 | 324 |
| Ricton, LLC Ricahrd A. Averett, Member/Landlord PO Box 177 Otego, NY 13825 | Classic Southeast, Inc. dba Classic Atlanta | First Amendment to Lease, dated April 7, 2014 | April 7, 2014 | $0.00 | 53 |
| Rio Grande Properties LLC 7400 Hancock CT NE, Suite B Albuquerque, NM 87109-4592 | Regal Rents Acquisition Corporation | Lease Agreement, as amended by Third Lease Amendment, dated April 1, 2014 | May 9, 2007 | $0.00 | 22615565 |
| Ross N. Condit dba Condit Properties, LLC 150 Debernardo Lane Aptos, CA 95003 | Classic Parties Rental, Inc. | Lease | Jan. 20, 2011 | $26,617.04 | 22615249 22615250 |
| Safway Services, LLC Attn Richard Czaplewaki N19 W. 24200 Riverwood Dr. Waukesha, WI 53188 | Classic Party Rentals, Inc. | Essential Provider Agreement | | $0.00 | 521 |
| Schaffer's Genuine Foods 734 S. Lincoln Blvd. Venice, CA 90291 | Classic Party Rentals, Inc. | Preferred Multi-Location Service Agreement | Apr. 1, 2014 | $0.00 | 22613282 |
| Stan White (Seller of Memphis) 2931 Belgrave Drive Germantown, TN 38138 | All Debtors | Non-Disclosure Agreement | Apr. 10, 2014 | $0.00 | 22614126 22615762 |

7

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount | Schedule/Proof of Claim No. |
|---|---|---|---|---|---|
| Sunstate Equipment Co. Attn: Elizabeth Kling 5552 E. Washington St. Phoenix, AZ 85034 | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 12, 2014 | $0.00 | 45 |
| Ten Strawberry Street, Ltd. 3837 Monaco Parkway Denver, CO 80207 | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 3, 2014 | $0.00 | 22614289 |
| Tents Unlimited (Event Rentals Unlimited) 1069 Canton Road Marietta, GA 30066 | All Debtors | Non-Disclosure Agreement | Apr. 10, 2014 | $0.00 | 22614010 |
| The Evans Living Trust; Metroplex Ventures, LLC c/o Jana Corbeil 82545 Showcase Parkway #104 Indio, CA 92203 | Classic Party Rentals, Inc. | Standard Industrial/Commercial Single-Tenant Lease, as amended by First Amendment to Lease, dated April 30, 2014 | Jan. 12, 2004 | $27,868.93[6] | 22614922 |
| Trem Commercial Rentals, LLC 3365 Braemar Court Keswick, VA 22947-9137 | Classic Southeast, Inc. | Lease | Aug. 16, 2007 | $11,500.00 | 22615368 |
| TriMark Economy Restaurant Fixtures David J. Cook, Esq. Cook Collection Attorneys, PLC PO Box 270 San Francisco, CA 94104-0270 | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 9, 2014 | $0.00 | 94 |

---

[6] Per the First Amendment to Lease, such payment is due on or before October 1, 2014.

8

| Counterparty | Debtor Party | Title of Agreement | Date | Cure Amount | Schedule/Proof of Claim No. |
|---|---|---|---|---|---|
| Trustees Under the Testamentary Trust of Helen Director, Deceased<br>3655 W. Quail Ave. Unit 99<br>PO Box 4900<br>Portland, OR 97208-4900 | Classic Party Rentals, Inc. | Lease Agreement, as amended by First Amendment to Lease, dated April 7, 2014 | April 1, 2010 | $0.00 | 22615690 |
| Ultimate Software Group, Inc.<br>Attn: Accounting Dept.<br>1485 North Park Drive<br>Weston, FL 33326 | Classic Party Rentals, Inc. | SaaS Model Agreement | Sept. 29, 2012 | $5,850.00 | 22614080 |
| Ultimate Software Group, Inc.<br>Attn: Accounting Dept.<br>1485 North Park Drive<br>Weston, FL 33326 | Classic Party Rentals, Inc. | Agreement and Consent to Assumption and Assignment, Transfer, and/or Sale | May 20, 2014 | $0.00 | 22614080 |
| Union Bank<br>445 So. Figueroa, 17th Flr.<br>Mail Stop G17-226<br>Los Angeles, CA 90071 | All Debtors | Non-Disclosure Agreement | Nov. 14, 2013 | $0.00 | 22613595 |
| Whitney H. Ingersoll, Christian A. Heimlich and Leone Murphy<br>595 Hot Springs Road<br>Santa Barbara, CA 93108 | Classic Party Rentals, Inc. | Standard Industrial/Commercial Single Tenant Lease | Mar. 23, 2007 | $3,220.00 | 22615046 |

DOCS_DE:196449.1 14443/002