# EXHIBIT B

## Assumption Notice

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*,[1] | Case No. 14-10282 (PJW) |
| | Jointly Administered |
| Debtors. | |
| | Re: Docket Nos. 29, 274, 444, & 598 |

### AMENDED NOTICE OF DEBTORS' INTENT TO ASSUME, ASSIGN, TRANSFER, AND/OR SELL CERTAIN CONTRACTS

PLEASE TAKE NOTICE THAT on July 3, 2014 After-Party2, Inc. (f/k/a Event Rentals, Inc.) and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed a Notice of Debtors' Intent to Assume, Assign, Transfer, and/or Sell Certain Contracts [D.I. 598] (the "Intial Notice").

PLEASE TAKE FURTHER NOTICE THAT the Debtors hereby amend the Intial Notice to remove certain contracts from the Intial Notice. Attached as Schedule 1 to this Amended Notice is a redline of the Intial Notice indicating those contracts that have been removed (the "Removed Contracts"). All of the Removed Contracts are Designation Rights Contracts.[2] The Removed Contracts have been removed to afford CP OpCo, LLC (the "Buyer") the ability, as is allowed under the APA and the Sale Order, to fully evaluate the Removed Contracts and decide whether to assume or reject those contracts. For the avoidance of doubt, the Debtors are not rejecting the Removed Contracts, they are simply not assuming and assigning them at this time. The Removed Contracts will continue to be treated as Desingation Rights Contracts. The Debtors reserve all rights to assume or reject the Removed Contracts in the future according to the terms of Section 2.7(e) of the APA and paragraph 37 of the Sale Order.

PLEASE TAKE FURTHER NOTICE THAT the Debtors intend to assume, assign, transfer, and/or sell to the Buyer the contracts that have not been removed from the Intial Notice pursuant to sections 363 and 365 of the Bankruptcy Code and the terms of the Intial Notice (the "Assumed Contracts"). As discussed below, this Amended Notice does not change the Objection Deadline as established by the Intial Notice.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

[2] Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the order approving the sale of substantially all of the Debtors assets to CP OpCo, LLC [D.I. 444] (the "Sale Order").

634
7·16·14

PLEASE TAKE FURTHER NOTICE THAT the Debtors set forth on <u>Schedule 1</u> to the Intial Notice, and <u>Schedule 1</u> hereto, the amounts necessary to cure defaults and/or to provide compensation or adequate assurance of compensation for actual pecuniary loss resulting from a default prior to the Petition Date (the "<u>Cure Payment Liabilities</u>"). The amounts set forth on <u>Schedule 1</u> may, in some instances, represent the amount that the Buyer has advised it is prepared to pay in order to take an assignment of, receive by transfer, and/or purchase a particular Assumed Contract. The Bankruptcy Code requires that the Cure Payment Liabilities (which include any amounts owing on account of the Debtors' prepetition obligations under the Assumed Contracts) be paid (or that adequate assurance of payment be provided) to the parties owed such amounts upon the Debtors' assumption of the Assumed Contracts.

**PLEASE TAKE FURTHER NOTICE THAT ANY PARTY SEEKING TO ASSERT AN OBJECTION TO THE ASSUMPTION BY THE DEBTORS AND ASSIGNMENT, TRANSFER, AND/OR SALE TO THE BUYER OF AN ASSUMED CONTRACT, INCLUDING TO THE VALIDITY OF ANY CURE PAYMENT LIABILITIES AS DETERMINED BY THE DEBTORS OR TO OTHERWISE ASSERT THAT ANY OTHER AMOUNTS, DEFAULTS, CONDITIONS, OR PECUNIARY LOSSES MUST BE CURED OR SATISFIED UNDER THE ASSUMED CONTRACTS MUST FILE AND SERVE ITS OBJECTION (ANY SUCH OBJECTION, AN "<u>ASSUMPTION OBJECTION</u>") SETTING FORTH WITH SPECIFICITY ANY AND ALL CURE OBLIGATIONS OR OTHER CONDITIONS WHICH SUCH PARTY ASSERTS MUST BE CURED OR SATISFIED WITH RESPECT TO SUCH ASSUMED CONTRACT WITH APPROPRIATE DOCUMENTATION IN SUPPORT THEREOF, <u>SO THAT SUCH ASSUMPTION OBJECTION IS ACTUALLY RECEIVED BY</u>** (a) the Debtors, c/o Event Rentals, Inc., 901 West Hillcrest Blvd., Inglewood, California 90301 (Attn: Jeffrey M. Black); (b) co-counsel to the Debtors, White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131 (Attn: John K. Cunningham, Esq.) and Fox Rothschild LLP, 919 North Market Street, Suite 1600, Wilmington, Delaware 19801 (Attn: Jeffrey M. Schlerf, Esq.); and counsel to the Buyer, Paul Weiss, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Lauren Shumejda, Esq.) **WITHIN FOURTEEN (14) CALENDAR DAYS OF BEING SERVED WITH THE INTIAL NOTICE.** For the avoidance of doubt, this Amended Notice does not alter the Objection Deadline under the Initial Notice.

