IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AFTER-PARTY2, INC. (f/k/a EVENT RENTALS, INC.), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 11th day of December, 2014, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**First Notice of Satisfaction of Assumed Claims**

/s/ *Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors are the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc. (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

Event Rentals – Service List re First Notice of Satisfaction of Assumed Claims [re dkt 634]
Case No. 14-10282 (PJW)
Document No. 196462
101 – First Class Mail

**FIRST CLASS MAIL**
Sam D. Hodges, III
Grissim and Hodges
323 Union Street
Nashville, TN  37201

**FIRST CLASS MAIL**
Bradley Arant Boult Cumming LLP
Attn: Austin L. McMullen
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN  37203

**FIRST CLASS MAIL**
Alan Party Rentals
450 Huyler Street #101
Hackensack, NJ  07606

**FIRST CLASS MAIL**
Alan Party & Tent Rentals, Inc.
450 Huyler Street #101 South
Hackensack, NJ  07606

**FIRST CLASS MAIL**
Allied PRA
290 King Street, Suite 11
San Francisco, CA  94107

**FIRST CLASS MAIL**
Allied PRA
2920 South Jones Blvd
Las Vegas, NV  89146

**FIRST CLASS MAIL**
American Furniture Rentals, Inc.
Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg, LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103

**FIRST CLASS MAIL**
American Furniture Rentals, Inc.
Neil Scholnick President
720 Hylton Rd
Pennsauken, NJ  08110

**FIRST CLASS MAIL**
AFR Furniture
American Furniture Rentals, Inc.
Attn: Greg Zalkin
720 Hylton Rd.
Pennsauken, NJ  08110

**FIRST CLASS MAIL**
Arena Americas (MML)
7000 S. 10th Street
Oak Creek, WI  53154

**FIRST CLASS MAIL**
Arena Americas
7000 S. 10th Street
Oak Creek, WI  53154

**FIRST CLASS MAIL**
Arena Event Services, Inc.
230 E. Ohio Street
Chicago, IL  60611

**FIRST CLASS MAIL**
Balance Staffing Solutions
2142 Bering Drive
San Jose, CA  95131

**FIRST CLASS MAIL**
BBJ Rentals, Inc.
Attn: M. Kappa
7855 Gross Point Road, Unit G6
Skokie, IL  60077

*FIRST CLASS MAIL*  
BBJ Rentals, Inc.  
Howard Marks, Esq.  
Berger, Newmark & Fenchel, P.C.  
1753 N. Tripp Avenue  
Chicago, IL 60639

*FIRST CLASS MAIL*  
Belinsky Family Partnership Inc., Belinsky Management Co., Arnold Belinsky, Esther Belinsky, and Trustees of the Belinsky Management Combination Retirement Trust  
7069 Consolidated Way, Suite 200  
San Diego, CA 92121-2604

*FIRST CLASS MAIL*  
Belinsky Management Combination Retirement Trust  
7069 Consolidated Way, Suite 200  
San Diego, CA 92121

*FIRST CLASS MAIL*  
Belinsky Family Partnership  
7069 Consolidated Way, Suite 200  
San Diego, CA 92121-2604

*FIRST CLASS MAIL*  
Belinsky Family Partnership, Inc  
Arnold Belinsky  
7069 Consolidated Way, Suite 300  
San Diego, CA 92121

*FIRST CLASS MAIL*  
Belinsky Management Combination Retirement Trust  
Stephen L. Englert, Esq.  
Epstein, Englert, Staley & Coffee  
425 California Street, 17th Floor  
San Francisco, CA 94104

*FIRST CLASS MAIL*  
Buellton Industrial Partners, LLC  
PO Box 1667  
Buellton, CA 93427

*FIRST CLASS MAIL*  
Buellton Industrial Partners, LLC  
Tom Davidson, Managing Partner  
7320 Santos Road  
Lompoc, CA 93436

*FIRST CLASS MAIL*  
Chameleon Chair LLC  
2860 California Street  
Torrance, CA 90503

*FIRST CLASS MAIL*  
Champion Logistics Group  
200 Champion Way  
Northlake, IL 60164

*FIRST CLASS MAIL*  
Clark IV Family Trust  
1567 E. Valley Road  
Montecito, CA 93108

