**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*,[1,]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br><br>Jointly Administered<br><br>Re: Docket Nos. D.I. 712, 738, 841 |

**AGREED ORDER RESOLVING
CURE OBJECTION OF DCT CARGO LLC**

WHEREAS, DCT Cargo LLC ("DCT Cargo") filed an objection (D.I. 738) (the "Cure Objection") with respect to the cure amount listed in the Notice of Debtors' Intent to Assume, Assign, Transfer, and/or Sell Certain Designation Rights Contracts (D.I. 712) (the "Cure Notice") relating to that certain Commercial Lease Agreement, dated March 1, 2012 (the "Lease"), for the premises known as 901 West Hillcrest Boulevard, Inglewood, CA 90301 (the "Premises"); and

WHEREAS, the Cure Objection asserted that the cure amount listed in the Cure Notice was incorrect and requested that the Court set $9,299.00 as the appropriate cure amount in light of certain maintenance and repairs that DCT Cargo required be made to trees and asphalt on the Premises; and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

WHEREAS, the portion of the maintenance relating to the trees was completed in October 2014; and

WHEREAS, the Debtors, CP OpCo, LLC, and DCT Cargo have negotiated in good faith to resolve the remainder of the Cure Objection; and

WHEREAS, the Debtors, CP OpCo, LLC, and DCT Cargo have agreed to resolve the Cure Objection on the terms provided herein,

IT IS HEREBY ORDERED as follows:

1. Pursuant to the terms of the Cure Notice, the Lease is deemed to have been assumed by the Debtors and assigned to CP OpCo, LLC effective as of September 12, 2014.

2. CP OpCo, LLC shall complete the maintenance to the asphalt, as is detailed in the Cure Objection, on or before December 31, 2014 unless prevented from doing so by weather conditions, in which case such maintenance and repair work regarding the asphalt shall be completed as promptly thereafter as possible.

3. Claim Numbers 605 and 607, filed by DCT Cargo, are deemed withdrawn.

Dated: December 17, 2014

The Honorable Peter J. Walsh
United States Bankruptcy Judge

7474479/
ACTIVE 28444531v1 12/16/2014