IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AFTER-PARTY2, INC. (f/k/a EVENT RENTALS, INC.), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br>(Jointly Administered)<br><br>Related Docket No. 829 |

### NOTICE OF WITHDRAWAL OF CERTAIN CLAIMS ON THE LIQUIDATION TRUST'S FIRST NOTICE OF SATISFACTION OF CLAIMS

PLEASE TAKE NOTICE that on December 9, 2014, the After-Party2, Inc. Liquidation Trust (the "Liquidation Trust"), filed the *First Notice of Satisfaction of Claims* (the "First Notice of Satisfaction") [Docket No. 829], in the above-captioned cases, indicating claims listed on Exhibit A thereto as satisfied claims paid by CP Opco, LLC (the "Buyer").

PLEASE TAKE FURTHER NOTICE that certain claims were inadvertently listed on Exhibit A to the First Notice of Satisfaction.

PLEASE TAKE FURTHER NOTICE that the Liquidation Trust hereby withdraws only those certain claims, as set forth in the below chart.

---

[1] The Debtors are the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc. (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

| Claim No. | Name and Address | Amount |
|---|---|---|
| 279 | Illinois Department of Employment Security<br>33 South State Street, 10th Floor<br>Chicago, IL  60603 | $51,076.94 |
| 371 | State of Utah<br>Utah State Tax Commission<br>210 N. 1950 W.<br>Salt Lake City, UT  84134 | $776.04 |

Dated:  December 17, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
John D. Fiero (CA Bar No. 136557)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com
           jfiero@pszjlaw.com
           mseidl@pszjlaw.com
           pkeane@pszjlaw.com

Counsel to the After-Party2, Inc. Liquidation Trust