# EXHIBIT A

AFTER-PARTY2, INC. (F/K/A EVENT RENTALS, INC.), ET AL.

CP OpCo's Second Omnibus (Substantive) Objection: **Exhibit A – Misclassified 503(b)(9) Claims**

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim[†] |
|---|---|---|---|---|---|---|---|
| ACORN GAS COMPANY | 181 | $4,924.61 | 503(b)(9) Claim | General Unsecured | $2,915.51 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period and includes charges not eligible for administrative priority under Section 503(b)(9) (finance charges, sales tax, and service charges) | $2,009.10 |

(1) Indicates that CP OpCo also seeks to reclassify all or part of 503(b)(9) Claim pursuant to Exhibit A (Late-Filed Claims) to the First Omnibus (Non-Substantive) Objection, a separate omnibus objection filed concurrently herewith.

(2) Indicates that CP OpCo also seeks to disallow 503(b)(9) Claim pursuant to Exhibit B (Duplicate Claims) to the First Omnibus (Non-Substantive) Objection, a separate omnibus objection filed concurrently herewith.

(3) Indicates that CP OpCo also seeks to disallow 503(b)(9) Claim pursuant to Exhibit C (Amended and Superseded Claims) to the First Omnibus (Non-Substantive) Objection, a separate omnibus objection filed concurrently herewith.

(4) Indicates that CP OpCo also seeks to modify or disallow 503(b)(9) Claim pursuant to Exhibit E (Unsubstantiated Claims) to the First Omnibus (Non-Substantive) Objection, a separate omnibus objection filed concurrently herewith.

(5) Indicates that the claimant has asserted 503(b)(9) administrative priority classification for a portion of the claim and general unsecured priority classification with respect to the remainder. However, the Claims Register of the Claims Agent classifies the entire claim as a 503(b)(9) Claim. Therefore, in an abundance of caution, CP OpCo seeks to reclassify as a general unsecured claim the portion of each such claim with respect to which the claimant asserted general unsecured classification, but the Claims Agent identified the entire claim as a 503(b)(9) Claim.

---

[†] Remaining Section 503(b)(9) Claims may be disallowed, modified, or reclassified on other grounds, and listing an amount as a Remaining Section 503(b)(9) Claim does not make the claim an allowed Section 503(b)(9) Claim. Claimants should review all exhibits attached to the First Omnibus (Non-Substantive) Objection filed concurrently with this Second Omnibus (Substantive) Objection.

