# EXHIBIT B

AFTER-PARTY2, INC. (F/K/A EVENT RENTALS, INC.), ET AL.

CP OpCo's Second Omnibus (Substantive) Objection: **Exhibit B – Misclassified Administrative Claim**

| Claimant | Proof of Claim Number to be Modified | Claim Amount in Claims Register | Asserted Class in Claims Register | Modified Class[†] | Amount to Reclassify | Reason for Reclassification | Remaining Administrative Claim |
|---|---|---|---|---|---|---|---|
| Arkansas Department of Finance & Administration | 772 | $23,232.45 | Administrative | Priority Unsecured - 11 U.S.C. § 508(a)(8) | $20,606.42 | Portion of claim does not satisfy statutory requirements for Section 503(b) because it is for taxes incurred prior to the petition date | $2,626.03 |

---

[†] Reclassified claim is subject to the right of the Liquidation Trust and other parties-in-interest to object to such claims as provided in Article X of the Plan or Section 502 of the Bankruptcy Code and Rule 3007 of the Bankruptcy Rules. Further, CP OpCo reserves its right to assert that all or part of such claim is not a Buyer Pay Claim.

1 of 1