# EXHIBIT C

AFTER-PARTY2, INC. (F/K/A EVENT RENTALS, INC.), ET AL.

**Exhibit C – Summary of Exhibits to First Omnibus (Non-Substantive) and Second Omnibus (Substantive) Objections to Claims**

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| ACORN GAS COMPANY | 181 | $4,924.61 | $2,915.51 | | | | | | $2,915.51 | $2,009.10 |
| American Turf and Carpet, LLC | 264 | $64,796.03 | $18,802.67 | | | | | | $18,802.67 | $45,993.36 |
| Argo Partners | 222 | $53,295.00 | $53,295.00 | | | | | $53,295.00 | $53,295.00 | $0.00 |
| Argo Partners | 261 | $3,046.74 | $3,046.74 | | | | | | $3,046.74 | $0.00 |
| Arkansas Department of Finance & Administration | 772 | $23,232.45 | $20,606.42 | | | | | | $20,606.42 | $2,626.03 |
| Avcogas Propane Sales & Services | 313 | $1,673.72 | $156.16 | | | | | | $156.16 | $1,517.56 |

1. Claims designated "Misclassified" may be found on Exhibit A or Exhibit B to this Second Omnibus (Substantive) Objection.
2. Claims designated "Late-Filed" may be found on Exhibit A to the First Omnibus (Non-Substantive) Objection, filed concurrently herewith.
3. Claims designated "Duplicate" may be found on Exhibit B to the First Omnibus (Non-Substantive) Objection, filed concurrently herewith.
4. Claims designated "Amended" may be found on Exhibit C to the First Omnibus (Non-Substantive) Objection, filed concurrently herewith.
5. Claims designated "Wrong Debtor" may be found on Exhibit D to the First Omnibus (Non-Substantive) Objection, filed concurrently herewith.
6. Claims designated "Unsubstantiated" may be found on Exhibit E to the First Omnibus (Non-Substantive) Objection, filed concurrently herewith.

