# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (PJW)<br><br>Jointly Administered<br><br>Hearing Date: January 29, 2015 at 1:30 pm EDT<br>Objection Date: January 7, 2015 at 4:00 pm EDT |

## NOTICE OF CP OPCO, LLC'S SECOND OMNIBUS (SUBSTANTIVE) OBJECTION PURSUANT TO 11 U.S.C. §§ 502(b) AND 503(b)(9), FED. R. BANKR. P. 3007 AND DEL. BANKR. L.R. 3007-1 TO MISCLASSIFIED CLAIMS

   **PLEASE TAKE NOTICE** that CP OpCo, LLC has filed the attached **Second Omnibus (Substantive) Objection Pursuant to 11 U.S.C. §§ 502(b) and 503(b)(9), Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 Misclassified Claims** (the "Claims Objection").

   **PLEASE TAKE FURTHER NOTICE** that responses or objections to the Claims Objection, if any, are to be filed on or before **January 7, 2015 at 4:00 p.m. (Prevailing Eastern Time)**. At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

   **PLEASE TAKE FURTHER NOTICE** that if any responses are timely filed in accordance with this Notice, a hearing on the Claims Objection will be held on **January 29, 2015 at 1:30 p.m. (Prevailing Eastern Time)** before The Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE CLAIMS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 18, 2014
    Wilmington, Delaware

**FOX ROTHSCHILD LLP**

By: /s/ 
Jeffrey M. Schlerf (No. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone:    (302) 654-7444
Facsimile:    (302) 656-8920

—and—

GORDON SILVER
Eve H. Karasik (California Bar No. 155356)*
Danielle A. Pham (California Bar No. 269915)*
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (213) 443-8730
Facsimile: (310) 201-5974

Gabrielle A. Hamm (Nevada Bar No. 11588)*
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

*Admitted *pro hac vice*

*Counsel for CP OpCo, LLC*