## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 18th day of December, 2014, I caused copies of the **Second Omnibus (Substantive) Objection Pursuant to 11 U.S.C. §§ 502(b) and 503(b)(9), Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 Misclassified Claims** to be served upon the parties listed on the service list attached hereto *via* First Class Mail.

L. John Bird (No. 5310)

Event Rentals Inc.
Attn: Jeffrey M. Black
901 West Hillcrest Blvd.
Inglewood, CA 90301
**Via First Class Mail**

White & Case LLP
Attn: Craig Averch
633 W. Fifth St., Ste. 1900
Los Angeles, CA 90071
**Via First Class Mail**

White & Case LLP
Attn: John K. Cunningham
200 S. Biscayne, 49th Fl.
Miami, FL 33131
**Via First Class Mail**

Kurtzman Carson Consultants
2335 Alaska Ave.
El Segundo, CA 90245
**Via First Class Mail**

Office of the U.S. Trustee
Attn: David Buchbinder
844 King St., Ste 2207
Wilmington, DE 19801
**Via Hand Delivery**

Office of the Attorney General
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801
**Via First Class Mail**

Delaware Department of Justice
Bankruptcy Department
820 N. French St., 6th Fl.
Wilmington, DE 19801
**Via First Class Mail**

Office of the U.S. Attorney
Attn: Ellen Slights
1007 Orange St., Ste 700
Wilmington, DE 19801
**Via Hand Delivery**

Young Conaway Stargatt & Taylor
Attn: Michael Nestor
1000 North King Street
Wilmington, DE 19801
**Via Hand Delivery**

Cozen O'Connor
Attn: John T. Carroll III
1201 N. Market St., Ste 1001
Wilmington, DE 19801
**Via First Class Mail**

Morris James LLP
Attn: Carl N. Kunz III
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801
**Via First Class Mail**

Pachulski Stang Ziehl & Jones LLP
Attn: Bradford J. Sandler
919 N. Market St., 17th Fl.
Wilmington, DE 19801
**Via Hand Delivery**

McCarter & English LLP
Attn: Katherine L. Mayer
405 N. King St., 8th Fl.
Wilmington, DE 19801
**Via First Class Mail**

Sullivan Hazeltine Allinson LLC
Attn: William A. Hazeltine
901 N. Market St., Ste 1300
Wilmington, DE 19801
**Via First Class Mail**

Phillips Goldman & Spence PA
Attn: Steven W. Spence Esq.
1200 N. Broom St.
Wilmington, DE 19806
**Via First Class Mail**

Greenberg Traurig LLP
Attn: Dennis A. Meloro
1007 N. Orange St., Ste 1200
Wilmington, DE 19801
**Via First Class Mail**

Archer & Greiner, P.C.
Attn: David W. Carickhoff
300 Delaware Ave., Ste 1370
Wilmington, DE 19801
**Via First Class Mail**

Klehr Harrison Harvey Branzburg
Attn: Domenic E.Pacitti
919 N. Market St., Ste 1000
Wilmington, DE 19801-3062
**Via First Class Mail**

Gellert Scali Busenkell & Brown
Attn: Michael Busenkell
913 N. Market St., 10th Fl.
Wilmington, DE 19801
**Via First Class Mail**

Bayard PA
Attn: Neil B. Glassman
222 Delaware Ave., Ste 900
Wilmington, DE 19801
**Via First Class Mail**

Delaware Dept. of Revenue
Attn: Bankruptcy Administrator
820 N. French St., 8th Fl.
Wilmington, DE 19801
**Via First Class Mail**

Delaware Sec. of State
Attn: Franchise Tax
P.O. Box 898
Dover, DE 19903
**Via First Class Mail**

Delaware Sec. of the Treasury
820 Silver Lake Blvd., Ste. 100
Dover, DE 19904
**Via First Class Mail**

Internal Revenue Service
Centralized Insolvency Operations
2970 Market Street
Philadelphia, PA 19104
**Via First Class Mail**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346
**Via First Class Mail**

Internal Revenue Service
Insolvency Section
31 Hopkins Plz, Rm 1150
Baltimore, MD 21201
**Via First Class Mail**

Securities and Exchange Commission
Attn: Sharon Binger
1617 JFK Blvd., Ste 520
Philadelphia, PA 19103
**Via First Class Mail**

