**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 14-10282 (PJW)** |
| | ) | **Jointly Administered** |
| **AFTER-PARTY2, INC.** | ) | **Chapter 11** |
| **(f/k/a Event Rentals, Inc.)** *et al*, | ) | |
| | ) | Objection Deadline: January 7, 2015 at 4:00 p.m. (EDT) |
| **Debtors.** | ) | Hearing Date: January 29, 2015 at 1:30 p.m. (EDT) |
| | ) | |

**RESPONSE BY THE TENNESSEE DEPARTMENT OF REVENUE TO CP OPCO, LLC'S FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (I) LATE-FILED CLAIMS, (II) DUPLICATE CLAIMS, (III) AMENDED AND SUPERSEDED CLAIMS, (IV) WRONG DEBTOR CLAIMS, AND (V) UNSUBSTANTIATED CLAIMS**

**COMES NOW** the Office of the Tennessee Attorney General, through undersigned counsel, on behalf of the Tennessee Department of Revenue, ("TDOR" or the "Department"), to object to CP OPCO, LLC's First Omnibus (Non-Substantive) Objection to Claims.

**IN SUPPORT THEREOF,** TDOR states as follows:

1. TDOR is a creditor holding tax claims.

2. CP OPCO, LLC has objected to TDOR's claim numbered 209 based on the assertion that the claim is amended and superseded by TDOR's claim numbered 777. Both claims were asserted as administrative claims pursuant to 11 U.S.C. § 503(b)(1)(B). The Department responds that the claim numbered 209 has been amended and superseded by the claim numbered 777. Consequently, TDOR agrees that the claim numbered 209 in the amount of $8,442.06 may be disallowed on the basis that it is amended and superseded by the claim numbered 777.

3. CP OPCO, LLC has also objected to the claim numbered 777 in the amount of $5,362.82 on the basis that there is insufficient documentation to support the amount of the claim. The Department responds that this is estimated franchise and excise tax liability for a portion of the annual period ending June 30, 2014, due to the failure of the debtor to file and pay a tax return.

4. Under Tennessee law, when a taxpayer fails to file a tax return, the Commissioner of the Department is authorized to generate an estimate of the tax liability due and assess the taxpayer for the estimated taxes. *See* Tenn. Code Ann. 67-1-1438. This estimate is presumed accurate unless the Debtor submits evidence showing otherwise. *Id.*

5. A properly filed proof of claim constitutes prima facie evidence of the validity and amount of the claim. FED. R. BANKR. P. 3001(f). The burden then shifts to the objecting party to go forward with additional evidence to rebut the presumptions in favor of the creditor by a preponderance of the evidence. CP OPCO, LLC has not produced sufficient evidence to rebut the Department's prima facie case.

THEREFORE, the Department requests that the Court enter an Order overruling CP OPCO, LLC's objection to the Department's claim numbered 777 and allow the Department's claim in full and such further relief as the Court deems necessary.

This the 7th day of January, 2015.

                Respectfully Submitted,

                HERBERT H. SLATERY III
                Tennessee Attorney General

                /s/ Laura L. McCloud
                LAURA L. MCCLOUD (TN BPR 16206)

Senior Counsel
P.O. Box 20207
Nashville, TN 37202
(615) 532-8933

Attorneys for the Tennessee Department of Revenue