IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AFTER-PARTY2, INC. (f/k/a EVENT RENTALS, INC.), *et al.*,[1] | Case No. 14-10282 (LSS) (Jointly Administered) |
| Debtors. | Related Docket No. 853 |

## ORDER APPROVING STIPULATION RESOLVING PROOF OF CLAIM (CLAIM NO. 773 FILED BY MAC EAST, INC.)

Upon consideration of the *Stipulation Resolving Proof of Claim (Claim No. 773 Filed by MAC East, Inc.)* (the "Stipulation"), a copy of which is attached as Exhibit 1 to this Order; and due and proper notice of the Stipulation having been given; and after due deliberation and it appearing that sufficient cause exists to approve the Stipulation;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: January 13, 2015

Honorable Laurie Selber Silverstein
United States Bankruptcy Judge

---

[1] The Debtors are the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc. (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

DOCS_DE:197301.1 14443/003