# **Exhibit 1**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AFTER-PARTY2, INC. (f/k/a EVENT RENTALS, INC.), *et al.*,[1] | Case No. 14-10282 (PJW) (Jointly Administered) |
| Debtors. | |

## STIPULATION RESOLVING PROOF OF CLAIM
### (CLAIM NO. 773 FILED BY MAC EAST, INC.)

This *Stipulation Resolving Proof of Claim (Claim No. 773 Filed by MAC East, Inc.)* (the "Stipulation") is entered into by and between The After-Party2, Inc. Liquidation Trust (the "Liquidation Trust") and MAC East, Inc. (the "Claimant"), by and through the duly-authorized undersigned counsel of record.

### RECITALS

1.  On February 13, 2014 (the "Petition Date"), After-Party2, Inc. (f/k/a Event Rentals, Inc.) and its affiliated debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The Debtors in these jointly administered chapter 11 cases, with the last four digits of their respective taxpayer identification numbers, are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc. (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

2. The Claimant filed proof of claim number 773 on or about August 8, 2014, asserting a secured portion in the amount of $25,000 and a general unsecured non-priority portion in the amount of $576,558.80 (the "Claim"), on account of a rejected non-residential real property lease.

3. Claimant's secured portion of the Claim consists of a $25,000 security deposit.

4. On July 14, 2014, the Debtors and the official committee of unsecured creditors (the "Committee") filed the First Amended Chapter 11 Plan of Liquidation for After-Party2, Inc. (f/k/a Event Rentals, Inc.) and Its Affiliated Debtors Proposed by the Debtors and the Official Committee of Unsecured Creditors (the "Amended Plan")[2] [D.I. 616] (as amended, supplemented, or otherwise modified). On August 27, 2014 the Amended Plan was confirmed by entry of that Order Confirming the First Amended Chapter 11 Plan of Liquidation for After-Party2, Inc. (f/k/a Event Rentals, Inc.) and Its Affiliated Debtors Proposed by the Debtors and the Official Committee of Unsecured Creditors [D.I. 707].

5. The Amended Plan provides for the establishment of the Liquidation Trust. On September 5, 2014, the Amended Plan became effective and the Liquidation Trust was established pursuant to the exclusive terms of the Amended Plan. Pursuant to the Amended Plan, the Liquidation Trust was provided with authority to reconcile all claims, among other items. *See* Amended Plan Article X.10.1; Liquidation Trust Agreement § 3.4.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Amended Plan.

6.    The parties have disagreements with respect to the validity and amount of the Claim, and have agreed to the resolution herein in order to avoid the time and expense of litigation as to the disputed issues.

NOW, THEREFORE, the Liquidation Trust and the Claimant hereby stipulate and agree as follows:

### AGREEMENT

1.    Claimant shall retain the $25,000 security deposit in full and final satisfaction of the Claim, and shall waive all rights to seek recovery from the GUC Trust or the Debtors for any and all amounts remaining under the Claim.

Dated: ~~December __,~~ 2014    *Jan. 8, 2015*

PACHULSKI STANG ZIEHL & JONES LLP

Bradford J. Sandler (DE Bar No. 4142)
John D. Fiero (CA Bar No. 136557)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No. 5503)
Shirley S. Cho (CA Bar No. 196216)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
        jfiero@pszjlaw.com
        mseidl@pszjlaw.com
        pkeane@pszjlaw.com
        scho@pszjlaw.com

Counsel to the After-Party2, Inc. Liquidation Trust

3

Dated: January 8, 2015                 MAC East, Inc.

                                        Scott M. Grossman
                                        Greenberg Traurig, P.A.
                                        401 East Las Olas Blvd.
                                        Suite 2000
                                        Fort Lauderdale, FL 33301

                                        Counsel for MAC East, Inc.

4