IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AFTER-PARTY2, INC. (f/k/a EVENT RENTALS, INC.), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (LSS)<br>(Jointly Administered) |

### CERTIFICATION OF COUNSEL
### REGARDING OMNIBUS HEARING DATES

The undersigned hereby certifies that:

1.  Enclosed herewith is an order (the "Omnibus Hearing Order") that states with specificity the time and date of the omnibus hearing dates presently scheduled in this case, subject to Court approval.

[Remainder of Page Left Intentionally Blank]

---

[1] The Debtors are the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc. (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

2. The Liquidation Trust respectfully requests the Court enter the Omnibus Hearing Order at its convenience.

Dated: January 23, 2015

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *signature*

Bradford J. Sandler (DE Bar No. 4142)
John D. Fiero (CA Bar No. 136557)
Michael R. Seidl (DE Bar No. 3889)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
       jfiero@pszjlaw.com
       mseidl@pszjlaw.com
       pkeane@pszjlaw.com

Counsel to the After-Party2, Inc. Liquidation Trust