# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10282 (LSS)<br><br>Jointly Administered<br><br>Re: Docket No. 713, 736, 780, 797 & 867 |

## AGREED ORDER RESOLVING (I) MOTION OF AFTER-PARTY2, INC. (F/K/A EVENT RENTALS, INC.) AND ITS AFFILIATED DEBTORS FOR ORDER REJECTING UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY LOCATED AT 5450 OLD WAKE FOREST ROAD, RALEIGH, NORTH CAROLINA PURSUANT TO SECTIONS 105 AND 365(A) OF THE BANKRUPTCY CODE; AND (II) MOTION OF WTF INVESTMENTS, INC. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of (i) *Motion of After-Party2, Inc. (f/k/a Event Rentals, Inc.) and its Affiliated Debtors for Order Rejecting Unexpired Lease of Non-Residential Real Property Located at 5450 Old Wake Forest Road, Raleigh, North Carolina Pursuant to Sections 105 and 365(a) of the Bankruptcy Code* [D.I. 713] (the "Rejection Motion")[2] filed by After-Party2, Inc. (f/k/a Event Rentals, Inc.) and its affiliated debtors and debtors in possession collectively, (the "Debtors"), (ii) *Response of WTF Investments, Inc. to Motion for Order Rejecting Unexpired Lease of Non-Residential Real Property Located at 5450 Old Wake Forest Road, Raleigh, North*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

[2] Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Rejection Motion.

*Carolina* [D.I. 736] (the "Response to Motion to Reject") filed by WTF Investments, Inc. ("WTF Investments"); (iii) *Motion of WTF Investments, Inc. for Allowance of Administrative Expense Claim* [D.I. 780] (the "Administrative Claim Motion"); and (iv) *Debtor's Objection to the Motion of WTF Investments, Inc. for Allowance of Administrative Claim* [D.I. 797] (the "Objection to Administrative Claim"); and it appearing that the Court has jurisdiction over these matters; and it appearing that notice of the Rejection Motion and the Administrative Claim Motion is sufficient, and that no other or further notice need be provided; and it appearing that the relief requested herein is in the best interests of the Debtors, their estates, and all parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Rejection Motion is GRANTED, as provided herein; and it is further

ORDERED that the Administrative Claim Motion is GRANTED, as provided herein; and it is further

ORDERED that pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, the Lease is rejected as of September 30, 2014; and it is further

ORDERED that WTF Investments has all rights to retain the security deposit of $2,000 paid by the Debtors with respect to the Lease; and it is further

ORDERED that WTF Investments shall have an Allowed Administrative Claim in the amount of $50,000, which shall be a Buyer Pay Claim as such term is defined in the Plan, the full amount of which shall be paid to WTF Investments in full and final satisfaction of all Administrative Claims WTF Investments has or may have had, if any, against Debtors, and any and all claims it has or may have had against CP OpCo, LLC; and it is further

ORDERED that WTF Investments is released in full from any and all claims of the Debtor, its representatives, and/or the bankruptcy estate; and it is further

ORDERED that within 30 days from entry of this Order, WTF Investments may file a proof of claim for any alleged additional rejection damages it wishes to assert, which shall be an unsecured claim; and it is further

ORDERED that the Debtors and WTF Investments are authorized to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: Wilmington, Delaware
January 27, 2015

UNITED STATES BANKRUPTCY JUDGE