# EXHIBIT A

**Exhibit A**

**(Late-Filed Claims)**

| CLAIMANT NAME | Proof of Claim Number Modified | Date Claim Filed | Claim Amount in Claims Register | Asserted Class in Claims Register | Amount Reclassified as General Unsecured Claim* | Remaining Section 503(b)(9) Claim† |
|---|---|---|---|---|---|---|
| Cushman & Wakefield of California, Inc. | 325 | 04/28/2014 | $86,636.23 | 503(b)(9) Claim | $86,636.23 | $0.00 |
| EDWARD DON & COMPANY | 503 | 05/13/2014 | $12,492.02 | 503(b)(9) Claim | $12,492.02 | $0.00 |
| Fastenal Company | 510 | 05/14/2014 | $20,479.18 | Administrative Priority / 503(b)(9) | $20,479.18 | $0.00 |
| Motion Industries | 334 | 04/28/2014 | $155.45 | 503(b)(9) Claim | $155.45 | $0.00 |
| MTY ENTERPRISES, LLC | 457 | 05/08/2014 | $2,720.00 | 503(b)(9) Claim | $2,720.00 | $0.00 |
| MTY Enterprises, LCC | 749 | 07/10/2014 | $15,842.50 | 503(b)(9) Claim | $15,842.50 | $0.00 |

* All general unsecured claims are subject to the right of the Liquidation Trust and other parties-in-interest to object to such claims as provided in Article X of the Plan or Section 502 of the Bankruptcy Code and Rule 3007 of the Bankruptcy Rules.

† The claimant's proof of claim may have been disallowed, modified, or reclassified on other grounds pursuant to this order or the *Order Sustaining CP OpCo LLC's Second Omnibus (Substantive) Objection Pursuant to 11 U.S.C. §§ 502(b) and 503(b)(9), Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 to Misclassified Claims* (the "Second (Substantive) Order"), entered concurrently herewith. Listing an amount as a Remaining Section 503(b)(9) Claim in this order does not make the claim an allowed Section 503(b)(9) Claim. Claimants should review all exhibits to this order and the Second (Substantive) Order. Further, CP OpCo has expressly reserved its right to file additional objections to any Buyer Pay Claim on other grounds.

Exhibit A – Late Filed Claims

| CLAIMANT NAME | Proof of Claim Number Modified | Date Claim Filed | Claim Amount in Claims Register | Asserted Class in Claims Register | Amount Reclassified as General Unsecured Claim* | Remaining Section 503(b)(9) Claim[†] |
|---|---|---|---|---|---|---|
| MTY ENTERPRISES, LLC | 750 | 07/10/2014 | $10,118.50 | 503(b)(9) Claim | $10,118.50 | $0.00 |
| MTY ENTERPRISES, LLC | 751 | 07/10/2014 | $8,895.00 | 503(b)(9) Claim | $8,895.00 | $0.00 |
| Performance Contracting, Inc. | 478 | 05/12/2014 | $1,850.00 | 503(b)(9) Claim | $1,850.00 | $0.00 |
| SHI International Corp | 339 | 04/29/2014 | $29,883.14 | 503(b)(9) Claim | $29,883.14 | $0.00 |

# EXHIBIT B

**Exhibit B**
**(Duplicate Claims)**

| CLAIMANT NAME | DISALLOWED CLAIM | | | REMAINING CLAIM | | |
| | Proof of Claim Number Disallowed | Claim Amount | Case Number | REMAINING CLAIMANT NAME | Remaining Claim | Case Number | Remaining Claim Amount* |
|---|---|---|---|---|---|---|---|
| Claims Recovery Group LLC (As Assignee of CDS Office Products) | 302 | $376.74 | 14-10282 | Claims Recovery Group LLC | 294 | 14-10282 | $376.74 |
| Claims Recovery Group LLC (As Assignee of Keep Clean Products, Inc.) | 306 | $1,413.46 | 14-10282 | Claims Recovery Group LLC | 291 | 14-10282 | $1,413.46 |
| Claims Recovery Group LLC (As Assignee of J.A. Fulmer & Son Hardware Inc.) | 307 | $1,606.02 | 14-10282 | Claims Recovery Group LLC | 290 | 14-10282 | $1,606.02 |

* The claimant's proof of claim may have been disallowed, modified, or reclassified on other grounds pursuant to this order or the Second (Substantive) Order, entered concurrently herewith. Listing a Remaining Claim in this order does not make the claim an allowed Section 503(b)(9) Claim. Claimants should review all exhibits to this order and the Second (Substantive) Order. Further, CP OpCo has expressly reserved its right to file additional objections to any Buyer Pay Claim on other grounds.

