# EXHIBIT A

**Exhibit A**

**(Misclassified 503(b)(9) Claims)**

| CLAIMANT NAME | Proof of Claim Number Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Amount Reclassified as General Unsecured Claim * | Remaining Section 503(b)(9) Claim † |
|---|---|---|---|---|---|
| ACORN GAS COMPANY | 181 | $4,924.61 | 503(b)(9) Claim | $2,915.51 | $2,009.10 |
| American Turf and Carpet, LLC | 264 | $64,796.03 | 503(b)(9) Claim | $18,802.67 | $45,993.36 |
| Argo Partners | 222 | $53,295.00 | 503(b)(9) Claim | $53,295.00 | $0.00 |
| Argo Partners | 261 | $3,046.74 | 503(b)(9) Claim | $3,046.74 | $0.00 |
| Avcogas Propane Sales & Services | 313 | $1,673.72 | 503(b)(9) Claim | $156.16 | $1,517.56 |
| AZTEC TENTS | 95 | $180,210.21 | 503(b)(9) Claim | $81,239.26 | $98,970.95 |
| Cardlock Fuel Systems, Inc., a California Corporation | 52 | *Claim withdrawn* | | | N/A |

* All general unsecured claims are subject to the right of the Liquidation Trust and other parties-in-interest to object to such claims as provided in Article X of the Plan or Section 502 of the Bankruptcy Code and Rule 3007 of the Bankruptcy Rules.

† The claimant's proof of claim may have been disallowed, modified, or reclassified on other grounds pursuant to the Order Sustaining in Part CP OpCo LLC's First Omnibus (Non-Substantive) Objection Pursuant to 11 U.S.C. §§ 502(b) and 503, Fed. R. Bankr. P. 3007 and 503, Del. Bankr. L.R. 3007-1 to (I) Late-Filed Claims, (II) Duplicate Claims, (III) Amended and Superseded Claims, (IV) Wrong Debtor Claims, and (V) Unsubstantiated Claims (the "First (Non-Substantive) Order"), entered concurrently herewith. Listing an amount as a Remaining Section 503(b)(9) Claim in this Exhibit does not make the claim an allowed Section 503(b)(9) Claim. Claimants should review the First (Non-Substantive) Order and all exhibits thereto. Further, CP OpCo has expressly reserved its right to file additional objections to any Buyer Pay Claim on other grounds.

1 of 7

| CLAIMANT NAME | Proof of Claim Number Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Amount Reclassified as General Unsecured Claim* | Remaining Section 503(b)(9) Claim⁺ |
|---|---|---|---|---|---|
| Cardlock Fuels System, Inc., a California Corporation | 59 | *Claim withdrawn* | | | N/A |
| Carrol Independent Fuel LLC | 287 | $5,338.97 | 503(b)(9) Claim | $1,540.41 | $3,798.56 |
| CCI Group LLC | 208 | $3,334.00 | 503(b)(9) Claim | $1,625.00 | $1,709.00 |
| CDS OFFICE PRODUCTS | 294 | $887.25 | 503(b)(9) Claim | $887.25 | $0.00 |
| CENTRAL SANITARY SUPPLY | 293 | $565.46 | 503(b)(9) Claim | $565.46 | $0.00 |
| Claims Recovery Group LLC | 290 | $1,606.02 | 503(b)(9) Claim | $0.00 | $1,606.02 |
| Claims Recovery Group LLC | 291 | $1,413.46 | 503(b)(9) Claim | $0.00 | $1,413.46 |
| Claims Recovery Group LLC | 292 | $14,117.96 | 503(b)(9) Claim | $1,016.43 | $13,101.53 |
| Claims Recovery Group LLC | 295 | $1,214.60 | 503(b)(9) Claim | $0.00 | $1,214.60 |
| Claims Recovery Group LLC | 308 | $6,636.79 | 503(b)(9) Claim | $0.00 | $6,636.79 |
| COQUITLAM INDUSTRIAL INTL CORP. | 203 | $41,899.20 | 503(b)(9) Claim | $41,899.20 | $0.00 |
| Cushman & Wakefield of California, Inc. | 325 | $86,636.23 | 503(b)(9) Claim | $86,636.23 | $0.00 |
| Desert Fire Extinguisher Co., Inc. | 173 | $2,203.20 | 503(b)(9) Claim | $2,203.20 | $0.00 |
| Designer 8 Event Furniture Rental, Inc. | 285 | $115,138.20 | 503(b)(9) Claim | $115,138.20 | $0.00 |

