## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AFTER-PARTY2, INC. (f/k/a EVENT RENTALS, INC.), *et al.*,[1] | Case No. 14-10282 (LSS) (Jointly Administered) |
| Debtors. | |

**Objection Deadline: May 22, 2015 at 4:00 p.m. (ET)**

### NOTICE OF FILING DESIGNATION OF CERTAIN CLAIMS AS BUYER PAY CLAIMS PURSUANT TO PLAN

**TO THE BUYER AND AFFECTED CLAIM HOLDERS ON <u>EXHIBIT A</u> HERETO:**

**PLEASE TAKE NOTICE** that the After-Party2, Inc. Liquidation Trust (the "Liquidation Trust") files as <u>Exhibit A</u> hereto, the list of "Buyer Pay Claims," as such term is defined under the *First Amended Chapter 11 Plan of Liquidation for After-Party2, Inc. (f/k/a Event Rentals, Inc.) and Its Affiliated Debtors Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 616] (as amended, supplemented, or otherwise modified) (the "Plan"), along with the basis for designating each claim as a Buyer Pay Claim;

**PLEASE TAKE FURTHER NOTICE** that this Notice is filed in connection with Section 10.6 of the Plan. This Notice is being provided to you to notify you that all or a

---

[1] The Debtors are the last four digits of their respective taxpayer identification numbers are: After-Party, Inc. (f/k/a Special Event Holding, Inc.) (5659); After-Party2, Inc. (f/k/a Event Rentals, Inc.) (9443); After-Party3, Inc. (f/k/a DUBO Acquisition Corporation) (8795); After-Party4, Inc. (f/k/a DBO Acquisition Corporation) (1923); LRAP5, LP (f/k/a Classic Party Rentals LP) (0583); After-Party6, Inc. (f/k/a Classic Party Rentals, Inc.) (3911); After-Party7, Inc. (f/k/a Classic Midwest, Inc.) (9934); After-Party8, Inc. (f/k/a Classic Northeast, Inc.) (9871); After-Party9, Inc. (f/k/a Classic Panache, Inc.) (1237); After-Party10, Inc. (f/k/a Classic/Prime, Inc.) (7149); After-Party11, Inc. (f/k/a Classic Southeast, Inc.) (0700); After-Party12, Inc. (f/k/a Unique Tabletop Rentals, Inc.) (4327); and After-Party13, Inc. (f/k/a Grand Events & Party Rentals, Inc.) (7940). The list of the Debtors' alternate names is located on the docket for Case No. 14-10282 [D.I. 3 as amended by D.I. 92] and is also available at http://www.kccllc.net/CPR.

portion of your claim as indicated on <u>Exhibit A</u> hereto will be treated as a Buyer Pay Claim under the Plan;

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Plan, if you do not object to this notice within twenty-one (21) days of the date hereof, your Claim (to the extent set forth on <u>Exhibit A</u> hereto) shall be deemed a Buyer Pay Claim for all purposes under the Plan;

**PLEASE TAKE FURTHER NOTICE** that any objection you file must state the basis for such objection and be served on the below counsel.

Dated: May 1, 2015

PACHULSKI STANG ZIEHL & JONES LLP

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
        pkeane@pszjlaw.com

Counsel for the After-Party2, Inc. Liquidation Trust

2