# EXHIBIT A
## (Buyer Pay Claims)

## SCHEDULE 4
## BUYER PAY CLAIMS

| Date Filed | Claim No. | Claimant | Claim Amount | Nature |
|---|---|---|---|---|
| 4/7/2014 | 181 | Acorn Gas Company<br>908 South 27th Ave.<br>Phoenix, AZ 85009 | $2,009.10 | 503(b)(9) Claim |
| 4/22/2014 | 264 | American Turf and Carpet, LLC<br>50 E 42nd St., Flr 14<br>New York, NY 10017 | $45,993.36 | 503(b)(9) Claim |
| 8/8/2014 | 772 | Arkansas Department of Finance & Administration<br>PO Box 1272, Room 2380<br>Little Rock, AR 72203-1272 | $2,626.03 | Post Petition Priority Tax Claim |
| 4/25/2014 | 313 | Avcogas Propane Sales & Services<br>Attn Sheri M. Kanesaka<br>1 MacArthur Place, Ste 200<br>Santa Ana, CA 92707 | $1,517.56 | 503(b)(9) Claim |
| 3/21/2014 | 95 | Aztec Tents<br>2665 Columbia St<br>Torrance, CA 90503 | $98,970.95 | 503(b)(9) Claim |
| 8/8/2014 | 779 | Budget Uniform Rental<br>1702 W. 134th Street<br>Gardena, CA 90249 | $867.56 | Admin Priority |
| 4/24/2014 | 287 | Carrol Independent Fuel LLC<br>2700 Loch Raven Rd<br>Baltimore, MD 21218 | $3,798.56 | 503(b)(9) Claim |
| 4/14/2014 | 208 | CCI Group LLC<br>4912 Mehurin St<br>Jefferson, LA 70121 | $1,709.00 | 503(b)(9) Claim |
| 4/25/2014 | 290 | Claims Recovery Group LLC<br>92 Union Ave<br>Cresskill, NJ 07626 | $1,606.02 | 503(b)(9) Claim |
| 4/25/2014 | 291 | Claims Recovery Group LLC<br>92 Union Ave<br>Cresskill, NJ 07626 | $1,413.46 | 503(b)(9) Claim |
| 4/25/2014 | 292 | Claims Recovery Group LLC<br>92 Union Ave<br>Cresskill, NJ 07626 | $13,101.53 | 503(b)(9) Claim |
| 4/25/2014 | 295 | Claims Recovery Group LLC<br>92 Union Ave<br>Cresskill, NJ 07626 | $1,214.60 | 503(b)(9) Claim |

| Date Filed | Claim No. | Claimant | Claim Amount | Nature |
|---|---|---|---|---|
| 4/25/2014 | 301 | Claims Recovery Group LLC (as Assignee of Munro Fastenings & Textiles Inc)<br>92 Union Ave<br>Cresskill, NJ 07626 | $3,975.00 | 503(b)(9) Claim |
| 4/25/2014 | 303 | Claims Recovery Group LLC (as Assignee of A-1 Products)<br>92 Union Ave<br>Cresskill, NJ 07626 | $231.79 | 503(b)(9) Claim |
| 4/25/2014 | 305 | Claims Recovery Group LLC (as Assignee of California Combining)<br>92 Union Ave<br>Cresskill, NJ 07626 | $14,429.35 | 503(b)(9) Claim |
| 4/25/2014 | 308 | Claims Recovery Group LLC<br>92 Union Ave<br>Cresskill, NJ 07626 | $6,636.79 | 503(b)(9) Claim |
| 4/11/2014 | 201 | Coquitlam Industrial Intl Corp.<br>1005 103rd Ave SE<br>Bellevue, WA 98004 | $43,597.00 | 503(b)(9) Claim |
| 5/19/2014 | 559 | County of Loudoun, Virginia<br>Attn Belkys Escobar, Asst County Atty<br>1 Harrison St SE (MSC#06)<br>Leesburg, VA 20175 | $4,814.09 | Post Petition Priority Tax Claim |
| 6/23/2014 | 738 | County of Orange<br>Attn: Bankruptcy Unit<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515 | $5,042.77 | (2014) Post Petition Priority Tax Claim |
| 9/15/2014 | 789 | County of Orange Treasurer-Tax Collector<br>Shari L. Freidenrich<br>PO Box 4515<br>Santa Ana, CA 92702-451 | $5,042.77 | (2015) Post Petition Priority Tax Claim |
| 3/25/2014 | 108 | Domestic Linen<br>Attn M Colton<br>30555 Northwestern Highway<br>Suite 300<br>Farmington Hills, MI 48334 | $5,800.00 | Administrative Priority Claim |
| 4/24/2014 | 283 | Ecolab Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>Samuel C. Wisotzkey, Esq.<br>4650 N. Port Washington Rd<br>Milwaukee, WI 53212 | $1,601.17 | 503(b)(9) Claim |

