**CERTIFICATE OF SERVICE**

I, L. John Bird, hereby certify that on the 22nd day of May, 2015, I caused copies of **CP OpCo, LLC's Objection and Reservation of Rights Regarding Notice of Filing Designation of Certain Claims as Buyer Pay Claims Pursuant to Plan [D.I. 937]** to be served as indicated upon the following *via* Hand Delivery:

Bradford J. Sandler, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

David L. Buchbinder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19801

*/s/ L. John Bird*
L. John Bird (No. 5310)