UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*

|  | Case No. (Jointly Administered) | 14-10282 (LSS) |
|---|---|---|
|  | Reporting Period: | 31-Mar-19 |

## POST-CONFIRMATION QUARTERLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Post-Confirmation Quarterly Summary Report |  | x |  |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

By: _[signature]_
Signature of Authorized Individual

META Advisors LLC, not individually, but solely as
Trustee of the After-Party2, Inc. Liquidation Trust
By: James D. Hunt, Its: Chief Operating Officer
Printed Name of Authorized Party

Date: 4/30/19

Trustee
Title

In re: After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*

|  |  |
|---|---|
| Case No. | 14-10282 (LSS) |
| Reporting Period | 31-Mar-2019 |

## Post-Confirmation Quarterly Summary Report

Time Period: 01/01/19-03/31/19

|  | Amount |
|---|---|
| **Beginning Bank Balance** | $136,323 |
| Cash Receipts | $0 |
| **Total Cash Available** | $136,323 |

**Disbursements**

| | |
|---|---|
| Disbursements Made Under the Plan | $0 |
| Professional Fee Disbursements | $51,214 |
| Other Disbursements | $0 |
| U.S. Trustee Fees | $650 |
| **Total Disbursements** | $51,864 |
| **Ending Book Balance** | $84,459 |
| Adjustment for Disbursements Accounted for in the Prior Quarter | $0 |
| **Ending Bank Balance** | $84,459 |

In re: After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*

|  |  |
|---|---|
| **Case No.** | 14-10282 (LSS) |
| **Reporting Period** | 31-Mar-2019 |

## Schedule of Professional Fee Disbursements

**Time Period:** 01/01/19-03/31/19

| Professional | Amount |
|---|---:|
| Crowe Horwath LLP | $24,230 |
| Kurtzman Carson Consultants LLC | $412 |
| META Advisors LLC | $21,000 |
| Pachulski Stang Zehl & Jones LLP | $5,573 |
| **Total** | **$ 51,214** |

In re: After-Party2, Inc. (f/k/a Event Rentals, Inc.), *et al.*

|  |  |
|---|---|
| **Case No.** | 14-10282 (LSS) |
| **Reporting Period** | 31-Mar-2019 |

### Schedule of Other Disbursements

**Time Period:** 01/01/19-03/31/19

| **Other** | **Amount** |
|---|---|
| Supplies | $0 |
| Bank Fees | $0 |
| **Total** | $  - |



**U.S. Bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3055       IMG            S         Y       ST01

Private Wealth Management
**Business Statement**

Account Number:
▇▇▇▇▇▇▇▇▇▇

Statement Period:
Jan 2, 2019
through
Jan 31, 2019

Page 1 of 1



AFTER-PARTY2 INC LIQ TR
SECURED/TAX CLAIMS RESERVE

Contact a Private Wealth Management Client Services Representative at 888.265.7962, 24 hours a day, 7 days a week for questions about your account(s). Visit privatewealth.usbank.com to view your statement online.

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2019.**
Please contact your banker or Treasury Management consultant for pricing information specific to your account. If you need assistance in reaching your bank contact, call Customer Service at the number listed in the upper right corner of this statement or send an email to Customer Service at commercialsupport@usbank.com.

**Effective February 11, 2019** the **"Your Deposit Account Agreement"** booklet will include an update that may affect your rights. Starting February 11, you may pick up copies at your local branch, view copies at usbank.com, or call 800.USBANKS (1.800.872.2657) to request a copy.
The main update to note in the revised **"Your Deposit Account Agreement"** booklet section, and sub section, is:
- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled "Resolution of Disputes by Arbitration".

Protecting your accounts is our highest priority. We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards. If your U.S. Bank Business Debit or ATM Card has not been used within the last 18 months, it may be closed. You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-673-3555.