**PLEASE TAKE FURTHER NOTICE THAT, UNLESS AN ASSUMPTION OBJECTION IS FILED AND SERVED BY A PARTY TO AN ASSUMED CONTRACT BY THE OBJECTION DEADLINE, ALL PARTIES WHO HAVE RECEIVED ACTUAL OR CONSTRUCTIVE NOTICE HEREOF SHALL BE DEEMED TO HAVE WAIVED AND RELEASED ANY RIGHT TO ASSERT AN ASSUMPTION OBJECTION AND TO HAVE OTHERWISE <u>CONSENTED TO THE ASSUMPTION, ASSIGNMENT, TRANSFER, AND/OR SALE,</u> AND SHALL BE FOREVER BARRED AND ESTOPPED FROM ASSERTING OR CLAIMING AGAINST THE DEBTORS, THE BUYER, OR ANY OTHER ASSIGNEE OF THE RELEVANT ASSUMED CONTRACT THAT ANY ADDITIONAL AMOUNTS ARE DUE OR DEFAULTS EXIST, OR CONDITIONS TO ASSUMPTION OR ASSIGNMENT MUST BE SATISFIED, UNDER SUCH ASSUMED CONTRACT.**

PLEASE TAKE FURTHER NOTICE THAT Assumption Objections must set forth the cure amount or other obligation the objecting party asserts is due, the specific types and dates

of the alleged defaults, pecuniary losses, and conditions to assignment and the support therefor, if any.

PLEASE TAKE FURTHER NOTICE THAT if, as to any Assumed Contract, no Assumption Objection is received by the Objection Deadline, such Assumed Contracts shall be deemed assumed by the Debtors and assigned, transferred, and/or sold to the Buyer without further order of the Bankruptcy Court, effective as of the later of (i) the expiration of the Objection Deadline; (ii) the closing of the APA; and (iii) the payment of the applicable Cure Payment Liability, if any, set forth in Schedule 1 hereto. If an Assumption Objection is received by the Objection Deadline and the Debtors and the Buyer are unable to resolve such objection consensually, the proposed assumption and assignment which is the subject of such Assumption Objection shall be subject to further order of the Bankruptcy Court and the Debtors shall promptly schedule a hearing to consider such Assumption Objection.

PLEASE TAKE FURTHER NOTICE THAT hearings with respect to Assumption Objections shall be held on such date as the Bankruptcy Court may designate.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU AGREE WITH THE CURE PAYMENT LIABILITIES SET FORTH ON SCHEDULE 1 AND DO NOT OTHERWISE OBJECT TO THE DEBTORS' ASSUMPTION, ASSIGNMENT, TRANSFER, AND/OR SALE OF YOUR ASSUMED CONTRACT, YOU NEED NOT TAKE ANY FURTHER ACTION.**

PLEASE TAKE FURTHER NOTICE THAT a complete copy of the Sale Motion may be obtained by (a) sending a written request to counsel to the Debtors, White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, Facsimile: (305) 358-5744 (Attn: John K. Cunningham, Esq.) or Fox Rothschild LLP, 919 North Market Street, Suite 1600, Wilmington, Delaware 19801 (Attn: Jeffrey M. Schlerf, Esq.), or (b) accessing the website of the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC, at http://www.kccllc.net/CPR. The Debtors encourage parties in interest to review such documents in their entirety and consult an attorney if they have questions or want advice.

PLEASE TAKE FURTHER NOTICE THAT if you have any questions regarding this Amended Notice please contact the Debtors' Counsel, Aaron Colodny at 213-620-7706 or aaron.colodny@whitecase.com.