*FIRST CLASS MAIL*  
Clark IV Family Trust  
Attn: Beverly and Nelson Clark  
114 E. Haley Street, Suite K  
Santa Barbara, CA 93101

*FIRST CLASS MAIL*  
CRI Properties, LLC  
4506 Daly Drive, Suite 100  
Chantilly, VA 20151

*FIRST CLASS MAIL*  
CRI Properties, LLC  
Attn: Brian Vaughan  
44232 Mercure Circle  
Dulles, VA 20166

*FIRST CLASS MAIL*  
DCT Rollins Road LLC  
Christine M. Garrison, Esq.  
DCT Industrial  
518 17th Street, 8th Floor  
Denver, CO 80202

*FIRST CLASS MAIL*
DCT Rollins Road LLC
Attn: Bankruptcy Dept.
518 17th Street, Suite 800
Denver, CO  80202

*FIRST CLASS MAIL*
Designer 8 Event Rental Furniture, Inc.
Law Office of Ron R. Goldie
11968 Brentridge Drive
Los Angeles, CA  90049

*FIRST CLASS MAIL*
Designer 8 Event Furniture Rental, Inc.
Law Office of Ron R. Goldie
11968 Brentridge Drive
Los Angeles, CA  90049

*FIRST CLASS MAIL*
Designer 8 (Infinity Marketing)
Designer 8 Furniture Rental, Inc.
Attn: Samantha Sackler
8575 Higuera Street
Culver City, CA  90232

*FIRST CLASS MAIL*
Designer 8 Event Furniture Rental, Inc.
Samantha Sackler
8575 Higuera Street
Culver City, CA  90232-2535

*FIRST CLASS MAIL*
Echo Global Logistics
Euler Hermes North America Insurance Company
Agent
800 Red Brook Blvd.
Owings Mills, MD  21117

*FIRST CLASS MAIL*
Echo Global Logistics
22168 Network Place
Chicago, IL  60673-1221

*FIRST CLASS MAIL*
Ecolab Inc.
Kohner Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI  53212

*FIRST CLASS MAIL*
Ecolab Inc
370 Wabasha St. North
St. Paul, MN  55102

*FIRST CLASS MAIL*
Event Carpet Pros, Inc.
John Tutty, President
14301 Alondra Blvd.
La Mirada, CA  90638

*FIRST CLASS MAIL*
Event Carpet Pros, Inc
14301 Alondra Blvd
La Mirada, CA  90638

**FIRST CLASS MAIL**
FedEx Ground Package System, Inc; FedEx Tech Connect FedEx TechConnect, Inc., as Assignee of Federal Express Corporation/FedEx Ground Package Systems, Inc./FedEx Freight, Inc./FedEx Office and Print Services, Inc.
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd. Module G, 3rd Floor
Memphis, TN  38116

*FIRST CLASS MAIL*
FedEx TechConnect, Inc. as Assignee of FedEx Corporation/FedEx Ground Package Systems, Inc./FedEx Freight Inc./FedEx Office and Print Services
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd., Module G, 3rd Floor
Memphis, TN  38116

*FIRST CLASS MAIL*
Fedex Ground
1000 Fedex Drive
Moon Township, PA  15108

*FIRST CLASS MAIL*
Dashco Inc. fbo Freight Master, LLC
11350 Random Hills Road, Suite 720
Fairfax, VA 22030

*FIRST CLASS MAIL*
Freight Master LLC
c/o Dashco, Inc
11350 Random Hills Rd, Suite 720
Fairfax, VA 22030

*FIRST CLASS MAIL*
G6 Hospitality LLC
4001 International Parkway
Carrollton, TX 75007

*FIRST CLASS MAIL*
Motel 6/Studio 6
G6 Hospitality
4001 International Parkway
Carrollton, TX 75007

*FIRST CLASS MAIL*
GBS Linens
Adam M. Greely, Esq.
Vogt REsnich Sherak LLP
4400 MacArthur Blvd., 9th Floor
Newport Beach, CA 92658

*FIRST CLASS MAIL*
GBS Linens
305 North Muller Street
Anaheim, CA 92801

*FIRST CLASS MAIL*
Hilton San Diego Mission Bay
1775 E Mission Bay Drive
San Diego, CA 92121