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| American Turf and Carpet, LLC | 264 | $64,796.03 | 503(b)(9) Claim | General Unsecured | $18,802.67 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (freight, sales tax, rentals, and installation services) | $45,993.36 |
| Argo Partners | 222 | $53,295.00 | 503(b)(9) Claim | General Unsecured | $53,295.00 | Claim is for freight services, which are not eligible for administrative priority under Section 503(b)(9) | $0.00 (4) |
| Argo Partners | 261 | $3,046.74 | 503(b)(9) Claim | General Unsecured | $3,046.74 | Claim is for rental of goods, which is not eligible for administrative priority under Section 503(b)(9), and includes other charges that are not eligible for administrative priority under Section 503(b)(9) (interest and delivery, handling, and convenience fees) | $0.00 |
| Avcogas Propane Sales & Services | 313 | $1,673.72 | 503(b)(9) Claim | General Unsecured | $156.16 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax and rental fees) | $1,517.56 |
| AZTEC TENTS | 95 | $180,210.21 | 503(b)(9) Claim | General Unsecured | $81,239.26 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period, and includes charges not eligible for administrative priority under Section 503(b)(9) (freight charges and sales tax) | $98,970.95 |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| Cardlock Fuels System, Inc., a California Corporation | 52 | $4,911.05 | 503(b)(9) Claim | General Unsecured | $4,911.05 | Claim appears to assert general unsecured status [5] | $0.00 [3] |
| Cardlock Fuels System, Inc., a California Corporation | 59 | $4,911.05 | 503(b)(9) Claim | General Unsecured | $4,911.05 | Claim appears to assert general unsecured status [5] | $0.00 [3] |
| Carrol Independent Fuel LLC | 287 | $5,338.97 | 503(b)(9) Claim | General Unsecured | $1,540.41 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period | $3,798.56 |
| CCI Group LLC | 208 | $3,334.00 | 503(b)(9) Claim | General Unsecured | $1,625.00 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period | $1,709.00 |
| CDS OFFICE PRODUCTS | 294 | $887.25 | 503(b)(9) Claim | General Unsecured | $887.25 | Claim appears to assert general unsecured status [5] | $0.00 |
| CENTRAL SANITARY SUPPLY | 293 | $565.46 | 503(b)(9) Claim | General Unsecured | $565.46 | Claim appears to assert general unsecured status [5] | $0.00 |
| Claims Recovery Group LLC | 290 | $1,606.02 | 503(b)(9) Claim | General Unsecured | $135.97 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax) | $1,470.05 |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| Claims Recovery Group LLC | 291 | $1,413.46 | 503(b)(9) Claim | General Unsecured | $116.71 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax) | $1,296.75 |
| Claims Recovery Group LLC | 292 | $14,117.96 | 503(b)(9) Claim | General Unsecured | $417.69 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (freight charges and sales tax) | $13,700.27 [4] |
| Claims Recovery Group LLC | 295 | $1,214.60 | 503(b)(9) Claim | General Unsecured | $100.29 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax) | $1,114.31 |
| Claims Recovery Group LLC | 308 | $6,636.79 | 503(b)(9) Claim | General Unsecured | $547.99 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax) | $6,088.80 |
| COQUITLAM INDUSTRIAL INTL CORP. | 203 | $41,899.20 | 503(b)(9) Claim | General Unsecured | $41,899.20 | Claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period | $0.00 |
| Cushman & Wakefield of California, Inc. | 325 | $86,636.23 | 503(b)(9) Claim | General Unsecured | $86,636.23 | Claim is for commissions for services rendered, which are not eligible for administrative priority under Section 503(b)(9), and even if eligible, such services were rendered outside of the proscribed 20-day period | $0.00 [1] |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| Desert Fire Extinguisher Co., Inc. | 173 | $2,203.20 | 503(b)(9) Claim | General Unsecured | $2,203.20 | Claim is for services, which are not eligible for administrative priority under Section 503(b)(9), and even if eligible, such services were rendered outside of the proscribed 20-day period | $0.00 |
| Designer 8 Event Furniture Rental, Inc. | 285 | $115,138.20 | 503(b)(9) Claim | General Unsecured | $115,138.20 | Claim is for rental of goods, which is not eligible for administrative priority under Section 503(b)(9) | $0.00 [4] |
| Designer 8 Event Furniture Rental, Inc. | 286 | $23,239.42 | 503(b)(9) Claim | General Unsecured | $23,239.42 | Claim is for rental of goods, which is not eligible for administrative priority under Section 503(b)(9) | $0.00 [4] |
| EDWARD DON & COMPANY | 503 | $12,492.02 | 503(b)(9) Claim | General Unsecured | $4,614.74 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (freight charges and sales tax), and a portion of the claim appears to assert general unsecured status [5] | $7,877.28 [1][4] |