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| AZTEC TENTS | 95 | $180,210.21 | $81,239.26 | | | | | | $81,239.26 | $98,970.95 |
| Cardlock Fuels System, Inc., a California Corporation | 52 | $8,759.25 | $4,911.05 | | | $8,759.25 | | | $8,759.25 | $0.00 |
| Cardlock Fuels System, Inc., a California Corporation | 59 | $8,759.25 | $4,911.05 | | | $8,759.25 | | | $8,759.25 | $0.00 |
| Carrol Independent Fuel LLC | 287 | $5,338.97 | $1,540.41 | | | | | | $1,540.41 | $3,798.56 |
| CCI Group LLC | 208 | $3,334.00 | $1,625.00 | | | | | | $1,625.00 | $1,709.00 |
| CDS OFFICE PRODUCTS | 294 | $887.25 | $887.25 | | | | | | $887.25 | $0.00 |
| CENTRAL SANITARY SUPPLY | 293 | $565.46 | $565.46 | | | | | | $565.46 | $0.00 |
| Claims Recovery Group LLC | 290 | $1,606.02 | $135.97 | | | | | | $135.97 | $1,470.05 |
| Claims Recovery Group LLC | 291 | $1,413.46 | $116.71 | | | | | | $116.71 | $1,296.75 |
| Claims Recovery Group LLC | 292 | $14,117.96 | $417.69 | | | | | $1,789.38 | $2,207.07 | $11,910.89 |
| Claims Recovery Group LLC | 295 | $1,214.60 | $100.29 | | | | | | $100.29 | $1,114.31 |
| Claims Recovery Group LLC | 308 | $6,636.79 | $547.99 | | | | | | $547.99 | $6,088.80 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Claims Recovery Group LLC (As Assignee of Miramar Fire Equipment) | 304 | $424.43 | | | | $424.43 | | | $424.43 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Security Fire Protection) | 300 | $598.50 | | | | $598.50 | | | $598.50 | $0.00 |
| Claims Recovery Group LLC (As Assignee of CDS Office Products) | 302 | $376.74 | | | $376.74 | | | | $376.74 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Central Sanitary Supply) | 311 | $991.89 | | | $991.89 | | | | $991.89 | $0.00 |
| Claims Recovery Group LLC (As Assignee of International Acetex Inc.) | 310 | $14,117.96 | | | $14,117.96 | | | | $14,117.96 | $0.00 |
| Claims Recovery Group LLC (As Assignee of J.A. Fulmer & Son Hardware Inc) | 307 | $1,606.02 | | | $1,606.02 | | | | $1,606.02 | $0.00 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Claims Recovery Group LLC (As Assignee of Keep Clean Products, Inc) | 306 | $1,413.46 | | | $1,413.46 | | | | $1,413.46 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Merles Automotive Supply) | 299 | $1,107.36 | | | | $1,107.36 | | | $1,107.36 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Sals Propane Inc.) | 314 | $1,214.60 | | | $1,214.60 | | | | $1,214.60 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Southwestern Bag Company) | 298 | $6,636.79 | | | | $6,636.79 | | | $6,636.79 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Vestco Food Equipment) | 297 | $484.77 | | | | $484.77 | | | $484.77 | $0.00 |
| Commissioner of Revenue of the State of Tennessee | 209 | $8,442.06 | | | | $8,442.06 | | | $8,442.06 | $0.00 |
| COQUITLAM INDUSTRIAL INTL CORP. | 203 | $41,899.20 | $41,899.20 | | | | | | $41,899.20 | $0.00 |
| County of Orange Treasurer-Tax Collector | 789 | $6,051.32 | | | | | | $1,008.55 | $1,008.55 | $5,042.77 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Cushman & Wakefield of California, Inc. | 325 | $86,636.23 | $86,636.23 | $86,636.23 | | | | | $86,636.23 | $0.00 |
| Desert Fire Extinguisher Co., Inc | 173 | $2,203.20 | $2,203.20 | | | | | | $2,203.20 | $0.00 |
| Designer 8 Event Furniture Rental, Inc. | 285 | $115,138.20 | $115,138.20 | | | | | $115,138.20 | $115,138.20 | $0.00 |
| Designer 8 Event Furniture Rental, Inc. | 286 | $23,239.42 | $23,239.42 | | | | | $23,239.42 | $23,239.42 | $0.00 |
| EDWARD DON & COMPANY | 503 | $12,492.02 | $4,614.74 | $12,492.02 | | | | $278.39 | $12,492.02 | $0.00 |
| Enterprise Rent-A-Truck | 269 | $169,155.84 | $169,155.84 | | | | | $27,842.56 | $169,155.84 | $0.00 |
| Fastenal Company | 510 | $20,479.18 | $1,478.48 | $20,479.18 | | | | | $20,479.18 | $0.00 |
| GBS Linens | 217 | $21,890.67 | $8,468.59 | | | | | | $8,468.59 | $13,422.08 |
| Illinois Department of Employment Security | 279 | $51,076.94 | | | | | | $51,076.94 | $51,076.94 | $0.00 |
| IMDC, Inc d/b/a 10 Strawberry Street | 178 | $2,757.13 | $2,757.13 | | | | | | $2,757.13 | $0.00 |
| IMDC, Inc d/b/a 10 Strawberry Street | 185 | $1,435.91 | $1,435.91 | | | | | | $1,435.91 | $0.00 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| IMDC, Inc d/b/a 10 Strawberry Street | 193 | $63,248.37 | $62,379.37 | | | | | | $62,379.37 | $869.00 |
| IMDC, Inc. d/b/a 10 Strawberry Street | 184 | $379.90 | $379.90 | | | | | | $379.90 | $0.00 |