Securities and Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC 20549
**Via First Class Mail**

Securities and Exchange Commission
Attn: George S. Canellos
3 World Financial Ctr., Ste 400
New York, NY 10281-1022
**Via First Class Mail**

Klee Tuchin Bogdanoff & Stern LLP
Attn: Maria Sountas-Argiropoulos
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067-6049
**Via First Class Mail**

Ableco Finance LLC
Attn: Eric Miller
875 Third Ave.
New York, NY 10022
**Via First Class Mail**

Mr. and Mrs. Herb Stone
2655 Napa Valley Corporate Dr.
Napa Valley, CA 64558
**Via First Class Mail**

Stan and Beth White
2931 Belgrave Dr.
Germantown, TN 38138
**Via First Class Mail**

Jomar Table Linens Inc.
Attn: Joel Nevins
4000 E. Airport Dr., Ste A
Ontario, CA 91761
**Via First Class Mail**

Ryder Truck Rental Inc.
Attn: Kevin Sauntry
6000 Windward Parkway
Alpharetta, GA 30005
**Via First Class Mail**

Designer 8 Event Furniture Rental
Attn: Samantha Sackler
8575 Higuera St
Culver City, CA 90232
**Via First Class Mail**

Aztec Tents Design & Production
Attn: Chuck Miller
2665 Columbia Street
Torrance, CA 90503
**Via First Class Mail**

Klee Tuchin Bogdanoff & Stern LLP
Attn: Lee R. Bogdanoff
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067-6049
**Via First Class Mail**

Passport Capital
Attn: John Moran
One Market St., Ste 2200
San Francisco, CA 94105
**Via First Class Mail**

Thompson O'Brien Kemp & Nasuti
Attn: Ted W. Hight III
40 Technology Pkwy South, Ste 300
Norcross, GA 30092
**Via First Class Mail**

Linebarger Goggan Blair & Sampson
Attn: Elizabeth Weller
2777 N. Stemmons Frwy, Ste 1000
**Via First Class Mail**

Texas Comptroller of Public Accounts
Attn: John Mark Stern Asst AG
P.O. Box 12548
Austin, TX 78711-2548
**Via First Class Mail**

AEG, Inc. and Goldenvoice LLC
c/o McKenna Long & Aldridge LLP
One Market Plz, 24th Floor
San Francisco, CA 94105
**Via First Class Mail**

Barack Ferrazzano Kirschbaum & Nagelberg
Attn: William J. Barrett
200 West Madison St., Ste 3900
Chicago, IL 60606
**Via First Class Mail**

Signature Systems Group LLC
Attn: Wen Kang Chang
50 E. 42nd St., 14th Fl.
New York, NY 10017
**Via First Class Mail**

Maricopa County Attorney's Office
Attn: Lori A. Lewis
222 N. Central Ave., Ste 1100
Phoenix, AZ 85004-2206
**Via First Class Mail**

Kohner, Mann & Kailas SC
Attn: Samuel C. Wisotzkey
4650 N. Port Washington Rd
Milwaukee, WI 53212-1059
**Via First Class Mail**

Weltman Weinberg & Reis Co LPA
Attn: Scott D. Fink
323 W Lakeside Ave, Suite 2002
Cleveland, OH 44113-1099
**Via First Class Mail**

York Risk Services Group Inc.
Attn: Edna Estime
99 Cherry Hill Rd., Ste 102
Parsippany, NJ 07054
**Via First Class Mail**

Hartz Mountain Industries Inc.
Attn: David J. Hughes
P.O. Box 1515
Secaucus, NJ 07096-1515
**Via First Class Mail**

Warner Norcross & Judd LLP
Attn: Anissa C. Hudy
4500 River Ridge Dr., Ste 300
Clinton Township, MI 48038
**Via First Class Mail**

Office of the Attorney General
Litigation Bureau, Bankruptcy Unit
The Capitol
Albany, NY 12225-0341
**Via First Class Mail**

Linebarger Goggan Blair & Sampson
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064
**Via First Class Mail**

Greenberg Traurig PA
Paul J. Keenan Jr.
333 SE 2nd Ave
Miami, FL 33131
**Via First Class Mail**