Exhibit B – Duplicate Claims

| | DISALLOWED CLAIM | | | | REMAINING CLAIM | | |
|---|---|---|---|---|---|---|---|
| CLAIMANT NAME | Proof of Claim Number Disallowed | Claim Amount | Case Number | REMAINING CLAIMANT NAME | Remaining Claim | Case Number | Remaining Claim Amount* |
| Claims Recovery Group LLC (As Assignee of International Acetex Inc.) | 310 | $14,117.96 | 14-10282 | Claims Recovery Group LLC | 292 | 14-10282 | $14,117.96 |
| Claims Recovery Group LLC (As Assignee of Central Sanitary Supply) | 311 | $991.89 | 14-10282 | Claims Recovery Group LLC | 293 | 14-10282 | $991.89 |
| Claims Recovery Group LLC (As Assignee of Sal's Propane Inc.) | 314 | $1,214.60 | 14-10282 | Claims Recovery Group LLC | 295 | 14-10282 | $1,214.60 |
| Jomar Table Linens, Inc. | 785 | $16,144.91 | 14-10288 | Jomar Table Linens, Inc. | 258 | 14-10282 | $16,144.91† |
| Jomar Table Linens, Inc. | 786 | $2,450.11 | 14-10286 | Jomar Table Linens, Inc. | 253 | 14-10282 | $2,450.11† |

† Please refer to the Second (Substantive) Order entered by this Court concurrently with this Order. Claim #787 of Jomar Table Linens, Inc. shall be allowed as a 503(b)(9) Claim in the amount of $17,365.23 and reclassified as a general unsecured claim in the amount of $230,659.50.

2 of 2

# EXHIBIT C

Exhibit C

(Amended and Superseded Claims)

| | DISALLOWED CLAIM | | | REMAINING CLAIM | | | |
|---|---|---|---|---|---|---|---|
| CLAIMANT NAME | Proof of Claim Number Disallowed | Claim Amount | Case Number | REMAINING CLAIMANT NAME | Remaining Superseding Claim Number | Case Number | Remaining Claim Amount* |
| Cardlock Fuels System, Inc., a California Corporation | 52 | *Claim withdrawn* | | | | | N/A |
| Cardlock Fuels System, Inc., a California Corporation | 59 | *Claim withdrawn* | | | | | N/A |
| Claims Recovery Group LLC (As Assignee of Vestco Food Equipment) | 297 | $484.77 | 14-10282 | Claims Recovery Group LLC | 309 | 14-10282 | $484.77 |

* The claimant's proof of claim may have been disallowed, modified, or reclassified on other grounds pursuant to this order or the Second (Substantive) Order, entered concurrently herewith. Listing a Remaining Claim in this order does not make the claim an allowed Section 503(b)(9) Claim. Claimants should review all exhibits to this order and the Second (Substantive) Order. Further, CP OpCo has expressly reserved its right to file additional objections to any Buyer Pay Claim on other grounds.

Exhibit C – Amended and Superseded Claims

| | DISALLOWED CLAIM | | | | REMAINING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|
| CLAIMANT NAME | Proof of Claim Number Disallowed | Claim Amount | Case Number | | REMAINING CLAIMANT NAME | Remaining Superseding Claim Number | Case Number | Remaining Claim Amount* |
| Claims Recovery Group LLC (As Assignee of Southwestern Bag Company) | 298 | $6,636.79 | 14-10282 | | Claims Recovery Group LLC | 308 | 14-10282 | $6,636.79 |
| Claims Recovery Group LLC (As Assignee of Merles Automotive Supply) | 299 | $1,107.36 | 14-10282 | | Claims Recovery Group LLC | 316 | 14-10282 | $1,107.36 |
| Claims Recovery Group LLC (As Assignee of Security Fire Protection) | 300 | $598.50 | 14-10282 | | Claims Recovery Group LLC | 312 | 14-10282 | $598.50 |
| Claims Recovery Group LLC (As Assignee of Miramar Fire Equipment) | 304 | $424.43 | 14-10282 | | Claims Recovery Group LLC | 315 | 14-10282 | $424.43 |
| Commissioner of Revenue of the State of Tennessee | 209 | $8,442.06 | 14-10290 | | Tennessee Department of Revenue | 777 | 14-10290 | $5,362.82 |