Exhibit A – Misclassified Claims

| CLAIMANT NAME | Proof of Claim Number Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Amount Reclassified as General Unsecured Claim* | Remaining Section 503(b)(9) Claim† |
|---|---|---|---|---|---|
| Designer 8 Event Furniture Rental, Inc. | 286 | $23,239.42 | 503(b)(9) Claim | $23,239.42 | $0.00 |
| EDWARD DON & COMPANY | 503 | $12,492.02 | 503(b)(9) Claim | $4,614.74 | $7,877.28 |
| Enterprise Rent-A-Truck | 269 | $169,155.84 | 503(b)(9) Claim | $169,155.84 | $0.00 |
| Fastenal Company | 510 | $20,479.18 | Administrative Priority | $1,478.48 | $19,000.70 |
| GBS Linens | 217 | $21,890.67 | 503(b)(9) Claim | $8,468.59 | $13,422.08 |
| IMDC, Inc d/b/a 10 Strawberry Street | 178 | $2,757.13 | 503(b)(9) Claim | $2,757.13 | $0.00 |
| IMDC, Inc. d/b/a 10 Strawberry Street | 184 | $379.90 | 503(b)(9) Claim | $379.90 | $0.00 |
| IMDC, Inc. d/b/a 10 Strawberry Street | 185 | $1,435.91 | 503(b)(9) Claim | $1,435.91 | $0.00 |
| IMDC, Inc d/b/a 10 Strawberry Street | 193 | $63,248.37 | 503(b)(9) Claim | $62,379.37 | $869.00 |
| International Acetex, Inc. | 292 | $1,857.91 | 503(b)(9) Claim | $1,857.91 | $0.00 |
| J.A. FULMER & SON HARDWARE INC. | 290 | $7,374.59 | 503(b)(9) Claim | $7,374.59 | $0.00 |

3 of 7

Exhibit A – Misclassified Claims

| CLAIMANT NAME | Proof of Claim Number Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Amount Reclassified as General Unsecured Claim[*] | Remaining Section 503(b)(9) Claim[*] |
|---|---|---|---|---|---|
| Jimmy's Permit Services | 259 | $19,922.36 | 503(b)(9) Claim | $13,850.80 | $6,071.56 |
| Jomar Table Linens, Inc. | 253 | $2,450.11 | 503(b)(9) Claim | $166.56 | $2,283.55[‡] |
| Jomar Table Linens, Inc. | 258 | $16,144.91 | 503(b)(9) Claim | $1,063.23 | $15,081.68[‡] |
| Jomar Table Linens, Inc. | 787 | $248,024.73 | 503(b)(9) Claim | $230,659.50 | $17,365.23[‡] |
| KEEP CLEAN PRODUCTS, INC. | 291 | $1,309.84 | 503(b)(9) Claim | $1,309.84 | $0.00 |
| LAUNDRY & CLEANERS SUPPLY, INC. | 192 | $2,920.49 | 503(b)(9) Claim | $223.83 | $2,696.66 |
| Liba Fabrics Corp. | 99 | $8,453.10 | 503(b)(9) Claim | $7,765.80 | $687.30 |
| LIGHT SOURCE | 144 | $445.21 | 503(b)(9) Claim | $169.21 | $276.00 |
| Mansfield Oil Company of Gainesville, Inc. | 116 | $33,780.82 | Administrative Priority and Reclamation | $23,535.53 | $10,245.29 |
| Merles Automotive Supply | 316 | $1,260.36 | 503(b)(9) Claim | $1,260.36 | $0.00 |
| MIRAMAR FIRE EQUIPMENT | 315 | $597.00 | 503(b)(9) Claim | $597.00 | $0.00 |
| MTY Enterprises LLC | 270 | $11,880.00 | 503(b)(9) Claim | $11,880.00 | $0.00 |
| MTY Enterprises LLC | 271 | $6,107.50 | 503(b)(9) Claim | $6,107.50 | $0.00 |

[‡] Pursuant to this Order and the First (Non-Substantive) Order entered concurrently herewith, Claims #253, #258, #785, and #786 of Jomar Table Linens, Inc. shall be disallowed in full. Jomar Table Linens, Inc.'s Claim # 787 shall be allowed as a 503(b)(9) Claim in the amount of $17,365.23, and $230,659.50 shall be reclassified as a general unsecured claim.