2

| Date Filed | Claim No. | Claimant | Claim Amount | Nature |
|---|---|---|---|---|
| 4/24/2014 | 284 | Ecolab Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>Samuel C. Wisotzkey, Esq.<br>4650 N. Port Washington Rd<br>Milwaukee, WI 53212 | $13,390.16 | 503(b)(9) Claim |
| 5/27/2014 | 658 | G3 Tapes<br>11639 Riverside Dr., Ste 103<br>Lakeside, CA 92040 | $3,050.92 | 503(b)(9) Claim |
| 4/15/2014 | 217 | GBS Linens<br>c/o Vogt Resnick Sherak LLP<br>4400 Mac Arthur Blvd. Ninth Floor<br>Newport Beach, CA 92658 | $13,422.08 | 503(b)(9) Claim |
| 4/8/2014 | 193 | IMDC, Inc d/b/a 10 Strawberry Street<br>3837 Monaco Parkway<br>Denver, CO 80207 | $869.00 | 503(b)(9) Claim |
| 4/21/2014 | 259 | Jimmys Permit Services<br>7413 Hannum Ave<br>Culver City, CA 90230 | $6,017.56 | 503(b)(9) Claim |
| 8/25/2014 | 787 | Jomar Table Linens<br>4000 E. Airport Drive, Suite A<br>Ontario, CA 91761 | $17,365.23 | 503(b)(9) Claim (Buyer Portion) |
| 4/8/2014 | 192 | Laundry & Cleaners Supply, Inc.<br>402 South 50th St.<br>Phoenix, AZ 85034 | $2,696.66 | 503(b)(9) Claim |
| 3/21/2014 | 96 | Leeber Limited USA<br>115 Pencader Drive<br>Newark, DE 19702 | $443.00 | 503(b)(9) Claim |
| 3/24/2014 | 99 | Liba Fabrics<br>132 W 36th Street<br>New York, NY 10018 | $687.30 | 503(b)(9) Claim |
| 3/28/2014 | 144 | Light Source<br>30690 Hill St.<br>Thousand Palms, CA 92276 | $276.00 | 503(b)(9) Claim |
| 3/28/2014 | 146 | Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | $31,655.49 | Post Petition Priority Tax Claim |
| 2/19/2014 | 116 | Mansfield Oil Co. of Gainsville, Inc<br>Attn Ted W. Hight III<br>Thompson, OBrien, Kemp & Nasuti, P.C.<br>40 Technology Pkwy S Ste 300<br>Norcross, GA 30092 | $10,245.29 | 503(b)(9) Claim |

DOCS_LA:286843.6 14443/002

| Date Filed | Claim No. | Claimant | Claim Amount | Nature |
|---|---|---|---|---|
| 3/31/2014 | 155 | Meadowbrook Hardware<br>914 Preston Ave<br>Charlottesville, VA 22903 | $109.09 | 503(b)(9) Claim |
| 3/28/2014 | 130 | Neal Distributors, Inc.<br>5013 Calabash Pl.<br>Woodland Hills, CA 91364 | $2,780.20 | 503(b)(9) Claim |
| 4/10/2014 | 200 | Office Depot, Inc.<br>c/o Shraiberg, Ferrara & Landu, P.A.<br>2385 N.W. Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431 | $1,804.53 | 503(b)(9) Claim |
| 3/27/2014 | 127 | Pacific States Petroleum, Inc.<br>P.O. Box 2389<br>Pleasant Hill, CA 94523 | $3,633.30 | 503(b)(9) Claim |
| 4/1/2014 | 158 | Petromex, Inc.<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520 | $8,268.50 | 503(b)(9) Claim |
| 3/4/2014 | 31 | Piedmont Natural Gas Company<br>4339 S Tryon Street<br>Charlotte, NC 28217-1733 | $7,112.89 | 503(b)(9) Claim |
| 7/15/2014 | 759 | Pima County, Arizona<br>c/o Pima County Attorneys Office<br>32 N Stone Avenue, Suite 2100<br>Tucson, AZ 85701 | $32,248.00 | Post Petition Priority Tax Claim |
| 4/22/2014 | 265 | PS Furniture, Inc<br>223 North Water Street, Suite 350<br>Milwaukee, WI 53202 | $17,120.74 | 503(b)(9) Claim |
| 4/17/2014 | 242 | Public Service Company of North Carolina, Inc. d/b/a PSNC Energy<br>220 Operation Way, MC C222<br>Cayce, SC 29033-3701 | $906.70 | 503(b)(9) Claim |
| 4/25/2014 | 324 | PVC Tech Corp<br>1931 E. Vista Bella Way<br>Dominguez Hills, CA 90220 | $8,405.12 | 503(b)(9) Claim |
| 4/7/2014 | 182 | RSS Distributors<br>7930 Old Auction Road<br>Manheim, PA 17545 | $475.10 | 503(b)(9) Claim |