## PLATINUM BUSINESS CHECKING                                                                 Member FDIC
U.S. Bank National Association                                                   Account Number ▇▇▇▇▇▇
### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Jan 2 | $ | 712.87 |
| Ending Balance on Jan 31, 2019 | $ | 712.87 |

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: December 2018

| | | |
|---|---|---|
| Account Number: | ▇▇▇▇▇▇ | $ 0.00 |
| Analysis Service Charge assessed to | ▇▇▇▇▇▇ | $ 0.00 |



**U.S. bank**

Private Wealth Management
**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3055      IMG           S        Y    ST01

Account Number:

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 1 of 1



AFTER-PARTY2 INC LIQ TR
SECURED/TAX CLAIMS RESERVE

Contact a Private Wealth Management Client Services Representative at 888.265.7962, 24 hours a day, 7 days a week for questions about your account(s). Visit privatewealth.usbank.com to view your statement online.

## PLATINUM BUSINESS CHECKING
U.S. Bank National Association

*Member FDIC*
Account Number

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Feb 1 | $ | 712.87 |
| **Ending Balance on Feb 28, 2019** | $ | 712.87 |

### ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: January 2019

| | | | |
|---|---|---|---|
| Account Number: | | $ | 0.00 |
| Analysis Service Charge assessed to | | $ | 0.00 |



**US bank.**
Private Wealth Management
**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3055    IMG    S    Y    ST01

Account Number: ▇▇▇▇

Statement Period:
Mar 1, 2019
through
Mar 31, 2019



Page 1 of 1

AFTER-PARTY2 INC LIQ TR
SECURED/TAX CLAIMS RESERVE

Contact a Private Wealth Management Client Services Representative at 888.265.7962, 24 hours a day, 7 days a week for questions about your account(s). Visit privatewealth.usbank.com to view your statement online.

## PLATINUM BUSINESS CHECKING                                                                                         *Member FDIC*
U.S. Bank National Association                                                                     **Account Number** ▇▇▇▇
### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Mar 1 | $ | 712.87 |
| **Ending Balance on Mar 31, 2019** | **$** | **712.87** |

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: February 2019

| | | | |
|---|---|---|---|
| Account Number: | ▇▇▇▇ | $ | 0.00 |
| Analysis Service Charge assessed to | ▇▇▇▇ | $ | 0.00 |

**U.S. bank.** Private Wealth Management
Business Statement

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3055    IMG         S        Y    ST01

Account Number:
▮▮▮▮▮▮▮▮

Statement Period:
Jan 2, 2019
through
Jan 31, 2019

Page 1 of 3


AFTER-PARTY2 INC LIQ TR
GUC CLAIMS/OPERATING RESERVE

Contact a Private Wealth Management Client Services Representative at 888.265.7962, 24 hours a day, 7 days a week for questions about your account(s). Visit privatewealth.usbank.com to view your statement online.

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2019.** Please contact your banker or Treasury Management consultant for pricing information specific to your account. If you need assistance in reaching your bank contact, call Customer Service at the number listed in the upper right corner of this statement or send an email to Customer Service at commercialsupport@usbank.com.

**Effective February 11, 2019** the **"Your Deposit Account Agreement"** booklet will include an update that may affect your rights. Starting February 11, you may pick up copies at your local branch, view copies at usbank.com, or call 800.USBANKS (1.800.872.2657) to request a copy.
The main update to note in the revised **"Your Deposit Account Agreement"** booklet section, and sub section, is:
- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled "Resolution of Disputes by Arbitration".

Protecting your accounts is our highest priority. We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards. If your U.S. Bank Business Debit or ATM Card has not been used within the last 18 months, it may be closed. You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-673-3555.

## PLATINUM BUSINESS CHECKING                                                     Member FDIC
U.S. Bank National Association                                             Account Number ▮▮▮▮▮

### Account Summary
|  | # Items |  | Amount |
|---|---|---|---|
| Beginning Balance on Jan 2 |  | $ | 129,390.85 |
| Checks Paid | 2 |  | 7,411.62- |
| **Ending Balance on Jan 31, 2019** |  | **$** | **121,979.23** |

### Checks Presented Conventionally
| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| ▮ | Jan 9 |  | 411.62 | ▮ | Jan 2 |  | 7,000.00 |
|  |  |  |  | **Conventional Checks Paid (2)** | | **$** | **7,411.62-** |