Dated: July 16, 2014

John K. Cunningham
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, 49th Floor
Miami, Florida 33131
Telephone: (305) 371-2700
—and—
Craig H. Averch
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 620-7700

Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
FOX ROTHSCHILD LLP
Citizens Bank Center, Suite 1600
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 654-7444

## **Schedule 1**

Agreements to be Assumed and Assigned; Cure Payment Liabilities

| Agreement[1] | | | | Cure Payment Liability[2] (Cure Amount) |
|---|---|---|---|---|
| Non–Debtor Party | Debtor Party[3] | Title | Date | |
| 32nd District Agricultural Association | Classic/Prime, Inc. | Standard Agreement #01-09TR | Oct. 14, 2008 | $0.00 |
| ~~500 Meadowlands Park LLC; U.S. Bank National Association~~ | ~~Event Rentals, Inc.~~ | ~~Irrevocable Standby Letter of Credit, number SLCPPDX05858~~ | ~~Dec. 17, 2012~~ | ~~$0.00~~ |
| AFR Furniture | All Debtors | Non-Disclosure Agreement | Nov. 22, 2013 | $0.00 |
| Alan Party Rentals | All Debtors | Non-Disclosure Agreement | Mar. 27, 2014 | $0.00 |
| Allied PRA | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Mar. 14, 2014 | $0.00 |
| AMCI Global | Classic Party Rentals, Inc. | Multi-Location Service Agreement | May 5, 2014 | $0.00 |
| American Capital (Sports Marketing Group) | All Debtors | Non-Disclosure Agreement | Sept. 27, 2013 | $0.00 |
| American Express Bank, FSB | Special Event Holding, Inc. | FDIC-Insured Business Certificate of Deposit Application | Dec. 17, 2013 | $0.00 |
| American Furniture Rentals, Inc. | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 5, 2014 | $0.00 |

[1] Unless otherwise specified on this Schedule 1, each executory contract, unexpired lease, and intellectual property right listed or to be listed herein shall include any and all modifications, amendments, supplements, or restatements of such executory contact, unexpired lease, or intellectual property right, in each case without regard to whether any other relevant agreement, instrument, or other document is also listed on this Schedule

[2] With respect to real property leases, cure amounts include "base rent", insurance, property taxes, CAM charges, and other charges owing by the Debtors pursuant to the terms of the individual lease to be assumed.

[3] Pursuant to the APA and the Sale Order [D.I. 444], the Debtors were required to cease using the "Event Rentals" name after the closing of the Sale. However, when the relevant debtor entities entered into the below-listed agreements they did so under their former names. For the avoidance of doubt, the relevant debtor party identified below now goes by the name associated with that entity in the caption that was approved by the Bankruptcy Court on June 10, 2014 [D.I. 544].

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | |
| Apollo Capital Management | All Debtors | Non-Disclosure Agreement | Oct. 11, 2013 | $0.00 |
| Arena Americas (MML) | All Debtors | Non-Disclosure Agreement | Dec. 17, 2013 | $0.00 |
| Arena Event Services, Inc. | Event Rentals, Inc. | Confidentiality Agreement | Dec. 17, 2013 | $0.00 |
| Arthur Page LLC Design + Media | Event Rentals, Inc. | Master Consulting Agreement | Apr. 18, 2014 | $0.00 |
| Aterian Investment Partners | All Debtors | Non-Disclosure Agreement | Jan. 31, 2014 | $0.00 |
| Audax Group | All Debtors | Non-Disclosure Agreement | Dec. 11, 2013 | $0.00 |
| ~~Austin Edward Hills 2004 Trust & Justin Hills~~ | ~~Classic Party Rentals, Inc.~~ | ~~Commercial Lease~~ | ~~Aug. 1, 2013~~ | ~~$6,875.00~~ |
| Avenue Capital | All Debtors | Non-Disclosure Agreement | Oct. 17, 2013 | $0.00 |
| Babson Capital | All Debtors | Non-Disclosure Agreement | Dec. 3, 2013 | $0.00 |
| Balance Staffing Solutions | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 27, 2014 | $0.00 |
| Balmoral Funds | All Debtors | Non-Disclosure Agreement | Jan. 10, 2014 | $0.00 |
| BBJ Rentals | All Debtors | Non-Disclosure Agreement | Mar. 19, 2014 | $0.00 |