*FIRST CLASS MAIL*
IMG College, LLC, Regents of the
University of California
540 North Trade Street
Winston-Salem, NC 27101

*FIRST CLASS MAIL*
IMG College LLC
Jeff Menard
540 N Trade St
Winston Salem, NC 27101

*FIRST CLASS MAIL*
Interior Plant Design
1950 Monterey Road
San Jose, CA 95112

*FIRST CLASS MAIL*
Jomar Table Linens, Inc.
Mitchell Bluethman, Secretary
4000 E. Airport Drive, Suite A
Ontario, CA 91761

*FIRST CLASS MAIL*
Jomar Table Linens, Inc.
4000 E. Airport Drive, Suite A
Ontario, CA 91761

*FIRST CLASS MAIL*
Kronos Incorporated
Gary Williams
Credit Analyst
297 Billerica Road
Chelmsford, MA 01824

*FIRST CLASS MAIL*
Kronos Incorporated
Attn: Subscription Program Manager
297 Billerica Road
Chelmsford, MA 01824

*FIRST CLASS MAIL*
Kronos Incorporated
297 Billerica Road
Chelmsford, MA 01824

*FIRST CLASS MAIL*
Liba Fabrics Corp.
David Visoky, President
132 W. 36th Street
New York, NY 10018

**FIRST CLASS MAIL**
Liba Fabrics Corp
132 West 36th Street
New York, NY  10018

**FIRST CLASS MAIL**
Mahaffey Tent Company
Cherie Turman, Controller
4161 Delp Street
Memphis, TN  38118

**FIRST CLASS MAIL**
Mahaffey Tent Company, Inc.
4161 Delp Street
Memphis, TN  38118

**FIRST CLASS MAIL**
Mainline Exhibitors
P O Box 3026
Dalton, GA  30721

**FIRST CLASS MAIL**
Mainline Exhibitors Carpet
P O Box 3026
Dalton, GA  30721

**FIRST CLASS MAIL**
Palm Springs Air Museum
Fred Bell, Managing Director
745 North Gene Autry Trail
Palm Springs, CA  92262

**FIRST CLASS MAIL**
Palm Springs Air Museum
Fred Bell
745 N. Gene Autry Trail
Palm Springs, CA  92262

**FIRST CLASS MAIL**
Patio Heaters-R-Us LLC
Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219

**FIRST CLASS MAIL**
PS Furniture, Inc.
Douglas Kirk, VP Legal Affairs
73 White Bridge Road, Suite 103-236
Nashville, TN  37205

**FIRST CLASS MAIL**
PS Furniture, Inc
223 North Water Street, Suite 350
Milwaukee, WI  53202

**FIRST CLASS MAIL**
PVC Tech Corp.
Gloria Whitney, Credit Manager
1931 East Vista Bella Way
Dominguez Hills, CA  90220

**FIRST CLASS MAIL**
PVC Tech
1931 E Vista Bella Way
Compton, CA  90220

**FIRST CLASS MAIL**
Ricton, LLC
Ricahrd A. Averett, Member/Landlord
PO Box 177
Otego, NY  13825

**FIRST CLASS MAIL**
Ricton, LLC
Attn: Bruce B Wilson
c/o Wilson, Hull & Neal
1600 Northside Dr, Ste 100
Atlanta, GA  30318