| Enterprise Rent-A-Truck | 269 | $169,155.84 | 503(b)(9) Claim | General Unsecured | $169,155.84 | Claim appears to be for rental of trucks, which is not eligible for administrative priority under Section 503(b)(9), and even if eligible, a substantial portion of such services were rendered outside of the proscribed 20-day period | $0.00 [4] |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| Fastenal Company | 510 | $20,479.18 | Administrative Priority | General Unsecured | $1,478.48 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax) | $19,000.70 [1] |
| GBS Linens | 217 | $21,890.67 | 503(b)(9) Claim | General Unsecured | $8,468.59 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (breakage fees and sales tax), and which relate to rental of goods outside of the proscribed 20-day period | $13,422.08 |
| IMDC, Inc d/b/a 10 Strawberry Street | 178 | $2,757.13 | 503(b)(9) Claim | General Unsecured | $2,757.13 | Claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period and includes charges not eligible for administrative priority under Section 503(b)(9) (shipping and handling) | $0.00 |
| IMDC, Inc. d/b/a 10 Strawberry Street | 184 | $379.90 | 503(b)(9) Claim | General Unsecured | $379.90 | Claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period | $0.00 |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| IMDC, Inc d/b/a 10 Strawberry Street | 185 | $1,435.91 | 503(b)(9) Claim | General Unsecured | $1,435.91 | Claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period and includes charges not eligible for administrative priority under Section 503(b)(9) (shipping and handling) | $0.00 |
| IMDC, Inc d/b/a 10 Strawberry Street | 193 | $63,248.37 | 503(b)(9) Claim | General Unsecured | $62,379.37 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period and includes charges not eligible for administrative priority under Section 503(b)(9) (freight charges and sales tax) | $869.00 |
| International Acetex, Inc. | 292 | $1,857.91 | 503(b)(9) Claim | General Unsecured | $1,857.91 | Claim appears to assert general unsecured status [5] | $0.00 |
| J.A. FULMER & SON HARDWARE INC. | 290 | $7,374.59 | 503(b)(9) Claim | General Unsecured | $7,374.59 | Claim appears to assert general unsecured status [5] | $0.00 |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| Jimmy's Permit Services | 259 | $19,922.36 | 503(b)(9) Claim | General Unsecured | $13,850.80 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods and services received outside of the proscribed 20-day period and includes charges not eligible for administrative priority under Section 503(b)(9) (services) | $6,071.56 |
| Jomar Table Linens, Inc. | 253 | $2,450.11 | 503(b)(9) Claim | General Unsecured | $166.56 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (shipping and handling) | $2,283.55 [3] |
| Jomar Table Linens, Inc. | 258 | $16,144.91 | 503(b)(9) Claim | General Unsecured | $1,063.23 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (shipping and handling, and sales tax) | $15,081.68 [3] |
| Jomar Table Linens, Inc. | 787 | $248,024.73 | 503(b)(9) Claim | General Unsecured | $1,229.79 | Portion of claim appears to be for goods delivered outside of the proscribed 20-day period, which are not eligible for administrative priority under Section 503(b)(9) (shipping and handling, and sales tax) | $246,794.94 [1][4] |
| KEEP CLEAN PRODUCTS, INC. | 291 | $1,309.84 | 503(b)(9) Claim | General Unsecured | $1,309.84 | Claim appears to assert general unsecured status [5] | $0.00 |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| LAUNDRY & CLEANERS SUPPLY, INC. | 192 | $2,920.49 | 503(b)(9) Claim | General Unsecured | $223.83 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax) | $2,696.66 |
| Liba Fabrics Corp. | 99 | $8,453.10 | 503(b)(9) Claim | General Unsecured | $7,765.80 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period | $687.30 |
| LIGHT SOURCE | 144 | $445.21 | 503(b)(9) Claim | General Unsecured | $169.21 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period and includes charges not eligible for administrative priority under Section 503(b)(9) (freight and sales tax) | $276.00 |
| Mansfield Oil Company of Gainesville, Inc. | 116 | $33,780.82 | Administrative Priority and Reclamation | General Unsecured | $23,535.53 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period and includes charges not eligible for administrative priority under Section 503(b)(9) (freight and taxes) | $10,245.29 |
| Merles Automotive Supply | 316 | $1,260.36 | 503(b)(9) Claim | General Unsecured | $1,260.36 | Claim appears to assert general unsecured status [5] | $0.00 |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| MIRAMAR FIRE EQUIPMENT | 315 | $597.00 | 503(b)(9) Claim | General Unsecured | $597.00 | Claim appears to assert general unsecured status [5] | $0.00 |