| International Acetex, Inc. | 292 | $1,857.91 | $1,857.91 | | | | | | $1,857.91 | $0.00 |
| J.A. FULMER & SON HARDWARE INC. | 290 | $7,374.59 | $7,374.59 | | | | | | $7,374.59 | $0.00 |
| Jimmy's Permit Services | 259 | $19,922.36 | $13,850.80 | | | | | | $13,850.80 | $6,071.56 |
| Jomar Table Linens, Inc. | 253 | $2,450.11 | $166.56 | | | $2,450.11 | | | $2,450.11 | $0.00 |
| Jomar Table Linens, Inc. | 258 | $16,144.91 | $1,063.23 | | | $16,144.91 | | | $16,144.91 | $0.00 |
| Jomar Table Linens, Inc. | 785 | $16,144.91 | | | $16,144.91 | | | $16,144.91 | $16,144.91 | $0.00 |
| Jomar Table Linens, Inc. | 786 | $2,450.11 | | | $2,450.11 | | | $2,450.11 | $2,450.11 | $0.00 |
| Jomar Table Linens, Inc. | 787 | $248,024.73 | $1,229.79 | $230,659.50 | | | | $230,659.50 | $231,889.29 | $17,365.23 |
| KEEP CLEAN PRODUCTS, INC. | 291 | $1,309.84 | $1,309.84 | | | | | | $1,309.84 | $0.00 |
| LAUNDRY & CLEANERS SUPPLY, INC. | 192 | $2,920.49 | $223.83 | | | | | | $223.83 | $2,696.66 |
| Liba Fabrics Corp. | 99 | $8,453.10 | $7,765.80 | | | | | | $7,765.80 | $687.30 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| LIGHT SOURCE | 144 | $445.21 | $169.21 | | | | | | $169.21 | $276.00 |
| Mansfield Oil Company of Gainesville, Inc. | 116 | $33,780.82 | $23,535.53 | | | | | | $23,535.53 | $10,245.29 |
| Merles Automotive Supply | 316 | $1,260.36 | $1,260.36 | | | | | | $1,260.36 | $0.00 |
| MIRAMAR FIRE EQUIPMENT | 315 | $597.00 | $597.00 | | | | | | $597.00 | $0.00 |
| Mississippi Department of Revenue | 790 | $1,600.48 | | | | | | $1,600.48 | $1,600.48 | $0.00 |
| Motion Industries | 334 | $155.45 | | $155.45 | | | | | $155.45 | $0.00 |
| MTY Enterprises LLC | 270 | $11,880.00 | $11,880.00 | | | | | | $11,880.00 | $0.00 |
| MTY Enterprises LLC | 271 | $6,107.50 | $6,107.50 | | | | | | $6,107.50 | $0.00 |
| MTY Enterprises LLC | 272 | $10,000.00 | $10,000.00 | | | | | | $10,000.00 | $0.00 |
| MTY Enterprises LLC | 274 | $34,470.00 | $34,470.00 | | | | | | $34,470.00 | $0.00 |
| MTY Enterprises LLC | 275 | $24,600.00 | $24,600.00 | | | | | | $24,600.00 | $0.00 |
| MTY Enterprises, LCC | 749 | $15,842.50 | $15,842.50 | $15,842.50 | | | | | $15,842.50 | $0.00 |
| MTY ENTERPRISES, LLC | 457 | $2,720.00 | $2,720.00 | $2,720.00 | | | | | $2,720.00 | $0.00 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| MTY ENTERPRISES, LLC | 750 | $10,118.50 | $10,118.50 | $10,118.50 | | | | | $10,118.50 | $0.00 |
| MTY ENTERPRISES, LLC | 751 | $8,895.00 | $8,895.00 | $8,895.00 | | | | | $8,895.00 | $0.00 |
| Neal Distributors, Inc. | 130 | $4,616.92 | $1,836.72 | | | | | | $1,836.72 | $2,780.20 |
| Neal Distributors, Inc. | 131 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 132 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 133 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 134 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 135 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 136 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 137 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 138 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 139 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 140 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Neal Distributors, Inc. | 141 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 142 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Ontario Refrigeration Service, Inc. | 257 | $808.38 | $808.38 | | | | | | $808.38 | $0.00 |
| Pacific States Petroleum, Inc. | 127 | $17,888.74 | $14,255.44 | | | | | | $14,255.44 | $3,633.30 |
| PALO VERDE COMPANIES | 321 | $307.80 | | | | $307.80 | | | $307.80 | $0.00 |
| PARTY TIME TENTS | 149 | $5,750.00 | $5,750.00 | | | | | $5,750.00 | $5,750.00 | $0.00 |
| Performance Contracting, Inc. | 478 | $1,850.00 | $1,850.00 | $1,850.00 | | | | | $1,850.00 | $0.00 |
| Petromex, Inc. | 158 | $30,313.70 | $22,045.20 | | | | | | $22,045.20 | $8,268.50 |
| Piedmont Natural Gas Company | 31 | $10,035.82 | $2,922.93 | | | | | | $2,922.93 | $7,112.89 |
| PS Furniture, Inc | 265 | $18,536.74 | $1,416.00 | | | | | | $1,416.00 | $17,120.74 |
| Public Service Company of North Carolina, Inc. d/b/a PSNC Energy | 242 | $3,050.72 | $2,144.02 | | | | | | $2,144.02 | $906.70 |
| PVC Tech Corp | 324 | $8,991.19 | $586.07 | | | | | | $586.07 | $8,405.12 |
| RSS Distributors | 182 | $564.73 | $89.63 | | | | | | $89.63 | $475.10 |