GE Info Tech Solutions (fka IKON)
Bankruptcy Administration
P.O. Box 13708
Macon, GA 31208-3708
**Via First Class Mail**

Ricoh USA
Recovery & Bankruptcy Group
3920 Arkwright Rd, Ste 400
Macon, GA 31210
**Via First Class Mail**

FrankGecker LLP
Attn: Joseph D. Frank
325 N. LaSalle St., Ste 625
Chicago, IL 60654
**Via First Class Mail**

Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg
1835 Market St., Ste 1400
Philadelphia, PA 19103
**Via First Class Mail**

Cardlock Fuels System, Inc.
Attn: Robert W. Bollar
P.O. Box 4159
Orange, CA 92863-4159
**Via First Class Mail**

Iron Mountain Info Mgmt
Attn: Joseph Corrigan
One Federal St.
Boston, MA 02110
**Via First Class Mail**

Paul Weiss LLP
Attn: Jeffrey D. Saferstein
1285 Avenue of the Americas
New York, NY 10019
**Via First Class Mail**

Kelley Semmel LLP
Attn: Paul M. Kelley
5757 Wilshire Blvd., Pent. 5
Los Angeles, CA 90036
**Via First Class Mail**

County of Loudon, Virginia
Attn: Belkys Escobar
One Harrison St. SE 5th Fl.
Leesburg, VA 20175-3102
**Via First Class Mail**

Tennessee Dept. of Revenue
c/o TN Atty. Gen. Office
P.O. Box 20207
Nashville, TN 37202-0207
**Via First Class Mail**

Pima County Attorney, Civil Div.
Attn: Grant Winston
32 N. Stone Ave., Ste 2100
Tucson, AZ 85701
**Via First Class Mail**

Claim Search Results

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Enterprise Rent-A-Truck | Mary E. Thomas-Bushyhead | 6929 N. Lakewood Ave, Suite 100 | | | Tulsa | OK | 74117 | |
| Jomar Table Linens, Inc. | | 4000 E. Airport Drive, Suite A | | | Ontario | CA | 91761 | |
| EDWARD DON & COMPANY | | 2562 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | |
| PALO VERDE | | 3333 N. 35TH AVENUE | | | PHOENIX | AZ | 85017 | |
| Cushman & Wakefield of California, Inc. | Attn Amber Roberts | 2101 Cedar Springs Road, Suite 900 | | | Dallas | TX | 75201 | |
| MTY Enterprises, LCC | | 16 E Angela Drive | | | Phoenix | AZ | 85022 | |
| MTY ENTERPRISES, LLC | | 16 E. ANGELA DR | | | PHOENIX | AZ | 85022 | |
| MTY ENTERPRISES, LLC | | 16 E. ANGELA DR | | | PHOENIX | AZ | 85022 | |
| IMDC, Inc d/b/a 10 Strawberry Street | | 3837 Monaco Parkway | | | Denver | CO | 80207 | |
| Fastenal Company | | 2001 Theurer Blvd | | | Winona | MN | 55987 | |
| Neal Distributors, Inc. | | 5013 Calabash Pl. | | | Woodland Hills | CA | 91364 | |
| Neal Distributors, Inc. | | 5013 Calabash Pl. | | | Woodland Hills | CA | 91364 | |
| Neal Distributors, Inc. | | 5013 Calabash Pl. | | | Woodland Hills | CA | 91364 | |
| Neal Distributors, Inc. | | 5013 Calabash Pl. | | | Woodland Hills | CA | 91364 | |
| Neal Distributors, Inc. | | 5013 Calabash Pl. | | | Woodland Hills | CA | 91364 | |
| Neal Distributors, Inc. | | 5013 Calabash Pl. | | | Woodland Hills | CA | 91364 | |
| Neal Distributors, Inc. | | 5013 Calabash Pl. | | | Woodland Hills | CA | 91364 | |
| Neal Distributors, Inc. | | 5013 Calabash Pl. | | | Woodland Hills | CA | 91364 | |
| Neal Distributors, Inc. | | 5013 Calabash Pl. | | | Woodland Hills | CA | 91364 | |
| Neal Distributors, Inc. | | 5013 Calabash Pl. | | | Woodland Hills | CA | 91364 | |
| Mansfield Oil Company of Gainesville, Inc. | Attn Ted W. Hight III | Thompson, O'Brien, Kemp & Nasuti, P.C. | 40 Technology Pkwy S Ste 300 | | Norcross | GA | 30092 | |
| Cardock Fuels System, Inc., a California Corporation | | 1800 W. Katella Avenue, Suite 400 | PO Box 4159 | | Orange | CA | 92867 | |
| Jomar Table Linens, Inc. | | 4000 E. Airport Drive, Suite A | | | Ontario | CA | 91761 | |
| PARTY TIME TENTS | | 818 INDUSTRIAL RD | | | MARSHALL | MI | 49068 | |
| Argo Partners | | 12 West 37th Street, 9th Floor | | | New York | NY | 10018 | |
| Trinity Logistics, Inc. | | 50 Fallon Ave | | | Seaford | DE | 19973 | |
| Designer 8 Event Furniture Rental, Inc. | Samantha Sackler | 8575 Higuera Street | PO Box 1620 | | Culver City | CA | 90232-2535 | |
| Designer 8 Event Furniture Rental, Inc. | Samantha Sackler | 8575 Higuera Street | | | Culver City | CA | 90232-2535 | |
| Arkansas Department of Finance & Administration | | PO Box 1272, Room 2380 | | | Little Rock | AR | 72203-1272 | |
| Claims Recovery Group LLC | | 92 Union Ave | | | Cresskill | NJ | 07626 | |
| Piedmont Natural Gas Company | | 4339 S Tryon Street | | | Charlotte | NC | 28217-1733 | |
| Cardock Fuels System, Inc., a California Corporation | | 1800 W. Katella Avenue, Suite 400 | | | Orange | CA | 92867 | |
| Leeber Limited USA | | 115 Pencader Drive | | | Newark | DE | 19702 | |
| Liba Fabrics Corp. | | 132 W 36th Street | | | New York | NY | 10018 | |
| MEADOWBROOK HARDWARE | | 914 PRESTON AVE | | | CHARLOTTESVILLE | VA | 22903 | |