Exhibit C – Amended and Superseded Claims

| DISALLOWED CLAIM | | | | REMAINING CLAIM | | | |
|---|---|---|---|---|---|---|---|
| CLAIMANT NAME | Proof of Claim Number Disallowed | Claim Amount | Case Number | REMAINING CLAIMANT NAME | Remaining Superseding Claim Number | Case Number | Remaining Claim Amount* |
| PALO VERDE COMPANIES | 321 | $307.80 | 14-10282 | Sierra Liquidity Fund, LLC, Assignee & Attorney-in-Fact for Palo Verde Companies-Assignor | 322 | 14-10282 | $1,022.36 |
| Jomar Table Linens, Inc. | 253 | $2,450.11 | 14-10286 | Jomar Table Linens, Inc. | 787 | 14-10282 | $248,024.73† |
| Jomar Table Linens, Inc. | 258 | $16,144.91 | 14-10288 | Jomar Table Linens, Inc. | 787 | 14-10282 | $248,024.73† |

† Please refer to the Second (Substantive) Order entered by this Court concurrently with this Order. Claim #787 of Jomar Table Linens, Inc. shall be allowed as a 503(b)(9) Claim in the amount of $17,365.23 and reclassified as a general unsecured claim in the amount of $230,659.50.

# EXHIBIT D

Exhibit D
(Wrong-Debtor Claims)

| CLAIMANT | DISALLOWED CLAIM | | | REMAINING CLAIM | | |
| | Proof of Claim Number Disallowed | Claim Amount | Case in Which Claim Filed | Remaining Claim* | Correct Debtor Name | Correct Debtor Case Number |
| --- | --- | --- | --- | --- | --- | --- |
| Neal Distributors, Inc. | 131 | $4,616.92 | 14-10287 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |
| Neal Distributors, Inc. | 132 | $4,616.92 | 14-10286 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |
| Neal Distributors, Inc. | 133 | $4,616.92 | 14-10285 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |
| Neal Distributors, Inc. | 134 | $4,616.92 | 14-10284 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |
| Neal Distributors, Inc. | 135 | $4,616.92 | 14-10282 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |
| Neal Distributors, Inc. | 136 | $4,616.92 | 14-10283 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |
| Neal Distributors, Inc. | 137 | $4,616.92 | 14-10294 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |

* The claimant's proof of claim may have been disallowed, modified, or reclassified on other grounds pursuant to this order or the Second (Substantive) Order, entered concurrently herewith. Identifying a Remaining Claim in this order does not make the claim an allowed Section 503(b)(9) Claim. Claimants should review all exhibits to this order and the Second (Substantive) Order. Further, CP OpCo has expressly reserved its right to file additional objections to any Buyer Pay Claim on other grounds.

Exhibit D – Wrong-Debtor Claims

| CLAIMANT | DISALLOWED CLAIM | | | REMAINING CLAIM | | |
| | Proof of Claim Number Disallowed | Claim Amount | Case in Which Claim Filed | Remaining Claim* | Correct Debtor Name | Correct Debtor Case Number |
| --- | --- | --- | --- | --- | --- | --- |
| Neal Distributors, Inc. | 138 | $4,616.92 | 14-10293 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |
| Neal Distributors, Inc. | 139 | $4,616.92 | 14-10292 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |
| Neal Distributors, Inc. | 140 | $4,616.92 | 14-10291 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |
| Neal Distributors, Inc. | 141 | $4,616.92 | 14-10290 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |
| Neal Distributors, Inc. | 142 | $4,616.92 | 14-10289 | 130 | After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) | 14-10288 |