Exhibit A – Misclassified Claims

| CLAIMANT NAME | Proof of Claim Number Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Amount Reclassified as General Unsecured Claim* | Remaining Section 503(b)(9) Claim† |
|---|---|---|---|---|---|
| MTY Enterprises LLC | 272 | $10,000.00 | 503(b)(9) Claim | $10,000.00 | $0.00 |
| MTY Enterprises LLC | 274 | $34,470.00 | 503(b)(9) Claim | $34,470.00 | $0.00 |
| MTY Enterprises LLC | 275 | $24,600.00 | 503(b)(9) Claim | $24,600.00 | $0.00 |
| MTY ENTERPRISES, LLC | 457 | $2,720.00 | 503(b)(9) Claim | $2,720.00 | $0.00 |
| MTY Enterprises, LLC | 749 | $15,842.50 | 503(b)(9) Claim | $15,842.50 | $0.00 |
| MTY ENTERPRISES, LLC | 750 | $10,118.50 | 503(b)(9) Claim | $10,118.50 | $0.00 |
| MTY ENTERPRISES, LLC | 751 | $8,895.00 | 503(b)(9) Claim | $8,895.00 | $0.00 |
| Neal Distributors, Inc. | 130 | $4,616.92 | 503(b)(9) Claim | $1,836.72 | $2,780.20 |
| Ontario Refrigeration Service, Inc. | 257 | $808.38 | 503(b)(9) Claim | $808.38 | $0.00 |
| Pacific States Petroleum, Inc. | 127 | $17,888.74 | 503(b)(9) Claim | $14,255.44 | $3,633.30 |
| PALO VERDE COMPANIES | 321 | $307.80 | 503(b)(9) Claim | $307.80 | $0.00 |
| PARTY TIME TENTS | 149 | $5,750.00 | 503(b)(9) Claim | $5,750.00 | $0.00 |
| Performance Contracting, Inc. | 478 | $1,850.00 | 503(b)(9) Claim | $1,850.00 | $0.00 |
| Petromex, Inc. | 158 | $30,313.70 | 503(b)(9) Claim | $22,045.20 | $8,268.50 |
| Piedmont Natural Gas Company | 31 | 10,035.82 | 503(b)(9) Claim | $2,922.93 | $7,112.89 |
| PS Furniture, Inc | 265 | $18,536.74 | 503(b)(9) Claim | $1,416.00 | $17,120.74 |

Exhibit A – Misclassified Claims

| CLAIMANT NAME | Proof of Claim Number Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Amount Reclassified as General Unsecured Claim* | Remaining Section 503(b)(9) Claim† |
|---|---|---|---|---|---|
| Public Service Company of North Carolina, Inc. d/b/a PSNC Energy | 242 | $3,050.72 | 503(b)(9) Claim | $2,144.02 | $906.70 |
| PVC Tech Corp | 324 | $8,991.19 | 503(b)(9) Claim | $586.07 | $8,405.12 |
| RSS Distributors | 182 | $564.73 | 503(b)(9) Claim | $89.63 | $475.10 |
| Sacramento Municipal Utility District | 278 | $3,227.45 | 503(b)(9) Claim | $3,227.45 | $0.00 |
| Sal's Propane Inc | 295 | $2,838.95 | 503(b)(9) Claim | $2,838.95 | $0.00 |
| SCANA Energy Marketing, Inc. d/b/a SCANA Energy | 241 | $11,203.64 | 503(b)(9) Claim | $7,903.91 | $3,299.73 |
| SECURITY FIRE PROTECTION | 312 | $765.00 | 503(b)(9) Claim | $765.00 | $0.00 |
| SHI International Corp | 339 | $29,883.14 | 503(b)(9) Claim | $2,799.91 | $27,083.23 |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Palo Verde Companies-Assignor | 322 | $1,022.36 | 503(b)(9) Claim | $132.05 | $890.31 |
| Sierra Liquidity Fund, LLC Assignee & Att-In-Fact for Surfas, Inc. - Assignor | 246 | $8,954.91 | 503(b)(9) Claim | $100.00 | $8,854.91 |
| Southern Counties Oil Co., a California Limited Partnership dba SC Fuels | 402 | *Claim withdrawn* | | | N/A |