4

| Date Filed | Claim No. | Claimant | Claim Amount | Nature |
|---|---|---|---|---|
| 4/18/2014 | 243 | Ryder Truck Rental, Inc.<br>Attn Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | $10,492.77 | 503(b)(9) Claim |
| 4/17/2014 | 241 | SCANA Energy Marketing, Inc.<br>d/b/a SCANA Energy<br>220 Operation Way, MC C222<br>Cayce, SC 29033-3701 | $3,299.73 | 503(b)(9) Claim |
| 4/18/2014 | 245 | Sierra Liquidity Fund, LLC<br>Assignee & Att-In-Fact for<br>Millennium Steel & Rack –<br>Assignor<br>19772 MacArthur Blvd Ste 200<br>Irvine, CA 92612 | $720.00 | 503(b)(9) Claim |
| 4/18/2014 | 246 | Sierra Liquidity Fund, LLC<br>Assignee & Att-In-Fact for<br>Surfas, Inc. – Assignor<br>19772 MacArthur Blvd Ste 200<br>Irvine, CA 92612 | $8,854.91 | 503(b)(9) Claim |
| 4/25/2014 | 320 | Sierra Liquidity Fund, LLC<br>Assignee & Att-In-Fact for H & R<br>Fabrics-Assignor<br>19772 MacArthur Blvd Ste 200<br>Irvine, CA 92612 | $216.70 | 503(b)(9) Claim |
| 4/25/2014 | 322 | Sierra Liquidity Fund, LLC<br>Assignee & Att-In-Fact for Palo<br>Verde Companies-Assignor<br>19772 MacArthur Blvd Ste 200<br>Irvine, CA 92612 | $890.31 | 503(b)(9) Claim |
| 4/25/2014 | 323 | Sierra Liquidity Fund, LLC<br>Assignee & Att-In-Fact for<br>Georgia Expo-Assignor<br>19772 MacArthur Blvd Ste 200<br>Irvine, CA 92612 | $4,596.55 | 503(b)(9) Claim |
| 4/7/2014 | 186 | Supreme Oil Co<br>PO Box 84717<br>San Diego, CA 92138 | $66,585.68 | 503(b)(9) Claim |
| 4/7/2014 | 190 | Temp Power Inc<br>12269 Livingston Rd<br>Manassas, VA 20109 | $57.00 | 503(b)(9) Claim |
| 5/1/2014 | 373 | Toyota Lift of Arizona Inc.<br>P.O. Box 710310<br>Santee, CA 92072-0310 | $1,476.80 | Post Petition Priority Claim |
| 8/19/2014 | 784 | Wake County Revenue Dept.<br>PO Box 2331<br>Raleigh, NC 27602 | $23,757.64 | Post Petition Priority Claim |

5

| Date Filed | Claim No. | Claimant | Claim Amount | Nature |
|---|---|---|---|---|
| 8/19/2014 | 784 | Wake County Revenue Dept.<br>PO Box 2331<br>Raleigh, NC 27602 | $11,762.93 | Post Petition Secured Claim |
| 4/21/2014 | 262 | Wholesale Tape & Supply Co.<br>7101 Valjean Avenue<br>Van Nuys, CA 91406 | $13,071.93 | 503(b)(9) Claim |
| 4/10/2014 | 199 | Work Wear Safety Shoes<br>6318 Airport Freeway Suite C<br>Fort Worth, TX 76117 | $360.00 | 503(b)(9) Claim |
| 4/15/2014 | 216 | ZAL Industrial<br>4905 Telegraph Rd<br>Los Angeles, CA 90022 | $337.50 | 503(b)(9) Claim |
| 4/15/2014 | 224 | ZAL Industrial<br>4905 Telegraph Rd<br>Los Angeles, CA 90022 | $1,528.42 | 503(b)(9) Claim |
| 4/15/2014 | 225 | ZAL Industrial<br>4905 Telegraph Rd<br>Los Angeles, CA 90022 | $1,685.00 | 503(b)(9) Claim |

DOCS_LA:286843.6 14443/002