### Balance Summary
| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Jan 2 | 122,390.85 | Jan 9 | 121,979.23 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: December 2018

| | | |
|---|---|---|
| Account Number: | ▮▮▮▮▮ | $ 0.00 |
| Analysis Service Charge assessed to | ▮▮▮▮▮ | $ 0.00 |



---

**U.S. Bank** — Private Wealth Management / Business Statement

AFTER-PARTY2 INC LIQ TR
GUC CLAIMS/OPERATING RESERVE

Account Number:

Statement Period: Jan 2, 2019 through Jan 31, 2019

Page 2 of 3

## ANALYSIS SERVICE CHARGE DETAIL (CONTINUED)

Service Activity Detail for Account Number

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 1 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number | | $ | 0.00 |



AFTER-PARTY2 INC LIQ TR
GUC CLAIMS/OPERATING RESERVE

**Private Wealth Management**
**Business Statement**

Account Number:

Statement Period:
Jan 2, 2019
through
Jan 31, 2019

Page 3 of 3

**IMAGES FOR YOUR PLATINUM BUSINESS CHECKING ACCOUNT**

*Member FDIC*
**Account Number**





# U.S. Bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3055    IMG    S    Y    ST01

AFTER-PARTY2 INC LIQ TR
GUC CLAIMS/OPERATING RESERVE

**Private Wealth Management**
**Business Statement**

Account Number:

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 1 of 2

Contact a Private Wealth Management Client Services Representative at 888.265.7962, 24 hours a day, 7 days a week for questions about your account(s). Visit privatewealth.usbank.com to view your statement online.

## PLATINUM BUSINESS CHECKING    Member FDIC

U.S. Bank National Association    Account Number

### Account Summary

|  | # Items |  |
|---|---|---|
| Beginning Balance on Feb 1 |  | $ 121,979.23 |
| Checks Paid | 3 | 13,222.80- |
| **Ending Balance on Feb 28, 2019** |  | **$ 108,756.43** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
|  | Feb 1 |  | 7,000.00 |  | Feb 7 |  | 650.00 |
|  | Feb 7 |  | 5,572.80 |  |  |  |  |

Conventional Checks Paid (3)    $    13,222.80-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Feb 1 | 114,979.23 | Feb 7 | 108,756.43 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: January 2019

| Account Number: |  | $ | 0.00 |
|---|---|---|---|
| Analysis Service Charge assessed to |  | $ | 0.00 |

**Service Activity Detail for Account Number**

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** |  |  |  |
| Combined Transactions/Items | 2 |  | No Charge |
| Subtotal: Depository Services |  |  | 0.00 |
| Fee Based Service Charges for Account Number |  | $ | 0.00 |



AFTER-PARTY2 INC LIQ TR
GUC CLAIMS/OPERATING RESERVE

**Private Wealth Management**
**Business Statement**

Account Number:

Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 2 of 2



**IMAGES FOR YOUR PLATINUM BUSINESS CHECKING ACCOUNT**

*Member FDIC*

**Account Number**







**U.S. Bank**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3055   IMG   S   Y   ST01

**Private Wealth Management**
**Business Statement**

Account Number: ▮

Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 1 of 2



AFTER-PARTY2 INC LIQ TR
GUC CLAIMS/OPERATING RESERVE

Contact a Private Wealth Management Client Services Representative at 888.265.7962, 24 hours a day, 7 days a week for questions about your account(s). Visit privatewealth.usbank.com to view your statement online.

## PLATINUM BUSINESS CHECKING                                     Member FDIC

U.S. Bank National Association                         Account Number ▮

### Account Summary

| | # Items | |
|---|---|---|
| Beginning Balance on Mar 1 | | $ 108,756.43 |
| Checks Paid | 2 | 31,229.59- |
| **Ending Balance on Mar 31, 2019** | | **$ 77,526.84** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| ▮ | Mar 12 | ▮ | 24,229.59 | ▮ | Mar 1 | ▮ | 7,000.00 |

Conventional Checks Paid (2)                          $ 31,229.59-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Mar 1 | 101,756.43 | Mar 12 | 77,526.84 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: February 2019

| | | | |
|---|---|---|---|
| Account Number: | ▮ | $ | 0.00 |
| Analysis Service Charge assessed to | ▮ | $ | 0.00 |