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| Non-Debtor Party | Debtor Party | Title | Date | |
| ~~Belinsky Family Partnership Inc., Belinsky Management Co., Arnold Belinsky, Esther Belinsky, and Trustees of the Belinsky Management Combination Retirement Trust~~ | ~~Event Rentals, Inc.~~ | ~~Standard Form Net Industrial Lease, as amended by Assumption and Assignment Agreement to Standard Lease, dated May 29, 2014~~ | ~~June 7, 2005~~ | ~~$0.00~~ |
| Bengur Bryan | All Debtors | Non-Disclosure Agreement | Mar. 21, 2014 | $0.00 |
| Beta Team, Inc. | Classic Party Rentals, Inc. | Agreement to Retain Services | Apr. 25, 2014 | $0.00 |
| Brener International Group | All Debtors | Non-Disclosure Agreement | Mar. 11, 2014 | $0.00 |
| Brigade | All Debtors | Non-Disclosure Agreement | Oct. 25, 2013 | $0.00 |
| Broadway Party Rentals | All Debtors | Non-Disclosure Agreement | Mar. 19, 2014 | $0.00 |
| Buellton Industrial Partners, LLC | Classic Party Rentals, Inc. | Standard Industrial/Commercial Single-Tenant Lease | Jan. 15, 2007 | $12,378.00 |
| Career Sports Entertainment, Inc. | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Feb 12, 2014 | $0.00 |
| Carlyle Investment Management, LLC | All Debtors | Non-Disclosure Agreement | Oct. 29, 2013 | $0.00 |
| Catterton Partners | All Debtors | Non-Disclosure Agreement | Dec. 6, 2013 | $0.00 |
| Chameleon Chair, LLC | All Debtors | Agreement and Consent to Assumption, Assignment, Transfer, and/or Sale | May 30, 2014 | $0.00 |

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | |
| Champion Logistics Group | Classic Party Rentals, Inc. | Essential Provider Agreement | $0.00 | $0.00 |
| CI Capital Partners | All Debtors | Non-Disclosure Agreement | Dec. 23, 2013 | $0.00 |
| Clark IV Family Trust | Classic Party Rentals, Inc. | Lease, as amended by Second Amendment to Lease, dated April 16, 2014. | Oct. 16, 2007 | $0.00 |
| CNH Partners (AQR Capital) | All Debtors | Non-Disclosure Agreement | Oct. 11, 2013 | $0.00 |
| Cobra Thermosolar Plants, Inc. | Classic Tents | Salt Melting Tent Rental | Dec. 16, 2013 | $0.00 |
| Comvest | All Debtors | Non-Disclosure Agreement | Jan. 13, 2014 | $0.00 |
| Coquitlam Industrial International Corp. | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 25, 2014 | $0.00 |
| CORT Event Furnishings | All Debtors | Non-Disclosure Agreement | Nov. 21, 2013 | $0.00 |
| Crescent Capital | All Debtors | Non-Disclosure Agreement | Oct. 12, 2013 | $0.00 |
| Crestview Capital Partners | All Debtors | Non-Disclosure Agreement | Oct. 15, 2013 | $0.00 |
| CRI Properties, LLC | Classic Southeast, Inc. | Deed of Lease | Dec. 27, 2011 | $48,380.89 |
| DCT Rollins Road LLC | Classic Party Rentals, Inc. | Lease, as amended by Second Amendment to Lease, dated July 1, 2014 | Oct. 10, 2010 | $70,059.19 |
| Designer 8 (Infinity Marketing) | All Debtors | Non-Disclosure Agreement | Apr. 9, 2014 | $0.00 |
| Designer 8 Event Rental Furniture Inc. | Classic Party Rentals, Inc. | Confidential Essential Provider Agreement | Feb. 23, 2014 | $0.00 |
| Destination Races | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Feb. 20, 2014 | $0.00 |

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | |
| Dimensional Communications | Classic/Prime, Inc. | Lease Contract RKK6257-14 DCI MBUSA Pebble Beach | | $0.00 |
| Dinner D Arte, LLC | Classic Party Rentals, Inc. | Preferred Multi-Location Service Agreement | Apr. 3, 2014 | $0.00 |
| Dinner Lab, Inc. | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Apr. 16, 2014 | $0.00 |
| DWIM | All Debtors | Non-Disclosure Agreement | Sept. 20, 2013 | $0.00 |
| Echo Global Logistics | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 17, 2014 | $0.00 |
| Ecolab Inc. | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 27, 2014 | $0.00 |
| EG Capital Group | All Debtors | Non-Disclosure Agreement | Dec. 3, 2013 | $0.00 |
| Event Carpet Pros, Inc. | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 21, 2014 | $0.00 |
| Event Creative | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Mar. 22, 2014 | $0.00 |
| Falcon Investment Advisors, LLC | All Debtors | Non-Disclosure Agreement | Oct. 15, 2013 | $0.00 |
| FedEx Ground Package System, Inc; FedEx Tech Connect | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 21, 2014 | $0.00 |
| Film Independent, Inc. | Classic Party Rentals, Inc. | Film Independent Sponsor Agreement | Nov. 11, 2011 | $0.00 |
| Fortessa Tableware Solutions, LLC | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 18, 2014 | $0.00 |
| Freight Master, LLC | Classic Southeast, Inc. | Lease Agreement | Nov. 19, 2007 | $9,175.26 |