**FIRST CLASS MAIL**
Rio Grande Properties LLC
7400 Hancock CT NE, Suite B
Albuquerque, NM  87109-4592

**FIRST CLASS MAIL**
Rio Grande Properties LLC
Keith Chesire
4851 Ellison, Suite P
Albuquerque, NM  87109

**FIRST CLASS MAIL**
Ross N. Condit dba Condit Properties, LLC
150 Debernardo Lane
Aptos, CA 95003

**FIRST CLASS MAIL**
Condit Properties, LLC
Ross N Condit
150 DeBarnardo Lane
Aptos, CA 95003

**FIRST CLASS MAIL**
Safway Services, LLC
Attn Richard Czaplewaki
N19 W. 24200 Riverwood Dr.
Waukesha, WI 53188

**FIRST CLASS MAIL**
Safway Services, LLC
Brent Luedtke
115 Beaver St
Framingham, MA 01702

**FIRST CLASS MAIL**
Schaffer's Genuine Foods
734 S. Lincoln Blvd.
Venice, CA 90291

**FIRST CLASS MAIL**
Stan White (Seller of Memphis)
2931 Belgrave Drive
Germantown, TN 38138

**FIRST CLASS MAIL**
Stan White, a/k/a John Stanley White
2931 Belgrave Drive
Germantown, TN 38138

**FIRST CLASS MAIL**
Sunstate Equipment Co.
Attn: Elizabeth Kling
5552 E. Washington St.
Phoenix, AZ 85034

**FIRST CLASS MAIL**
Sunstate Equipment Co.
P.O. Box 52581
Phoenix, AZ 85072-2581

**FIRST CLASS MAIL**
Ten Strawberry Street Ltd.
3837 Monaco Parkway
Denver, CO 80207

**FIRST CLASS MAIL**
Tents Unlimited (Event Rentals Unlimited)
1069 Canton Road
Marietta, GA 30066

**FIRST CLASS MAIL**
Tents Unlimited
1069 Canton Road
Marietta, GA 30066

**FIRST CLASS MAIL**
The Evans Living Trust; Metroplex Ventures, LLC
c/o Jana Corbeil
82545 Showcase Parkway #104
Indio, CA 92203

**FIRST CLASS MAIL**
The Evans Living Trust
Guy Evans
72-009 Metroplex Drive
Thousand Palms, CA 92276

**FIRST CLASS MAIL**
Metroplex Ventures, LLC
c/o Jana Corbeil
82545 Showcase Parkway #104
Indio, CA 92203

**FIRST CLASS MAIL**
Trem Commercial Rentals, LLC
3365 Braemar Ct
Keswick, VA 22947-9137

*FIRST CLASS MAIL*
TriMark Economy Restaurant Fixtures
David J. Cook, Esq.
Cook Collection Attorneys, PLC
PO Box 270
San Francisco, CA 94104-0270

*FIRST CLASS MAIL*
Trimark Economy Restaurant Fixtures
1200 7th Street
San Francisco, CA 94107

*FIRST CLASS MAIL*
Trustees Under the Testamentary Trust of
Helen Director, Deceased
3655 W. Quail Ave. Unit 99
PO Box 4900
Portland, OR 97208-4900

*FIRST CLASS MAIL*
Trustees Under the Testamentary Trust of
Helen Director, Deceased
Attn: Harsch Investment Properties
Management, LLC
3111 South Valley View Blvd. Suite K-101
Las Vegas, NV 89102

*FIRST CLASS MAIL*
Ultimate Software Group, Inc.
Attn: Accounting Dept.
1485 North Park Drive
Weston, FL 33326

*FIRST CLASS MAIL*
The Ultimate Software Group, Inc
Attn: Accounting Department
1485 North Park Drive
Weston, FL 33326

*FIRST CLASS MAIL*
The Ultimate Software Group
General Counsel
2000 Ultimate Way
Weston, FL 33326

*FIRST CLASS MAIL*
Union Bank
445 S. Figueroa, 17th Floor
Mail Stop-G17-226
Los Angeles, CA 90071

*FIRST CLASS MAIL*
Whitney H. Ingersoll, Christian A. Heimlich
and Leone Murphy
595 Hot Springs Road
Santa Barbara, CA 93108

*FIRST CLASS MAIL*
Whitney H. Ingersoll
Christian A. Heimlich
Leone Murphy
2150 Ten Acre Road
Santa Barbara, CA 93108

7

Event Rentals, Inc. 2002 Service List
Case No. 14-10282 (PJW)
Document No. 191840
01 – INTEROFFICE
15 – HAND DELIVERY
41 – FIRST CLASS MAIL

*(Counsel to the Committee of Unsecured Creditors)*
Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

***INTEROFFICE***
*(Counsel to the Committee of Unsecured Creditors)*
John D. Fiero, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

***HAND DELIVERY***
*(U.S. Trustee)*
David L. Buchbinder, Esquire
Office of the U.S. Trustee
844 King Street, Room 2207
J. Caleb Boggs Federal Building
Lockbox #35
Wilmington, DE 19801