| MTY Enterprises LLC | 270 | $11,880.00 | 503(b)(9) Claim | General Unsecured | $11,880.00 | Claim is for labor, which is not eligible for administrative priority under Section 503(b)(9), and even if eligible, a substantial portion was rendered outside of the proscribed 20-day period | $0.00 |
| MTY Enterprises LLC | 271 | $6,107.50 | 503(b)(9) Claim | General Unsecured | $6,107.50 | Claim is for labor, which is not eligible for administrative priority under Section 503(b)(9) | $0.00 |
| MTY Enterprises LLC | 272 | $10,000.00 | 503(b)(9) Claim | General Unsecured | $10,000.00 | Claim is for labor, which is not eligible for administrative priority under Section 503(b)(9), and even if eligible, a material portion was rendered outside of the proscribed 20-day period | $0.00 |
| MTY Enterprises LLC | 274 | $34,470.00 | 503(b)(9) Claim | General Unsecured | $34,470.00 | Claim is for labor, which is not eligible for administrative priority under Section 503(b)(9) | $0.00 |
| MTY Enterprises LLC | 275 | $24,600.00 | 503(b)(9) Claim | General Unsecured | $24,600.00 | Claim is for labor, which is not eligible for administrative priority under Section 503(b)(9) | $0.00 |
| MTY ENTERPRISES, LLC | 457 | $2,720.00 | 503(b)(9) Claim | General Unsecured | $2,720.00 | Claim is for labor, which is not eligible for administrative priority under Section 503(b)(9) | $0.00 [1] |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| MTY Enterprises, LLC | 749 | $15,842.50 | 503(b)(9) Claim | General Unsecured | $15,842.50 | Claim is for labor, which is not eligible for administrative priority under Section 503(b)(9) | $0.00 [1] |
| MTY ENTERPRISES, LLC | 750 | $10,118.50 | 503(b)(9) Claim | General Unsecured | $10,118.50 | Claim is for labor, which is not eligible for administrative priority under Section 503(b)(9), and even if eligible, a material portion was rendered outside of the proscribed 20-day period | $0.00 [1] |
| MTY ENTERPRISES, LLC | 751 | $8,895.00 | 503(b)(9) Claim | General Unsecured | $8,895.00 | Claim is for labor, which is not eligible for administrative priority under Section 503(b)(9) | $0.00 [1] |
| Neal Distributors, Inc. | 130 | $4,616.92 | 503(b)(9) Claim | General Unsecured | $1,836.72 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period, and includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax) | $2,780.20 |
| Ontario Refrigeration Service, Inc. | 257 | $808.38 | 503(b)(9) Claim | General Unsecured | $808.38 | Claim is for services, which are not eligible for administrative priority under Section 503(b)(9), and even if eligible, a substantial portion of such services were rendered outside of the proscribed 20-day period | $0.00 |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| Pacific States Petroleum, Inc. | 127 | $17,888.74 | 503(b)(9) Claim | General Unsecured | $14,255.44 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period | $3,633.30 |
| PALO VERDE COMPANIES | 321 | $307.80 | 503(b)(9) Claim | General Unsecured | $307.80 | Claim appears to assert general unsecured status [5], claim also does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period | $0.00 [3] [4] |
| PARTY TIME TENTS | 149 | $5,750.00 | 503(b)(9) Claim | General Unsecured | $5,750.00 | Claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period | $0.00 [4] |
| Performance Contracting, Inc. | 478 | $1,850.00 | 503(b)(9) Claim | General Unsecured | $1,850.00 | Claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period | $0.00 [1] |
| Petromex, Inc. | 158 | $30,313.70 | 503(b)(9) Claim | General Unsecured | $22,045.20 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax) and a portion appears to assert general unsecured status [5] | $8,268.50 |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| Piedmont Natural Gas Company | 31 | 10,035.82 | 503(b)(9) Claim | General Unsecured | $2,922.93 | Portion of claim appears to assert general unsecured status [5] | $7,112.89 |
| PS Furniture, Inc | 265 | $18,536.74 | 503(b)(9) Claim | General Unsecured | $1,416.00 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax) | $17,120.74 |
| Public Service Company of North Carolina, Inc. d/b/a PSNC Energy | 242 | $3,050.72 | 503(b)(9) Claim | General Unsecured | $2,144.02 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period, and a portion of the claim appears to assert general unsecured status [5] | $906.70 |
| PVC Tech Corp | 324 | $8,991.19 | 503(b)(9) Claim | General Unsecured | $586.07 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax) | $8,405.12 |