9 of 11

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Sacramento Municipal Utility District | 278 | $3,227.45 | $3,227.45 | | | | | | $3,227.45 | $0.00 |
| Sal's Propane Inc. | 295 | $2,838.95 | $2,838.95 | | | | | | $2,838.95 | $0.00 |
| SCANA Energy Marketing, Inc. d/b/a SCANA Energy | 241 | $11,203.64 | $7,903.91 | | | | | | $7,903.91 | $3,299.73 |
| SECURITY FIRE PROTECTION | 312 | $765.00 | $765.00 | | | | | | $765.00 | $0.00 |
| SHI International Corp | 339 | $29,883.14 | $2,799.91 | $29,883.14 | | | | | $29,883.14 | $0.00 |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Palo Verde Companies- Assignor | 322 | $1,022.36 | $89.79 | | | | | $1,022.36 | $1,022.36 | $0.00 |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Surfas, Inc. - Assignor | 246 | $8,954.91 | $663.33 | | | | | | $663.33 | $8,291.58 |
| Southern Counties Oil Co., a California Limited Partnership dba SC Fuels | 402 | $8,759.25 | $4,911.05 | | | | | | $4,911.05 | $3,848.20 |
| SOUTHWESTERN BAG COMPANY | 308 | $10,573.29 | $10,573.29 | | | | | | $10,573.29 | $0.00 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| State of Utah | 371 | $396.64 | | | | | | $396.64 | $396.64 | $0.00 |
| Supreme Oil Co. | 186 | $75,000.13 | $8,414.45 | | | | | $12,232.29 | $20,646.74 | $54,353.39 |
| T.C. Transportation | 255 | $211.81 | $211.81 | | | | | | $211.81 | $0.00 |
| Temp Power Inc | 189 | $1,620.00 | $1,620.00 | | | | | | $1,620.00 | $0.00 |
| Temp Power Inc | 190 | $932.00 | $875.00 | | | | | | $875.00 | $57.00 |
| Tennessee Department of Revenue | 777 | $5,362.82 | | | | | | $5,362.82 | $5,362.82 | $0.00 |
| Trinity Logistics, Inc. | 222 | $28,555.00 | $28,555.00 | | | | | $28,555.00 | $28,555.00 | $0.00 |
| VESTCO FOOD EQUIPMENT | 309 | $7,027.72 | $7,027.72 | | | | | | $7,027.72 | $0.00 |
| Wholesale Tape & Supply Co. | 262 | $13,488.45 | $416.52 | | | | | | $416.52 | $13,071.93 |
| Work Wear Safety Shoes | 199 | $1,782.93 | $1,422.93 | | | | | | $1,422.93 | $360.00 |
| ZAL INDUSTRIAL | 216 | $350.76 | $13.26 | | | | | | $13.26 | $337.50 |
| ZAL INDUSTRIAL | 224 | $1,725.02 | $196.60 | | | | | | $196.60 | $1,528.42 |
| ZAL INDUSTRIAL | 225 | $1,904.48 | $219.48 | | | | | | $219.48 | $1,685.00 |