In re After-Party2, Inc. (f/k/a Event Rentals, Inc.)
Case No. 14-10282 (PJW)

Claim Search Results

| Name | Creditor/NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LAUNDRY & CLEANERS SUPPLY, INC. | | 402 SOUTH 50TH ST. | | | PHOENIX | AZ | 85034 | |
| Office Depot, Inc. | c/o Shraiberg, Ferrara & Landu, P.A., Wilbur E. Hooks | 2385 N.W. Executive Center Drive | Suite 300 | | Boca Raton | FL | 33431 | |
| Commissioner of Revenue of the State of Tennessee | | Tennessee Dept. of Revenue | c/o Attorney General | P.O. Box 20207 | Nashville | TN | 37202-0207 | |
| ZAL INDUSTRIAL | | 4905 TELEGRAPH RD | | | LOS ANGELES | CA | 90022 | |
| Sierra Liquidty Fund, LLC Assignee & Att-In-Fact for Millennium Steel & Rack - Assignor | | 19772 MacArthur Blvd Ste 200 | | | Irvine | CA | 92612 | |
| Pitney Bowes Incorporated | Attn Bankruptcy Dept. | 4901 Belfort Rd, Ste 120. | | | Jacksonville | FL | 32256 | |
| Pitney Bowes Incorporated | Attn Bankruptcy Dept. | 4901 Belfort Rd, Ste 120. | | | Jacksonville | FL | 32256 | |
| Claims Recovery Group LLC | | 92 Union Ave | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC | | 92 Union Ave | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC | | 92 Union Ave | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of Munro Fastenings & Textiles Inc) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of A-1 Products) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of California Combining) | | 92 Union Ave | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC | | 92 Union Ave | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC | | 92 Union Ave | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC | | 92 Union Ave | | | Cresskill | NJ | 07626 | |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for H & R Fabrics-Assignor | | 19772 MacArthur Blvd Ste 200 | | | Irvine | CA | 92612 | |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Georgia Expo-Assignor | | 19772 MacArthur Blvd Ste 200 | | | Irvine | CA | 92612 | |
| Motion Industries | | PO Box 1477 | | | Birmingham | AL | 35201-1477 | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | | ALBANY | NY | 12205-0300 | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | | ALBANY | NY | 12205-0300 | |
| Desert Fire Extinguisher Co., Inc | | 558 E Industrial Pl. | | | Palm Springs | CA | 92264 | |