# EXHIBIT E

**Exhibit E**

**(Unsubstantiated Claims)**

| CLAIMANT NAME | Proof of Claim Number Modified | Claim Amount Pursuant to Claims Register | Case Number | Amount Disallowed | Modified Amount* |
|---|---|---|---|---|---|
| Argo Partners | 222 | $53,295.00 | 14-10288 | $53,295.00 | $0.00 |
| Claims Recovery Group LLC | 292 | $14,117.96 | 14-10282 | Objection on the ground that the claim is unsubstantiated is withdrawn | |
| County of Orange Treasurer-Tax Collector | 789 | $6,051.32 | 14-10288 | $1,008.55 | $5,042.77 |
| Designer 8 Event Furniture Rental, Inc. | 285 | $115,138.20 | 14-10282 | $115,138.20 | $0.00 |
| Designer 8 Event Furniture Rental, Inc. | 286 | $23,239.42 | 14-10282 | $23,239.42 | $0.00 |
| EDWARD DON & COMPANY | 503 | $12,492.02 | 14-10282 | Objection on the ground that the claim is unsubstantiated is withdrawn | |
| Enterprise Rent-A-Truck | 269 | $169,155.84 | 14-10282 | Objection on the ground that the claim is unsubstantiated is withdrawn | |

* The claimant's proof of claim may have been disallowed, modified, or reclassified on other grounds pursuant to this order or the Second (Substantive) Order, entered concurrently herewith. Listing a "Modified Amount" in this order does not make the claim an allowed Section 503(b)(9) Claim. Claimants should review all exhibits to this order and the Second (Substantive) Order. Further, CP OpCo has expressly reserved its right to file additional objections to any Buyer Pay Claim on other grounds.

Exhibit E – Unsubstantiated Claims

| CLAIMANT NAME | Proof of Claim Number Modified | Claim Amount Pursuant to Claims Register | Case Number | Amount Disallowed | Modified Amount* |
|---|---|---|---|---|---|
| Illinois Department of Employment Security | 279 | $51,076.94 | 14-10288 | *PROOF OF CLAIM WITHDRAWN (D.I. 892, 893)* | |
| Jomar Table Linens, Inc. | 785 | $16,144.91 | 14-10288 | $16,144.91 | $0.00 |
| Jomar Table Linens, Inc. | 786 | $2,450.11 | 14-10286 | $2,450.11 | $0.00 |
| Jomar Table Linens, Inc. | 787 | $248,024.73 | 14-10282 | *Objection on the ground that the claim is unsubstantiated is withdrawn [†]* | |
| Mississippi Department of Revenue | 790 | $1,600.48 | 14-10282 | *Hearing on Objection CONTINUED* | |
| PALO VERDE COMPANIES | 321 | $307.80 | 14-10282 | *Objection on the ground that the claim is unsubstantiated is withdrawn* | |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Palo Verde Companies-Assignor | 322 | $1,022.36 | 14-10282 | *Objection on the ground that the claim is unsubstantiated is withdrawn* | |
| PARTY TIME TENTS | 149 | $5,750.00 | 14-10285 | *Objection on the ground that the claim is unsubstantiated is withdrawn* | |
| State of Utah | 371 | $396.64 | 14-10288 | $396.64 | $0.00 |
| Supreme Oil Co. | 186 | $75,000.13 | 14-10282 | *Objection on the ground that the claim is unsubstantiated is withdrawn* | |

[†] Please refer to the Second (Substantive) Order entered by this Court concurrently with this Order.  Claim #787 of Jomar Table Linens, Inc. shall be allowed as a 503(b)(9) Claim in the amount of $17,365.23 and reclassified as a general unsecured claim in the amount of $230,659.50.

Exhibit E – Unsubstantiated Claims

| CLAIMANT NAME | Proof of Claim Number Modified | Claim Amount Pursuant to Claims Register | Case Number | Amount Disallowed | Modified Amount* |
|---|---|---|---|---|---|
| Tennessee Department of Revenue | 777 | $5,362.82 | 14-10290 | *Objection withdrawn without prejudice* | |
| Trinity Logistics, Inc. | 222 | $28,555.00 | 14-10288 | $28,555.00 | $0.00 |

# EXHIBIT F

**Exhibit F**

**Summary of Exhibits to First (Non-Substantive) Order and Second (Substantive) Order**

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| ACORN GAS COMPANY | 181 | $4,924.61 | $2,915.51 | | | | | | $2,915.51 | $2,009.10 |
| American Turf and Carpet, LLC | 264 | $64,796.03 | $18,802.67 | | | | | | $18,802.67 | $45,993.36 |
| Argo Partners | 222 | $53,295.00 | $53,295.00 | | | | | | $53,295.00 | $0.00 |
| Argo Partners | 261 | $3,046.74 | $3,046.74 | | | | | $53,295.00 | $3,046.74 | $0.00 |

1. Claims designated "Misclassified" may be found on Exhibit A or Exhibit B to the Order Sustaining CP OpCo, LLC's Second Omnibus (Substantive) Objection Pursuant to 11 U.S.C. §§ 502(b) and 503(b)(9), Fed R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 to Misclassified Claims (the "Second (Substantive) Order"), entered concurrently herewith.