6 of 7

Exhibit A – Misclassified Claims

| CLAIMANT NAME | Proof of Claim Number Modified | 503(b)(9) Amount Asserted in Claims Register | Asserted Class in Claims Register | Amount Reclassified as General Unsecured Claim[*] | Remaining Section 503(b)(9) Claim[†] |
|---|---|---|---|---|---|
| SOUTHWESTERN BAG COMPANY | 308 | $10,573.29 | 503(b)(9) Claim | $10,573.29 | $0.00 |
| Supreme Oil Co. | 186 | $75,000.13 | 503(b)(9) Claim | $8,414.45 | $66,585.68 |
| T.C. Transportation | 255 | $211.81 | 503(b)(9) Claim | $211.81 | $0.00 |
| Temp Power Inc | 189 | $1,620.00 | 503(b)(9) Claim | $1,620.00 | $0.00 |
| Temp Power Inc | 190 | $932.00 | 503(b)(9) Claim | $875.00 | $57.00 |
| Trinity Logistics, Inc. | 222 | $28,555.00 | 503(b)(9) Claim | $28,555.00 | $0.00 |
| VESTCO FOOD EQUIPMENT | 309 | $7,027.72 | 503(b)(9) Claim | $7,027.72 | $0.00 |
| Wholesale Tape & Supply Co. | 262 | $13,488.45 | 503(b)(9) Claim | $416.52 | $13,071.93 |
| Work Wear Safety Shoes | 199 | $1,782.93 | 503(b)(9) Claim | $1,422.93 | $360.00 |
| ZAL INDUSTRIAL | 216 | $350.76 | 503(b)(9) Claim | $13.26 | $337.50 |
| ZAL INDUSTRIAL | 224 | $1,725.02 | 503(b)(9) Claim | $196.60 | $1,528.42 |
| ZAL INDUSTRIAL | 225 | $1,904.48 | 503(b)(9) Claim | $219.48 | $1,685.00 |

7 of 7

# EXHIBIT B

**Exhibit B**

**(Misclassified Administrative Claim)**

| Claimant | Proof of Claim Number Modified | Claim Amount in Claims Register | Asserted Class in Claims Register | Modified Class[†] | Amount to Reclassify | Remaining Administrative Claim |
|---|---|---|---|---|---|---|
| Arkansas Department of Finance & Administration | 772 | $23,232.45 | Administrative | Priority Unsecured - 11 U.S.C. § 508(a)(8) | $20,606.42 | $2,626.03 |

[†] Reclassified claim is subject to the right of the Liquidation Trust and other parties-in-interest to object to such claims as provided in Article X of the Plan or Section 502 of the Bankruptcy Code and Rule 3007 of the Bankruptcy Rules.  CP OpCo reserves its right to assert that all or part of such claim is not a Buyer Pay Claim.  Further, CP OpCo expressly reserved its right to file additional objections to any Buyer Pay Claim on other grounds.

# EXHIBIT C

**Exhibit C**

**Summary of Exhibits to First (Non-Substantive) Order and Second (Substantive) Order**

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| ACORN GAS COMPANY | 181 | $4,924.61 | $2,915.51 | | | | | | $2,915.51 | $2,009.10 |
| American Turf and Carpet, LLC | 264 | $64,796.03 | $18,802.67 | | | | | | $18,802.67 | $45,993.36 |
| Argo Partners | 222 | $53,295.00 | $53,295.00 | | | | | | $53,295.00 | $0.00 |
| Argo Partners | 261 | $3,046.74 | $3,046.74 | | | | | $53,295.00 | $3,046.74 | $0.00 |

1. Claims designated "Misclassified" may be found on Exhibit A or Exhibit B to this Order Sustaining CP OpCo, LLC's Second Omnibus (Substantive) Objection Pursuant to 11 U.S.C. §§ 502(b) and 503(b)(9), Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 to Misclassified Claims.