**Service Activity Detail for Account Number** ▮

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 3 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number ▮ | | $ | 0.00 |



AFTER-PARTY2 INC LIQ TR
GUC CLAIMS/OPERATING RESERVE

**Private Wealth Management**
**Business Statement**

Account Number:

Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 2 of 2



**IMAGES FOR YOUR PLATINUM BUSINESS CHECKING ACCOUNT**

*Member FDIC*

Account Number 



# usbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3055    IMG    S    Y    ST01

**Private Wealth Management**
**Business Statement**

Account Number:
█████████

Statement Period:
Jan 2, 2019
through
Jan 31, 2019



Page 1 of 1



AFTER-PARTY2 INC LIQ TR
DISPUTED CLAIMS RESERVE

Contact a Private Wealth Management Client Services Representative at 888.265.7962, 24 hours a day, 7 days a week for questions about your account(s). Visit privatewealth.usbank.com to view your statement online.

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2019.** Please contact your banker or Treasury Management consultant for pricing information specific to your account. If you need assistance in reaching your bank contact, call Customer Service at the number listed in the upper right corner of this statement or send an email to Customer Service at commercialsupport@usbank.com.

**Effective February 11, 2019** the **"Your Deposit Account Agreement"** booklet will include an update that may affect your rights. Starting February 11, you may pick up copies at your local branch, view copies at usbank.com, or call 800.USBANKS (1.800.872.2657) to request a copy.
The main update to note in the revised **"Your Deposit Account Agreement"** booklet section, and sub section, is:
- In section "Terms Applicable to all Deposit Accounts", there is an update in the "Arbitration" subsection now titled "Resolution of Disputes by Arbitration".

Protecting your accounts is our highest priority. We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards. If your U.S. Bank Business Debit or ATM Card has not been used within the last 18 months, it may be closed. You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-673-3555.

## SILVER BUSINESS CHECKING                                                                 Member FDIC

U.S. Bank National Association                                                    Account Number █████████
**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Jan 2 | $ | 6,219.50 |
| **Ending Balance on Jan 31, 2019** | $ | **6,219.50** |

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: December 2018

| | | | |
|---|---|---|---|
| Account Number: | ███████ | $ | 0.00 |
| Analysis Service Charge assessed to | ███████ | $ | 0.00 |

**usbank.**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3055   IMG   S   Y   ST01

Private Wealth Management
**Business Statement**
Account Number:
■
Statement Period:
Feb 1, 2019
through
Feb 28, 2019

Page 1 of 1



AFTER-PARTY2 INC LIQ TR
DISPUTED CLAIMS RESERVE

Contact a Private Wealth Management Client Services Representative at 888.265.7962, 24 hours a day, 7 days a week for questions about your account(s). Visit privatewealth.usbank.com to view your statement online.

## SILVER BUSINESS CHECKING
U.S. Bank National Association

*Member FDIC*
Account Number ■

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Feb 1 | $ | 6,219.50 |
| **Ending Balance on Feb 28, 2019** | **$** | **6,219.50** |

### ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: January 2019

| | | | |
|---|---|---|---|
| Account Number: | ■ | $ | 0.00 |
| Analysis Service Charge assessed to | ■ | $ | 0.00 |

# usbank

**Private Wealth Management**
**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3055    IMG    S    Y    ST01

Account Number: ▓▓▓▓

Statement Period:
Mar 1, 2019
through
Mar 31, 2019

Page 1 of 1

AFTER-PARTY2 INC LIQ TR
DISPUTED CLAIMS RESERVE

Contact a Private Wealth Management Client Services Representative at 888.265.7962, 24 hours a day, 7 days a week for questions about your account(s). Visit privatewealth.usbank.com to view your statement online.

## SILVER BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

Account Number ▓▓▓▓

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Mar 1 | $ | 6,219.50 |
| **Ending Balance on Mar 31, 2019** | **$** | **6,219.50** |

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: February 2019

| | | | |
|---|---|---|---|
| Account Number: | ▓▓▓▓ | $ | 0.00 |
| Analysis Service Charge assessed to | ▓▓▓▓ | $ | 0.00 |