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | |
| G6 Hospitality LLC | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 13, 2014 | $0.00 |
| GBS Linens | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 21, 2014 | $0.00 |
| Golden Gate Capital | All Debtors | Non-Disclosure Agreement | Sept. 23, 2013 | $0.00 |
| Gridiron Capital | All Debtors | Non-Disclosure Agreement | Dec. 10, 2013 | $0.00 |
| GTCR | All Debtors | Non-Disclosure Agreement | Dec. 6, 2013 | $0.00 |
| H.I.G. Capital | All Debtors | Non-Disclosure Agreement | Mar. 18, 2014 | $0.00 |
| Hancock Capital | All Debtors | Non-Disclosure Agreement | Oct. 10, 2013 | $0.00 |
| Harvest Partners | All Debtors | Non-Disclosure Agreement | Mar. 18, 2014 | $0.00 |
| ~~HAT-16, LLC~~ | ~~Classic Southeast, Inc.~~ | ~~Commercial Lease Agreement, as amended by Sixth Amendment to Lease, dated April 7, 2014~~ | ~~July 11, 2007~~ | ~~$0.00~~ |
| Highbridge Capital Management | All Debtors | Non-Disclosure Agreement | Oct. 11, 2013 | $0.00 |
| Hilton Sn Diego Mission Bay | Classic/Prime, Inc. | RSL2080-14 3rd Year Extension Hilton Mission Bay Contract | | $0.00 |
| Home for our Troops | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Feb. 24, 2014 | $0.00 |
| Hudson Advisors | All Debtors | Non-Disclosure Agreement | Oct. 22, 2013 | $0.00 |
| IMG College, LLC, Regents of the University of California | Classic Party Rentals, Inc. | Marketing Agreement | Aug. 15, 2013 | $0.00 |
| Interior Plant Design | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 19, 2014 | $0.00 |

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| Non-Debtor Party | Debtor Party | Title | Date | |
| International Agri-Center, Inc. dba World Ag Expo | Classic/Prime, Inc. | Agreement | Nov. 1, 2013 | $0.00 |
| John Deere Construction & Forestry | Classic/Prime, Inc. | Lease Contract RLD 5058-14 | Jan. 16, 2014 | $0.00 |
| Jomar Table Linens | Classic Party Rentals, Inc. | Essential Provider Agreement | | $0.00 |
| Joyce Welch Family Gift Trust LLC | Classic Party Rentals, Inc. | Commercial Lease | May 7, 2014 | $0.00 |
| Kentucky Raceway, LLC dba Kentucky Speedway | Classic Party Rentals, Inc. | Event Service Agreement | Mar. 7, 2014 | $0.00 |
| Kronos Incorporated | Classic Party Rentals, Inc. | Statement of Work for Kronos Cloud Services and invoices demonstrating software and equipment support services | | $0.00 |
| Kronos Incorporated | Classic Party Rentals, Inc. | Statement of Work (Workforce Solution) | Sept. 28, 2012 | $0.00 |
| Kronos Incorporated | Classic Party Rentals, Inc. | Kronos Subscription Program Agreement | Sept. 28, 2012 | $5,000.00 |
| Kronos Incorporated | Classic Party Rentals, Inc. | Order Form | Sept. 29, 2012 | $0.00 |
| Kronos Incorporated | Classic Party Rentals, Inc. | Letter re: Assumption and confirmation of the extension under the Kronos Subscription Agreement effective September 28, 2012 and the Replacement Statement of Work for Kronos Cloud Services prepared for Classic Party Rentals Rev. B03-9202012 | May 12, 2014 | $0.00 |
| KTR ILL VI LLC | Classic Midwest, Inc. | Industrial Building Lease, as amended by Third Amendment to Industrial Building Lease, dated June 17, 2014 | April 16, 2002 | $62,712.57 |
| Levine Leichtman Capital Partners | All Debtors | Non-Disclosure Agreement | Sept. 23, 2013 | $0.00 |