***HAND DELIVERY***
Beau Biden, Attorney General
Office of the US Attorney General
820 N French St, 5th Floor
Carvel State Office Building
Wilmington, DE 19801

***HAND DELIVERY***
Zillah A. Frampton, Bankruptcy Administrator
Delaware Division of Revenue
820 N. French St.
CSOB 8th Floor
Wilmington, DE 19801

***HAND DELIVERY***
Charles Oberly, Esquire
c/o Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

***HAND DELIVERY***
*(Counsel to the Debtors)*
Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 North Market St., Suite 1300
Wilmington, DE 19801

***HAND DELIVERY***
*(Counsel to Ableco Finance LLC, as administrative agent and DIP agent)*
Michael R. Nestor, Esquire
Margaret Whiteman Greecher, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

***HAND DELIVERY***
*(Counsel to Ryder Truck Rental, Inc., dba Ryder Transportation Services ("Ryder"))*
John T. Carroll, III, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

***HAND DELIVERY***
*(Counsel to DCT Cargo LLC and DCT Rollins Road LLC)*
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

*HAND DELIVERY*
*(Counsel to 550 Meadowland Parkway, LLC)*
Katharine L. Mayer, Esquire
Matthew Rifino, Esquire
McCarter & English, LLP
405 North King Street, 8th Floor
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to BullsEye Telecom, Inc. and Watermill Shoppes LLC)*
William A. Hazeltine, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Pompano Industrial Center, Inc.)*
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Navistar Leasing Company)*
David W. Carickhoff, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to American Furniture Rentals)*
Domenic E. Pacitti, Esquire
Klehr Harrison Harvey Branzburg, LLP
919 Market Street Suite 1000
Wilmington, DE 19801-3062

*HAND DELIVERY*
*(Counsel to Rechtien International Trucks, Inc.)*
Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Apollo Capital Management, L.P.)*
Neil B. Glassman, Esquire
Justin R. Alberto, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*FIRST CLASS MAIL*
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Rm 4400
Washington, DC 20530-0001

*FIRST CLASS MAIL*
Secretary of State
Division of Corporations
Franchise Tax
401 Federal Street
P.O. Box 898
Dover, DE 19903

*FIRST CLASS MAIL*
Delaware Secretary of Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

*FIRST CLASS MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20554

*FIRST CLASS MAIL*
Daniel M. Hawke, PA Regional Director
Securities & Exchange Commission
701 Market Street
The Mellon Independence Center
Philadelphia, PA 19106

*FIRST CLASS MAIL*
Andrew Calamari, NY Regional Director
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
2970 Market Street
Mail Stop 5-030.133
Philadelphia, PA 19101

*FIRST CLASS MAIL*
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, DC 20005

*FIRST CLASS MAIL*
*(Debtors)*
Event Rentals, Inc.
901 West Hillcrest Blvd.
Inglewood, CA 90301

*FIRST CLASS MAIL*
*(Counsel to the Debtors)*
Craig H. Averch, Esquire
White & Case LLP
633 West Fifth Street
Suite 1900
Los Angeles, CA 90071

*FIRST CLASS MAIL*
*(Counsel to the Debtors)*
John K. Cunningham, Esquire
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131-2352

*FIRST CLASS MAIL*
*(Counsel to Ableco Finance LLC, as administrative agent and DIP agent)*
Lee R. Bogdanoff, Esquire
Whitman L. Holt, Esquire
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067-6049

*FIRST CLASS MAIL*
*(Counsel to Tarrant County and Dallas County, Texas)*
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

*FIRST CLASS MAIL*
*(Counsel to Mansfield Oil Company of Gainesville, Inc.)*
Ted W. Hight III, Esquire
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

*FIRST CLASS MAIL*
*(Counsel to The Comptroller of Public Accounts of the State of Texas ("Comptroller"))*
John Mark Stern, Assistant Attorney General
Chief, Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

*FIRST CLASS MAIL*
(Counsel to AEG, Inc. and Goldenvoice, LLC)
Gregg S. Kleiner, Esquire
McKenna Long & Aldridge LLP
Spear Tower, 24th Floor
One Market Plaza
San Francisco, CA 94105

*FIRST CLASS MAIL*
(Counsel to KTR Capital Partners)
William J. Barrett, Esquire
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606