| RSS Distributors | 182 | $564.73 | 503(b)(9) Claim | General Unsecured | $89.63 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (freight) | $475.10 |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| Sacramento Municipal Utility District | 278 | $3,227.45 | 503(b)(9) Claim | General Unsecured | $3,227.45 | Claim is for electric utility services, which are not eligible for administrative priority under Section 503(b)(9), and even if eligible, a portion of such services were rendered outside of the proscribed 20-day period; the claim also includes other charges not eligible for administrative priority under Section 503(b)(9) (late charges) | $0.00 |
| Sal's Propane Inc | 295 | $2,838.95 | 503(b)(9) Claim | General Unsecured | $2,838.95 | Claim appears to assert general unsecured status [5] | $0.00 |
| SCANA Energy Marketing, Inc. d/b/a SCANA Energy | 241 | $11,203.64 | 503(b)(9) Claim | General Unsecured | $7,903.91 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period, and a portion of the claim appears to assert general unsecured status [5] | $3,299.73 |
| SECURITY FIRE PROTECTION | 312 | $765.00 | 503(b)(9) Claim | General Unsecured | $765.00 | Claim is for labor, which is not eligible for administrative priority under Section 503(b)(9) | $0.00 |
| SHI International Corp | 339 | $29,883.14 | 503(b)(9) Claim | General Unsecured | $2,799.91 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (freight charges and sales tax) | $27,083.23 [1] |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Palo Verde Companies- Assignor | 322 | $1,022.36 | 503(b)(9) Claim | General Unsecured | $89.79 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (freight charges and sales tax) | $932.57 [4] |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Surfas, Inc. - Assignor | 246 | $8,954.91 | 503(b)(9) Claim | General Unsecured | $663.33 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales tax) | $8,291.58 |
| Southern Counties Oil Co., a California Limited Partnership dba SC Fuels | 402 | $4,911.05 | 503(b)(9) Claim | General Unsecured | $4,911.05 | Claim appears to assert general unsecured status [5] | $0.00 |
| SOUTHWESTERN BAG COMPANY | 308 | $10,573.29 | 503(b)(9) Claim | General Unsecured | $10,573.29 | Claim appears to assert general unsecured status [5] | $0.00 |
| Supreme Oil Co. | 186 | $75,000.13 | 503(b)(9) Claim | General Unsecured | $8,414.45 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (sales and excise taxes) | $66,585.68 [4] |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| T.C. Transportation | 255 | $211.81 | 503(b)(9) Claim | General Unsecured | $211.81 | Claim is for freight services, which are not eligible for administrative priority under Section 503(b)(9), and even if eligible, a portion of such services were provided outside of the proscribed 20-day period | $0.00 |
| Temp Power Inc | 189 | $1,620.00 | 503(b)(9) Claim | General Unsecured | $1,620.00 | Claim is for equipment rental, which is not eligible for administrative priority under Section 503(b)(9) | $0.00 |
| Temp Power Inc | 190 | $932.00 | 503(b)(9) Claim | General Unsecured | $875.00 | Portion of claim is for equipment rental, which is not eligible for administrative priority under Section 503(b)(9), and even if eligible, a portion of such services were provided outside of the proscribed 20-day period | $57.00 |
| Trinity Logistics, Inc. | 222 | $28,555.00 | 503(b)(9) Claim | General Unsecured | $28,555.00 | Claim is for freight services, which are not eligible for administrative priority under Section 503(b)(9) | $0.00 [4] |
| VESTCO FOOD EQUIPMENT | 309 | $7,027.72 | 503(b)(9) Claim | General Unsecured | $7,027.72 | Claim appears to assert general unsecured status [5] | $0.00 |
| Wholesale Tape & Supply Co. | 262 | $13,488.45 | 503(b)(9) Claim | General Unsecured | $416.52 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (freight charges and sales tax) | $13,071.93 |

Exhibit A – Misclassified Claims

| Name | Proof of Claim Number to be Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Modified Class | Amount to Reclassify | Reason for Reclassification | Remaining Section 503(b)(9) Claim |
|---|---|---|---|---|---|---|---|
| Work Wear Safety Shoes | 199 | $1,782.93 | 503(b)(9) Claim | General Unsecured | $1,422.93 | Portion of claim does not satisfy statutory requirements for Section 503(b)(9) because it is for goods received outside of the proscribed 20-day period | $360.00 |
| ZAL INDUSTRIAL | 216 | $350.76 | 503(b)(9) Claim | General Unsecured | $13.26 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (interest) | $337.50 |
| ZAL INDUSTRIAL | 224 | $1,725.02 | 503(b)(9) Claim | General Unsecured | $196.60 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (interest and sales tax) | $1,528.42 |
| ZAL INDUSTRIAL | 225 | $1,904.48 | 503(b)(9) Claim | General Unsecured | $219.48 | Claim includes charges not eligible for administrative priority under Section 503(b)(9) (interest and sales tax) | $1,685.00 |