In re After-Party2, Inc. (f/k/a Event Rentals, Inc.)
Case No. 14-10282 (PJW)

12/18/2014 11:32 AM
28435385_1.xlsx

Claim Search Results

12/18/2014 11:32 AM
28436385_1.xlsx

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| IMDC, Inc d/b/a 10 Strawberry Street | | 3837 Monaco Parkway | | | Denver | CO | 80207 | |
| IMDC, Inc. d/b/a 10 Strawberry Street | | 3837 Monaco Parkway | | | Denver | CO | 80207 | |
| Temp Power Inc | | 12269 Livingston Rd | | | Manassas | VA | 20109 | |
| Temp Power Inc | | 12269 Livingston Rd | | | Manassas | VA | 20109 | |
| COQUITLAM INDUSTRIAL INTL CORP. | | 1005 103RD AVE. SE | | | BELLEVUE | WA | 98004 | |
| T.C. Transportation | | 2280 Commerce Place | | | Hayward | CA | 94545 | |
| Ontario Refrigeration Service, Inc. | | 635 South Mountain Ave. | | | Ontario | CA | 91762 | |
| Argo Partners | | 12 West 37th Street, 9th Floor | | | New York | NY | 10018 | |
| MTY Enterprises LLC | | 16 E. Angela Drive | | | Phoenix | AZ | 85022 | |
| MTY Enterprises LLC | | 16 E. Angela Drive | | | Phoenix | AZ | 85022 | |
| MTY Enterprises LLC | | 16 E. Angela Drive | | | Phoenix | AZ | 85022 | |
| MTY Enterprises LLC | | 16 E. Angela Drive | | | Phoenix | AZ | 85022 | |
| MTY Enterprises LLC | | 16 E. Angela Drive | | | Phoenix | AZ | 85022 | |
| Sacramento Municipal Utility District | | PO Box 15830 | | MS A253 | Sacramento | CA | 95852-1830 | |
| MTY ENTERPRISES, LLC | | 16 E. ANGELA DR | | | PHOENIX | AZ | 85022 | |
| Performance Contracting, Inc. | | 16400 College Blvd. | | | Lenexa | KS | 66219 | |
| AZTEC TENTS | | 2665 COLUMBIA ST | | | TORRANCE | CA | 90503 | |
| Liba Fabrics Corp. | | 132 W 36th Street | | | New York | NY | 10018 | |
| Pacific States Petroleum, Inc. | | P.O. Box 2389 | | | Pleasant Hill | CA | 94523 | |
| Neal Distributors, Inc. | | 5013 Calabash Pl. | | | Woodland Hills | CA | 91364 | |
| LIGHT SOURCE | | 30690 HILL ST. | | | THOUSAND PALMS | CA | 92276 | |
| Petromex, Inc. | Coface North America Insurance Company | 50 Millstone Rd., Bldg. 100, Ste. 360 | | | East Windsor | NJ | 08520 | |
| ACORN GAS COMPANY | | 908 SOUTH 27TH AVE | | | PHOENIX | AZ | 85009 | |
| RSS Distributors | | 7930 Old Auction Road | | | Manheim | PA | 17545 | |
| LAUNDRY & CLEANERS SUPPLY, INC. | | 402 SOUTH 50TH ST. | | | PHOENIX | AZ | 85034 | |
| IMDC, Inc d/b/a 10 Strawberry Street | | 3837 Monaco Parkway | | | Denver | CO | 80207 | |
| Work Wear Safety Shoes | | 6318 Airport Freeway Suite C | | | Fort Worth | TX | 76117 | |
| DCI Group LLC | | 4912 Mehurin St | | | Jefferson | LA | 70121 | |
| ZAL INDUSTRIAL | | 4905 TELEGRAPH RD | | | LOS ANGELES | CA | 90022 | |
| GBS Linens | c/o Vogt Resnick Sherak LLP | 4400 Mac Arthur Blvd. Ninth Floor | | | Newport Beach | CA | 92658 | |
| ZAL INDUSTRIAL | | 4905 TELEGRAPH RD | | | LOS ANGELES | CA | 90022 | |
| ZAL INDUSTRIAL | | 4905 TELEGRAPH RD | | | LOS ANGELES | CA | 90022 | |
| SCANA Energy Marketing, Inc. d/b/a SCANA Energy | | 220 Operation Way, MC C222 | | | Cayce | SC | 29033-3701 | |
| Public Service Company of North Carolina, Inc. dba PSNC Energy | | 220 Operation Way, MC C222 | | | Cayce | SC | 29033-3701 | |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Surfas, Inc. - Assignor | | 19772 MacArthur Blvd Ste 200 | | | Irvine | CA | 92612 | |
| Jomar Table Linens, Inc. | | 4000 E. Airport Drive, Suite A | | | Ontario | CA | 91761 | |