2. Claims designated "Late-Filed" may be found on Exhibit A to this Order Sustaining in Part CP OpCo, LLC's First Omnibus (Non-Substantive) Objection Pursuant to 11 U.S.C. §§ 502(b) and 503, Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 to (I) Late-Filed Claims, (II) Duplicate Claims, (III) Amended and Superseded Claims, (IV) Wrong-Debtor Claims, and (V) Unsubstantiated Claims (the "First (Non-Substantive) Order").

3. Claims designated "Duplicate" may be found on Exhibit B to this First (Non-Substantive) Order.

4. Claims designated "Amended" may be found on Exhibit C to this First (Non-Substantive) Order.

5. Claims designated "Wrong Debtor" may be found on Exhibit D to this First (Non-Substantive) Order.

6. Claims designated "Unsubstantiated" may be found on Exhibit E to this First (Non-Substantive) Order.

---

[1] CP OpCo expressly reserved its right to file additional objections to any Buyer Pay Claim asserted in the Chapter 11 Cases on any other ground permitted by law or equity, and therefore, listing an amount as a "Total Remaining Section 503(b)(9) or Administrative Claim" herein is without prejudice to CP OpCo's right to object to the claim on other grounds.

Exhibit F – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Arkansas Department of Finance & Administration | 772 | $23,232.45 | $20,606.42 | | | | | | $20,606.42 | $2,626.03 |
| Avcogas Propane Sales & Services | 313 | $1,673.72 | $156.16 | | | | | | $156.16 | $1,517.56 |
| AZTEC TENTS | 95 | $180,210.21 | $81,239.26 | | | | | | $81,239.26 | $98,970.95 |
| Cardlock Fuels System, Inc., a California Corporation | 52 | $8,759.25 | *Claim withdrawn* | | | | | | N/A | N/A |
| Cardlock Fuels System, Inc., a California Corporation | 59 | $8,759.25 | *Claim withdrawn* | | | | | | N/A | N/A |
| Carrol Independent Fuel LLC | 287 | $5,338.97 | $1,540.41 | | | | | | $1,540.41 | $3,798.56 |
| CCI Group LLC | 208 | $3,334.00 | $1,625.00 | | | | | | $1,625.00 | $1,709.00 |
| CDS OFFICE PRODUCTS | 294 | $887.25 | $887.25 | | | | | | $887.25 | $0.00 |
| CENTRAL SANITARY SUPPLY | 293 | $565.46 | $565.46 | | | | | | $565.46 | $0.00 |
| Claims Recovery Group LLC | 290 | $1,606.02 | $0.00 | | | | | | $0.00 | $1,606.02 |
| Claims Recovery Group LLC | 291 | $1,413.46 | $0.00 | | | | | | $0.00 | $1,413.46 |

2 of 12

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Claims Recovery Group LLC | 292 | $14,117.96 | $1,016.43 | | | | | Objection on the ground that the claim is unsubstantiated is withdrawn | $1,016.43 | $13,101.53 |
| Claims Recovery Group LLC | 295 | $1,214.60 | $0.00 | | | | | | $0.00 | $1,214.60 |
| Claims Recovery Group LLC | 308 | $6,636.79 | $0.00 | | | | | | $0.00 | $6,636.79 |
| Claims Recovery Group LLC (As Assignee of Miramar Fire Equipment) | 304 | $424.43 | | | | $424.43 | | | $424.43 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Security Fire Protection) | 300 | $598.50 | | | | $598.50 | | | $598.50 | $0.00 |
| Claims Recovery Group LLC (As Assignee of CDS Office Products) | 302 | $376.74 | | | $376.74 | | | | $376.74 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Central Sanitary Supply) | 311 | $991.89 | | | $991.89 | | | | $991.89 | $0.00 |