2. Claims designated "Late-Filed" may be found on Exhibit A to the Order Sustaining in Part CP OpCo, LLC's First Omnibus (Non-Substantive) Objection Pursuant to 11 U.S.C. §§ 502(b) and 503, Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 to (I) Late-Filed Claims, (II) Duplicate Claims, (III) Amended and Superseded Claims, (IV) Wrong-Debtor Claims, and (V) Unsubstantiated Claims (the "First (Non-Substantive) Order"), entered concurrently herewith.

3. Claims designated "Duplicate" may be found on Exhibit B to the First (Non-Substantive) Order, entered concurrently herewith.

4. Claims designated "Amended" may be found on Exhibit C to the First (Non-Substantive) Order, entered concurrently herewith.

5. Claims designated "Wrong Debtor" may be found on Exhibit D to the First (Non-Substantive) Order, entered concurrently herewith.

6. Claims designated "Unsubstantiated" may be found on Exhibit E to the First (Non-Substantive) Order, entered concurrently herewith.

---

[1] CP OpCo expressly reserved its right to file additional objections to any Buyer Pay Claim asserted in the Chapter 11 Cases on any other ground permitted by law or equity, and therefore, listing an amount as a "Total Remaining Section 503(b)(9) or Administrative Claim" herein is without prejudice to CP OpCo's right to object to the claim on other grounds.