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | |
| Liba Fabrics Corp. | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 19, 2014 | $0.00 |
| Lincolnshire | All Debtors | Non-Disclosure Agreement | Dec. 10, 2013 | $0.00 |
| Linsalata Capital | All Debtors | Non-Disclosure Agreement | Dec. 10, 2013 | $0.00 |
| LIT PC, L.P. | Classic Party Rentals, Inc. bda Tri-Rentals, Inc. | Lease Agreement, as amended by Fifth Amendment to Lease, dated May 20, 2014 | Feb. 5, 1999 | $11,878.50 |
| Logicom | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Apr. 28, 2014 | $0.00 |
| Lou Dog Events | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Feb. 10, 2014 | $0.00 |
| Macquarie | All Debtors | Non-Disclosure Agreement | Nov. 15, 2013 | $0.00 |
| Mahaffey | All Debtors | Non-Disclosure Agreement | Apr. 10, 2014 | $0.00 |
| Mainline Exhibitors | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 21, 2014 | $0.00 |
| Marlin Equity Partners | All Debtors | Non-Disclosure Agreement | Dec. 2, 2013 | $0.00 |
| McGrath Rentcorp | All Debtors | Non-Disclosure Agreement | Mar. 3, 2014 | $0.00 |
| MidOcean | All Debtors | Non-Disclosure Agreement | Dec. 4, 2013 | $0.00 |
| Mirrorball | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Apr. 1, 2014 | $0.00 |
| Monomoy | All Debtors | Non-Disclosure Agreement | Sept. 21, 2013 | $0.00 |
| ~~NAPA Airport Center LLC~~ | ~~Classic Party Rentals, Inc.~~ | ~~Lease~~ | ~~Oct. 12, 2005~~ | ~~$33,028.93~~ |
| NewStone Capital | All Debtors | Non-Disclosure Agreement | Oct. 7, 2013 | $0.00 |

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| Non-Debtor Party | Debtor Party | Title | Date | |
| ~~North Market Center LP~~ | ~~Classic Party Rentals, Inc.~~ | ~~Industrial Real Estate Lease~~ | ~~Sept. 20, 2010~~ | ~~$16,352.22~~ |
| Norwest Equity Partners | All Debtors | Non-Disclosure Agreement | Dec. 13, 2013 | $0.00 |
| Odyssey Investment Partners | All Debtors | Non-Disclosure Agreement | Dec. 3, 2013 | $0.00 |
| ONCAP | All Debtors | Non-Disclosure Agreement | Dec. 3, 2013 | $0.00 |
| Opengate Capital | All Debtors | Non-Disclosure Agreement | Apr. 2, 2014 | $0.00 |
| Orix | All Debtors | Non-Disclosure Agreement | Nov. 19, 2013 | $0.00 |
| Palm Springs Air Museum | Classic Party Rentals, Inc. | Exclusive Vendor Agreement | Oct. 31, 2013 | $11,729.81 |
| Pancreatic Cancer Action Network | Classic Party Rentals, Inc. | Preferred Multi-Location Service Agreement | Apr. 10, 2014 | $0.00 |
| Party Rental Limited | All Debtors | Non-Disclosure Agreement | Mar. 17, 2014 | $0.00 |
| Patio Heaters R US | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 4, 2014 | $0.00 |
| Platinum Equity | All Debtors | Non-Disclosure Agreement | Nov. 26, 2013 | $0.00 |
| PNC Bank | All Debtors | Non-Disclosure Agreement | Nov. 25, 2013 | $0.00 |
| PNC Mezz | All Debtors | Non-Disclosure Agreement | Nov. 26, 2013 | $0.00 |
| Pride Group | All Debtors | Non-Disclosure Agreement | Feb. 18, 2014 | $0.00 |
| Prophet Equity | All Debtors | Non-Disclosure Agreement | Feb. 18, 2014 | $0.00 |
| Prospect Capital Corp. | All Debtors | Non-Disclosure Agreement | Dec. 16, 2013 | $0.00 |