*FIRST CLASS MAIL*
(Counsel to Maricopa County Treasurer)
Lori A. Lewis, Esquire
Deputy County Attorney
Maricopa County Attorney's Office Civil Services Division
222 North Central Avenue, Suite 1100
Phoenix, AZ 85004-2206

*FIRST CLASS MAIL*
(Counsel to Ecolab Inc.)
Samuel C. Wisotzkey, Esquire
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059

*FIRST CLASS MAIL*
(Counsel to Toyota Motor Credit Corporation)
Scott D. Fink, Agent
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH 44113-1099

*FIRST CLASS MAIL*
(Counsel to 550 Meadowland Parkway, LLC)
David J. Hughes, Esquire
Hartz Mountain Industries Inc.
400 Plaza Drive
P.O. Box 1515
Secaucus, NJ 07096-1515

*FIRST CLASS MAIL*
(Counsel to BullsEye Telecom, Inc.)
Anissa C. Hudy, Esquire
Warner Norcross & Judd LLP
4500 River Ridge Drive, Suite 300
Clinton Township, MI 48038

*FIRST CLASS MAIL*
(Counsel to New York State Department of Taxation and Finance)
Louis J. Testa, Esquire
Assistant Attorney General
Office of the New York State Attorney General
Litigation Bureau, Bankruptcy Unit
The Capitol
Albany, NY 12224-0341

*FIRST CLASS MAIL*
(Counsel to Harris County, Texas)
John P. Dillman, Esquire
Linbarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

*FIRST CLASS MAIL*
(Counsel to Raymond Leasing Corporation)
Stephen W. Spence, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**FIRST CLASS MAIL**
*(Counsel to Pompano Industrial Center, Inc.)*
Paul J. Keenan Jr., Esquire
Greenberg Traurig, P.A.
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131

**FIRST CLASS MAIL**
*(Creditor)*
Ricoh USA
Sonja D. Hart
Recovery & Bankruptcy Group
3920 Arkwright Road, Ste 400
Macon, GA 31210

**FIRST CLASS MAIL**
*(Creditor)*
RDO Equipment Co.
Attn: Duane Hoven
P.O. Box 7160
Fargo, ND 58106

**FIRST CLASS MAIL**
*(Creditor)*
Christine R. Etheridge
Bankruptcy Administration
GE Capital Information Technology Solutions, Inc.
f/k/a IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

**FIRST CLASS MAIL**
*(Counsel to United States Golf Association)*
Joseph D. Frank, Esquire
Frank Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654

**FIRST CLASS MAIL**
*(Counsel to American Furniture Rentals)*
Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg, LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

**FIRST CLASS MAIL**
*(Creditor)*
Joseph Corrigan
Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110

**FIRST CLASS MAIL**
*(Counsel to Apollo Capital Management, L.P. "Buyer")*
Jeffrey D. Saferstein, Esquire
Lauren Shumejda, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**FIRST CLASS MAIL**
*(Counsel to G.K.L. Investments)*
Paul M. Kelley, Esquire
Kelley Semmel LLP
5757 Wilshire Blvd., Penthouse 5
Los Angeles, CA 90036

**FIRST CLASS MAIL**
*(Creditor)*
John R. Roberts, Esquire
Belkys Escobar, Esquire
The County of Loudoun, VA
One Harrison Street, S.E.
5th Floor, (MSC #06)
Leesburg, VA 20175-3102

**FIRST CLASS MAIL**
*(Creditor)*
Laura L. McCloud, Esquire
Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

**FIRST CLASS MAIL**
*(Creditor)*
Robert W. Bollar, Esquire
Cardlock Fuels System, Inc., d/b/a SC Fuels
Attn: Legal Department
1800 W. Katella Avenue, Suite 400
P.O. Box 4159
Orange, CA 92863-4159

**FIRST CLASS MAIL**
*(Counsel to Pima County Treasurer)*
Grant Winston, Esquire
Pima County Attorney
Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701

**FIRST CLASS MAIL**
*(Buyer)*
CP OpCo, LLC
c/o Apollo Capital Management, L.P.
Attention: Jason Scheir
9 W. 57th Street
New York, NY 10019

**FIRST CLASS MAIL**
*(Liquidation Trustee)*
Meta Advisors LLC
c/o Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10178