Claim Search Results

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|--------------------|----------|----------|----------|------|-------|-----|---------|
| Jomar Table Linens, Inc. | | 4000 E. Airport Drive, Suite A | | | Ontario | CA | 91761 | |
| Jimmys Permit Services | | 7413 Hannum Ave | | | Culver City | CA | 90230 | |
| Wholesale Tape & Supply Co. | | 7101 Valjean Avenue | | | Van Nuys | CA | 91406 | |
| American Turf and Carpet, LLC | | 50 E 42nd St., Flr 14 | | | New York | NY | 10017 | |
| PS Furniture, Inc | | 223 North Water Street, Suite 350 | | | Milwaukee | WI | 53202 | |
| Carrol Independent Fuel LLC | | 2700 Loch Raven Rd | | | Baltimore | MD | 21218 | |
| Claims Recovery Group LLC | | 92 Union Ave | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC | | 92 Union Ave | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC | | 92 Union Ave | | | Cresskill | NJ | 07626 | |
| Avcogas Propane Sales & Services | AlvaradoSmith APC | Attn Sheri M. Kanesaka | 1 MacArthur Place, Ste 200 | | Santa Ana | CA | 92707 | |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Palo Verde Companies--Assignor | | 19772 MacArthur Blvd Ste 200 | | | Irvine | CA | 92612 | |
| PVC Tech Corp | | 1931 E. Vista Bella Way | | | Dominguez Hills | CA | 90220 | |
| Shi International Corp | | 290 Davidson Ave | | | Somerset | NJ | 08873 | |
| Piedmont Natural Gas Company | | 4339 S Tryon Street | | | Charlotte | NC | 28217-1733 | |
| Cardlock Fuels System, Inc., a California Corporation | | 1800 W. Katella Avenue, Suite 400 | | | Orange | CA | 92867 | |
| Petromex, Inc. | | 50 Milestone Rd., Bldg. 100, Ste. 360 | | | East Windsor | NJ | 08520 | |
| SCANA Energy Marketing, Inc. d/b/a SCANA Energy | Coface North America Insurance Company | 220 Operation Way, MC C222 | | | Cayce | SC | 29033-3701 | |
| Public Service Company of North Carolina, Inc. d/ba PSNC Energy | | 220 Operation Way, MC C222 | | | Cayce | SC | 29033-3701 | |
| J.A. FULMER & SON HARDWARE INC. | | 3745 LAMAR AVE | | | MEMPHIS | TN | 38118 | |
| KEEP CLEAN PRODUCTS, INC. | | 15014 STAFF COURT | | | GARDENA | CA | 90248 | |
| International Acetex, Inc. | | 2926 E. Olympic Blvd. | | | Los Angeles | CA | 90023 | |
| CENTRAL SANITARY SUPPLY | | 416 NORTH NINTH ST | | | MODESTO | CA | 95350 | |
| CDS OFFICE PRODUCTS | | 3590-A CADILLAC AVE. | | | COSTA MESA | CA | 92626 | |
| Sals Propane Inc | | 638 E. Gage Ave. PO BOX 21126 | | | Los Angeles | CA | 90001 | |
| SOUTH-WESTERN BAG COMPANY | | PO BOX 21126 | | | LOS ANGELES | CA | 90021 | |
| VESTCO FOOD EQUIPMENT | | 1220 INDUSTRIAL AVE. | | | ESCONDIDO | CA | 92029 | |
| SECURITY FIRE PROTECTION | | 4495 MENDENHALL RD S | | | MEMPHIS | TN | 38141 | |
| MIRAMAR FIRE EQUIPMENT | | 9630 BLACK MOUNTAIN RD #M | | | SAN DIEGO | CA | 92126 | |
| Merles Automotive Supply | | PO Box 27126 | | | Tucson | AZ | 85726 | |