Exhibit F – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Claims Recovery Group LLC (As Assignee of International Acetex Inc.) | 310 | $14,117.96 | | | $14,117.96 | | | | $14,117.96 | $0.00 |
| Claims Recovery Group LLC (As Assignee of J.A. Fulmer & Son Hardware Inc) | 307 | $1,606.02 | | | $1,606.02 | | | | $1,606.02 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Keep Clean Products, Inc) | 306 | $1,413.46 | | | $1,413.46 | | | | $1,413.46 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Merles Automotive Supply) | 299 | $1,107.36 | | | | $1,107.36 | | | $1,107.36 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Sals Propane Inc.) | 314 | $1,214.60 | | | $1,214.60 | | | | $1,214.60 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Southwestern Bag Company) | 298 | $6,636.79 | | | | $6,636.79 | | | $6,636.79 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Vestco Food Equipment) | 297 | $484.77 | | | | $484.77 | | | $484.77 | $0.00 |

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Commissioner of Revenue of the State of Tennessee | 209 | $8,442.06 | | | | $8,442.06 | | | $8,442.06 | $0.00 |
| COQUITLAM INDUSTRIAL INTL CORP. | 203 | $41,899.20 | $41,899.20 | | | | | | $41,899.20 | $0.00 |
| County of Orange Treasurer-Tax Collector | 789 | $6,051.32 | | | | | | $1,008.55 | $1,008.55 | $5,042.77 |
| Cushman & Wakefield of California, Inc. | 325 | $86,636.23 | $86,636.23 | $86,636.23 | | | | | $86,636.23 | $0.00 |
| Desert Fire Extinguisher Co., Inc | 173 | $2,203.20 | $2,203.20 | | | | | | $2,203.20 | $0.00 |
| Designer 8 Event Furniture Rental, Inc. | 285 | $115,138.20 | $115,138.20 | | | | | $115,138.20 | $115,138.20 | $0.00 |
| Designer 8 Event Furniture Rental, Inc. | 286 | $23,239.42 | $23,239.42 | | | | | $23,239.42 | $23,239.42 | $0.00 |
| EDWARD DON & COMPANY | 503 | $12,492.02 | $4,614.74 | $12,492.02 | | | | Objection on the ground that the claim is unsubstantiated is withdrawn | $12,492.02 | $0.00 |

Exhibit F – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Enterprise Rent-A-Truck | 269 | $169,155.84 | $169,155.84 | | | | | *Objection on the ground that the claim is unsubstantiated is withdrawn* | $169,155.84 | $0.00 |
| Fastenal Company | 510 | $20,479.18 | | $20,479.18 | | | | | $20,479.18 | $0.00 |
| GBS Linens | 217 | $21,890.67 | $8,468.59 | | | | | | $8,468.59 | $13,422.08 |
| Illinois Department of Employment Security | 279 | $51,076.94 | | | | | | *PROOF OF CLAIM WITHDRAWN[2]* | N/A | $0.00 |
| IMDC, Inc d/b/a 10 Strawberry Street | 178 | $2,757.13 | $2,757.13 | | | | | | $2,757.13 | $0.00 |
| IMDC, Inc d/b/a 10 Strawberry Street | 185 | $1,435.91 | $1,435.91 | | | | | | $1,435.91 | $0.00 |
| IMDC, Inc d/b/a 10 Strawberry Street | 193 | $63,248.37 | $62,379.37 | | | | | | $62,379.37 | $869.00 |
| IMDC, Inc. d/b/a 10 Strawberry Street | 184 | $379.90 | $379.90 | | | | | | $379.90 | $0.00 |
| International Acetex, Inc. | 292 | $1,857.91 | $1,857.91 | | | | | | $1,857.91 | $0.00 |
| J.A. FULMER & SON HARDWARE INC. | 290 | $7,374.59 | $7,374.59 | | | | | | $7,374.59 | $0.00 |
| Jimmy's Permit Services | 259 | $19,922.36 | $13,850.80 | | | | | | $13,850.80 | $6,071.56 |

[2] See D.I. 892 (withdrawal of Claim #279); see also D.I. 893 (withdrawal of Claim #280).