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Arkansas Department of Finance & Administration | 772 | $23,232.45 | $20,606.42 | | | | | | $20,606.42 | $2,626.03 |
| Avcogas Propane Sales & Services | 313 | $1,673.72 | $156.16 | | | | | | $156.16 | $1,517.56 |
| AZTEC TENTS | 95 | $180,210.21 | $81,239.26 | | | | | | $81,239.26 | $98,970.95 |
| Cardlock Fuels System, Inc., a California Corporation | 52 | $8,759.25 | *Claim withdrawn* | | | | | | N/A | N/A |
| Cardlock Fuels System, Inc., a California Corporation | 59 | $8,759.25 | *Claim withdrawn* | | | | | | N/A | N/A |
| Carrol Independent Fuel LLC | 287 | $5,338.97 | $1,540.41 | | | | | | $1,540.41 | $3,798.56 |
| CCI Group LLC | 208 | $3,334.00 | $1,625.00 | | | | | | $1,625.00 | $1,709.00 |
| CDS OFFICE PRODUCTS | 294 | $887.25 | $887.25 | | | | | | $887.25 | $0.00 |
| CENTRAL SANITARY SUPPLY | 293 | $565.46 | $565.46 | | | | | | $565.46 | $0.00 |
| Claims Recovery Group LLC | 290 | $1,606.02 | $0.00 | | | | | | $0.00 | $1,606.02 |
| Claims Recovery Group LLC | 291 | $1,413.46 | $0.00 | | | | | | $0.00 | $1,413.46 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Claims Recovery Group LLC | 292 | $14,117.96 | $1,016.43 | | | | | Objection on the ground that the claim is unsubstantiated is withdrawn | $1,016.43 | $13,101.53 |
| Claims Recovery Group LLC | 295 | $1,214.60 | $0.00 | | | | | | $0.00 | $1,214.60 |
| Claims Recovery Group LLC | 308 | $6,636.79 | $0.00 | | | | | | $0.00 | $6,636.79 |
| Claims Recovery Group LLC (As Assignee of Miramar Fire Equipment) | 304 | $424.43 | | | | $424.43 | | | $424.43 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Security Fire Protection) | 300 | $598.50 | | | | $598.50 | | | $598.50 | $0.00 |
| Claims Recovery Group LLC (As Assignee of CDS Office Products) | 302 | $376.74 | | | $376.74 | | | | $376.74 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Central Sanitary Supply) | 311 | $991.89 | | | $991.89 | | | | $991.89 | $0.00 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Claims Recovery Group LLC (As Assignee of International Acetex Inc.) | 310 | $14,117.96 | | | $14,117.96 | | | | $14,117.96 | $0.00 |
| Claims Recovery Group LLC (As Assignee of J.A. Fulmer & Son Hardware Inc) | 307 | $1,606.02 | | | $1,606.02 | | | | $1,606.02 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Keep Clean Products, Inc) | 306 | $1,413.46 | | | $1,413.46 | | | | $1,413.46 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Merles Automotive Supply) | 299 | $1,107.36 | | | | $1,107.36 | | | $1,107.36 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Sals Propane Inc.) | 314 | $1,214.60 | | | $1,214.60 | | | | $1,214.60 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Southwestern Bag Company) | 298 | $6,636.79 | | | | $6,636.79 | | | $6,636.79 | $0.00 |
| Claims Recovery Group LLC (As Assignee of Vestco Food Equipment) | 297 | $484.77 | | | | $484.77 | | | $484.77 | $0.00 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Commissioner of Revenue of the State of Tennessee | 209 | $8,442.06 | | | | $8,442.06 | | | $8,442.06 | $0.00 |
| COQUITLAM INDUSTRIAL INTL CORP. | 203 | $41,899.20 | $41,899.20 | | | | | | $41,899.20 | $0.00 |
| County of Orange Treasurer-Tax Collector | 789 | $6,051.32 | | | | | | $1,008.55 | $1,008.55 | $5,042.77 |
| Cushman & Wakefield of California, Inc. | 325 | $86,636.23 | $86,636.23 | $86,636.23 | | | | | $86,636.23 | $0.00 |
| Desert Fire Extinguisher Co., Inc | 173 | $2,203.20 | $2,203.20 | | | | | | $2,203.20 | $0.00 |
| Designer 8 Event Furniture Rental, Inc. | 285 | $115,138.20 | $115,138.20 | | | | | $115,138.20 | $115,138.20 | $0.00 |
| Designer 8 Event Furniture Rental, Inc. | 286 | $23,239.42 | $23,239.42 | | | | | $23,239.42 | $23,239.42 | $0.00 |
| EDWARD DON & COMPANY | 503 | $12,492.02 | $4,614.74 | $12,492.02 | | | | Objection on the ground that the claim is unsubstantiated is withdrawn | $12,492.02 | $0.00 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Enterprise Rent-A-Truck | 269 | $169,155.84 | $169,155.84 | | | | | Objection on the ground that the claim is unsubstantiated is withdrawn | $169,155.84 | $0.00 |
| Fastenal Company | 510 | $20,479.18 | | $20,479.18 | | | | | $20,479.18 | $0.00 |
| GBS Linens | 217 | $21,890.67 | $1,478.48 | | | | | | $8,468.59 | $13,422.08 |
| Illinois Department of Employment Security | 279 | $51,076.94 | $8,468.59 | | | | | PROOF OF CLAIM WITHDRAWN[2] | N/A | N/A |
| IMDC, Inc d/b/a 10 Strawberry Street | 178 | $2,757.13 | $2,757.13 | | | | | | $2,757.13 | $0.00 |
| IMDC, Inc d/b/a 10 Strawberry Street | 185 | $1,435.91 | $1,435.91 | | | | | | $1,435.91 | $0.00 |
| IMDC, Inc d/b/a 10 Strawberry Street | 193 | $63,248.37 | $62,379.37 | | | | | | $62,379.37 | $869.00 |
| IMDC, Inc. d/b/a 10 Strawberry Street | 184 | $379.90 | $379.90 | | | | | | $379.90 | $0.00 |
| International Acetex, Inc. | 292 | $1,857.91 | $1,857.91 | | | | | | $1,857.91 | $0.00 |
| J.A. FULMER & SON HARDWARE INC. | 290 | $7,374.59 | $7,374.59 | | | | | | $7,374.59 | $0.00 |
| Jimmy's Permit Services | 259 | $19,922.36 | $13,850.80 | | | | | | $13,850.80 | $6,071.56 |

[2] See D.I. 892 (withdrawal of Claim #279); see also D.I. 893 (withdrawal of Claim #280).