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| Non-Debtor Party | Debtor Party | Title | Date | |
| PS Furniture, Inc. | Classic Party Rentals, Inc. | Essential Provider Agreement | | $0.00 |
| PVC Tech | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 3, 2014 | $0.00 |
| R&R Party Rentals | All Debtors | Non-Disclosure Agreement | Feb. 25, 2014 | $0.00 |
| Rentals Unlimited | All Debtors | Non-Disclosure Agreement | March 4, 2014 | $0.00 |
| Revolution Capital | All Debtors | Non-Disclosure Agreement | Mar. 4, 2014 | $0.00 |
| Ricton, LLC | Classic Southeast, Inc. dba Classic Atlanta | First Amendment to Lease, dated April 7, 2014 | April 7, 2014 | $0.00 |
| Ridiculous Obstacle Challenge, LLC | Classic Party Rentals, Inc. | Vendor Agreement | Mar. 31, 2014 | $0.00 |
| Rio Grande Properties LLC | Regal Rents Acquisition Corporation | Lease Agreement, as amended by Third Lease Amendment, dated April 1, 2014 | May 9, 2007 | $0.00 |
| Ross N. Condit dba Condit Properties, LLC | Classic Parties Rental, Inc. | Lease | Jan. 20, 2011 | $26,617.04 |
| Ryder Truck Rental, Inc. | Event Rentals, Inc. | Truck Lease and Services Agreement, dated March 14, 2005 (as amended from time to time); and Programmed Maintenance Agreement, dated Sept. 11, 2007 (as amended from time to time) | Mar. 14, 2005; Sept. 11, 2007 | $387,592.77 |
| Safway Services, LLC | Classic Party Rentals, Inc. | Essential Provider Agreement | | $0.00 |
| Sankaty Advisors | All Debtors | Non-Disclosure Agreement | Sept. 20, 2013 | $0.00 |
| Schaffer's Genuine Foods | Classic Party Rentals, Inc. | Preferred Multi-Location Service Agreement | Apr. 1, 2014 | $0.00 |

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | |
| Schwarz Properties, LCC | Grand Events & Party Rentals, Inc. | Lease Agreement, as amended by First Amendment to Lease, dated April 7, 2014 | May 22, 2012 | $0.00 |
| Sentinel Capital Partners | All Debtors | Non-Disclosure Agreement | Dec. 10, 2013 | $0.00 |
| ~~SFRH Charlotte Flip, LLC~~ | ~~Classic Southeast, Inc.~~ | ~~Commercial Lease Agreement~~ | ~~Oct. 1, 2013~~ | ~~$11,020.48~~ |
| Signature (Craft) | All Debtors | Non-Disclosure Agreement | Jan. 27, 2014 | $0.00 |
| Silver Point Capital | All Debtors | Non-Disclosure Agreement | Sept. 30, 2013 | $0.00 |
| Smith Party Rentals | All Debtors | Non-Disclosure Agreement | Mar. 21, 2014 | $0.00 |
| Solace Capital | All Debtors | Non-Disclosure Agreement | Oct. 9, 2013 | $0.00 |
| Solar Capital | All Debtors | Non-Disclosure Agreement | Oct. 14, 2013 | $0.00 |
| Southern Comfort Fireworks | Classic Party Rentals, Inc. | Lease Contract RSP 1234-14 ACME Fireworks Sale 2014 | May 7, 2014 | $0.00 |
| Spirit Voyage | Classic Party Rentals, Inc. | Preferred Multi-Location Service Agreement | Mar. 12, 2014 | $0.00 |
| Stan White (Seller of Memphis) | All Debtors | Non-Disclosure Agreement | Apr. 10, 2014 | $0.00 |
| ~~Summit Holladay Partners, LLC 1~~ | ~~Grand Events & Party Rentals, Inc.~~ | ~~Lease~~ | ~~Sept. 10, 2010~~ | ~~$29,372.79~~ |
| Summit Partners | All Debtors | Non-Disclosure Agreement | Sept. 30, 2013 | $0.00 |
| Sun Capital Partners | All Debtors | Non-Disclosure Agreement | Oct. 17, 2013 | $0.00 |
| Sunstate Equipment Co. | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 12, 2014 | $0.00 |