12/18/2014 11:32 AM
28436385_1.xlsx
In re After-Party2, Inc. (f/k/a Event Rentals, Inc.) Case No. 14-10282 (PJW)

Claim Search Results

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| EDWARD DON & COMPANY | | 2562 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | |
| Cardock Fuels System, Inc., a California Corporation | | 1800 W. Katella Avenue, Suite 400 | PO Box 4159 | | Orange | CA | 92867 | |
| Claims Recovery Group LLC (As Assignee of CDS Office Products) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of Keep Clean Products, Inc) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of J.A. Fulmer & Son Hardware Inc) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of International Acetex Inc.) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of Central Sanitary Supply) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of Sals Propane Inc.) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Commissioner of Revenue of the State of Tennessee | Wilbur E. Hooks | Tennessee Dept. of Revenue | c/o Attorney General | P.O. Box 20207 | Nashville | TN | 37202-2207 | |
| Claims Recovery Group LLC (As Assignee of Vestco Food Equipment) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of Southwestern Bag Company) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of Mertes Automotive Supply) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of Security Fire Protection) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Claims Recovery Group LLC (As Assignee of Miramar Fire Equipment) | | 92 Union Avenue | | | Cresskill | NJ | 07626 | |
| Supreme Oil Co | | PO Box 84717 | | | San Diego | CA | 92138 | |
| Illinois Department of Employment Security | | 33 South State Street - 10th Floor | | | Chicago | IL | 60603 | |
| State of Utah | Utah State Tax Commission | 210 N 1950 W | | | Salt Lake City | UT | 84134 | |
| Tennessee Department of Revenue | Wilbur E. Hooks, Director | c/o Attorney General | P.O. Box 20207 | | Nashville | TN | 37202-0207 | |
| County of Orange Treasurer-Tax Collector | Shari L. Freidenrich | PO Box 4515 | | | Santa Ana | CA | 92702-4515 | |
| Mississippi Department of Revenue | Bankruptcy Section | PO Box 22808 | | | Jackson | MS | 39225-2808 | |

In re After-Party2, Inc. (f/k/a Event Rentals, Inc.)
Case No. 14-10282 (PJW)

12/18/2014 11:32 AM
284436385_1.xlsx

Claim Search Results

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Sprint Corporation | Sprint Correspondence Attn Bankruptcy Dept | Post Office Box 7949 | | | Overland Park | KS | 66207-0949 | |
| Domestic Linen Supply Co., Inc. | Attn M Colton | 30555 Northwestern Highway Suite 300 | | | Farmington Hills | MI | 48334 | |
| Coquitlam Industrial Intl Corp. | | 1005 103rd Ave SE | | | Bellevue | WA | 98004 | |
| Ryder Truck Rental, Inc. | Attn Jennifer Morris | 6000 Windward Parkway | | | Alpharetta | GA | 30005 | |
| Ecolab Inc | c/o Kohner, Mann & Kailas, S.C. | Samuel C. Wisotzkey, Esq. | 4650 N. Port Washington Rd | | Milwaukee | WI | 53212 | |
| Summit Holladay Partners, LLC I | Attn Jeff Ottman, Partner and CFO | 1508 Elm Hill Pike, Suite 100 | | | Nashville | TN | 37210 | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | | ALBANY | NY | 12205-0300 | |
| 550 Meadowland Parkway, L.L.C. | Katharine L. Mayer, Esquire | McCarter & English, LLP | Renaissance Centre | 405 N. King Street, Suite 800 | Wilmington | DE | 19801 | |
| Budget Uniform Rental | | 1702 W. 134th Street | | | Gardena | CA | 90249 | |

In re After-Party2, Inc. (f/k/a Event Rentals, Inc.)
Case No. 14-10282 (PJW)

12/18/2014 11:32 AM
28436385_1.xlsx