Exhibit F – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Jomar Table Linens, Inc. | 253 | $2,450.11 | $166.56 | | | $2,450.11 | | | $2,450.11 | $0.00 |
| Jomar Table Linens, Inc. | 258 | $16,144.91 | $1,063.23 | | | $16,144.91 | | | $16,144.91 | $0.00 |
| Jomar Table Linens, Inc. | 785 | $16,144.91 | | | $16,144.91 | | | $16,144.91 | $16,144.91 | $0.00 |
| Jomar Table Linens, Inc. | 786 | $2,450.11 | | | $2,450.11 | | | $2,450.11 | $2,450.11 | $0.00 |
| Jomar Table Linens, Inc. | 787 | $248,024.73 | $230,659.50 | | | | | Objection on the ground that the claim is unsubstantiated is withdrawn | $230,659.50 | $17,365.23 |
| KEEP CLEAN PRODUCTS, INC. | 291 | $1,309.84 | $1,309.84 | | | | | | $1,309.84 | $0.00 |
| LAUNDRY & CLEANERS SUPPLY, INC. | 192 | $2,920.49 | $223.83 | | | | | | $223.83 | $2,696.66 |
| Liba Fabrics Corp. | 99 | $8,453.10 | $7,765.80 | | | | | | $7,765.80 | $687.30 |
| LIGHT SOURCE | 144 | $445.21 | $169.21 | | | | | | $169.21 | $276.00 |
| Mansfield Oil Company of Gainesville, Inc. | 116 | $33,780.82 | $23,535.53 | | | | | | $23,535.53 | $10,245.29 |
| Merles Automotive Supply | 316 | $1,260.36 | $1,260.36 | | | | | | $1,260.36 | $0.00 |

Exhibit F – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| MIRAMAR FIRE EQUIPMENT | 315 | $597.00 | $597.00 | | | | | | $597.00 | $0.00 |
| Mississippi Department of Revenue | 790 | $1,600.48 | | | | | | Hearing on Objection CONTINUED | N/A | N/A |
| Motion Industries | 334 | $155.45 | | $155.45 | | | | | $155.45 | $0.00 |
| MTY Enterprises LLC | 270 | $11,880.00 | $11,880.00 | | | | | | $11,880.00 | $0.00 |
| MTY Enterprises LLC | 271 | $6,107.50 | $6,107.50 | | | | | | $6,107.50 | $0.00 |
| MTY Enterprises LLC | 272 | $10,000.00 | $10,000.00 | | | | | | $10,000.00 | $0.00 |
| MTY Enterprises LLC | 274 | $34,470.00 | $34,470.00 | | | | | | $34,470.00 | $0.00 |
| MTY Enterprises LLC | 275 | $24,600.00 | $24,600.00 | | | | | | $24,600.00 | $0.00 |
| MTY Enterprises, LCC | 749 | $15,842.50 | $15,842.50 | $15,842.50 | | | | | $15,842.50 | $0.00 |
| MTY ENTERPRISES, LLC | 457 | $2,720.00 | $2,720.00 | $2,720.00 | | | | | $2,720.00 | $0.00 |
| MTY ENTERPRISES, LLC | 750 | $10,118.50 | $10,118.50 | $10,118.50 | | | | | $10,118.50 | $0.00 |
| MTY ENTERPRISES, LLC | 751 | $8,895.00 | $8,895.00 | $8,895.00 | | | | | $8,895.00 | $0.00 |
| Neal Distributors, Inc. | 130 | $4,616.92 | $1,836.72 | | | | | | $1,836.72 | $2,780.20 |

8 of 12

Exhibit F – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Neal Distributors, Inc. | 131 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 132 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 133 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 134 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 135 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 136 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 137 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 138 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 139 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 140 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 141 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 142 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |