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Jomar Table Linens, Inc. | 253 | $2,450.11 | $166.56 | | | $2,450.11 | | | $2,450.11 | $0.00 |
| Jomar Table Linens, Inc. | 258 | $16,144.91 | $1,063.23 | | | $16,144.91 | | | $16,144.91 | $0.00 |
| Jomar Table Linens, Inc. | 785 | $16,144.91 | | | $16,144.91 | | | $16,144.91 | $16,144.91 | $0.00 |
| Jomar Table Linens, Inc. | 786 | $2,450.11 | | | $2,450.11 | | | $2,450.11 | $2,450.11 | $0.00 |
| Jomar Table Linens, Inc. | 787 | $248,024.73 | $230,659.50 | | | | | Objection on the ground that the claim is unsubstantiated is withdrawn | $230,659.50 | $17,365.23 |
| KEEP CLEAN PRODUCTS, INC. | 291 | $1,309.84 | $1,309.84 | | | | | | $1,309.84 | $0.00 |
| LAUNDRY & CLEANERS SUPPLY, INC. | 192 | $2,920.49 | $223.83 | | | | | | $223.83 | $2,696.66 |
| Liba Fabrics Corp. | 99 | $8,453.10 | $7,765.80 | | | | | | $7,765.80 | $687.30 |
| LIGHT SOURCE | 144 | $445.21 | $169.21 | | | | | | $169.21 | $276.00 |
| Mansfield Oil Company of Gainesville, Inc. | 116 | $33,780.82 | $23,535.53 | | | | | | $23,535.53 | $10,245.29 |
| Merles Automotive Supply | 316 | $1,260.36 | $1,260.36 | | | | | | $1,260.36 | $0.00 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| MIRAMAR FIRE EQUIPMENT | 315 | $597.00 | $597.00 | | | | | | $597.00 | $0.00 |
| Mississippi Department of Revenue | 790 | $1,600.48 | | | | | | Hearing on Objection CONTINUED | N/A | N/A |
| Motion Industries | 334 | $155.45 | | $155.45 | | | | | $155.45 | $0.00 |
| MTY Enterprises LLC | 270 | $11,880.00 | $11,880.00 | | | | | | $11,880.00 | $0.00 |
| MTY Enterprises LLC | 271 | $6,107.50 | $6,107.50 | | | | | | $6,107.50 | $0.00 |
| MTY Enterprises LLC | 272 | $10,000.00 | $10,000.00 | | | | | | $10,000.00 | $0.00 |
| MTY Enterprises LLC | 274 | $34,470.00 | $34,470.00 | | | | | | $34,470.00 | $0.00 |
| MTY Enterprises LLC | 275 | $24,600.00 | $24,600.00 | | | | | | $24,600.00 | $0.00 |
| MTY Enterprises, LCC | 749 | $15,842.50 | $15,842.50 | $15,842.50 | | | | | $15,842.50 | $0.00 |
| MTY ENTERPRISES, LLC | 457 | $2,720.00 | $2,720.00 | $2,720.00 | | | | | $2,720.00 | $0.00 |
| MTY ENTERPRISES, LLC | 750 | $10,118.50 | $10,118.50 | $10,118.50 | | | | | $10,118.50 | $0.00 |
| MTY ENTERPRISES, LLC | 751 | $8,895.00 | $8,895.00 | $8,895.00 | | | | | $8,895.00 | $0.00 |
| Neal Distributors, Inc. | 130 | $4,616.92 | $1,836.72 | | | | | | $1,836.72 | $2,780.20 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Neal Distributors, Inc. | 131 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 132 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 133 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 134 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 135 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 136 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 137 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 138 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 139 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 140 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 141 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |
| Neal Distributors, Inc. | 142 | $4,616.92 | | | | | $4,616.92 | | $4,616.92 | $0.00 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Ontario Refrigeration Service, Inc. | 257 | $808.38 | $808.38 | | | | | | $808.38 | $0.00 |
| Pacific States Petroleum, Inc. | 127 | $17,888.74 | $14,255.44 | | | | | | $14,255.44 | $3,633.30 |
| PALO VERDE COMPANIES | 321 | $307.80 | $307.80 | | | $307.80 | | *Objection on the ground that the claim is unsubstantiated is withdrawn* | $307.80 | $0.00 |
| PARTY TIME TENTS | 149 | $5,750.00 | $5,750.00 | | | | | *Objection on the ground that the claim is unsubstantiated is withdrawn* | $5,750.00 | $0.00 |
| Performance Contracting, Inc. | 478 | $1,850.00 | $1,850.00 | $1,850.00 | | | | | $1,850.00 | $0.00 |
| Petromex, Inc. | 158 | $30,313.70 | $22,045.20 | | | | | | $22,045.20 | $8,268.50 |
| Piedmont Natural Gas Company | 31 | $10,035.82 | $2,922.93 | | | | | | $2,922.93 | $7,112.89 |
| PS Furniture, Inc | 265 | $18,536.74 | $1,416.00 | | | | | | $1,416.00 | $17,120.74 |
| Public Service Company of North Carolina, Inc. d/b/a PSNC Energy | 242 | $3,050.72 | $2,144.02 | | | | | | $2,144.02 | $906.70 |
| PVC Tech Corp | 324 | $8,991.19 | $586.07 | | | | | | $586.07 | $8,405.12 |
| RSS Distributors | 182 | $564.73 | $89.63 | | | | | | $89.63 | $475.10 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Sacramento Municipal Utility District | 278 | $3,227.45 | $3,227.45 | | | | | | $3,227.45 | $0.00 |
| Sal's Propane Inc. | 295 | $2,838.95 | $2,838.95 | | | | | | $2,838.95 | $0.00 |
| SCANA Energy Marketing, Inc. d/b/a SCANA Energy | 241 | $11,203.64 | $7,903.91 | | | | | | $7,903.91 | $3,299.73 |
| SECURITY FIRE PROTECTION | 312 | $765.00 | $765.00 | | | | | | $765.00 | $0.00 |
| SHI International Corp | 339 | $29,883.14 | $2,799.91 | $29,883.14 | | | | | $29,883.14 | $0.00 |
| Sierra Liquidity Fund, LLC Assignee & Att-in-Fact for Palo Verde Companies-Assignor | 322 | $1,022.36 | $132.05 | | | | | *Objection on the ground that the claim is unsubstantiated is withdrawn* | $132.05 | $890.31 |
| Sierra Liquidity Fund, LLC Assignee & Att-in-Fact for Surfas, Inc. - Assignor | 246 | $8,954.91 | $100.00 | | | | | | $100.00 | $8,854.91 |
| Southern Counties Oil Co., a California Limited Partnership dba SC Fuels | 402 | $8,759.25 | *Claim withdrawn* | | | | | | N/A | N/A |
| SOUTHWESTERN BAG COMPANY | 308 | $10,573.29 | $10,573.29 | | | | | | $10,573.29 | $0.00 |