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| Non-Debtor Party | Debtor Party | Title | Date | |
| Symphony Asset Management | All Debtors | Non-Disclosure Agreement | Oct. 14, 2013 | $0.00 |
| Syzygy Events International | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Feb. 28, 2014 | $0.00 |
| Tanger Outlets | Classic Party Rentals, Inc. | Multi-Location Service Agreement | May 6, 2014 | $0.00 |
| Temp-Power, Inc. | Classic Party Rentals, Inc. | Essential Provider Agreement | Feb. 26, 2014 | $0.00 |
| Ten Strawberry Street, Ltd. | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 3, 2014 | $0.00 |
| Tennenbaum | All Debtors | Non-Disclosure Agreement | Nov. 25, 2013 | $0.00 |
| Tents Unlimited (Event Rentals Unlimited) | All Debtors | Non-Disclosure Agreement | Apr. 10, 2014 | $0.00 |
| The Abbey Group, L.P.; Abbey SA LP | Classic Party Rentals, Inc. | Exclusive License Agreement | Apr. 29, 2004 | $0.00 |
| The Dunning Group | All Debtors | Non-Disclosure Agreement | Mar. 12, 2014 | $0.00 |
| The Evans Living Trust; Metroplex Ventures, LLC | Classic Party Rentals, Inc. | Standard Industrial/Commercial Single-Tenant Lease, as amended by First Amendment to Lease, dated April 30, 2014 | Jan. 12, 2004 | $27,868.93[6] |
| The Gores Group | All Debtors | Non-Disclosure Agreement | Dec. 3, 2013 | $0.00 |
| The Jordan Company | All Debtors | Non-Disclosure Agreement | Dec. 13, 2012 | $0.00 |
| The Orosco Group | All Debtors | Non-Disclosure Agreement | Feb. 25, 2014 | $0.00 |
| The Regents of the University of California | Classic Party Rentals, Inc. | UCLA Campuswide Agreement For: Event Rentals and Reports | Mar. 1, 2013 | $0.00 |

[6] Per the First Amendment to Lease, such payment is due on or before October 1, 2014.

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | |
| THL (Party City) | All Debtors | Non-Disclosure Agreement | Oct. 7, 2013 | $0.00 |
| Transom Capital | All Debtors | Non-Disclosure Agreement | Mar. 7, 2014 | $0.00 |
| Trem Commercial Rentals, LLC | Classic Southeast, Inc. | Lease | Aug. 16, 2007 | $11,500.00 |
| Trilantic Capital Management | All Debtors | Non-Disclosure Agreement | Dec. 4, 2013 | $0.00 |
| TriMark Economy Restaurant Fixtures | Classic Party Rentals, Inc. | Essential Provider Agreement | Mar. 9, 2014 | $0.00 |
| Tru Vue, Inc. | Event Rentals, Inc. | Parking Lot License Agreement | Apr. 22, 2014 | $0.00 |
| Trustees Under the Testamentary Trust of Helen Director, Deceased | Classic Party Rentals, Inc. | Lease Agreement, as amended by First Amendment to Lease, dated April 7, 2014 | April 1, 2010 | $0.00 |
| U.S. Bank National Association; RLI Insurance Company | Event Rentals, Inc. | Irrevocable Letter of Credit, number SLCPPDX06159 | Dec. 13, 2013 | $0.00 |
| Ultimate Software Group, Inc. | Classic Party Rentals, Inc. | SaaS Model Agreement | Sept. 29, 2012 | $5,850.00 |
| Ultimate Software Group, Inc. | Classic Party Rentals, Inc. | Agreement and Consent to Assumption and Assignment, Transfer, and/or Sale | May 20, 2014 | $0.00 |
| Union Bank | All Debtors | Non-Disclosure Agreement | Nov. 14, 2013 | $0.00 |
| US Bank | All Debtors | Non-Disclosure Agreement | Nov. 18, 2013 | $0.00 |
| Wellspring Capital Management | All Debtors | Non-Disclosure Agreement | Nov. 20, 2013 | $0.00 |

| Agreement | | | | Cure Payment Liability (Cure Amount) |
|---|---|---|---|---|
| **Non-Debtor Party** | **Debtor Party** | **Title** | **Date** | |
| Whitney H. Ingersoll, Christian A. Heimlich and Leone Murphy | Classic Party Rentals, Inc. | Standard Industrial/Commercial Single Tenant Lease | Mar. 23, 2007 | $3,220.00 |
| Wine Sisterhood aka Canopy Management | Classic Party Rentals, Inc. | Multi-Location Service Agreement | Feb. 21, 2014 | $0.00 |
| Wynnchurch Capital | All Debtors | Non-Disclosure Agreement | Dec. 3, 2013 | $0.00 |
| York Capital | All Debtors | Non-Disclosure Agreement | Oct. 4, 2013 | $0.00 |