Exhibit F – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Ontario Refrigeration Service, Inc. | 257 | $808.38 | $808.38 | | | | | | $808.38 | $0.00 |
| Pacific States Petroleum, Inc. | 127 | $17,888.74 | $14,255.44 | | | | | | $14,255.44 | $3,633.30 |
| PALO VERDE COMPANIES | 321 | $307.80 | $307.80 | | | $307.80 | | Objection on the ground that the claim is unsubstantiated is withdrawn | $307.80 | $0.00 |
| PARTY TIME TENTS | 149 | $5,750.00 | $5,750.00 | | | | | Objection on the ground that the claim is unsubstantiated is withdrawn | $5,750.00 | $0.00 |
| Performance Contracting, Inc. | 478 | $1,850.00 | $1,850.00 | $1,850.00 | | | | | $1,850.00 | $0.00 |
| Petromex, Inc. | 158 | $30,313.70 | $22,045.20 | | | | | | $22,045.20 | $8,268.50 |
| Piedmont Natural Gas Company | 31 | $10,035.82 | $2,922.93 | | | | | | $2,922.93 | $7,112.89 |
| PS Furniture, Inc | 265 | $18,536.74 | $1,416.00 | | | | | | $1,416.00 | $17,120.74 |
| Public Service Company of North Carolina, Inc. d/b/a PSNC Energy | 242 | $3,050.72 | $2,144.02 | | | | | | $2,144.02 | $906.70 |
| PVC Tech Corp | 324 | $8,991.19 | $586.07 | | | | | | $586.07 | $8,405.12 |
| RSS Distributors | 182 | $564.73 | $89.63 | | | | | | $89.63 | $475.10 |

10 of 12

Exhibit F – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Sacramento Municipal Utility District | 278 | $3,227.45 | $3,227.45 | | | | | | $3,227.45 | $0.00 |
| Sal's Propane Inc. | 295 | $2,838.95 | $2,838.95 | | | | | | $2,838.95 | $0.00 |
| SCANA Energy Marketing, Inc. d/b/a SCANA Energy | 241 | $11,203.64 | $7,903.91 | | | | | | $7,903.91 | $3,299.73 |
| SECURITY FIRE PROTECTION | 312 | $765.00 | $765.00 | | | | | | $765.00 | $0.00 |
| SHI International Corp | 339 | $29,883.14 | $2,799.91 | $29,883.14 | | | | | $29,883.14 | $0.00 |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Palo Verde Companies-Assignor | 322 | $1,022.36 | $132.05 | | | | | *Objection on the ground that that the claim is unsubstantiated is withdrawn* | $132.05 | $890.31 |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Surfas, Inc. - Assignor | 246 | $8,954.91 | $100.00 | | | | | | $100.00 | $8,854.91 |
| Southern Counties Oil Co, a California Limited Partnership dba SC Fuels | 402 | $8,759.25 | *Claim withdrawn* | | | | | | N/A | N/A |
| SOUTHWESTERN BAG COMPANY | 308 | $10,573.29 | $10,573.29 | | | | | | $10,573.29 | $0.00 |

11 of 12

Exhibit F – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| State of Utah | 371 | $396.64 | | | | | | $396.64 | $396.64 | $0.00 |
| Supreme Oil Co. | 186 | $75,000.13 | $8,414.45 | | | | | Objection on the ground that the claim is unsubstantiated is withdrawn | $8,414.45 | $66,585.68 |
| T.C. Transportation | 255 | $211.81 | $211.81 | | | | | | $211.81 | $0.00 |
| Temp Power Inc | 189 | $1,620.00 | $1,620.00 | | | | | | $1,620.00 | $0.00 |
| Temp Power Inc | 190 | $932.00 | $875.00 | | | | | | $875.00 | $57.00 |
| Tennessee Department of Revenue | 777 | $5,362.82 | | | Objection withdrawn without prejudice | | | | N/A | N/A |
| Trinity Logistics, Inc. | 222 | $28,555.00 | $28,555.00 | | | | | $28,555.00 | $28,555.00 | $0.00 |
| VESTCO FOOD EQUIPMENT | 309 | $7,027.72 | $7,027.72 | | | | | | $7,027.72 | $0.00 |
| Wholesale Tape & Supply Co. | 262 | $13,488.45 | $416.52 | | | | | | $416.52 | $13,071.93 |
| Work Wear Safety Shoes | 199 | $1,782.93 | $1,422.93 | | | | | | $1,422.93 | $360.00 |
| ZAL INDUSTRIAL | 216 | $350.76 | $13.26 | | | | | | $13.26 | $337.50 |
| ZAL INDUSTRIAL | 224 | $1,725.02 | $196.60 | | | | | | $196.60 | $1,528.42 |
| ZAL INDUSTRIAL | 225 | $1,904.48 | $219.48 | | | | | | $219.48 | $1,685.00 |