Exhibit C – Summary of All Exhibits

| Claimant | Claim Number | Total Claim Asserted | MISCLASSIFIED Note 1 | LATE-FILED Note 2 | DUPLICATE Note 3 | AMENDED Note 4 | WRONG DEBTOR Note 5 | UNSUBSTANTIATED Note 6 | Total Disallowed or Reclassified | Total Remaining 503(b)(9) or Administrative Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| State of Utah | 371 | $396.64 | | | | | | $396.64 | $396.64 | $0.00 |
| Supreme Oil Co. | 186 | $75,000.13 | $8,414.45 | | | | | Objection on the ground that the claim is unsubstantiated is withdrawn | $8,414.45 | $66,585.68 |
| T.C. Transportation | 255 | $211.81 | $211.81 | | | | | | $211.81 | $0.00 |
| Temp Power Inc | 189 | $1,620.00 | $1,620.00 | | | | | | $1,620.00 | $0.00 |
| Temp Power Inc | 190 | $932.00 | $875.00 | | | | | | $875.00 | $57.00 |
| Tennessee Department of Revenue | 777 | $5,362.82 | | | Objection withdrawn without prejudice | | | | N/A | N/A |
| Trinity Logistics, Inc. | 222 | $28,555.00 | $28,555.00 | | | | | $28,555.00 | $28,555.00 | $0.00 |
| VESTCO FOOD EQUIPMENT | 309 | $7,027.72 | $7,027.72 | | | | | | $7,027.72 | $0.00 |
| Wholesale Tape & Supply Co. | 262 | $13,488.45 | $416.52 | | | | | | $416.52 | $13,071.93 |
| Work Wear Safety Shoes | 199 | $1,782.93 | $1,422.93 | | | | | | $1,422.93 | $360.00 |
| ZAL INDUSTRIAL | 216 | $350.76 | $13.26 | | | | | | $13.26 | $337.50 |
| ZAL INDUSTRIAL | 224 | $1,725.02 | $196.60 | | | | | | $196.60 | $1,528.42 |
| ZAL INDUSTRIAL | 225 | $1,904.48 | $219.48 | | | | | | $219.48 | $1,685.00 |